**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| JACOB WOOD, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust,<br><br>Plaintiff,<br>v.<br><br>CYPRESS POINT HOLDINGS, LLC; WILLIAM TZROS; KENNETH MANQUEROS; and DOES 1 through 20, inclusive,<br><br>Defendants. | Adv. Pro. No. 26-50598 (MFW) |
| JACOB WOOD, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>THE ROBERT GREEN COMPANY; ROBERT GREEN RESIDENTIAL, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Adv. No. 26-50599 (MFW) |

**PROPOSED ORDER GRANTING MOTION OF BENJAMIN M. CARSON AND VICTOR A. VILAPLANA TO WITHDRAW AS COUNSEL TO JACOB WOOD, SOLELY IN HIS CAPACITY AS LITIGATION TRUSTEE, IN THE MAIN BANKRUPTCY CASE AND RELATED CYPRESS AND GREEN MATTERS**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

Upon the *Motion of Benjamin M. Carson and Victor A. Vilaplana to Withdraw as Counsel to Jacob Wood, Solely in his Capacity as Litigation Trustee, in the Main Bankruptcy Case and Related Cypress and Green Matters* (the "Motion")[2]; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due notice of the Motion having been given; and the Court having determined that the relief requested in the Motion is in the best interests of justice; and after due deliberation thereon; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. Mr. Carson and Mr. Vilaplana are authorized to withdraw as counsel to the Litigation Trustee, in these chapter 11 cases and in the related Cypress and Green matters, to the extent applicable.

3. Upon entry of this Order, Mr. Carson and Mr. Vilaplana shall have no further obligation to act as counsel to the Litigation Trustee in these chapter 11 cases, related contested matters, or the related Cypress and Green matters, to the extent applicable, except as otherwise required by this Court, by applicable law, or to effectuate an orderly transition.

4. Following entry of this Order, all further notices, pleadings, papers, and communications in these chapter 11 cases, related contested matters, and the related Cypress and Green matters, to the extent applicable, shall be served upon the Litigation Trustee or any successor trustee at the address reflected on the Court's docket and upon any other counsel of record for the Litigation Trustee or any successor trustee.

---

[2] Capitalized terms not otherwise described herein shall have the meanings ascribed to them in the Motion.

5. Mr. Carson's and Mr. Vilaplana's right to seek payment of any alleged outstanding fees or contingency fees, including any interest arising under the engagement letter and any right to an attorney charging lien arising under applicable nonbankruptcy law on any proceeds from the Adversary Proceedings, and all parties' right to oppose or object to the payment of such fees, interest or the assertion of any liens are fully preserved.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: September 25th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**



18132062/2