**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY,<br>LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| GRANITE CONSTRUCTION COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASSIDY TRAUB, AS CO-TRUSTEE OF TRAUB FAMILY REVOCABLE TRUST, DATED JANUARY 22, 2015, *et al.*<br><br>Defendants. | Adv. Pro. No. 26-50631 (MFW) |

**RE-NOTICE OF PRETRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that the pretrial conference in this adversary proceeding originally scheduled for September 30, 2026 at 10:30 a.m. (ET) has been rescheduled to **October 29, 2026 at 11:30 a.m.**

[Balance of Page Intentionally Blank]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

Dated: September 14, 2026

**LAW OFFICE OF SUSAN E. KAUFMAN, LLC**

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
Telephone: (302) 472-7420
Email: skaufman@skaufmanlaw.com

-and-

Ilan Markus
**BARCLAY DAMON LLP**
555 Long Wharf Drive, Sixth Floor
New Haven, CT 06511
Telephone: (203) 672-2611
Email: imarkus@barclaydamon.com

-and-

Andrea L. Petray
Lindsey C. Herzik
**FINCH, THORNTON & BAIRD, LLP**
4747 Executive Drive
San Diego, CA 92121
Telephone: (858) 737-3100
Email: apetray@ftblaw.com
lherzik@ftblaw.com

*Counsel for Granite Construction Company*