**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SILVERROCK DEVELOPMENT COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| GRANITE CONSTRUCTION COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASSIDY TRAUB, AS CO-TRUSTEE OF TRAUB FAMILY REVOCABLE TRUST, DATED JANUARY 22, 2015; *et al.*,<br><br>Defendants. | Adv. Proc. No. 26-50631-MFW |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7007-3, Defendants RAF Pacifica Loan Opportunity Fund I, LLC ("RAF Pacifica"), Arnold Fishman, as Trustee of the Arnold Fishman Revocable Trust Dated July 15, 1999 ("Fishman," and together with RAF Pacifica, the "Keillor Lenders"), and Keillor Capital, Inc. (together with the Keillor Lenders, the "Keillor Defendants") hereby respectfully request oral argument on (i) the *Keillor Defendants' Motion to Dismiss* [Adv. Docket Nos. 20, 21 Filed September 16, 2026] and (ii) *Keillor Defendants' Request for Judicial Notice Pursuant to Federal Rules of Evidence 201 in Support of Their Motion to Dismiss the Complaint* [Adv. Docket No. 22, Filed September 16, 2026.

OF COUNSEL:

Eric V. Rowen (*admitted pro hac vice*)
Julianna M. Simon (*admitted pro hac vice*)
Sheri M. Kanesaka (*admitted pro hac vice*)
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: (310) 586-7700
Email: eric.rowen@gtlaw.com
julianna.simon@gtlaw.com
sheri.kanesaka@gtlaw.com

Dated: October 29, 2026

**GREENBERG TRAURIG, LLP**

*/s/ Anthony W. Clark*
Anthony W. Clark (DE Bar No. 2051)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Tel: (302) 661-7000
Email: anthony.clark@gtlaw.com
*Attorneys for RAF Pacifica Loan Opportunity Fund I, LLC and Arnold Fishman, as Trustee of the Arnold Fishman Revocable Trust dated July 15, 1999, and their servicing agent, Keillor Capital, Inc.*