**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN THE MATTER OF | |
| SilverRock Development Company, LLC, et al., | Chapter 11 |
| Debtor(s) | Case No. 24-11647 (MFW) |

**STATEMENT THAT UNSECURED CREDITORS COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(   ) Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

(   ) No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( x ) Insufficient response to the United States Trustee communication/contact for service on the committee.

(   ) No unsecured creditor interest

(   ) Non-operating debtor-in-possession - - No creditor interest.

(   ) Application to convert to Chapter 7 or to dismiss pending.

(   ) Converted or dismissed.

(   ) Other:

ANDREW R. VARA
**UNITED STATES TRUSTEE**

 /s/ *Malcolm M. Bates for*
JOSEPH J. MCMAHON JR.
Assistant United States Trustee

DATED: August 28, 2024
Trial Attorney Assigned to Case: Malcolm M. Bates, Esq.
cc: Attorneys for Debtors: Jonathan M. Stememan, Esq.