**Fill in this information to identify the case:**

Debtor name ___SilverRock Development Company LLC___

United States Bankruptcy Court for the:_____ District of __Delaware__
(State)

Case number (If known): ____24-11647_____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*..............................................................  $ ___303,800,000___

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................  $ ___33,261.66___

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.............................................................  $ ___303,833,261.66___

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................  $ ___154,300,000___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................  $ ___0___

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................  **+** $ ___0___

4. **Total liabilities**..........................................................................................  $ ___154,300,000___
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___SilverRock Development Company LLC___

United States Bankruptcy Court for the:_____ District of __Delaware__
(State)

Case number (If known): ___24-11647___

☐ Check if this is an amended filing

<u>Official Form 206A/B</u>

# Schedule A/B: Assets — Real and Personal Property
12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $_____0_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America | checking | 8 9 8 9 | $____794.66____ |
| 3.2. | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. __N/A_____  $_____
   4.2. _____  $_____

5. **Total of Part 1**  $____794.66____

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $_____
   7.2. _____  $_____

Debtor ___SilverRock Development Company LLC_____    Case number *(if known)*__24-11647_____
      Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:    _____ − _____ = ....➔    $_____
                face amount         doubtful or uncollectible accounts

11b. Over 90 days old:    _____ − _____ = ....➔    $_____
                face amount         doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:            % of ownership:

15.1. _____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor ___SilverRock Development Company LLC_____  Case number *(if known)*__24-11647_____
        Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor    SilverRock Development Company LLC _____    Case number *(if known)* 24-11647 _____
　　　　　Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    　　☐ No

    　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Model room furniture | $ 38,197 | _____ | $ 32,467 |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $ - |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $ - |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $ - |
| 42.2 _____ | $_____ | _____ | $ - |
| 42.3 _____ | $_____ | _____ | $ - |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.    $ 32,467

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor ___SilverRock Development Company LLC_____    Case number *(if known)*__24-11647_____
 Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
 Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
 ☐ No
 ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 ☐ No
 ☐ Yes

Debtor    SilverRock Development Company LLC _____    Case number (if known) 24-11647 _____
Name

---

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Montage Hotel | owns | $ -- | Appraisal | $ 87,200,000 |
| 55.2  Pendry Hotel | owns | $ -- | Appraisal | $ 38,600,000 |
| 55.3  Conference & Shared services building | owns | $ -- | Appraisal | $ 29,700,000 |
| 55.4  Golf Clubhouse | owns | $ -- | Appraisal | $ 16,200,000 |
| 55.5  Montage Residences | owns | $ -- | Appraisal | $ 54,100,000 |
| 55.6  Pendry Residences (55 units) | owns | $ -- | Appraisal | $ 23,500,000 |
| 55.7  Pendry Bungalows (35 units) | owns | -- | Appraisal | 54,500,000 |

56. **Total of Part 9.**    $ 303,800,000

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☒ Yes

---

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**    $_____

Add lines 60 through 65. Copy the total to line 89.

---

Debtor    SilverRock Development Company LLC
Name

Case number *(if known)*   24-11647

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____    _____ – _____  = ➜    $_____
                            Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

**73. Interests in insurance policies or annuities**

_____    $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____    $_____

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    SilverRock Development Company LLC    Case number *(if known)* 24-11647
Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 794.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 32,467 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* . ................................................................➔ | | $ 303,800,000 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $ | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 33,261.66 | ✚ 91b. $ 303,800,000 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .............................................................. $ 303,833,261.66

**Fill in this information to identify the case:**

Debtor name ___SilverRock Development Company LLC___

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): ___24-11647___

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

<span style="color:red">See Exhibit A</span>

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

$_____    $_____

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$_____    $_____

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ __154,300,000__

Debtor    SilverRock Development Company LLC

Name

Case number *(if known)*    24-11647

---

| **Part 1:** | **Additional Page** | **Column A** | **Column B** |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value | **that supports this** |
| | | of collateral. | **claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.__**

**Creditor's name**

See Exhibit A

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____ $_____ $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.__**

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____ $_____ $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | SilverRock Development Company LLC |
|---|---|
| | Name |

Case number (if known) 24-11647

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| See Exhibit A | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

# EXHIBIT A
## SILVERROCK DEVELOPMENT COMPANY

2.1
- Creditor name:  Poppy Bank
- Address: 438 First Street
- Santa Rosa, CA  95401
- Date of debt: 10/21/21
- Last 4 digits: n/a
- Do multiple creditors have an interest:  yes.  Cypress Point has a 2nd DOT over a portion of the same property, Axia Talus has a 3rd over a portion of the property, and various lenders have a 2nd over PA3, and various lenders have a 2nd over PA 6
- Describe debtors' property subject to lien:
- All commercial property in Phase 1a – Montage Hotel, Pendry Hotel, Shared services, Golf clubhouse. 16 lots in PA3 (Montage Residences), and PA 6 (Pendry Residences).
- Describe lien – 1st DOT
- Is creditor an inside party: no
- Is anyone else liable:  yes (see schedule H) – RGC is a guarantor
- As of the filing date, the claim is:
- Column A:  $33.3m
- Column B: over $303m


2.2
- Creditor name:  Cypress Point Holdings
- Address: 12707 High Bluff Dr., Suite 340
  San Diego, CA  92130
- Date of debt: 11/27/22
- Last 4 digits: n/a
- Do multiple creditors have an interest:  yes.  Poppy Bank has a 1st DOT over the same property
- Describe debtors' property subject to lien:
  - All commercial property in Phase 1a – Montage Hotel, Pendry Hotel, Shared services, Golf clubhouse
- Describe lien – 2nd DOT
- Is creditor an inside party: no
- Is anyone else liable:  yes (see schedule H) – RGC La Quinta, SRPI, RGC
- As of the filing date, the claim is: disputed
- Column A:  $47m
- Column B: over $225m

2.3
- Creditor name:  RD Olson
- Address: 400 SPECTRUM CENTER DRIVE, SUITE 1200
  IRVINE, CA 92618

- Date of debt: 4/23/24
- Last 4 digits: n/a
- Do multiple creditors have an interest:  yes.  Poppy Bank, Cypress and Axia have liens over the same property
- Describe debtors' property subject to lien:
  - Certain commercial property in Phase 1a – Montage Hotel, Shared services, Golf clubhouse
- Describe lien – mechanics lien subject to settlement agreement
- Is creditor an inside party: no
- Is anyone else liable:  yes (see schedule H) – RGC and SilverRock Lodging, LLC
- As of the filing date, the claim is:
- Column A:  $14.9m
- Column B: over $133m


2.4
- Creditor name:  Granite Construction
- Address: 38000 Monroe Street
  Indio, CA  92203
- Date of debt: 9/20/23
- Last 4 digits: n/a
- Do multiple creditors have an interest:  yes.  Poppy Bank, Cypress and Axia have liens over the same property
- Describe debtors' property subject to lien:
  - Certain commercial property in Phase 1a –
- Describe lien – mechanics lien subject to settlement agreement
- Is creditor an inside party: no
- Is anyone else liable:  yes (see schedule H) – SilverRock Phase I, LLC
- As of the filing date, the claim is:
- Column A:  $4.6m
- Column B: TBD

2.5
- Creditor name:  Axia Talus
- Address: 4421 N Thanksgiving Way
  Ste. 102 Lehi, UT 84043
- Date of debt: 7/2/24
- Last 4 digits: n/a
- Do multiple creditors have an interest:  yes.  Poppy Bank has a 1st DOT over the same property, and Cypress has a 2nd.
- Describe debtors' property subject to lien:
  - All commercial property in Phase 1a – Montage Hotel, Pendry Hotel, Shared services, Golf clubhouse
- Describe lien – 3rd DOT
- Is creditor an inside party: no
- Is anyone else liable:  yes (see schedule H) – SRPI

- As of the filing date, the claim is:
- Column A: $20m
- Column B: over $225m

2.6
- Creditor name:  (see list - #1 below)
- Address: (see below)
- Date of debt: 7/3/24
- Last 4 digits: n/a
- Do multiple creditors have an interest:  yes – see attached list.
- Describe debtors' property subject to lien:
  - 2nd DOT in PA3 (Montage Residences)
- Describe lien – 2 DOT in PA3
- Is creditor an inside party: no
- Is anyone else liable:  yes (see schedule H) – SilverRock Luxury Residences, LLC
- As of the filing date, the claim is:
- Column A:  $20.9m
- Column B: over $54m

2.7
- Creditor name:  (see list - #2 below)
- Address: (see below)
- Date of debt: 7/3/24
- Last 4 digits: n/a
- Do multiple creditors have an interest:  yes – see attached list.
- Describe debtors' property subject to lien:
  - 2nd DOT in PA6 (Pendry Residences)
- Describe lien – 2 DOT in PA6
- Is creditor an inside party: no
- Is anyone else liable:  yes (see schedule H) – SilverRock Lifestyle Residences, LLC
- As of the filing date, the claim is:
- Column A:  $13.6m
- Column B: over $23.5m

**List #1 (2$\underline{^{nd}}$ TD in PA3 – SRDC and SR Luxury)**

| | |
|---|---:|
| Parekh Family Trust (Sumeet) | 1,446,086 |
| Jeff McCoy | 7,015,701 |
| Naveen Yalamanchi | 749,559 |
| George Heuser | 7,169,256 |
| Eric Beranek | 2,473,066 |
| Robert Green | 2,109,250 |
| **Total** | **20,962,918** |

**List #2 (2nd TD in PA6 – SRDC and SR Lifestyle)**

| | |
|---|---:|
| Youngs Holdings, via Robert Green | 7,651,940 |
| Kloiber | 6,000,000 |
| **Total** | **13,651,940** |

## Addresses for List #1 and #2

Sumeet & Harkishan Parekh - 335 15th Street
    San Diego, CA 92101
Jeff McCoy - 10022 Rellswood Dr.
    Belvidere, IL 61008
Naveen Yalamanchi - 40 10th Ave, Floor 7
    New York, NY 10014
George Heuser - 601 Lido Park Drive Unit 6E
    Newport Beach, CA 92663
Eric Beranek - 1310 Ocean Drive
    Manhattan Beach, CA  90266
Robert Green - 343 Fourth Ave
    San Diego, CA 92101


Youngs Holdings - 15 Enterprise, Ste 100
    Aliso viejo, CA 92656
Dan Kloiber - 501 W Broadway, Suite 800
    San Diego CA  92101

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | SilverRock Development Company LLC |
| United States Bankruptcy Court for the: | _____ District of Delaware |
| | (State) |
| Case number (If known) | 24-11647 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.2** | Priority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.3** | Priority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |

Debtor _____
         SilverRock Development Company LLC
         Name

Case number *(if known)*    24-11647

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |

**2.__** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____
      SilverRock Development Company LLC
      Name

Case number (if known) ___24-11647___

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____SilverRock Development Company LLC_____
　　　　　Name

Case number (if known)____24-11647_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____SilverRock Development Company LLC_____    Case number (if known) ___24-11647___
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor ___SilverRock Development Company LLC_____
          Name

Case number (if known) ___24-11647___

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |

Debtor _____SilverRock Development Company LLC_____  Case number (*if known*)____24-11647____
　　　　　　　Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____0_____ |
| 5b. **Total claims from Part 2** | 5b. **+** | $_____0_____ |
| 5c. **Total of Parts 1 and 2**<br>　　Lines 5a + 5b = 5c. | 5c. | $_____0_____ |

| Fill in this information to identify the case: |
| --- |

Debtor name _____ SilverRock Development Company LLC _____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____ 24-11647 _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** — Ground lease | o    SilverRock Lodging, LLC |
| | | o    SilverRock Luxury Residences, LLC |
| | | o    SilverRock Lifestyle Residences, LLC |
| | **State the term remaining** — about 96 years | All at 343 Fourth Avenue, San Diego, CA  92101 |
| | **List the contract number of any government contract** — n/a | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** — | |
| | **State the term remaining** — | |
| | **List the contract number of any government contract** — | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** — | |
| | **State the term remaining** — | |
| | **List the contract number of any government contract** — | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** — | |
| | **State the term remaining** — | |
| | **List the contract number of any government contract** — | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** — | |
| | **State the term remaining** — | |
| | **List the contract number of any government contract** — | |

| Debtor | SilverRock Development Company LLC | Case number *(if known)* | 24-11647 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

| Fill in this information to identify the case: |
|---|

Debtor name    SilverRock Development Company LLC

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                  (State)

Case number (If known): ___24-11647___

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 The Robert Green Company | 343 Fourth Avenue<br>Street<br><br>San Diego, CA  92101<br>City          State          ZIP Code | Poppy Bank | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 RGC La Quinta, LLC | 343 Fourth Avenue<br>Street<br><br>San Diego, CA  92101<br>City          State          ZIP Code | Cypress Point | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 SilverRock Phase I, LLC | 343 Fourth Avenue<br>Street<br><br>San Diego, CA  92101<br>City          State          ZIP Code | Cypress Point | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 The Robert Green Company | 343 Fourth Avenue<br>Street<br><br>San Diego, CA  92101<br>City          State          ZIP Code | Cypress Point | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 The Robert Green Company | 343 Fourth Avenue<br>Street<br><br>San Diego, CA  92101<br>City          State          ZIP Code | RD Olson | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 SilverRock Lodging, LLC | 343 Fourth Avenue<br>Street<br><br>San Diego, CA  92101<br>City          State          ZIP Code | RD Olson | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | SilverRock Development Company LLC | Case number (if known) | 24-11647 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | SilverRock Phase I, LLC | 343 Fourth Avenue<br>Street<br>San Diego, CA 92101<br>City        State        ZIP Code | Granite construction | ☒ D<br>☐ E/F<br>☐ G |
| 2.8 | SilverRock Phase I, LLC | 343 Fourth Avenue<br>Street<br>San Diego, CA 92101<br>City        State        ZIP Code | Axia Talus | ☒ D<br>☐ E/F<br>☐ G |
| 2.9 | SilverRock Luxury Residences, LLC | 343 Fourth Avenue<br>Street<br>San Diego, CA 92101<br>City        State        ZIP Code | Various | ☒ D<br>☐ E/F<br>☐ G |
| 2.10 | SilverRock Lifestyle Residences, LLC | 343 Fourth Avenue<br>Street<br>San Diego, CA 92101<br>City        State        ZIP Code | Various | ☒ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City        State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City        State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City        State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City        State        ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _SilverRock Development Company LLC_

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (If known): _24-11647_

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☒ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ___ MM / DD / YYYY to | Filing date | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For prior year:** | From ___ MM / DD / YYYY to | ___ MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For the year before that:** | From ___ MM / DD / YYYY to | ___ MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ___ MM / DD / YYYY to | Filing date | _____ | $_____ |
| **For prior year:** | From ___ MM / DD / YYYY to | ___ MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From ___ MM / DD / YYYY to | ___ MM / DD / YYYY | _____ | $_____ |

| Debtor | SilverRock Development Company LLC | Case number (if known) | 24-11647 |
|---|---|---|---|
| | Name | | |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Exhibit A<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

| Debtor | SilverRock Development Company LLC | Case number *(if known)* | 24-11647 |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| | City          State          ZIP Code | | | |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Exhibit B | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |

| Debtor | SilverRock Development Company LLC | Case number *(if known)* | 24-11647 |
|---|---|---|---|
| | Name | | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| _____ | _____ | _____ |
| Street | | Name |
| _____ | **Case number** | _____ |
| City          State          ZIP Code | _____ | Street |
| | | _____ |
| | **Date of order or assignment** | City          State          ZIP Code |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | | |

---

| Debtor | SilverRock Development Company LLC | Case number *(if known)* | 24-11647 |
|---|---|---|---|
| | Name | | |

---

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Office of Benjamin H. Carson | | 5/22, 7/23, 8/5/24 | $ 175,000 |
| | **Address** | | | |
| | 5965 Village Way, Suite E 105 | | | |
| | Street | | | |
| | San Diego                CA         92130 | | | |
| | City                          State        ZIP Code | | | |
| | **Email or website address** | | | |
| | https://benjamincarsonlaw.com/home.html | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Armstrong Teasdale LLP | | 7/26/24 | $ 100,000 |
| | **Address** | | | |
| | 7700 Forsyth Blvd. Suite 1800 | | | |
| | Street | | | |
| | St. Louis                Missouri      63105-1807 | | | |
| | City                          State        ZIP Code | | | |
| | **Email or website address** | | | |
| | https://www.armstrongteasdale.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

---

Debtor    SilverRock Development Company LLC    Case number *(if known)*    24-11647
_____Name_____

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Cypress Point Holdings, LLC | cash payment | 10/31/2023 | $ 5,000,000 |
| | **Address** | | | |
| | 12707 High Bluff Dr., Suite 340 | | | |
| | Street | | | |
| | San Diego, CA  92130 | | | |
| | City      State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | secured creditor - 2nd TD | | | |
| 13.2. | Who received transfer? | | | $ _____ |
| | _____ | | | |
| | **Address** | | | |
| | Street | | | |
| | City      State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

## Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 3551 Fortuna Ranch Road | From October 9, 2014   To January 1, 2020 |
| | Street | |
| | Encinitas    CA    92024 | |
| | City      State    ZIP Code | |
| 14.2. | Street | From _____   To _____ |
| | City      State    ZIP Code | |

Debtor   SilverRock Development Company LLC
_____
         Name

Case number (if known)___24-11647

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State       ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State       ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ − ___ ___ ___ ___ ___ ___ ___ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

Debtor    SilverRock Development Company LLC                              Case number *(if known)*    24-11647
_____Name_____

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name<br>Street<br>City          State        ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name<br>Street<br>City          State        ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City          State        ZIP Code | _____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| See Exhibit C<br>Name<br>Street<br>City          State        ZIP Code | _____<br>_____<br>_____<br><br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    SilverRock Development Company LLC
_____
Name

Case number (if known)___24-11647

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    SilverRock Development Company LLC
          _____          Case number *(if known)*   24-11647
          Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____   To _____ |
| | City          State          ZIP Code | | |
| 25.2. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____   To _____ |
| | City          State          ZIP Code | | |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____   To _____ |
| | City          State          ZIP Code | | |

Debtor    SilverRock Development Company LLC
Name

Case number *(if known)*    24-11647

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Heather Studer<br>Name<br>343 Fourth Ave<br>Street<br>San Diego    CA    92101<br>City    State    ZIP Code | From Aug 5, 2022 To Current |
| **26a.2.** Katharina Houser<br>Name<br>343 Fourth Ave<br>Street<br>San Diego    CA    92101<br>City    State    ZIP Code | From Aug 5, 2022 To March 22, 2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| **26b.1.**<br>Name<br>Street<br>City    State    ZIP Code | From _____ To _____ |
| **26b.2.**<br>Name<br>Street<br>City    State    ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** The Robert Green Company<br>Name<br>343 Fourth Ave<br>Street<br>San Diego    CA    92101<br>City    State    ZIP Code | N/A |

Debtor   SilverRock Development Company LLC
_____
Name

Case number (if known)   24-11647
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City            State            ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Magnus Blue |
| Name |
| 12526 High Bluff Drive |
| Street |
| Suite 360 |
| San Diego            CA            92130 |
| City            State            ZIP Code |

26d.3.
Name: AdvisCo Capital
Address: 341 A East 76th Street, Suite 247
New York, NY 10021

| Name and address |
|---|
| 26d.2.    First Pathway Partners |
| Name |
| 311 East Chicago Street, Suite 510 |
| Street |
| Milwaukee            WI            53202 |
| City            State            ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City            State            ZIP Code |

| Debtor | SilverRock Development Company LLC | Case number *(if known)*   24-11647 |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.
_____
Name
_____
Street
_____
City                                        State            ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| The Robert Green Company | 343 Fourth Ave, San Diego, CA 92101 | Manager of debtor | 0% |
| RGC La Quinta, LLC | 343 Fourth Ave, San Diego, CA 92101 | Member | 99% |
| The Robert Green Company | 343 Fourth Ave, San Diego, CA 92101 | Member | 1% |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   Please refer to item #4 and Exhibit A | _____ | _____ | _____ |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | _____ | |
| City                    State        ZIP Code | | _____ | |
| Relationship to debtor | | | |
| _____ | | _____ | |

| Debtor | SilverRock Development Company LLC | Case number *(if known)* | 24-11647 |
|---|---|---|---|
| | Name | | |

| | **Name and address of recipient** | | | | |
|---|---|---|---|---|---|
| 30.2 | | | _____ | _____ | _____ |
| | Name | | | _____ | |
| | Street | | | _____ | |
| | | | | _____ | |
| | City                State         ZIP Code | | | _____ | |
| | **Relationship to debtor** | | | _____ | |
| | | | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/18/2024
                      MM / DD / YYYY

✖ _____    Printed name    Robert S. Green, Jr.
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    on behalf of The Robert Green
                                       Company as manager of the debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

# EXHIBIT A

| Insider name/address | Date | Total amount |
|---|---|---|
| **SilverRock Phase I** | 08/10/2023 | |
| 343 Fourth Avenue | 08/10/2023 | |
| San Diego, CA 92101 | 08/14/2023 | |
| | 08/16/2023 | |
| | 08/17/2023 | |
| | 08/17/2023 | |
| | 08/18/2023 | |
| | 08/24/2023 | |
| | 09/06/2023 | |
| | 09/07/2023 | |
| | 09/07/2023 | |
| | 09/08/2023 | |
| | 09/13/2023 | |
| | 09/18/2023 | |
| | 09/25/2023 | |
| | 09/27/2023 | |
| | 09/27/2023 | |
| | 09/27/2023 | |
| | 10/03/2023 | |
| | 10/11/2023 | |
| | 11/02/2023 | |
| | 11/06/2023 | |
| | | **7,858,183.57** |
| | | |
| **The Robert Green Company** | 09/07/2023 | |
| 343 Fourth Avenue | 09/13/2023 | |
| San Diego, CA 92101 | 09/20/2023 | |
| | 09/21/2023 | |
| | | **605,500.00** |

**Form 207 – item #7**
## EXHIBIT B

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Hart Brothers Construction, Inc. v. Silverrock Phase 1, LLC, et al. | Breach of Contract, Enforcement of Mechanic's Lien, Common Count | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/16/2023 | CVPS2300840 |
| Industrial Commercial Systems, Inc. v. RD Olson Construction, Inc., Silverrock Lodging, LLC, et al. | Breach of Contract, Enforcement of Mechanic's Lien, Enforcement of Mechanic's Lien Release Bond, and Quantum Meruit | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/27/2023 | CVPS2301264 |
| Industrial Commercial Systems, Inc. v. RD Olson Construction, Inc., Silverrock Lodging, LLC, et al. | Breach of Contract, Enforcement of Mechanic's Lien, Enforcement of Mechanic's Lien Release Bond, and Quantum Meruit | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/27/2023 | CVPS2301266 |
| Industrial Commercial Systems, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Enforcement of Mechanic's Lien, Enforcement of Mechanic's Lien Release Bond, and Quantum Meruit | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/27/2023 | CVPS2301267 |
| Consumers Pipe and Supply Co. v. Industrial Commercial Systems, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanics Lien, and Unjust Enrichment | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/28/2023 | CVMV2303393 |
| Ferguson Enterprises, Inc., | Foreclosure of Mechanic's liens and Lien release Bonds | Superior Court of California, County of Riverside, Palm Springs Courthouse | Settled/dismissed on 11/13/2023 | CVPS2301463 |

# Form 207 – item #7

| | | | | |
|---|---|---|---|---|
| v. Silverrock Lodging, LLC | | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
| Morsco Supply, LLC v. Silverrock Lodging, LLC et al. | Foreclosure of Mechanic's lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2301467 |
| Trane U.S., Inc. v. Industrial Commercial Systems, Inc. | Foreclosure of Mechanic's lien, Breach of Contract, Quantum Meruit, Action on Open Account | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 12/17/2023 | CVPS2301638 |
| Michael J. Kincaid Construction Company v. RD Olson Construction, Inc., et al | Breach of Contract, Quantum Meruit, Violation of Prompt Payment | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2300607 |
| Randy Jackson Company v. Silverrock Phase 1, LLC et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/13/2023 | CVPS2301464 |
| Beacon Sales Acquisition v. Silverrock Lodging, LLC | Foreclosure of Mechanic's lien and Unjust Enrichment | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Dismissed on 12/20/2023 | CVMV2301623 |
| BFS Group of California, LLC v. RD Olson | Breach of Contract, Quantum Meruit, | Superior Court of California, County of | Settled/Dismissed on 12/28/2023 | CVPS2300264 |

## Form 207 – item #7

| | | | | |
|---|---|---|---|---|
| Construction, Inc., et al. | Foreclosure of Mechanic's lien | Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
| Main Electric Supply Company, LLC v. Rowan, Incorporated, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/21/2023 | CVPS2301963 |
| Walters Wholesale Electric, Co. v. Rowan Incorporated, et al. | Foreclosure of Mechanic's lien, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/16/2023 | CVPS2300594 |
| Wesco Distribution, Inc. v. Rowan Incorporated, et al. | Breach of Contract, Foreclosure of Mechanic's lien, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/27/2023 | CVPS2301935 |
| Elljay Acoustics, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 12/27/2023 | CVPS2301552 |
| Conserve Landcare, LLC v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 4/24/2024 | CVPS2302030 |
| Conserve Landcare, LLC v. RD Olson | Breach of Contract, Common Counts, | Superior Court of California, County of Riverside | Settled/Dismissed on 4/24/2024 | CVPS2302095 |

## Form 207 – item #7

| Construction, Inc., et al. | Foreclosure of Mechanic's Lien | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
|---|---|---|---|---|
| Division 7 Services, Inc. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300770 |
| Division 7 Services, Inc. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300781 |
| Gauston Corp. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300238 |
| L2 Specialties, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300561 |
| R3 Contractors, Inc. v. RD Olson Construction, Inc., et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300047 |
| Trimark Raygal, LLC v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanic's Lien, | Superior Court of California, County of Riverside | Ongoing/still in litigation | CVRI2302387 |

## Form 207 – item #7

| | Common Counts, Quantum Meriut | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
|---|---|---|---|---|
| White's Steel, Inc. v. R.R. Olson Construction, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2302374 |
| J. Ginger Masonry, LP v. RD Olson Construction, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2301956 |
| Rowan, Incorporated v. Robert Green Residential, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2402642 |
| Rowan, Incorporated v. RD Olson Construction, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2301769 |
| RD Olson Construction, Inc. v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2301220 |
| Consolidated Electrical Distributors, Inc. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse | Settled/dismissed on 11/14/2023 | CVPS2300651 |

## Form 207 – item #7

| | | | | |
|---|---|---|---|---|
| v. Silverrock Lodging, LLC, et al. | | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
| Consolidated Electrical Distributors, Inc. v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2300644 |
| Consolidated Electrical Distributors, Inc. v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2300642 |
| Interior Specialists, Inc. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Unjust Enrichment | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2305836 |
| Jacobsson Engineering Construction, Inc. v. RD Olson Construction, Inc. | Breach of Contract, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2401957 |
| White Cap, L.P. v. Rowan, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 10/17/23 | CVPS2300678 |

**Form 207 – item #7**

| RJB Enterprises, Inc., v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/14/23 | CVPS2301236 |
|---|---|---|---|---|
| The Siess Companies, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Liens | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/Still in litigation | CVPS2302089 |
| Granite Construction Company v. Silverrock Phase I, LLC | Breach of Contract, Common Counts, Foreclosure of Mechanic's Liens | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2204980 |
| Shasta Fire Protection, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Liens | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/27/23 | CVPS2301627 |
| YH-MSCV Fund I, LLC ET AL v. SilverRock Development Company, LLC | Summons Complaint | Superior Court of California, County of San Diego 303 West Broadway, San Diego, CA 92101 | Pending | 37-2024-00028106-CU-SL-CTL |
| Cypress Point Holdings, LLC vs SilverRock Development Company, LLC | Foreclosure | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Pending | 2023-0363986 |
| City of La Quinta v SRDC, RGC, et al | Breach of contract, fraud, slander of title, quiet title, dec relief | Superior Court of California, County of Riverside, Palm Springs Courthouse | Pending | CVPS2404750 |

**Form 207 – item #7**

| | | | | |
|---|---|---|---|---|
| | | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |

# EXHIBIT C

| Off-Site Storage | | | |
|---|---|---|---|
| Facility Name and Address | Names of anyone with access | Description of Contents | Debtor Ownership |
| Hill Crane Service, Inc.<br><br>3333 Cherry Ave., Long Beach, CA 90807 | Hector Garcia<br>(I.C.S., Industrial Commercial Systems)<br>(760) 718-9820<br>hgarcia@1ucs.net | Trane - Forced Air Furnace & Cooling Units (HCSR-1010, 1011, 1012, 1014) | Yes |
| Sunpac Storage Containers, Inc.<br><br>21 Rancho Circle, Lake Forest, CA 92630 | Greg Jackson<br>(Rowan Electric)<br>(619) 807-2452<br>greg@rowanelectric.com<br><br>Andrew Villalobos<br>(Rowan Electric)<br>(619) 794-8111<br>Andrew@rowanelectric.com | Sensitive Electronic Material - Transformers, Breaker Panels, Controller Boards, Copper Wire, Conduit, Light Fixtures | Yes |
| Robert Green Company Model Room<br><br>78-134 Calle Tampico, La Quinta, CA 92253 Suite #100 | Stephen Gaines<br>(Robert Green Company)<br>(760) 419-4586<br>Stephen@therobertgreencompany.com | Wash Basins & Pedestals (Residential, Montage Residence Project), qty: 13 *Note: Not an active business, Model Room location for Montage Guestrooms* | Yes |