**Fill in this information to identify the case:**

Debtor name _____SilverRock Lodging, LLC_____

United States Bankruptcy Court for the:_____ District of __Delaware__
(State)

Case number (If known): __24-11650_____

❏ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

---

### Part 1:    Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................    $____0_____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................    $____1,723.76_____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................    $____1,723.76_____

---

### Part 2:    Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................    $____0_____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................    $____0_____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................    **+** $____0_____

4. **Total liabilities**...............................................................................................................    $____0_____
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name _____SilverRock Lodging, LLC_____

United States Bankruptcy Court for the:_____ District of __Delaware__
(State)

Case number (If known): ___24-11650_____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ _____0_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | checking | _3_ _3_ _7_ | $ 1,723.76 |
| 3.2. | | | _ _ _ _ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | N/A | $ _____ |
| 4.2. | | $ _____ |

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 1,723.76

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

| 7.1. | $ _____ |
| 7.2. | $ _____ |

Debtor       SilverRock Lodging, LLC
             _____       Case number (if known)  24-11650  _____
             Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____       $_____

   8.2. _____       $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                            $_____

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                          **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   _____  –  _____  = ....➔     $_____
                                face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:      _____  –  _____  = ....➔     $_____
                                face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $_____

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                          **Valuation method used for current value**   **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____       _____       $_____

    14.2. _____       _____       $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                % of ownership:

    15.1. _____   _____%       _____       $_____

    15.2. _____   _____%       _____       $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____       _____       $_____

    16.2. _____       _____       $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                          $_____

---

| Debtor | SilverRock Lodging, LLC | Case number *(if known)* 24-11650 |
|---|---|---|
| | Name | |

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | ____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor _____SilverRock Lodging, LLC_____   Case number *(if known)*_24-11650_____
        Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    　☐ No

    　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor     SilverRock Lodging, LLC
                  Name                                                                    Case number *(if known)* 24-11650

---

## Part 8:     Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☒ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____ $_____ _____ $_____
    47.2 _____ $_____ _____ $_____
    47.3 _____ $_____ _____ $_____
    47.4 _____ $_____ _____ $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____ $_____ _____ $_____
    48.2 _____ $_____ _____ $_____

49. **Aircraft and accessories**

    49.1 _____ $_____ _____ $_____
    49.2 _____ $_____ _____ $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____ $_____ _____ $_____

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.                   $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

Debtor    SilverRock Lodging, LLC
          Name                                                    Case number *(if known)* 24-11650

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Montage Hotel | leases | $ -- | | $ |
| 55.2  Pendry Hotel | leases | $ -- | | $ |
| 55.3  Conference and Shared Services Building | leases | $ -- | | $ |
| 55.4  Golf Clubhouse | leases | $ -- | | $ |
| 55.5  Pendry Bungalows (35 units) | leases | $ -- | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ _____

Debtor    SilverRock Lodging, LLC
_____
          Name

Case number *(if known)* 24-11650
_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

❑ No

❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❑ No

❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

❑ No

❑ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

❑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____  −  _____  = ➜  $_____
                                 Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____  $_____
_____    Tax year _____  $_____
_____    Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____                        $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                        $_____

Nature of claim      _____

Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                        $_____

Nature of claim      _____

Amount requested     $_____

76. **Trusts, equitable or future interests in property**

_____                        $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                        $_____
_____                        $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑ No

❑ Yes

Debtor    SilverRock Lodging, LLC
_____
Name

Case number (if known)  24-11650
_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,723.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................➔ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $ 1,723.76 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................    $ 1,723.76

**Fill in this information to identify the case:**

Debtor name _SilverRock Lodging, LLC_

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (If known): _24-11650_

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____      $_____

**2.2**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____      $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____

Debtor  ___SilverRock Lodging, LLC_____  Case number *(if known)*___24-11650_____
        Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**  **Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Creditor's mailing address**

_____

_____

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    - _____
    - _____
    - _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.__**  **Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Creditor's mailing address**

_____

_____

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    - _____
    - _____
    - _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor    SilverRock Lodging, LLC
Name

Case number (if known)    24-11650

---

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |

Form 206D    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**    page ___ of ___

**Fill in this information to identify the case:**

Debtor _____SilverRock Lodging, LLC_____

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                   (State)

Case number _____24-11650_____
(If known)

☐ Check if this is an
    amended filing

Official Form 206E/F
_____

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | SilverRock Lodging, LLC | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | 24-11650 |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2._** Priority creditor's name and mailing address

Total claim $_____    Priority amount $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

Total claim $_____    Priority amount $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

Total claim $_____    Priority amount $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

Total claim $_____    Priority amount $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor _____SilverRock Lodging, LLC_____  Case number *(if known)*___24-11650___
         Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____SilverRock Lodging, LLC_____    Case number *(if known)*___24-11650_____
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.___** **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

Debtor _____SilverRock Lodging, LLC_____  Case number *(if known)* ___24-11650_____
     Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____SilverRock Lodging, LLC_____ Case number *(if known)* __24-11650__
      Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____SilverRock Lodging, LLC_____   Case number *(if known)*___24-11650___
           Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____0_____ |
| 5b. **Total claims from Part 2** | 5b. **+** | $_____0_____ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____0_____ |

**Fill in this information to identify the case:**

Debtor name ___SilverRock Lodging, LLC___

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (If known): ___24-11650___    Chapter ___11___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

| Debtor | SilverRock Lodging, LLC | Case number *(if known)* | 24-11650 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._
**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._
**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._
**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._
**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._
**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._
**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._
**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

**Schedule G: Executory Contracts and Unexpired Leases**

**Fill in this information to identify the case:**

Debtor name _____SilverRock Lodging, LLC_____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): ____24-11650_____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____SilverRock Lodging, LLC_____     Case number (*if known*)___24-11650_____
           Name

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Codebtors** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ _____ | Street _____ _____ City          State          ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.__ _____ | Street _____ _____ City          State          ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.__ _____ | Street _____ _____ City          State          ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.__ _____ | Street _____ _____ City          State          ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.__ _____ | Street _____ _____ City          State          ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.__ _____ | Street _____ _____ City          State          ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.__ _____ | Street _____ _____ City          State          ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.__ _____ | Street _____ _____ City          State          ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

**Fill in this information to identify the case:**

Debtor name __SilverRock Lodging, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): __24-11650__

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☒ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY | to Filing date | ☐ Operating a business ☐ Other _____ | $_____ |
| **For prior year:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | ☐ Operating a business ☐ Other _____ | $_____ |
| **For the year before that:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | ☐ Operating a business ☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY | to Filing date | _____ | $_____ |
| **For prior year:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $_____ |

Debtor _____SilverRock Lodging, LLC_____     Case number (if known)___24-11650___
           Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | | |
| | Creditor's name | _____ | $_____ | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | _____ | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | _____ | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | _____ | | _____ |
| | | | | |
| | City          State     ZIP Code | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | _____ | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | _____ | | _____ |
| | | | | |
| | City          State     ZIP Code | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

Debtor _____SilverRock Lodging, LLC_____   Case number (if known)___24-11650___
                  Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | _____ Creditor's name | _____ | _____ | |
| | _____ Street | _____ | | |
| | _____ | _____ | | |
| | _____ City        State      ZIP Code | | | |
| 5.2. | | | | $_____ |
| | _____ Creditor's name | _____ | _____ | |
| | _____ Street | _____ | | |
| | _____ | _____ | | |
| | _____ City        State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| _____ Creditor's name | _____ | _____ | |
| _____ Street | _____ | | |
| _____ City        State      ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Exhibit A | _____ | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | _____ | | City        State      ZIP Code | |
| 7.2. | **Case title** | _____ | **Court or agency's name and address** | ☐ Pending |
| | _____ | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | _____ | | City        State      ZIP Code | |

Debtor _____SilverRock Lodging, LLC_____     Case number *(if known)*___24-11650_____
            <sub>Name</sub>

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ <br> Custodian's name | _____ | $_____ |
| _____ <br> Street | **Case title** | **Court name and address** |
| _____ | _____ | _____ <br> Name |
| _____ <br> City    State    ZIP Code | **Case number** | _____ <br> Street |
| | _____ | _____ |
| | **Date of order or assignment** | _____ <br> City   State   ZIP Code |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ <br> Recipient's name | _____ | _____ | $_____ |
| _____ <br> Street | _____ | | |
| _____ | | | |
| _____ <br> City  State  ZIP Code | | | |
| **Recipient's relationship to debtor** <br> _____ | | | |
| 9.2. _____ <br> Recipient's name | _____ | | $_____ |
| _____ <br> Street | _____ | | |
| _____ | | | |
| _____ <br> City  State  ZIP Code | | | |
| **Recipient's relationship to debtor** <br> _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ <br> _____ | _____ | _____ | $_____ |

Debtor      SilverRock Lodging, LLC                                    Case number (if known)  24-11650
            Name

| **Part 6:** | **Certain Payments or Transfers** |
| --- | --- |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City            State        ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City            State        ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

Debtor _____SilverRock Lodging, LLC_____    Case number *(if known)*__24-11650__
      Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ Street | | | |
| _____ City          State      ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| **Who received transfer?** | _____ | _____ | $_____ |
| 13.2. _____ | _____ | | |
| **Address** | | | |
| _____ Street | | | |
| _____ City          State      ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

---

### Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1.   3551 Fortuna Ranch Rd Street | From   October 1, 2018   To   Jan 1, 2020 |
| Encinitas          CA        92024 City          State      ZIP Code | |
| 14.2.   _____ Street | From   _____   To   _____ |
| _____ | |
| _____ City          State      ZIP Code | |

---

Debtor     SilverRock Lodging, LLC          Case number *(if known)*   24-11650
Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | _____<br>_____ | |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City   State   ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | _____<br>_____ | |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City   State   ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

Debtor    SilverRock Lodging, LLC         Case number *(if known)*   24-11650
       Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name<br>_____ Street<br>_____ City  State  ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name<br>_____ Street<br>_____ City  State  ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____ City  State  ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| <span style="color:red">See Exhibit B</span><br>_____ Name<br>_____ Street<br>_____ City  State  ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

| Debtor | SilverRock Lodging, LLC | Case number (if known) | 24-11650 |
|---|---|---|---|
| | Name | | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor _____SilverRock Lodging, LLC_____    Case number *(if known)*___24-11650___
      Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br><br>Street<br><br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | Name<br><br>Street<br><br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | Name<br><br>Street<br><br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____    To _____ |

Debtor _____SilverRock Lodging, LLC_____
Name

Case number *(if known)*__24-11650__

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Heather Studer <br> Name <br> 343 Fourth Ave <br> Street | From Aug 5, 2022 To Current |
| San Diego    CA    92101 <br> City       State       ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2.   Katharina Houser <br> Name <br> 343 Fourth Ave <br> Street | From Aug 5, 2022 To March 22 |
| San Diego    CA    92101 <br> City       State       ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br> Name <br> Street <br> City       State       ZIP Code | From _____ To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. <br> Name <br> Street <br> City       State       ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   The Robert Green Company <br> Name <br> 343 Fourth Ave <br> Street | |
| San Diego    CA    92101 <br> City       State       ZIP Code | |

Debtor _____SilverRock Lodging, LLC_____
Name

Case number (if known) __24-11650__

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City                    State              ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Magnus Blue |
| Name |
| 12526 High Bluff Drive |
| Street |
| Suite 360 |
| San Diego              CA              92130 |
| City                    State              ZIP Code |

26d.3.
Name: AdvisCo Capital
Address: 341 A East 76th Street, Suite 247
New York, NY 10021

| Name and address |
|---|
| 26d.2. First Pathway Partners |
| Name |
| 311 East Chicago Street, Suite 510 |
| Street |
| Milwaukee              WI              53202 |
| City                    State              ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City                    State          ZIP Code |

Debtor    SilverRock Lodging, LLC                                      Case number *(if known)*  24-11650
        Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. _____
     Name
    _____
     Street
    _____
     City               State    ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| The Robert Green Company | 343 Fourth Ave, San Diego, CA 92101 | Manager of debtor | 0% |
| SilverRock Phase I, LLC | 343 Fourth Ave, San Diego, CA 92101 | Member | 100% |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | _____ | |
| _____ | | | |
| City  State  ZIP Code | | _____ | |
| **Relationship to debtor** | | | |
| _____ | | _____ | |

Debtor _____SilverRock Lodging, LLC_____  Case number (if known) __24-11650__
　　　　　　　Name

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | _____ _____ _____ | |
| | Name | _____ | |
| | Street | _____ | |
| | | _____ | |
| | City　　　　　State　　　ZIP Code | _____ | |
| | **Relationship to debtor** | _____ | |
| | _____ | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____09/18/2024____
　　　　　　　MM / DD / YYYY

✖ _____　　Printed name　Robert S. Green, Jr.
Signature of individual signing on behalf of the debtor

Position or relationship to debtor ___on behalf of The Robert Green Company___
　　　　　　　　　　　　　　　　___as manager of the debtor___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

**Form 207 – item #7**
## EXHIBIT A

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Hart Brothers Constrution, Inc. v. Silverrock Phase 1, LLC, et al. | Breach of Contract, Enforcement of Mechanic's Lien, Common Count | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/16/2023 | CVPS2300840 |
| Industrial Commercial Systems, Inc. v. RD Olson Construction, Inc., Silverrock Lodging, LLC, et al. | Breach of Contract, Enforcement of Mechanic's Lien, Enforcement of Mechanic's Lien Release Bond, and Quantum Meruit | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/27/2023 | CVPS2301264 |
| Industrial Commercial Systems, Inc. v. RD Olson Construction, Inc., Silverrock Lodging, LLC, et al. | Breach of Contract, Enforcement of Mechanic's Lien, Enforcement of Mechanic's Lien Release Bond, and Quantum Meruit | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/27/2023 | CVPS2301266 |
| Industrial Commercial Systems, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Enforcement of Mechanic's Lien, Enforcement of Mechanic's Lien Release Bond, and Quantum Meruit | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/27/2023 | CVPS2301267 |
| Consumers Pipe and Supply Co. v. Industrial Commercial Systems, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanics Lien, and Unjust Enrichment | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/28/2023 | CVMV2303393 |
| Ferguson Enterprises, Inc., | Foreclosure of Mechanic's liens and Lien release Bonds | Superior Court of California, County of Riverside, Palm Springs Courthouse | Settled/dismissed on 11/13/2023 | CVPS2301463 |

## Form 207 – item #7

| | | | | |
|---|---|---|---|---|
| v. Silverrock Lodging, LLC | | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
| Morsco Supply, LLC v. Silverrock Lodging, LLC et al. | Foreclosure of Mechanic's lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2301467 |
| Trane U.S., Inc. v. Industrial Commercial Systems, Inc. | Foreclosure of Mechanic's lien, Breach of Contract, Quantum Meruit, Action on Open Account | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 12/17/2023 | CVPS2301638 |
| Michael J. Kincaid Construction Company v. RD Olson Construction, Inc., et al | Breach of Contract, Quantum Meruit, Violation of Prompt Payment | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2300607 |
| Randy Jackson Company v. Silverrock Phase 1, LLC et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/13/2023 | CVPS2301464 |
| Beacon Sales Acquisition v. Silverrock Lodging, LLC | Foreclosure of Mechanic's lien and Unjust Enrichment | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Dismissed on 12/20/2023 | CVMV2301623 |
| BFS Group of California, LLC v. RD Olson | Breach of Contract, Quantum Meruit, | Superior Court of California, County of | Settled/Dismissed on 12/28/2023 | CVPS2300264 |

## Form 207 – item #7

| | | | | |
|---|---|---|---|---|
| Construction, Inc., et al. | Foreclosure of Mechanic's lien | Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
| Main Electric Supply Company, LLC v. Rowan, Incorporated, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/21/2023 | CVPS2301963 |
| Walters Wholesale Electric, Co. v. Rowan Incorporated, et al. | Foreclosure of Mechanic's lien, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/16/2023 | CVPS2300594 |
| Wesco Distribution, Inc. v. Rowan Incorporated, et al. | Breach of Contract, Foreclosure of Mechanic's lien, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/27/2023 | CVPS2301935 |
| Elljay Acoustics, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 12/27/2023 | CVPS2301552 |
| Conserve Landcare, LLC v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 4/24/2024 | CVPS2302030 |
| Conserve Landcare, LLC v. RD Olson | Breach of Contract, Common Counts, | Superior Court of California, County of Riverside | Settled/Dismissed on 4/24/2024 | CVPS2302095 |

## Form 207 – item #7

| | | | | |
|---|---|---|---|---|
| Construction, Inc., et al. | Foreclosure of Mechanic's Lien | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
| Division 7 Services, Inc. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300770 |
| Division 7 Services, Inc. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300781 |
| Gauston Corp. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300238 |
| L2 Specialties, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300561 |
| R3 Contractors, Inc. v. RD Olson Construction, Inc., et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300047 |
| Trimark Raygal, LLC v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanic's Lien, | Superior Court of California, County of Riverside | Ongoing/still in litigation | CVRI2302387 |

## Form 207 – item #7

|  | Common Counts, Quantum Meriut | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 |  |  |
|---|---|---|---|---|
| White's Steel, Inc. v. R.R. Olson Construction, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2302374 |
| J. Ginger Masonry, LP v. RD Olson Construction, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2301956 |
| Rowan, Incorporated v. Robert Green Residential, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2402642 |
| Rowan, Incorporated v. RD Olson Construction, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2301769 |
| RD Olson Construction, Inc. v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2301220 |
| Consolidated Electrical Distributors, Inc. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse | Settled/dismissed on 11/14/2023 | CVPS2300651 |

## Form 207 – item #7

| | | | | |
|---|---|---|---|---|
| v. Silverrock Lodging, LLC, et al. | | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
| Consolidated Electrical Distributors, Inc. v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2300644 |
| Consolidated Electrical Distributors, Inc. v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2300642 |
| Interior Specialists, Inc. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Unjust Enrichment | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2305836 |
| Jacobsson Engineering Construction, Inc. v. RD Olson Construction, Inc. | Breach of Contract, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2401957 |
| White Cap, L.P. v. Rowan, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 10/17/23 | CVPS2300678 |

## Form 207 – item #7

| RJB Enterprises, Inc., v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/14/23 | CVPS2301236 |
|---|---|---|---|---|
| The Siess Companies, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Liens | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/Still in litigation | CVPS2302089 |
| Granite Construction Company v. Silverrock Phase I, LLC | Breach of Contract, Common Counts, Foreclosure of Mechanic's Liens | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2204980 |
| Shasta Fire Protection, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Liens | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/27/23 | CVPS2301627 |
| YH-MSCV Fund I, LLC ET AL v. SilverRock Development Company, LLC | Summons Complaint | Superior Court of California, County of San Diego 303 West Broadway, San Diego, CA 92101 | Pending | 37-2024-00028106-CU-SL-CTL |
| Cypress Point Holdings, LLC vs SilverRock Development Company, LLC | Foreclosure | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Pending | 2023-0363986 |
| City of La Quinta v SRDC, RGC, et al | Breach of contract, fraud, slander of title, quiet title, dec relief | Superior Court of California, County of Riverside, Palm Springs Courthouse | Pending | CVPS2404750 |

**Form 207 – item #7**

| | | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
|---|---|---|---|---|

# EXHIBIT B

**Off-Site Storage**

| Facility Name and Address | Names of anyone with access | Description of Contents | Debtor Ownership |
|---|---|---|---|
| Hill Crane Service, Inc.<br><br>3333 Cherry Ave., Long Beach, CA 90807 | Hector Garcia<br>(I.C.S., Industrial Commercial Systems)<br>(760) 718-9820<br>hgarcia@1ucs.net | Trane - Forced Air Furnace & Cooling Units (HCSR-1010, 1011, 1012, 1014) | Yes |
| Sunpac Storage Containers, Inc.<br><br>21 Rancho Circle, Lake Forest, CA 92630 | Greg Jackson<br>(Rowan Electric)<br>(619) 807-2452<br>greg@rowanelectric.com<br><br>Andrew Villalobos<br>(Rowan Electric)<br>(619) 794-8111<br>Andrew@rowanelectric.com | Sensitive Electronic Material - Transformers, Breaker Panels, Controller Boards, Copper Wire, Conduit, Light Fixtures | Yes |
| Robert Green Company Model Room<br><br>78-134 Calle Tampico, La Quinta, CA 92253 Suite #100 | Stephen Gaines<br>(Robert Green Company)<br>(760) 419-4586<br>Stephen@therobertgreencompany.com | Wash Basins & Pedestals (Residential, Montage Residence Project), qty: 13 *Note: Not an active business, Model Room location for Montage Guestrooms* | Yes |