**Fill in this information to identify the case:**

Debtor name _____ SilverRock Phase I, LLC _____

United States Bankruptcy Court for the: _____ District of _Delware_
                                                                    (State)

Case number (If known): ___24-11654_____

☐ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:**  **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... | $ ___0_____

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................ | $ ___33.17____

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................. | $ ___33.17____

---

**Part 2:**  **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................ | $ ___0_____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ | $ ___0_____

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................ | **+** $ ___17,746,116____

4. **Total liabilities**..........................................................................................................................
    Lines 2 + 3a + 3b | $ ___17,746,116____

**Fill in this information to identify the case:**

Debtor name _____SilverRock Phase I, LLC_____

United States Bankruptcy Court for the:_____ District of __Delware__
(State)

Case number (If known): ___24-11654_____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                                          $_____0_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America | checking | 6  6  9  6 | $_____33.17_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

4.1. ___N/A_____    $_____

4.2. _____    $_____

5. **Total of Part 1**                                                                                                         $_____33.17_____

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____    $_____

7.2. _____    $_____

| Debtor | SilverRock Phase I, LLC | Case number (if known) | 24-11654 |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____  $_____

8.2. _____  $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.  $_____

---

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   _____ − _____ = ........➔   $_____
                                    face amount                 doubtful or uncollectible accounts

11b. Over 90 days old:      _____ − _____ = ........➔   $_____
                                    face amount                 doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $_____

---

### Part 4:   Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____   _____%   _____   $_____

15.2. _____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $_____

16.2. _____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.  $_____

---

| Debtor | SilverRock Phase I, LLC | Case number (*if known*) | 24-11654 |
|---|---|---|---|
| | Name | | |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

Debtor _____     Case number *(if known)*____24-11654_____
          SilverRock Phase I, LLC
          *Name*

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                                 $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

   　　☐ No

   　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☒ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** <br> _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                                 $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor    SilverRock Phase I, LLC
_____    Case number (if known)____24-11654_____
          Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor ___SilverRock Phase I, LLC_____    Case number (if known)___24-11654___
      Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

  ☒ No. Go to Part 10.

  ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                                                        $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

  ☐ No

  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No. Go to Part 11.

  ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>  Talus trademark | $_____ -- | -- | $____ -- |
| 61. **Internet domain names and websites**<br>  TalusLaQuinta.com | $_____ -- | -- | $____ -- |
| 62. **Licenses, franchises, and royalties**<br>  _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>  _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>  _____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>  _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

  Add lines 60 through 65. Copy the total to line 89.

                                                        $_____

Debtor _____ SilverRock Phase I, LLC _____    Case number (if known) ____ 24-11654 _____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = → $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    SilverRock Phase I, LLC
Name

Case number (if known)    24-11654

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 33.17 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ | |
| 83. **Investments.** Copy line 17, Part 4. | $ | |
| 84. **Inventory.** Copy line 23, Part 5. | $ | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ | |
| 88. **Real property.** Copy line 56, Part 9. ...................................➔ | | $ |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ | |
| 90. **All other assets.** Copy line 78, Part 11. | ＋ $ | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 33.17 | ＋ 91b. $ 0 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ............................................. $ 33.17

---

**Fill in this information to identify the case:**

Debtor name _____ SilverRock Phase I, LLC _____

United States Bankruptcy Court for the: _____    District of __Delware__
                                                          (State)

Case number (If known): _____ 24-11654 _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☒ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ **Yes.** Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**  Creditor's name

Describe debtor's property that is subject to a lien

$_____     $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____
Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**  Creditor's name

Describe debtor's property that is subject to a lien

$_____     $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____
Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____

Debtor  SilverRock Phase I, LLC
_____     Case number (if known)___ 24-11654
         Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__**   **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____   $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__**   **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____   $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | SilverRock Phase I, LLC | | Case number *(if known)*  24-11654 |
|---|---|---|---|
| | Name | | |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor _____ SilverRock Phase I, LLC _____

United States Bankruptcy Court for the: _____ District of ___ Delware ___
(State)

Case number _____ 24-11654 _____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:** $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:** $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:** $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | SilverRock Phase I, LLC | |
|---|---|---|
| | Name | |

Case number *(if known)* 24-11654

---

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.__**  Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**  Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**  Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**  Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page __ of __

Debtor    SilverRock Phase I, LLC

Name

Case number *(if known)*   24-11654

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | See Exhibit A | *Check all that apply.*   $ _____ |
| | _____ | ☐ Contingent |
| | _____ | ☐ Unliquidated |
| | _____ | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes |

| | | |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | _____ | *Check all that apply.*   $ _____ |
| | _____ | ☐ Contingent |
| | _____ | ☐ Unliquidated |
| | _____ | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes |

| | | |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | _____ | *Check all that apply.*   $ _____ |
| | _____ | ☐ Contingent |
| | _____ | ☐ Unliquidated |
| | _____ | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes |

| | | |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | _____ | *Check all that apply.*   $ _____ |
| | _____ | ☐ Contingent |
| | _____ | ☐ Unliquidated |
| | _____ | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes |

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | _____ | *Check all that apply.*   $ _____ |
| | _____ | ☐ Contingent |
| | _____ | ☐ Unliquidated |
| | _____ | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes |

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | _____ | *Check all that apply.*   $ _____ |
| | _____ | ☐ Contingent |
| | _____ | ☐ Unliquidated |
| | _____ | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes |

| Debtor | SilverRock Phase I, LLC | Case number (if known) | 24-11654 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      SilverRock Phase I, LLC
            Name

Case number *(if known)*   24-11654

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |

Debtor _____  Case number _(if known)_ _____24-11654_____
        SilverRock Phase I, LLC
    Name

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | SilverRock Phase I, LLC | Case number *(if known)* | 24-11654 |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ _____0_____ |
| 5b. **Total claims from Part 2** | 5b. + | $ ____17,746,116____ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ ____17,746,116____ |

Exhibit A

| Creditor (Non-Priority) | Claim amount | address | offset |
|---|---|---|---|
| AMS Connect | 214 | PO Box 14323 Palm Desert, CA 92255-4323 | no |
| Bank of America | 716 | | no |
| BAR Architects | 114,449 | 77 Geary Street Ste 200 San Francisco, CA 94108 | no |
| Bay City Electric Works | 3,961 | 13625 Danielson Street Poway, CA 92064 | no |
| BMP Contractors Inc | 91,005 | 12150 Theodore Street Moreno Valley, CA 92555 | no |
| Burrtec Waste & Recycling Svcs | 753 | PO Box 5518 Buena Park, CA 90622-5518 | no |
| Burton Landscape Architecture | 56,869 | 307 S. Cedros Ave Solana Beach, CA 92075 | no |
| Caldarelli Hejmanowski | 102,016 | 3398 Carmel Mountain Rd Ste 250 San Diego, CA 92121 | no |
| California Barricade, Inc. | 3,630 | 1550 E. Saint Gertrude Pl. Santa Ana, Ca 92705 | no |
| California Builder Services | 6,340 | 1446 Tollhouse Rd Suite101 Clovis, CA 93611 | no |
| Castillo & Ruig Communications LLC | 7,000 | PO Box 341829 Los Angeles, CA 90034-8890 | no |
| CBRE, Inc. | 11,750 | PO Box 281620 Atlanta, GA 30384-1620 | no |
| CDR Dry Utilities | 7,525 | 695 Town Center Drive Ste 110 Costa Mesa, CA 92626 | no |
| Cecilian Partners, Inc | 380 | PO Box 576 New Hope, PA 18938 | no |
| Cislo & Thomas LLP | 5,779 | 12100 Wilshire Blvd Los Angeles, CA 90025 | no |
| City of La Quinta | 1,309,880 | 78495 Calle Tampico La Quinta, CA 92253 | no |
| Coachella Horse Park LLC | 30,000 | PO Box 5700 La Quinta, CA 92248-5700 | no |
| Coachella Valley Water District | 3,946 | PO Box 1058 Coachella, CA 92236 | no |
| Coachella Valley Water District- Util | 1,077 | PO Box 1058 Coachella, CA 92237 | no |
| Cogency Global | 559 | PO Box 3168 Hicksville, NY 118002 | no |
| CoLiant Solutions, Inc | 5,098 | 2703 Brickton North Drive Buford, GA 30518 | no |
| Comtrom Systems Inc | 240 | PO Box 13470 Palm Desert, CA 92255-3470 | no |
| Const. Testing & Eng. Inc | 20,830 | 1441 Montiel Rd, Ste 115 Escondido, CA 92026 | no |
| Crosbie Gliner Schiffman Southard & Swans | 174,331 | 12750 High Bluff Drive Suite 250 San Diego, CA 92130 | no |
| CSC | 3,770 | PO Box 7410023 Chicago, IL 60674-5023 | no |
| Deans & Homer | 2,611 | P.O Box 2839 San Francisco, CA 94126 | no |
| Department of Motor Vehicles | 1,089 | P.O Box 2839 San Francisco, CA 94126 | no |
| Development Solutions & Svcs | 1,250 | 543 Country Club Dr. #B338 Simi Valley, CA 93065 | no |
| Diamond Environmental Services LP | 2,888 | 807 E. Mission Road San Marcos, CA 92069 | no |
| DLA Piper LLP | 82,117 | 555 Mission Street Ste 2400 San Francisco, CA 94105 | no |
| DPFG, LLC | 6,606 | 26840 Aliso Viejo Pkwy, Ste 110 Aliso Viejo, CA 92656 | no |
| Duane Morris LLP | 14,454 | PO Box 787166 Philadelphia, PA 19178-7166 | no |
| EKSC Corporation | 13,348 | PO Box 1795, Mecca , CA 92254 | no |
| EPA | 23,000 | 78-900 Ave 47, Ste 106 La Quinta, CA 92253 | no |
| FGS Realty Advisors, Inc | 95,000 | 1155 Camino Del Mar #408, Del Mar, CA  92014 | no |
| First Insurance Funding | 397,508 | PO Box 7000 Carol Stream, IL 60197-7000 | no |
| Ford Credit | 4,760 | PO Box 552679 Detroit, MI 48255-2679 | no |
| Franchise Tax Board | 14,590 | PO Box 942857 Sacramento, CA 94257-0531 | no |
| Gensler | 1,551,585 | Gensler File 57109 Los Angeles, CA 90074-7109 | no |
| Global Geo-Engineering, Inc | 14,400 | 3 Corporate Park, Ste 270 Irvine, CA 92606 | no |
| Gouvis Engineering Consulting Group Inc | 4,500 | 2150 E. Tahquitz Canyon #9 Palm Springs, CA 92262 | no |
| Herc Rentals Inc | 438 | PO Box 936257 Atlanta, GA 31193 | no |
| Hill Crane Service, Inc | 25,126 | 3333 Cherry Ave Long Beach, CA 90807 | no |
| Imerza, LLC | 7,500 | 1527 2nd Street Sarasota, FL 34236 | no |
| Imperial Irrigation District | 1,457,121 | PO Box 937 Imperial, CA 92251-0937 | no |
| Imperial Irrigation District- Util | 474 | PO Box 937 Imperial, CA 92251-0938 | no |
| Inland Contractors Inc | 4,214 | 231 E. Alessandro Blvd Ste A PMB 388 Riverside, CA 92508 | no |
| Inland Valley Sladden, Inc. | 2,120 | 450 Egan Avenue Beaumont, CA 92223 | no |
| Interior Specialists Inc | 43,952 | 15822 Bernardo Center Dr San Diego, CA 92127 | no |
| IOA Insurance Services | 297,248 | 1855 West State Rd 434 Longwood, FL 92750 | no |

| | | | |
|---|---|---|---|
| Jacobsson Eng. Const. Inc | 129,525 | PO Box 14430 Palm Desert, CA 92255 | no |
| JMBM LLP | 965 | 1801 W. Olympic Blvd Pasadena, CA 91199-1263 | no |
| John Deere Financial | 1,370 | PO Box 4450 Carol Stream, IL 60197-4450 | no |
| Kira Heuer | 12,100 | 25 Carnelian Irvine, CA 92614 | no |
| La Quinta Realty Properties LLC | 8,200 | 44-835 Portola Ave Palm Desert, CA 92260 | no |
| Lendrum Fine Art, Inc | 16,000 | 717 N. Highland Ave Ste 5 Los Angeles, CA 90038 | no |
| Lieef Real Estate Energy Partners | 67,328 | 5 Union Square West #1265 New York, NY 10003 | no |
| Liquid Gold Dust Control | 6,000 | 51075 Frederick St. 922 Coachella, CA 92236 | no |
| M&J Grading Services, Inc | 4,980 | 83317 Wagon Rd. Indio, CA 92203 | no |
| Magnus Blue LLP | 4,847 | 12526 High Bluff Dr. Ste 360 San Diego, CA 92130 | no |
| Manatt, Phelps & Phillips | 452,842 | 2049 Century Park East, Ste 1700 Los Angeles, CA 90067-3101 | no |
| Maria & Ben's Cleaning Services | 600 | 81-454 Senegal Ct Indio, CA 92201 | no |
| Marlin Capital Solutions | 311 | PO Box 13604 Philadelphia, PA 19101-3604 | no |
| Michael Baker International | 26,000 | PO Box 515714 Los Angeles, CA 90051-5195 | no |
| MLN Partners LLC | 14,500 | 550 South Ocean Blvd Ste 2002 Boca Raton, FL 33432 | no |
| Mobile Modular | 60,325 | PO Box 45043 San Francisco, CA 94145 | no |
| Montage International | 265,491 | 3 Ada Parkway Suite 100 Irvine, CA 92618 | no |
| MSA Consulting, Inc. | 55,517 | 34200 Bob Hope Drive Rancho Mirage, CA 92270 | no |
| NV5, Inc | 73,185 | PO Box 74008680 Chicago, IL 60674-8680 | no |
| Office1 | 1,526 | San Diego | no |
| Oppenheimer & Co Inc. | 50,000 | 85 Broad Street New York, NY 10004 | no |
| Pacific Lightwave Inc | 7,302 | PO Box 10748 Palm Desert, CA 92255 | no |
| Pillsbury | 7,952 | | no |
| Platinum Filings | 192 | 99 West Hawthorne Avenue Suite 408 Valley Stream NY 11580 | no |
| Project Dynamics, Inc | 115,654 | 26527 Agoura Rd Ste 210 Calabasas, CA 91302 | no |
| RB Consulting Engineering Inc | 8,455 | 1044 Pioneer Way, Ste E El Cajon, CA 92020 | no |
| Riverside County Treasurer | 628,143 | PO Box 12005 Riverside, CA 92502-2205 | no |
| Robert Green Residential Inc | 4,787,913 | 343 Fourth Ave San Diego, CA 92101 | no |
| Rowan Electric | 39,378 | 2778 Loker Ave. West Carlsbad, CA 92010 | no |
| SMDM, LLC | 83,098 | 81740 MacBeth Street La Quinta, CA 92253 | no |
| South Coast AQMD | 1,986 | PO Box 4943 Diamond Bar, CA 91765-0943 | no |
| Southern CA Regional Center LLC | 49,500 | 1601 N Sepulveda Blvd #382 Manhattan Beach, CA 90266 | no |
| Southern California Gas Company | 335,172 | PO Box 2007 Monterey Park, CA 91754-0957 | no |
| Sparkletts | 463 | PO Box 660579 Dallas, TX 75266-0579 | no |
| Sunrise Golf Construction | 88,300 | PO Box 499 Nuevo, CA 92567 | no |
| SWRCB | 2,812 | PO Box 1888 Sacramento, CA 95812-1888 | no |
| Temp Power Systems | 1,565 | 22516 Avenida Empresa Rancho Santa Margarita, CA 92688 | no |
| The Planning & Zoning | 11,411 | PO Box 931923 Atlanta, GA 31193-1923 | no |
| The Robert Green Company | 4,134,899 | 343 Fourth Ave San Diego, CA 92101 | no |
| Trimont Real Estate Advisors LLC | 55,000 | 3500 Lenox Rd, Ste G1 Atlanta, GA 30326 | no |
| US Legal Support Inc | 1,724 | PO Box 4772 Houston, TX 77210 | no |
| Valley Office Equipment | 69 | 77-588 El Duna Ct. Suite A Palm Desert, CA 92211 | no |
| Williams Scotsman, Inc | 103,500 | PO Box 91975 Chicago, IL 60693-1975 | no |

17,746,116

**Fill in this information to identify the case:**

Debtor name _____SilverRock Phase I, LLC_____

United States Bankruptcy Court for the:_____ District of __Delware__
                                                                                        (State)

Case number (If known): _____24-11654_____ Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Office space for model room - Calle Rampico, La Quinta | La Quinta Realty Properties, LLC |
| State the term remaining | March 31, 2025 | Care of: |
| List the contract number of any government contract | n/a | 42600 Caroline Court, Suite 102 Palm Desert, CA 92211 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor _____SilverRock Phase I, LLC_____     Case number *(if known)*_____24-11654_____
　　　　　　　Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name _____SilverRock Phase I, LLC_____

United States Bankruptcy Court for the:_____ District of __Delware__
                                                                          (State)

Case number (If known): _____24-11654_____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor   SilverRock Phase I, LLC
Name

Case number (if known)   24-11654

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___SilverRock Phase I, LLC___

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): ___24-11654___

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1. **Gross revenue from business**

   ☒ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to  Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY        MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY        MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to  Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY        MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY        MM / DD / YYYY | _____ | $_____ |

Debtor _____SilverRock Phase I, LLC_____ Case number (if known) ___24-11654___
　　　　　　Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | | |
| | SilverRock Development Company, LLC | 5/22/24 | $ 15,000 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 343 Fourth Ave | | _____ | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | San Diego　　CA　　92101 | | _____ | ☒ Other Intercompany advance |
| | City　　　　State　　ZIP Code | | | |
| 3.2. | | | | |
| | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other _____ |
| | City　　　　State　　ZIP Code | | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | | |
| | See Exhibit A | _____ | $_____ | _____ |
| | Insider's name | | | |
| | | _____ | | _____ |
| | Street | | | |
| | | _____ | | _____ |
| | City　　　　State　　ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | | |
| | | _____ | $_____ | _____ |
| | Insider's name | | | |
| | | _____ | | _____ |
| | Street | | | |
| | | _____ | | _____ |
| | City　　　　State　　ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

Debtor _____SilverRock Phase I, LLC_____ Case number *(if known)*____24-11654_____
             <sub>Name</sub>

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City                State        ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City                State        ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City          State      ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Exhibit B | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State        ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State        ZIP Code | |

Debtor      SilverRock Phase I, LLC
                 Name                                              Case number (if known)      24-11654

---

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

[X] None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | | Name |
| City          State          ZIP Code | **Case number** | Street |
| | | |
| | **Date of order or assignment** | City          State          ZIP Code |

---

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

[X] None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

[X] None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

---

| Debtor | SilverRock Phase I, LLC | Case number *(if known)* | 24-11654 |
|---|---|---|---|
| | Name | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Douglas Wilson Companies | | 8/5/24 | $ 150,000 |
| | **Address** | | | |
| | 1620 Fifth Ave, Suite 400 | | | |
| | Street | | | |
| | San Diego              CA              92101 | | | |
| | City                     State          ZIP Code | | | |
| | **Email or website address** | | | |
| | https://www.douglaswilson.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Armstrong Teasdale LLP | | 7/26/24 | $ 25,000 |
| | **Address** | | | |
| | 7700 Forsyth Blvd. Suite 1800 | | | |
| | Street | | | |
| | St. Louis              Missouri        63105-1807 | | | |
| | City                     State          ZIP Code | | | |
| | **Email or website address** | | | |
| | https://www.armstrongteasdale.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of this case within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

---

| Debtor | SilverRock Phase I, LLC | Case number (if known) | 24-11654 |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Cypress Point Holdings, LLC | cash payment | various dates | $ 6,000,000 |
| | **Address** | | | |
| | 12707 High Bluff Dr., Suite 340 | | | |
| | Street | | | |
| | San Diego, CA  92130 | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | secured creditor - 2nd TD | | | |
| | **Who received transfer?** | | | $ |
| 13.2. | | | | |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 3551 Fortuna Ranch Road | From | March 16, 2018 | To  Jan 1, 2020 |
| | Street | | | |
| | Encinitas          CA          92024 | | | |
| | City          State          ZIP Code | | | |
| 14.2. | | From | | To |
| | Street | | | |
| | City          State          ZIP Code | | | |

Debtor _____SilverRock Phase I, LLC_____    Case number *(if known)*___24-11654___
         Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ Facility name | _____ | |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ City         State        ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ Facility name | _____ | |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ City         State        ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☒ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor _____SilverRock Phase I, LLC_____     Case number *(if known)*____24-11654____
　　　　　Name

---

**Part 10:**　**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name _____ Street _____ City　State　ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name _____ Street _____ City　State　ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City　State　ZIP Code | _____ _____ **Address** _____ _____ | _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| *See Exhibit C* _____ Name _____ Street _____ City　State　ZIP Code | _____ _____ **Address** _____ | _____ _____ | ☐ No ☐ Yes |

---

Debtor _____SilverRock Phase I, LLC_____    Case number (if known) _____24-11654_____
        Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ _____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor _____SilverRock Phase I, LLC_____     Case number *(if known)*____24-11654____
                Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | Name<br>Street<br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | Name<br>Street<br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____    To _____ |

Debtor    SilverRock Phase I, LLC              Case number *(if known)*   24-11654
<br>Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Heather Studer <br> Name <br> 343 Fourth Ave <br> Street <br><br> San Diego    CA    92101 <br> City    State    ZIP Code | From Aug 5, 2022 To Aug 5, 2024 |
| Name and address | Dates of service |
| 26a.2.   Kathy Houser <br> Name <br> 343 Fourth Ave <br> Street <br><br> San Diego    CA    92101 <br> City    State    ZIP Code | From Aug 5, 2022 To Mar 22, 2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br> Name <br> Street <br><br> City    State    ZIP Code | From _____ To _____ |
| Name and address | Dates of service |
| 26b.2. <br> Name <br> Street <br><br> City    State    ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   The Robert Green Company <br> Name <br> 343 Fourth Ave <br> Street <br><br> San Diego    CA    92101 <br> City    State    ZIP Code | N/A |

Debtor _____SilverRock Phase I, LLC_____   Case number *(if known)*____24-11654_____
　　　　　Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

Name _____   _____

Street _____   _____

_____   _____

City　　　　　　　　　　　State　　　　ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.　Magnus Blue
　　　　Name
　　　　12526 High Bluff Drive
　　　　Street

San Diego　　　　　　　　CA　　　　92130
City　　　　　　　　　　State　　　　ZIP Code

26d.3.
Name: AdvisCo Capital
Address: 341 A East 76th Street, Suite 247
　　　　　New York, NY 10021

| Name and address |
|---|

26d.2.　First Pathway Partners
　　　　Name
　　　　311 East Chicago Street, Suite 510
　　　　Street

Milwaukee　　　　　　　WI　　　　53202
City　　　　　　　　　　State　　　　ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name _____

Street _____

_____

City　　　　　　　　　　　State　　　　ZIP Code

Debtor _____SilverRock Phase I, LLC_____    Case number *(if known)*____24-11654_____
            Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | |

27.2. _____
      Name
      _____
      Street
      _____
      City                                   State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| The Robert Green Company | 343 Fourth Ave, San Diego, CA 92101 | Manager of debtor | 0% |
| SilverRock Development Company, LLC | 343 Fourth Ave, San Diego, CA 92101 | Member | 100% |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Please refer to item #4 and Exhibit A | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | _____ | |
| _____ | | | |
| City                    State        ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor   SilverRock Phase I, LLC
Name                                        Case number (if known)   24-11654

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | _____ | _____ ___ |
| | Name | | _____ |
| | Street | | _____ |
| | City                State        ZIP Code | | _____ |
| | **Relationship to debtor** | | _____ |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN:  ___ ___  –  ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN:  ___ ___  –  ___ ___ ___ ___ ___ ___ ___ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/18/2024
MM / DD / YYYY

✗ _____        Printed name    Robert S. Green, Jr.
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   on behalf of The Robert Green Company
as manager of the debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

# EXHIBIT A

| Insider name/address | Date | Total amount |
|---|---|---|
| **RGC PA 789, LLC** | 02/14/2024 | |
| 343 Fourth Avenue | 02/14/2024 | |
| San Diego, CA  92101 | 03/19/2024 | |
| | 04/02/2024 | |
| | | 441,110.22 |
| | | |
| **Robert Green Residential, Inc** | 08/14/2023 | |
| 343 Fourth Avenue | 08/18/2023 | |
| San Diego, CA  92101 | 08/18/2023 | |
| | 08/24/2023 | |
| | 09/08/2023 | |
| | 09/25/2023 | |
| | 09/26/2023 | |
| | 10/03/2023 | |
| | 10/12/2023 | |
| | 10/17/2023 | |
| | 10/18/2023 | |
| | 11/06/2023 | |
| | 11/06/2023 | |
| | 11/07/2023 | |
| | 11/17/2023 | |
| | 11/17/2023 | |
| | 11/20/2023 | |
| | 11/22/2023 | |
| | 11/28/2023 | |
| | 12/08/2023 | |
| | 02/09/2024 | |
| | 02/29/2024 | |
| | 04/09/2024 | |
| | | 2,642,818.00 |

| Insider name/address | Date | Total amount |
|---|---|---|
| **SilverRock Development Company, LLC** | 08/18/2023 | |
| 343 Fourth Avenue | 09/06/2023 | |
| San Diego, CA  92101 | 09/18/2023 | |
| | 10/12/2023 | |
| | 11/09/2023 | |
| | 12/13/2023 | |
| | 02/15/2024 | |
| | 03/19/2024 | |
| | 05/22/2024 | |
| | | 3,919,742.93 |
| | | |
| **The Robert Green Company** | 08/10/2023 | |
| 343 Fourth Avenue | 08/10/2023 | |
| San Diego, CA  92101 | 09/06/2023 | |
| | 10/03/2023 | |
| | 10/03/2023 | |
| | 11/06/2023 | |
| | 12/13/2023 | |
| | 12/19/2023 | |
| | 12/20/2023 | |
| | 12/20/2023 | |
| | 12/28/2023 | |
| | 01/04/2024 | |
| | 02/08/2024 | |
| | 02/09/2024 | |
| | 02/12/2024 | |
| | 02/16/2024 | |
| | 02/16/2024 | |
| | 03/14/2024 | |
| | 03/29/2024 | |
| | 04/01/2024 | |
| | 04/01/2024 | |
| | 04/01/2024 | |
| | 04/01/2024 | |
| | 04/02/2024 | |
| | 04/02/2024 | |
| | 04/03/2024 | |
| | 04/08/2024 | |
| | 04/09/2024 | |
| | | 2,502,557.86 |

**Form 207 – item #7**
## EXHIBIT B

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Hart Brothers Construction, Inc. v. Silverrock Phase 1, LLC, et al. | Breach of Contract, Enforcement of Mechanic's Lien, Common Count | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/16/2023 | CVPS2300840 |
| Industrial Commercial Systems, Inc. v. RD Olson Construction, Inc., Silverrock Lodging, LLC, et al. | Breach of Contract, Enforcement of Mechanic's Lien, Enforcement of Mechanic's Lien Release Bond, and Quantum Meruit | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/27/2023 | CVPS2301264 |
| Industrial Commercial Systems, Inc. v. RD Olson Construction, Inc., Silverrock Lodging, LLC, et al. | Breach of Contract, Enforcement of Mechanic's Lien, Enforcement of Mechanic's Lien Release Bond, and Quantum Meruit | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/27/2023 | CVPS2301266 |
| Industrial Commercial Systems, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Enforcement of Mechanic's Lien, Enforcement of Mechanic's Lien Release Bond, and Quantum Meruit | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/27/2023 | CVPS2301267 |
| Consumers Pipe and Supply Co. v. Industrial Commercial Systems, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanics Lien, and Unjust Enrichment | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/28/2023 | CVMV2303393 |
| Ferguson Enterprises, Inc., | Foreclosure of Mechanic's liens and Lien release Bonds | Superior Court of California, County of Riverside, Palm Springs Courthouse | Settled/dismissed on 11/13/2023 | CVPS2301463 |

## Form 207 – item #7

| | | | | |
|---|---|---|---|---|
| v. Silverrock Lodging, LLC | | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
| Morsco Supply, LLC v. Silverrock Lodging, LLC et al. | Foreclosure of Mechanic's lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2301467 |
| Trane U.S., Inc. v. Industrial Commercial Systems, Inc. | Foreclosure of Mechanic's lien, Breach of Contract, Quantum Meruit, Action on Open Account | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 12/17/2023 | CVPS2301638 |
| Michael J. Kincaid Construction Company v. RD Olson Construction, Inc., et al | Breach of Contract, Quantum Meruit, Violation of Prompt Payment | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2300607 |
| Randy Jackson Company v. Silverrock Phase 1, LLC et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/13/2023 | CVPS2301464 |
| Beacon Sales Acquisition v. Silverrock Lodging, LLC | Foreclosure of Mechanic's lien and Unjust Enrichment | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Dismissed on 12/20/2023 | CVMV2301623 |
| BFS Group of California, LLC v. RD Olson | Breach of Contract, Quantum Meruit, | Superior Court of California, County of | Settled/Dismissed on 12/28/2023 | CVPS2300264 |

## Form 207 – item #7

| | | | | |
|---|---|---|---|---|
| Construction, Inc., et al. | Foreclosure of Mechanic's lien | Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
| Main Electric Supply Company, LLC v. Rowan, Incorporated, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/21/2023 | CVPS2301963 |
| Walters Wholesale Electric, Co. v. Rowan Incorporated, et al. | Foreclosure of Mechanic's lien, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/16/2023 | CVPS2300594 |
| Wesco Distribution, Inc. v. Rowan Incorporated, et al. | Breach of Contract, Foreclosure of Mechanic's lien, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/27/2023 | CVPS2301935 |
| Elljay Acoustics, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 12/27/2023 | CVPS2301552 |
| Conserve Landcare, LLC v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 4/24/2024 | CVPS2302030 |
| Conserve Landcare, LLC v. RD Olson | Breach of Contract, Common Counts, | Superior Court of California, County of Riverside | Settled/Dismissed on 4/24/2024 | CVPS2302095 |

## Form 207 – item #7

| Construction, Inc., et al. | Foreclosure of Mechanic's Lien | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
|---|---|---|---|---|
| Division 7 Services, Inc. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300770 |
| Division 7 Services, Inc. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300781 |
| Gauston Corp. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300238 |
| L2 Specialties, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300561 |
| R3 Contractors, Inc. v. RD Olson Construction, Inc., et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300047 |
| Trimark Raygal, LLC v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanic's Lien, | Superior Court of California, County of Riverside | Ongoing/still in litigation | CVRI2302387 |

## Form 207 – item #7

| | Common Counts, Quantum Meriut | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
|---|---|---|---|---|
| White's Steel, Inc. v. R.R. Olson Construction, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2302374 |
| J. Ginger Masonry, LP v. RD Olson Construction, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2301956 |
| Rowan, Incorporated v. Robert Green Residential, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2402642 |
| Rowan, Incorporated v. RD Olson Construction, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2301769 |
| RD Olson Construction, Inc. v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2301220 |
| Consolidated Electrical Distributors, Inc. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse | Settled/dismissed on 11/14/2023 | CVPS2300651 |

## Form 207 – item #7

| | | | | |
|---|---|---|---|---|
| v. Silverrock Lodging, LLC, et al. | | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
| Consolidated Electrical Distributors, Inc. v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2300644 |
| Consolidated Electrical Distributors, Inc. v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2300642 |
| Interior Specialists, Inc. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Unjust Enrichment | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2305836 |
| Jacobsson Engineering Construction, Inc. v. RD Olson Construction, Inc. | Breach of Contract, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2401957 |
| White Cap, L.P. v. Rowan, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 10/17/23 | CVPS2300678 |

**Form 207 – item #7**

| | | | | |
|---|---|---|---|---|
| RJB Enterprises, Inc., v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/14/23 | CVPS2301236 |
| The Siess Companies, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Liens | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/Still in litigation | CVPS2302089 |
| Granite Construction Company v. Silverrock Phase I, LLC | Breach of Contract, Common Counts, Foreclosure of Mechanic's Liens | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2204980 |
| Shasta Fire Protection, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Liens | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/27/23 | CVPS2301627 |
| YH-MSCV Fund I, LLC ET AL v. SilverRock Development Company, LLC | Summons Complaint | Superior Court of California, County of San Diego 303 West Broadway, San Diego, CA 92101 | Pending | 37-2024-00028106-CU-SL-CTL |
| Cypress Point Holdings, LLC vs SilverRock Development Company, LLC | Foreclosure | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Pending | 2023-0363986 |
| City of La Quinta v SRDC, RGC, et al | Breach of contract, fraud, slander of title, quiet title, dec relief | Superior Court of California, County of Riverside, Palm Springs Courthouse | Pending | CVPS2404750 |

**Form 207 – item #7**

| | | | | |
|---|---|---|---|---|
| | | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |

# EXHIBIT C

| Off-Site Storage | | | |
|---|---|---|---|
| Facility Name and Address | Names of anyone with access | Description of Contents | Debtor Ownership |
| Hill Crane Service, Inc.<br><br>3333 Cherry Ave., Long Beach, CA 90807 | Hector Garcia<br>(I.C.S., Industrial Commercial Systems)<br>(760) 718-9820<br>hgarcia@1ucs.net | Trane - Forced Air Furnace & Cooling Units (HCSR-1010, 1011, 1012, 1014) | Yes |
| Sunpac Storage Containers, Inc.<br><br>21 Rancho Circle, Lake Forest, CA 92630 | Greg Jackson<br>(Rowan Electric)<br>(619) 807-2452<br>greg@rowanelectric.com<br><br>Andrew Villalobos<br>(Rowan Electric)<br>(619) 794-8111<br>Andrew@rowanelectric.com | Sensitive Electronic Material - Transformers, Breaker Panels, Controller Boards, Copper Wire, Conduit, Light Fixtures | Yes |
| Robert Green Company Model Room<br><br>78-134 Calle Tampico, La Quinta, CA 92253 Suite #100 | Stephen Gaines<br>(Robert Green Company)<br>(760) 419-4586<br>Stephen@therobertgreencompany.com | Wash Basins & Pedestals (Residential, Montage Residence Project), qty: 13 *Note: Not an active business, Model Room location for Montage Guestrooms* | Yes |