**Fill in this information to identify the case:**

Debtor name __RGC PA 789, LLC__

United States Bankruptcy Court for the: _____ District of __Delware__
(State)

Case number (If known): __24-11657__

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..............................................................    $ __61,500,000__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................    $ __156.10__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................    $ __61,500,156.10__

---

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............................    $ __54,062,042__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................    $ __0__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................    **+** $ __96,915__

4. **Total liabilities**.................................................................................................................    $ __54,158,957__
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___RGC PA 789, LLC___

United States Bankruptcy Court for the:_____ District of ___Delware___
(State)

Case number (If known): ___24-11657___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____0_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | checking | 7 4 4 0 | $ 156.10 |
| 3.2. | | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | N/A | $_____ |
| 4.2. | | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ **156.10**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | | $_____ |
| 7.2. | | $_____ |

Debtor     RGC PA 789, LLC                                      Case number *(if known)*    24-11657
           _____                              _____
           Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                          $_____

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                    **Current value of debtor's
                                                                    interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ........➔   $_____
                               face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ........➔   $_____
                               face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.              $_____

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                         **Valuation method          Current value of debtor's
                                                         used for current value**    interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                  % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                 $_____

---

Debtor _____ RGC PA 789, LLC _____    Case number *(if known)* __24-11657__
Name

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☒ No. Go to Part 6.

  ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

  Add lines 19 through 22. Copy the total to line 84.

  $_____

24. **Is any of the property listed in Part 5 perishable?**

  ☐ No
  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No
  ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☐ No
  ☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☒ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

---

Debtor _____RGC PA 789, LLC_____    Case number *(if known)*___24-11657_____
        Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                                    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor ___RGC PA 789, LLC_____   Case number *(if known)*___24-11657_____
      Name

---

**Part 8:**　**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

Debtor ___RGC PA 789, LLC_____     Case number *(if known)*___24-11657___
          Name

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Planning Areas 7, 8, & 9 | owns | $  --- | Appraisal | $  61,500,000 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$  61,500,000

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____

---

Debtor _____RGC PA 789, LLC_____     Case number *(if known)*___24-11657___
     Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

  ☐ No

  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ☐ No

  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☒ No. Go to Part 12.

  ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor)<br><br>_____  _____ – _____ = ➜ | $_____ |
|   Total face amount   doubtful or uncollectible amount | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br><br>Description (for example, federal, state, local)<br><br>_____  Tax year _____<br>_____  Tax year _____<br>_____  Tax year _____ | $_____<br>$_____<br>$_____ |
| 73. **Interests in insurance policies or annuities**<br><br>_____ | $_____ |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br><br>_____<br>Nature of claim   _____<br>Amount requested  $_____ | $_____ |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br><br>_____<br>Nature of claim   _____<br>Amount requested  $_____ | $_____ |
| 76. **Trusts, equitable or future interests in property**<br><br>_____ | $_____ |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br><br>_____<br>_____ | $_____<br>$_____ |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $_____ |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

Debtor    RGC PA 789, LLC
          Name                                                   Case number *(if known)* 24-11657

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 156.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................ ➔ | | $ 61,500,000 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 156.10 | + 91b. $ 61,500,000 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................... $ 61,500,156.10

**Fill in this information to identify the case:**

Debtor name ___RGC PA 789, LLC___

United States Bankruptcy Court for the: _____ District of __Delware__
(State)

Case number (If known): ___24-11657___

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**2.1** Creditor's name
_See Exhibit A_

Describe debtor's property that is subject to a lien
_____   $_____   $_____

Creditor's mailing address
_____
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
_____

Describe debtor's property that is subject to a lien
_____   $_____   $_____

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ _54,062,042_

Debtor _____RGC PA 789, LLC_____   Case number (if known)____24-11657_____
              Name

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** Creditor's name

Describe debtor's property that is subject to a lien

_____  $_____  $_____

Creditor's mailing address

_____

_____

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?

_____

☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply.

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**2.__** Creditor's name

Describe debtor's property that is subject to a lien

_____  $_____  $_____

Creditor's mailing address

_____

_____

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?

_____

☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply.

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor     RGC PA 789, LLC
_____
           Name

Case number (*if known*)___24-11657

---

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| See Exhibit A | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |
|  | Line 2. __ | ___ ___ ___ ___ |

# EXHIBIT A
## RGC PA 789, LLC

- 2.1
  - Creditor name:  RAF Pacifica (Keillor Capital)
  - Address: 2429 West Coast Highway, Suite 210, Newport Beach, CA  92663
  - Date of debt: 10/10/23
  - Last 4 digits:
  - Do multiple creditors have an interest:  yes.  SilverRock Resort Investment, LLC and SilverRock Resort Investment M, LLC
  - Describe debtors' property subject to lien:  Planning areas 7, 8 & 9- about 51 acres
  - Describe lien – 1st DOT on PA 7, 8 & 9
  - Is creditor an inside party: no
  - Is anyone else liable:  yes (see schedule H) – SilverRock Land II, LLC on a portion of PA 9
  - As of the filing date, the claim is:
  - Column A:  $12.5m
  - Column B: over $61.5m
- 2.2

  - Creditor name:  SilverRock Resort Investment, LLC and SilverRock Resort Investment M, LLC
  - Address: 311 East Chicago Street, Suite 510, Milwaukee, WI 53202
  - Date of debt: 6/30/23
  - Last 4 digits:
  - Do multiple creditors have an interest:  yes.  RAF Pacifica
  - Describe debtors' property subject to lien:  Planning areas 7 and 8
  - Describe lien – 2nd DOT on PA 7 & 8
  - Is creditor an inside party: no
  - Is anyone else liable:  yes (see schedule H) – SRDC
  - As of the filing date, the claim is:
  - Column A:  $14.6m
  - Column B: TBD
- 2.3

  - Creditor name:  (see list #3 below)
  - Address: (see below)
  - Date of debt: 7/2/24
  - Last 4 digits:
  - Do multiple creditors have an interest:  yes.  (See list #3 below)
  - Describe debtors' property subject to lien:  Planning areas 7, 8 & 9
  - Describe lien – 3rd DOT on PA 7, 8 & 9
  - Is creditor an inside party: no
  - Is anyone else liable:  no
  - As of the filing date, the claim is:
  - Column A:  $23.1
  - Column B: $61.5m
- 2.4

- o Creditor name:  (see list #4 below)
- o Address: (see below)
- o Date of debt: 7/2/24
- o Last 4 digits:
- o Do multiple creditors have an interest:  no
- o Describe debtors' property subject to lien:  a portion of Planning area 9
- o Describe lien – 2nd DOT on a portion of PA 9
- o Is creditor an inside party: no
- o Is anyone else liable:  no
- o As of the filing date, the claim is:
- o Column A:  $3.8m
- o Column B: TBD

**List #3 (3rd TD) in PA 789 – RGC PA 789)**

| | |
|---|---:|
| George Heuser | 4,548,811 |
| SVR Capital Trust (BJ Delzer) | 606,272 |
| Jon & Linda Kurtin | 1,494,594 |
| Ken Green Family Trust | 223,931 |
| Larry Duclos | 373,218 |
| Bryan Holker | 294,715 |
| Diane Cimarusti | 294,715 |
| Claire Fruhwirth 2014 Trust | 293,530 |
| Jason Parr | 292,515 |
| Jon Fredricks | 364,162 |
| David Mack | 364,162 |
| Kevin and Lindy Welk | 362,683 |
| Larry Welk | 362,683 |
| | |
| Eric Leitstein | 2,935,352 |
| Susan Hoehn | 1,468,378 |
| Ritch Goetz | 8,866,321 |
| | |
| **Total** | **23,146,042** |

**List #4 (2nd TD) in PA 9 – RGC PA 789)**

| | |
|---|---:|
| Traub Family Revocable Trust | **3,816,000** |

# Addresses for List #3 and #4

George Heuser - 601 Lido Park Drive Unit 6E
        Newport Beach, CA 92663
B.J. Delzer - 5809 Seashore Drive
        Newport Beach, CA 92663
Jon & Linda Kurtin - 8091 Run of the Knolls
        San Diego, CA 92127
Ken Green Family Trust - 12627 Oakbrook Court
        Poway, CA 92064
Larry Duclos - 14854 Chesfield Court
        San Diego, CA 92127
Bryan Holker - 2019 Coast Blvd.
        Del Mar, CA 92014
Diane Cimarusti - 2019 Coast Blvd.
        Del Mar, CA 92014
Claire Fruhwirth - P.O. Box 121
        Solana Beach, CA 92075
Jason Parr - 10980 Pine Nut Drive
        Truckee, CA 96161
Jon Fredricks - P.O. Box 701
        Rancho Santa Fe, CA 92067
David Mack - 63 Gammons Road
        Waban, MA    02468
Kevin and Lindy Welk - 5133 Harding Pike, B-10 Box 301
        Nashville TN    37205
Larry Welk - 540 N. Tamiami Trail #1401
        Sarasota, FL    34236


Eric Leitstein - 2505 Rosemary Ct
        Encinitas, CA 92024
Susan Hoehn - P.O. Box 1606
        Rancho Santa Fe, CA 92067
Richard & Lehn Goetz  - 11420 Brooks Road
        Windsor, CA 95492


Traub Family Revocable Trust - 1425 La Perla Avenue
        Long Beach, CA  90815

**Fill in this information to identify the case:**

Debtor      RGC PA 789, LLC

United States Bankruptcy Court for the: _____ District of   Delware
                                                      (State)

Case number    24-11657
(If known)

☐ Check if this is an amended filing

<u>Official Form 206E/F</u>

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2**   Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3**   Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____ RGC PA 789, LLC _____
    Name

Case number *(if known)* ____24-11657____

| **Part 1.** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**          **Priority amount**

**2.__** Priority creditor's name and mailing address

$_____     $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

Date or dates debt was incurred          Basis for the claim:

_____     _____

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____     $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

_____

Date or dates debt was incurred          Basis for the claim:

_____     _____

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____     $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

Date or dates debt was incurred          Basis for the claim:

_____     _____

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

$_____     $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

Date or dates debt was incurred          Basis for the claim:

_____     _____

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor _____RGC PA 789, LLC_____    Case number *(if known)*____24-11657_____
          Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|--|

**3.1** | Nonpriority creditor's name and mailing address

See Exhibit A

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _____RGC PA 789, LLC_____
          Name

Case number *(if known)*____24-11657____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

| Debtor | RGC PA 789, LLC | Case number *(if known)* | 24-11657 |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____RGC PA 789, LLC_____    Case number (if known)____24-11657_____
        Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___ _____     Line _____
      _____     ☐  Not listed. Explain _____     ___ ___ ___ ___
      _____        _____

4.___ _____     Line _____
      _____     ☐  Not listed. Explain _____     ___ ___ ___ ___
      _____        _____

4.___ _____     Line _____
      _____     ☐  Not listed. Explain _____     ___ ___ ___ ___
      _____        _____

4.___ _____     Line _____
      _____     ☐  Not listed. Explain _____     ___ ___ ___ ___
      _____        _____

4.___ _____     Line _____
      _____     ☐  Not listed. Explain _____     ___ ___ ___ ___
      _____        _____

4.___ _____     Line _____
      _____     ☐  Not listed. Explain _____     ___ ___ ___ ___
      _____        _____

4.___ _____     Line _____
      _____     ☐  Not listed. Explain _____     ___ ___ ___ ___
      _____        _____

4.___ _____     Line _____
      _____     ☐  Not listed. Explain _____     ___ ___ ___ ___
      _____        _____

4.___ _____     Line _____
      _____     ☐  Not listed. Explain _____     ___ ___ ___ ___
      _____        _____

4.___ _____     Line _____
      _____     ☐  Not listed. Explain _____     ___ ___ ___ ___
      _____        _____

4.___ _____     Line _____
      _____     ☐  Not listed. Explain _____     ___ ___ ___ ___
      _____        _____

4.___ _____     Line _____
      _____     ☐  Not listed. Explain _____     ___ ___ ___ ___
      _____        _____

4.___ _____     Line _____
      _____     ☐  Not listed. Explain _____     ___ ___ ___ ___
      _____        _____

| Debtor | RGC PA 789, LLC | Case number (if known) | 24-11657 |
| --- | --- | --- | --- |
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 96,915 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 96,915 |

**Exhibit A**

| Creditor (Non-Priority) | Claim amount | address | offset |
|---|---|---|---|
| CGS3 | 34,070 | 12750 High Bluff Drive Suite 250 San Diego, CA 92130 | no |
| Coachella Valley Water District | 3,652 | PO Box 1058 Coachella, CA 92236 | no |
| CSC | 370 | PO Box 7410023 Chicago, IL 60674-5023 | no |
| Magnus Blue LLP | 1,692 | 12526 High Bluff Dr. Ste 360 San Diego, CA 92130 | no |
| Riverside County Treasurer | 57,131 | PO Box 12005 Riverside, CA 92502-2205 | no |
| | 96,915 | | |

**Fill in this information to identify the case:**

Debtor name _____ RGC PA 789, LLC _____

United States Bankruptcy Court for the: _____ District of _____ Delware _____
(State)

Case number (If known): _____ 24-11657 _____ Chapter _____ 11 _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Debtor _____RGC PA 789, LLC_____    Case number _(if known)_____24-11657_____
　　　　　　　　Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  **State what the contract or lease is for and the nature of the debtor's interest**
　　　　　**State the term remaining**
　　　　　**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**
　　　　　**State the term remaining**
　　　　　**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**
　　　　　**State the term remaining**
　　　　　**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**
　　　　　**State the term remaining**
　　　　　**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**
　　　　　**State the term remaining**
　　　　　**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**
　　　　　**State the term remaining**
　　　　　**List the contract number of any government contract**

2._  **State what the contract or lease is for and the nature of the debtor's interest**
　　　　　**State the term remaining**
　　　　　**List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name ____RGC PA 789, LLC_____

United States Bankruptcy Court for the:_____ District of __Delware__
(State)

Case number (If known): ____24-11657_____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 SilverRock Land II, LLC | 343 Fourth Avenue <br>Street<br><br>San Diego, CA 92101<br>City State ZIP Code | RAF Pacifica | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 SilverRock Development Company, LLC | 343 Fourth Avenue <br>Street<br><br>San Diego, CA 92101<br>City State ZIP Code | SilverRock Resort Investment, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 SilverRock Development Company, LLC | 343 Fourth Avenue <br>Street<br><br>San Diego, CA 92101<br>City State ZIP Code | SilverRock Resort Investment M, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | RGC PA 789, LLC | Case number *(if known)* | 24-11657 |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.___ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name     RGC PA 789, LLC

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                    (State)

Case number (If known):     24-11657

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:     Income

1. **Gross revenue from business**

   ☒ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to   Filing date<br><span style="font-size:smaller">MM / DD / YYYY</span> | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For prior year:** | From _____ to _____<br><span style="font-size:smaller">MM / DD / YYYY        MM / DD / YYYY</span> | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br><span style="font-size:smaller">MM / DD / YYYY        MM / DD / YYYY</span> | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to   Filing date<br><span style="font-size:smaller">MM / DD / YYYY</span> | _____ | $_____ |
   | **For prior year:** | From _____ to _____<br><span style="font-size:smaller">MM / DD / YYYY        MM / DD / YYYY</span> | _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br><span style="font-size:smaller">MM / DD / YYYY        MM / DD / YYYY</span> | _____ | $_____ |

Debtor    RGC PA 789, LLC
Name

Case number *(if known)*  24-11657

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City  State  ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City  State  ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |

Debtor      RGC PA 789, LLC
_____      Case number *(if known)*___24-11657_____
            Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:   Legal Actions or Assignments**

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | SEE EXHIBIT A | | Name | ☐ Pending ☐ On appeal ☐ Concluded |
| | Case number | | Street | |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending ☐ On appeal ☐ Concluded |
| | Case number | | Name | |
| | | | Street | |
| | | | City          State          ZIP Code | |

Debtor     RGC PA 789, LLC _____     Case number (if known)___ 24-11657 _____
       Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | _____ | Name |
| City   State   ZIP Code | **Case number** | Street |
| | _____ | |
| | **Date of order or assignment** | City   State   ZIP Code |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** _____ Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |
| **9.2.** _____ Recipient's name | _____ | | $_____ |
| Street | _____ | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

Debtor    RGC PA 789, LLC            Case number *(if known)*  24-11657
        Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

Debtor      RGC PA 789, LLC
_____      Case number (if known)___24-11657_____
           Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 3551 Fortuna Ranch Road Street | From  Aug 4, 2023   To  Jan 1, 2020 |
| | Encinitas          CA      92024 City          State      ZIP Code | |
| 14.2. | _____ Street | From _____  To _____ |
| | _____ | |
| | _____ City          State      ZIP Code | |

Debtor      RGC PA 789, LLC
            _____        Case number *(if known)*___24-11657____
            Name

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | <br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | <br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☒ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

---

Debtor    RGC PA 789, LLC _____    Case number *(if known)* __24-11657__
          Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| SEE EXHIBIT B<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

---

Debtor    RGC PA 789, LLC
Name

Case number *(if known)*    24-11657

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor _____RGC PA 789, LLC_____     Case number *(if known)*___24-11657_____
          Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
     Include this information even if already listed in the Schedules.

☒ None

|       | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____    To _____ |
| 25.2. | Name<br>Street<br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____    To _____ |
| 25.3. | Name<br>Street<br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____    To _____ |

Debtor    RGC PA 789, LLC
_____          Case number *(if known)*___24-11657_____
Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Heather Studer <br> Name <br> 343 Fourth Ave <br> Street <br><br> San Diego · · · · CA · · · · 92101 <br> City · · · · State · · · · ZIP Code | From Aug 5, 2022 To Aug 5, 2024 |
| **26a.2.** Kathy Houser <br> Name <br> 343 Fourth Ave <br> Street <br><br> San Diego · · · · CA · · · · 92101 <br> City · · · · State · · · · ZIP Code | From Aug 5, 2022 To Mar 22, 2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** <br> Name <br> Street <br><br> City · · · · State · · · · ZIP Code | From _____ To _____ |
| **26b.2.** <br> Name <br> Street <br><br> City · · · · State · · · · ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** The Robert Green Company <br> Name <br> 343 Fourth Ave <br> Street <br><br> San Diego · · · · CA · · · · 92101 <br> City · · · · State · · · · ZIP Code | N/A |

Debtor        RGC PA 789, LLC
_____        Case number *(if known)*    24-11657
              Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____        _____
       Name                                         _____
       _____        _____
       Street
       _____
       _____
       City                State    ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|

26d.1.   Magnus Blue
        _____
        Name
        12526 High Bluff Drive                      26d.3.
        _____        Name: <u>AdvisCo Capital</u>
        Street                                      Address: <u>341 A East 76th Street, Suite 247</u>
                                                             <u>New York, NY 10021</u>
        San Diego            CA       92130
        _____
        City                State    ZIP Code

| Name and address | |
|---|---|

26d.2.   First Pathway Partners
        _____
        Name
        311 East Chicago Street, Suite 510
        _____
        Street

        Milwaukee            WI       53202
        _____
        City                State    ZIP Code

27. **Inventories**

   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☒ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | |
|---|---|

27.1.   _____
        Name
        _____
        Street
        _____
        City                State    ZIP Code

Debtor    RGC PA 789, LLC
_____
Name

Case number *(if known)*   24-11657
_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.
_____
Name
_____
Street
_____
City                              State         ZIP Code

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| The Robert Green Company | 343 Fourth Ave, San Diego, CA 92101 | Manager of debtor | 0% |
| RGC La Quinta, LLC | 343 Fourth Ave, San Diego, CA 92101 | Member | 100% |
| | | | |
| | | | |
| | | | |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | _____ | |
| City                State      ZIP Code | | | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor    RGC PA 789, LLC
_____
Name

Case number (if known)    24-11657

| | |
|---|---|
| **Name and address of recipient** | |
| 30.2 | _____ |
| | Name |
| | _____ |
| | Street |
| | _____ |
| | City                State        ZIP Code |
| **Relationship to debtor** | |
| | _____ |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:**    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/18/2024
                MM  / DD  / YYYY

✗ _____
Signature of individual signing on behalf of the debtor

Printed name    Robert S. Green, Jr.

Position or relationship to debtor    on behalf of The Robert Green Company
                                      as manager for the debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☒ Yes

**Form 207 – item #7**
## EXHIBIT A

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Hart Brothers Constrution, Inc. v. Silverrock Phase 1, LLC, et al. | Breach of Contract, Enforcement of Mechanic's Lien, Common Count | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/16/2023 | CVPS2300840 |
| Industrial Commercial Systems, Inc. v. RD Olson Construction, Inc., Silverrock Lodging, LLC, et al. | Breach of Contract, Enforcement of Mechanic's Lien, Enforcement of Mechanic's Lien Release Bond, and Quantum Meruit | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/27/2023 | CVPS2301264 |
| Industrial Commercial Systems, Inc. v. RD Olson Construction, Inc., Silverrock Lodging, LLC, et al. | Breach of Contract, Enforcement of Mechanic's Lien, Enforcement of Mechanic's Lien Release Bond, and Quantum Meruit | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/27/2023 | CVPS2301266 |
| Industrial Commercial Systems, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Enforcement of Mechanic's Lien, Enforcement of Mechanic's Lien Release Bond, and Quantum Meruit | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/27/2023 | CVPS2301267 |
| Consumers Pipe and Supply Co. v. Industrial Commercial Systems, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanics Lien, and Unjust Enrichment | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/28/2023 | CVMV2303393 |
| Ferguson Enterprises, Inc., | Foreclosure of Mechanic's liens and Lien release Bonds | Superior Court of California, County of Riverside, Palm Springs Courthouse | Settled/dismissed on 11/13/2023 | CVPS2301463 |

## Form 207 – item #7

| | | | | |
|---|---|---|---|---|
| v. Silverrock Lodging, LLC | | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
| Morsco Supply, LLC v. Silverrock Lodging, LLC et al. | Foreclosure of Mechanic's lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2301467 |
| Trane U.S., Inc. v. Industrial Commercial Systems, Inc. | Foreclosure of Mechanic's lien, Breach of Contract, Quantum Meruit, Action on Open Account | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 12/17/2023 | CVPS2301638 |
| Michael J. Kincaid Construction Company v. RD Olson Construction, Inc., et al | Breach of Contract, Quantum Meruit, Violation of Prompt Payment | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2300607 |
| Randy Jackson Company v. Silverrock Phase 1, LLC et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/13/2023 | CVPS2301464 |
| Beacon Sales Acquisition v. Silverrock Lodging, LLC | Foreclosure of Mechanic's lien and Unjust Enrichment | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Dismissed on 12/20/2023 | CVMV2301623 |
| BFS Group of California, LLC v. RD Olson | Breach of Contract, Quantum Meruit, | Superior Court of California, County of | Settled/Dismissed on 12/28/2023 | CVPS2300264 |

## Form 207 – item #7

| | | | | |
|---|---|---|---|---|
| Construction, Inc., et al. | Foreclosure of Mechanic's lien | Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
| Main Electric Supply Company, LLC v. Rowan, Incorporated, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/21/2023 | CVPS2301963 |
| Walters Wholesale Electric, Co. v. Rowan Incorporated, et al. | Foreclosure of Mechanic's lien, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/16/2023 | CVPS2300594 |
| Wesco Distribution, Inc. v. Rowan Incorporated, et al. | Breach of Contract, Foreclosure of Mechanic's lien, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/27/2023 | CVPS2301935 |
| Elljay Acoustics, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 12/27/2023 | CVPS2301552 |
| Conserve Landcare, LLC v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 4/24/2024 | CVPS2302030 |
| Conserve Landcare, LLC v. RD Olson | Breach of Contract, Common Counts, | Superior Court of California, County of Riverside | Settled/Dismissed on 4/24/2024 | CVPS2302095 |

## Form 207 – item #7

| | | | | |
|---|---|---|---|---|
| Construction, Inc., et al. | Foreclosure of Mechanic's Lien | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
| Division 7 Services, Inc. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300770 |
| Division 7 Services, Inc. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300781 |
| Gauston Corp. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300238 |
| L2 Specialties, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300561 |
| R3 Contractors, Inc. v. RD Olson Construction, Inc., et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2300047 |
| Trimark Raygal, LLC v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanic's Lien, | Superior Court of California, County of Riverside | Ongoing/still in litigation | CVRI2302387 |

## Form 207 – item #7

| | Common Counts, Quantum Meriut | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
|---|---|---|---|---|
| White's Steel, Inc. v. R.R. Olson Construction, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2302374 |
| J. Ginger Masonry, LP v. RD Olson Construction, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2301956 |
| Rowan, Incorporated v. Robert Green Residential, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2402642 |
| Rowan, Incorporated v. RD Olson Construction, Inc., et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2301769 |
| RD Olson Construction, Inc. v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanics' Lien, breach of contract, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2301220 |
| Consolidated Electrical Distributors, Inc. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse | Settled/dismissed on 11/14/2023 | CVPS2300651 |

## Form 207 – item #7

| | | | | |
|---|---|---|---|---|
| v. Silverrock Lodging, LLC, et al. | | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |
| Consolidated Electrical Distributors, Inc. v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2300644 |
| Consolidated Electrical Distributors, Inc. v. Silverrock Lodging, LLC, et al. | Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/dismissed on 11/14/2023 | CVPS2300642 |
| Interior Specialists, Inc. v. Silverrock Lodging, LLC, et al. | Breach of Contract, Common Counts, Unjust Enrichment | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2305836 |
| Jacobsson Engineering Construction, Inc. v. RD Olson Construction, Inc. | Breach of Contract, Common Counts | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2401957 |
| White Cap, L.P. v. Rowan, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Lien | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 10/17/23 | CVPS2300678 |

## Form 207 – item #7

| RJB Enterprises, Inc., v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/14/23 | CVPS2301236 |
|---|---|---|---|---|
| The Siess Companies, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Liens | Superior Court of California, County of Riverside 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/Still in litigation | CVPS2302089 |
| Granite Construction Company v. Silverrock Phase I, LLC | Breach of Contract, Common Counts, Foreclosure of Mechanic's Liens | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Ongoing/still in litigation | CVPS2204980 |
| Shasta Fire Protection, Inc. v. RD Olson Construction, Inc., et al. | Breach of Contract, Common Counts, Foreclosure of Mechanic's Liens | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Settled/Dismissed on 11/27/23 | CVPS2301627 |
| YH-MSCV Fund I, LLC ET AL v. SilverRock Development Company, LLC | Summons Complaint | Superior Court of California, County of San Diego 303 West Broadway, San Diego, CA 92101 | Pending | 37-2024-00028106-CU-SL-CTL |
| Cypress Point Holdings, LLC vs SilverRock Development Company, LLC | Foreclosure | Superior Court of California, County of Riverside, Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | Pending | 2023-0363986 |
| City of La Quinta v SRDC, RGC, et al | Breach of contract, fraud, slander of title, quiet title, dec relief | Superior Court of California, County of Riverside, Palm Springs Courthouse | Pending | CVPS2404750 |

**Form 207 – item #7**

| | | | | |
|---|---|---|---|---|
| | | 3255 E Tahquitz Canyon Way Palm Springs, CA 92262 (760) 393-2617 | | |

# EXHIBIT B

| Off-Site Storage | | | |
|---|---|---|---|
| Facility Name and Address | Names of anyone with access | Description of Contents | Debtor Ownership |
| Hill Crane Service, Inc.<br><br>3333 Cherry Ave., Long Beach, CA 90807 | Hector Garcia<br>(I.C.S., Industrial Commercial Systems)<br>(760) 718-9820<br>hgarcia@1ucs.net | Trane - Forced Air Furnace & Cooling Units (HCSR-1010, 1011, 1012, 1014) | Yes |
| Sunpac Storage Containers, Inc.<br><br>21 Rancho Circle, Lake Forest, CA 92630 | Greg Jackson<br>(Rowan Electric)<br>(619) 807-2452<br>greg@rowanelectric.com<br><br>Andrew Villalobos<br>(Rowan Electric)<br>(619) 794-8111<br>Andrew@rowanelectric.com | Sensitive Electronic Material - Transformers, Breaker Panels, Controller Boards, Copper Wire, Conduit, Light Fixtures | Yes |
| Robert Green Company Model Room<br><br>78-134 Calle Tampico, La Quinta, CA 92253 Suite #100 | Stephen Gaines<br>(Robert Green Company)<br>(760) 419-4586<br>Stephen@therobertgreencompany.com | Wash Basins & Pedestals (Residential, Montage Residence Project), qty: 13 *Note: Not an active business, Model Room location for Montage Guestrooms* | Yes |