## **EXHIBIT B**

**SR Phase I Management Agreement**

TO BE FILED UNDER SEAL