## EXHIBIT C

**Conversion Agreement**

TO BE FILED UNDER SEAL