## **EXHIBIT D**

**SR Phase I OA**

TO BE FILED UNDER SEAL