**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 12, 2025 10:30 a.m. (ET)**<br>**Objection Deadline: March 5, 2025 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION FOR ENTRY OF ORDER (I) AUTHORIZING AND APPROVING (A) BID PROCEDURES AND (B) FORM AND MANNER OF NOTICE OF BID PROCEDURES**

  **PLEASE TAKE NOTICE** that the *Motion for Entry of an Order (I) Authorizing and Approving (A) Bid Procedures and (B) Form and Manner of Notice of Bid Procedures* (the "**Motion**") has been filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Motion seeks Entry of an Order (I) Authorizing and Approving (A) Bid Procedures and (B) Form and Manner of Notice of Bid Procedures.

  **PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **March 5, 2025 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be received on or before the Objection Deadline by the undersigned counsel to the Debtors.

  **PLEASE TAKE FURTHER NOTICE** THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES WILL A HEARING BE HELD ON THE APPLICATION.

*[SIGNATURE PAGE FOLLOWS]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC, (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase 1, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

| | |
|---|---|
| Dated: February 19, 2025<br>Wilmington, Delaware | **ARMSTRONG TEASDALE, LLP**<br><br>*/s/ Jonathan M. Stemerman*<br>Jonathan M. Stemerman (No. 4510)<br>Eric M. Sutty (No. 4007)<br>Denisse Guevara (No. 7206)<br>1007 North Market Street, Third Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 416-9670<br>jstemerman@atllp.com<br>esutty@atllp.com<br>dguevara@atllp.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |