# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 358, 392, 395, & 396** |

## NOTICE OF REVISED SALE PROCESS DEADLINES

**PLEASE TAKE NOTICE THAT**, on February 19, 2025, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed that certain *Motion for Entry of Order (I) Authorizing and Approving (A) Bid Procedures and (B) Form and Manner of Notice of Bid Procedures* [Docket No. 358] (the "Bid Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). On March 12, 2025, the Debtors filed a *Notice of Filing of Revised Proposed Order Approving Bidding Procedures Motion* [Docket No. 392].

**PLEASE TAKE FURTHER NOTICE THAT**, on March 13, 2025, the Court entered an order approving the Bid Procedures Motion [Docket No. 396] (the "Bid Procedures Order"), which, among other things, approved the Bidding Procedures attached thereto as Exhibit 1. Pursuant to paragraph 4 of the Bid Procedures Order, the Debtors may, in consultation with the Consultation Parties and the City of La Quinta, California, extend certain deadlines set forth in the Bid Procedures Order by mutual agreement without further order of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with paragraph 4 of the Bid Procedures Order, and after consultation with the Consultation Parties and the City of La Quinta, California, the Debtors hereby provide notice of the extension of certain deadlines set forth in the Bid Procedures Order, as set forth on **Exhibit A** hereto.

| | |
|---|---|
| Dated: April 24, 2025 | **WILSON SONSINI GOODRICH & ROSATI, P.C.** |

*/s/ Erin R. Fay*_____
Erin R. Fay (No. 5268)
Shane M. Reil (No. 6195)
Catherine C. Lyons (No. 6854)
Heather P. Lambert (No. 6923)
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
Emails: efay@wsgr.com
  sreil@wsgr.com
  clyons@wsgr.com
  hlambert@wsgr.com

*Proposed Co-Counsel to the Debtors*

-and-

**LAW OFFICES OF BENJAMIN M. CARSON, P.C.**
Benjamin M. Carson (admitted *pro hac vice*)
5965 Village Way, Suite E105
San Diego, California 92130
Telephone: (858) 255-4529
Email: ben@benjamincarson.com

-and-

Victor A. Vilaplana (admitted *pro hac vice*)
823 La Jolla Rancho Road
La Jolla, California 92037
Telephone: (619) 840-4130
Email: vavilaplana@gmail.com

*Counsel to the Debtors*