**EXHIBIT A**

**SUMMARY OF KEY BIDDING PROCEDURES DATES**

| DEADLINE / EVENT | ORIGINAL DATE | REVISED DATE |
|---|---|---|
| Deadline for Debtors to file the Stalking Horse Supplement | May 5, 2025 | June 2, 2025 |
| Deadline for Debtors to obtain an order approving designation of Stalking Horse Bidder. | May 16, 2025 | June 13, 2025 |
| Deadline to Approve Additional Qualified Bidders as overbidders | June 7, 2025 | July 7, 2025 |
| Last day for Qualified Bidders to submit highest and best sealed offers to JLL and the Debtors/Sealed Bid Deadline | July 1, 2025 | July 29, 2025 |
| Deadline for Debtors to select the Successful Bidder and Next-Highest Bidder (the "Buyer Selection Deadline"). | August 15, 2025 | September 12, 2025 |
| Deadline to file and serve Notice identifying the Successful Bidder and Next-Highest Bidder and to file a Notice of Motion for an Order to Sell the Assets (as defined herein). | August 18, 2025 | September 16, 2025 |
| Deadline to obtain an order to sell the Assets (as defined in the Bid Procedures) to the Successful Bidder, or, as necessary, to the Next-Highest Bidder | September 12, 2025 | October 14, 2025 |
| Deadline to close the Sale of the Assets (as defined in the Bid Procedures Order) | October 10, 2025 | November 12, 2025 |