# RGC PA 789, LLC
## Profit & Loss
### April 2025

|  | Apr 25 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| **Bank Service Charges** | - |
| **Total Expense** | - |
| **Net Ordinary Income** | - |
| **Net Income** | - |

# RGC PA 789, LLC
## Balance Sheet
### As of April 30, 2025

| | Apr 30, 25 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Checking/Savings | 151.10 |
| **Tax Reserve** | 95,555.04 |
| Accounts Receivable | 273,437.50 |
| **Total Current Assets** | 369,143.64 |
| **Fixed Assets** | |
| **Work in Progress** | 570,455.71 |
| **Total Fixed Assets** | 570,455.71 |
| **Other Assets** | 12,500,000.00 |
| **TOTAL ASSETS** | 13,439,599.35 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| **Current Liabilities** | |
| Accounts Payable | 402,282.90 |
| Other Current Liabilities | 473,630.61 |
| **Total Current Liabilities** | 875,913.51 |
| **Long Term Liabilities** | |
| **L/P Keillor** | 12,500,000.00 |
| **Total Long Term Liabilities** | 12,500,000.00 |
| **Total Liabilities** | 13,375,913.51 |
| Equity | |
| **Common** | |
| **Preferred** | |
| **RGC La Quinta LLC** | 63,690.84 |
| **Retained Earnings** | (5.00) |
| Net Income | - |
| **Total Equity** | 63,685.84 |
| **TOTAL LIABILITIES & EQUITY** | 13,439,599.35 |