*United States Bankruptcy Court*
*District of Delaware*
*Lead Case No. 24-11647*
*Bank Account Balances at April 30, 2025*

| Entity Name | Bank Account | Bank Account (Last 4) | Balance as of 4/30/2025 |
|---|---|---|---|
| SilverRock Development Company, LLC | Bank of America | x8989 | (A) |
| SilverRock Luxury Residences, LLC | Bank of America | x8231 | (A) |
| SilverRock Lifestyle Residences, LLC | Bank of America | x8286 | (A) |
| RGC PA 789, LLC | Bank of America | x7440 | (A) |
| SilverRock Phase I, LLC | Bank of America | x6696 | (A) |
| SilverRock Lodging, LLC | Bank of America | x0337 | (A) |
| | | | |
| SilverRock Phase I, LLC (Chapter 11 Debtor in Possession) | East West Bank | x0566 | 450,803.41 |
| SilverRock Luxury Residences, LLC (Chapter 11 Debtor in Possession) | East West Bank | x0832 | 1,382.07 |
| SilverRock Lodging, LLC (Chapter 11 Debtor in Possession) | East West Bank | x0825 | 3,641.20 |
| SilverRock Lifestyle Residences, LLC (Chapter 11 Debtor in Possession) | East West Bank | x0818 | 481.98 |
| SilverRock Development Company, LLC (Chapter 11 Debtor in Possession) | East West Bank | x0811 | 18,112.91 |
| RGC PA 789, LLC (Chapter 11 Debtor in Possession) | East West Bank | x0804 | 151.10 |
| SilverRock Phase I, LLC (Chapter 11 Debtor in Possession) | East West Bank | x0839 | 28.17 |

(A) Accounts closed on 12/9/2024. Funds were transferred to East West Bank accounts