# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*, | Case No. 24-11647 (MFW) |
| | (Jointly Administered) |
| Debtors.[1] | Ref. Docket No. 772 |

## NOTICE OF CHANGE OF DECEMBER 16, 2025 HEARING TIME

**PLEASE TAKE NOTICE** that the omnibus hearing previously scheduled in the above-captioned chapter 11 cases to be held on December 16, 2025, at 2:00 p.m. (ET) before the Honorable Mary F. Walrath, of the United States Bankruptcy Court for the District of Delaware (the "Court"), has been rescheduled to **December 16, 2025 at 3:00 p.m. (ET)** at the direction of the Court. All matters previously scheduled to be heard on December 16, 2025 at 2:00 p.m. (ET) will now be heard on **December 16, 2025 at 3:00 p.m. (ET)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598), and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

| | |
|---|---|
| Dated: December 10, 2025<br>Wilmington, Delaware | **WILSON SONSINI GOODRICH & ROSATI, P.C.**<br><br>*/s/ Catherine C. Lyons*<br>Erin R. Fay (No. 5268)<br>Shane M. Reil (No. 6195)<br>Catherine C. Lyons (No. 6854)<br>Heather P. Lambert (No. 6923)<br>222 Delaware Avenue, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 304-7600<br>Emails: efay@wsgr.com<br>        sreil@wsgr.com<br>        clyons@wsgr.com<br>        hlambert@wsgr.com<br><br>*-and-*<br><br>**LAW OFFICES OF BENJAMIN M. CARSON, P.C.**<br>Benjamin M. Carson (admitted *pro hac vice*)<br>5965 Village Way, Suite E105<br>San Diego, California 92130<br>Telephone: (858) 255-4529<br>Email: ben@benjamincarson.com<br><br>*-and-*<br><br>Victor A. Vilaplana (admitted *pro hac vice*)<br>823 La Jolla Rancho Road<br>La Jolla, California 92037<br>Telephone: (619) 840-4130<br>Email: vavilaplana@gmail.com<br><br>*Counsel to the Debtors* |