**EXHIBIT B**

**Interim Approval and Procedures Hearing Notice**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: April 7, 2026 at 10:30 a.m. (ET)**<br>**Obj. Deadline: March 31, 2026 at 4:00 p.m. (ET)**<br><br>**Ref. Docket No. __** |

**NOTICE OF HEARING TO CONSIDER
APPROVAL OF COMBINED DISCLOSURE STATEMENT AND PLAN**

    **PLEASE TAKE NOTICE THAT**, on March 17, 2026, the debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the *Debtors' Motion for an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of the Ballot and Establishing Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief* (the "Interim Approval and Procedures Motion") and the *Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates* (the "Combined Disclosure Statement and Plan") [Docket No. [●]].[2]

    **PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider the relief requested by the Interim Approval and Procedures Motion, including approval on a conditional basis of the disclosures contained in the Combined Disclosure Statement and Plan, will be held on **April 7, 2026 at 10:30 a.m. (ET)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801 (the "Interim Approval and Procedures Hearing"). The Interim Approval and Procedures Motion may be amended, modified, or supplemented at any time prior to or at the Interim Approval and Procedures Hearing, and the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Approval and Procedures Motion.

Interim Approval and Procedures Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned date(s) through the agenda for the Interim Approval and Procedures Hearing and/or at the Interim Approval and Procedures Hearing or any continued hearing(s).

**PLEASE TAKE FURTHER NOTICE THAT** the deadline by which any objections to the Interim Approval and Procedures Motion must be filed and served (the "Objection Deadline") is **March 31, 2026 at 4:00 p.m. (ET)**.  Objections, if any, to the approval of the Interim Approval and Procedures Motion must: (i) be in writing; (ii) state the name, address, and nature of the Claim of the objecting party; (iii) state with particularity the legal and factual basis and nature of any objection; (iv) be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, together with proof of service, on or before the Objection Deadline; and (v) be served upon the following parties: (a) counsel to the Debtors, (x) Wilson Sonsini Goodrich & Rosati, P.C., 222 Delaware Avenue, Suite 800, Wilmington, Delaware 19801 (Attn: Erin R. Fay, Shane M. Reil, Catherine C. Lyons (emails: efay@wsgr.com, sreil@wsgr.com, and clyons@wsgr.com)), (y) Law Offices of Benjamin M. Carson, P.C., 5965 Village Way, Suite E105, San Diego, California 92130 (Attn: Benjamin M. Carson (email: ben@benjamincarson.com)), and (z) Victor A. Vilaplana, 823 La Jolla Rancho Road, La Jolla, California 92037 (email: vavilaplana@gmail.com); and (b) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 855 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, (Attn: Jane M. Leamy (email: jane.m.leamy@usdoj.gov)).

**PLEASE TAKE FURTHER NOTICE THAT** only those objections which are made in writing and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court during the Interim Approval and Procedures Hearing.  If no objections to the Interim Approval and Procedures Motion or the disclosures contained in the Combined Disclosure Statement and Plan are timely and properly filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order approving the disclosures contained in the Combined Disclosure Statement and Plan on an interim basis and granting the relief requested by the Interim Approval and Procedures Motion without further notice.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Combined Disclosure Statement and Plan are available for inspection during regular business hours, excluding federal holidays, at the office of the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.  In addition, copies of the Combined Disclosure Statement and Plan may be obtained: (i) free of charge, by visiting the dedicated webpage for the chapter 11 cases at https://www.bankruptcy-claims.com/silverrock/CaseHome.aspx; (ii) by contacting Reliable, the Debtors' claims and noticing agent, at bankruptcy@reliable-co.com; or (iii) for a fee, from the Bankruptcy Court's website, www.deb.uscourts.gov (a PACER account is required).  A PACER login and password can be obtained through the PACER Service Center at https://www.pacer.gov.

**PLEASE TAKE FURTHER NOTICE THAT THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE COMBINED DISCLOSURE STATEMENT AND PLAN. VOTES ON THE COMBINED DISCLOSURE STATEMENT AND PLAN WILL BE SOLICITED IF AND WHEN THE BANKRUPTCY COURT ENTERS THE INTERIM APPROVAL AND PROCEDURES ORDER.**

**NO PERSON, INCLUDING THE VOTING AGENT, HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, INCLUDING LEGAL ADVICE, OR TO MAKE ANY REPRESENTATION, REGARDING THE DEBTORS OR THE COMBINED DISCLOSURE STATEMENT AND PLAN.**

Dated: March 17, 2026
Wilmington, Delaware

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/*
Erin R. Fay (No. 5268)
Shane M. Reil (No. 6195)
Catherine C. Lyons (No. 6854)
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
E-mails: efay@wsgr.com
        sreil@wsgr.com
        clyons@wsgr.com

*-and–*

**LAW OFFICES OF BENJAMIN M. CARSON, P.C.**
Benjamin M. Carson (admitted *pro hac vice*)
5965 Village Way, Suite E105
San Diego, California 92130
Telephone: (858) 255-4529
E-mail:  ben@benjamincarson.com

*-and-*

Victor A. Vilaplana (admitted *pro hac vice*)
823 La Jolla Rancho Road
La Jolla, California 92037
Telephone: (619) 840-4130
Email: vavilaplana@gmail.com

*Counsel to the Debtors and Debtors-in-Possession*