**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*, | Case No. 24-11647 (MFW) |
|  | (Jointly Administered) |
| Debtors. [1] |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 7, 2026 AT 10:30 A.M. (ET)**
**BEFORE THE HONORABLE MARY F. WALRATH, AT**
**THE UNITED STATES BANKRUPTCY COURT FOR THE**
**DISTRICT OF DELAWARE, 5TH FLOOR, COURTROOM NO. 4**

**THIS HEARING WILL BE CONDUCTED IN-PERSON AND VIA ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.  THE COURT HAS NO PREFERENCE.**

**TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT www.deb.uscourts.gov OR CLICK THE BELOW LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbappearances.pl.**

**PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING.  YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL.  ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

**I.    MATTER GOING FORWARD:**

1.    Debtors' Motion for an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of Ballot and Establishing Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598), and SilverRock Phase I, LLC (2247).  The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief [Docket No. 905; filed 3/17/2026]

Response Deadline:    March 31, 2026 at 4:00 p.m. (ET)

Responses Received:

a.      Informal comments received from the City of La Quinta, California (the "City") to the Combined Disclosure Statement and Plan (defined below).

b.      Objection of Laurence Duclos, Trustee of the Duclos Family Revocable Trust u/t/d November 14, 1996 and Jon and Linda Kurtin to the Interim Approval and Procedures Motion [Docket No. 915; filed 3/24/2026]

c.      United States Trustee's Objection to Debtors' Motion for an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of Ballot and Establishing Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief [Docket No. 918; filed 3/31/2026]

Related Documents:

i.      Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates [Docket No. 904; filed 3/17/2026] (the "Combined Disclosure Statement and Plan")

ii.     Notice of Hearing to Consider Approval of Combined Disclosure Statement and Plan [Docket No. 906; filed 3/17/2026]

iii.    Notice of Filing of Revised Proposed Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of Ballot and Establishing Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief [Docket No. 914; filed 3/24/2026]

Status: The Debtors intend to file an amended version of the Combined Disclosure Statement and Plan prior to the hearing, which will address certain comments received from the Office of the United States Trustee for the District of Delaware and the City. The hearing on this matter will go forward.

Dated: April 2, 2026
      Wilmington, Delaware

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Catherine C. Lyons*
Erin R. Fay (No. 5268)
Shane M. Reil (No. 6195)
Catherine C. Lyons (No. 6854)
Heather P. Lambert (No. 6923)
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
E-mails: efay@wsgr.com
        sreil@wsgr.com
        clyons@wsgr.com
        hlambert@wsgr.com

*-and-*

**LAW OFFICES OF BENJAMIN M. CARSON, P.C.**
Benjamin M. Carson (admitted *pro hac vice*)
5965 Village Way, Suite E105
San Diego, California 92130
Telephone: (858) 255-4529
E-mail: ben@benjamincarson.com

*-and-*

Victor A. Vilaplana (admitted *pro hac vice*)
823 La Jolla Rancho Road
La Jolla, California 92037
Telephone: (619) 840-4130
E-mail: vavilaplana@gmail.com

*Counsel to the Debtors*