**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SilverRock Development Company, LLC, *et al.*,[1] | Case No. 24-11647 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE AND WITHDRAW THE APPEARANCES of Shanti M. Katona, Michael V. DiPietro, and Katherine M. Devanney as counsel for Construction Loan Services II, LLC d/b/a Builders Capital ("**Builders**").

PLEASE TAKE FURTHER NOTICE AND ENTER THE APPEARANCE of Stephen A. Smith and Michael L. Schuster of Polsinelli PC as counsel for Builders. Pursuant to Fed. R. Bankr. P. 2002, 3017, and 9007, Del. Bankr. L.R. 2002-1 and 9010-2, and 11 U.S.C. §§ 342 and 1109(b), the undersigned requests that copies of all notices and pleadings given or filed in this case be given and served upon:

| | |
|---|---|
| Stephen A. Smith<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0932<br>Facsimile: (302) 252-0921<br>sasmith@polsinelli.com | Michael L. Schuster<br>POLSINELLI PC<br>1401 Lawrence Street, Suite 2300<br>Denver, Colorado 80202<br>Telephone: (303) 572-9300<br>Facsimile: (720) 228-2272<br>mschuster@polsinelli.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

110251162.1

- 2 -

Dated: April 6, 2026
      Wilmington, Delaware

**POLSINELLI PC**

*/s/ Stephen A. Smith*

Stephen A. Smith (Del. Bar No. 7456)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0932
Facsimile: (302) 252-0921
sasmith@polsinelli.com

-and-

Michael L. Schuster (*pro hac vice* pending)
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
Telephone: (303) 572-9300
Facsimile: (720) 228-2272
mschuster@polsinelli.com

*Counsel for Construction Loan Services II, LLC d/b/a Builders Capital*

110251162.1