**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SilverRock Development Company, LLC, *et al.*, | Case No. 24-11647 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICE AND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned chapter 11 cases (collectively, the "**Chapter 11 Cases**") as counsel to Construction Loan Services II, LLC *d/b/a* Builders Capital ("**Builders**") in the United States Bankruptcy Court for the District of Delaware, pursuant to Bankruptcy Rules 2002 and 9010(b), and requests that all notices given or required to be given in these cases, and all papers served or required to be served in the Chapter 11 Cases, be given to and served upon the undersigned attorneys, or on their behalf, at the address set forth below:

PACHULSKI STANG ZIEHL & JONES LLP
Attention: James E. O'Neill
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone: 302-652-4100
Email: joneill@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
Attention: Ira D. Kharasch
Attention: Gregory V. Demo
Attention: Jordan A. Kroop
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email: ikharasch@pszjlaw.com; gdemo@pszjlaw.com;
jkroop@pszjlaw.com

4920-2564-5470.1 76909.00005

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request of Service of Papers includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including, with respect to: (a) the debtors; (b) property of the estates, or proceeds thereof, in which the debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Builder's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to enforce any contractual provisions with respect to arbitration; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which the Builders has or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date:  April 7, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
James O'Neill, Esq. (DE Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652 4400
Email: joneill@pszjlaw.com

- and -

Ira D. Kharasch, Esq. (*pro hac vice* forthcoming)
Gregory V. Demo, Esq. (*pro hac vice* forthcoming)
Jordan A. Kroop, Esq. (*pro hac vice* forthcoming)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: ikharasch@pszjlaw.com;
        gdemo@pszjlaw.com
        jkroop@pszjlaw.com