**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |

**KEILLOR PARTIES' RESPONSE TO DEBTORS' AMENDED MOTION FOR ENTRY OF AN ORDER (I) DETERMINING THE VALUE OF THE SECURED CLAIMS OF CERTAIN CREDITORS PURSUANT TO 11 U.S.C. § 506(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3012; (II) ESTABLISHING THE AMOUNT TO BE PAID ON ACCOUNT OF SR LAND'S TIC INTEREST; AND (III) GRANTING <u>RELATED RELIEF</u>**

RAF Pacifica Loan Opportunity Fund I, LLC and Arnold Fishman, as Trustee of The Arnold Fishman Revocable Trust dated July 15, 1999 (the "<u>Keillor Parties</u>") hereby respond to the *Debtors' Amended Motion for Entry of an Order (I) Determining the Value of the Secured Claims of Certain Creditors Pursuant to 11 U.S.C. § 506(a) of the Bankruptcy Code and Bankruptcy Rule 3012; (II) Establishing the Amount to be Paid on Account of SR Land's TIC Interest; and (III) Granting Related Relief* [Docket No. 913] (the "<u>Motion</u>") and support the relief requested by the Debtors in the Motion. [2]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

[2]    The Keillor Parties have advised the Debtors that: (i) paragraph 33(e) of the Motion says that the amount of the Keillor Parties' claim is $16,759,465.65, whereas the Keillor Parties' latest amended proof of claim no. 23 (filed March 24, 2026) lists the amount as $16,759,043.05; and (ii) Exhibit B to the Motion (the Lien Priority Analysis), at pp. 5-6 of 22, says (in several places) that the Keillor Parties' claim amount (based on their prior amended proof of claim) is $15,636,136.66, whereas the correct amount from the Keillor Parties' latest amended proof of claim is $16,759,043.05. The Keillor Parties expressly reserve all rights with respect to their amended proof of claim, including correction of the amount thereof in connection with the Motion and any allocation proposed by the Debtors with respect to sale proceeds, and any chapter 11 plan filed in these cases. The Keillor Parties further reserve the right to amend or supplement this response.

ACTIVE 722014629v2

Dated: April 7, 2026

Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Anthony W. Clark*
Anthony W. Clark (DE Bar No. 2051)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: 302-661-7000
Email: anthony.clark@gtlaw.com

*Counsel for RAF Pacifica Loan Opportunity Fund I, LLC and Arnold Fishman, as Trustee of The Arnold Fishman Revocable Trust dated July 15, 1999*