# City of La Quinta

## CITY COUNCIL MEETING: October 7, 2025

## STAFF REPORT



---

**AGENDA TITLE**: ADOPT ORDINANCE NO. 626 ON SECOND READING TO CONDITIONALLY APPROVE DEVELOPMENT AGREEMENT 2025-0001 (REINSTATED AND AMENDED DEVELOPMENT AGREEMENT 2014-1001) TO FACILITATE DEVELOPMENT OF THE SILVERROCK SPECIFIC PLAN AREA; CEQA: AN ADDENDUM TO ENVIRONMENTAL ASSESSMENT 2002-453 HAS BEEN PREPARED PURSUANT TO SECTIONS 15162 AND 15164 OF THE CALIFORNIA ENVIRONMENTAL QUALITY ACT (CEQA); LOCATION: SOUTH OF AVENUE 52, WEST OF JEFFERSON STREET

---

## RECOMMENDATION

Adopt Ordinance No. 626 on second reading to conditionally approve Development Agreement 2025-0001, Reinstated and Amended Development Agreement 2014-1001, to facilitate development of the SilverRock Specific Plan area.

## EXECUTIVE SUMMARY

- On September 22, 2025, Council adopted resolutions related to the SilverRock Resort project as follows: 1) Resolution No. 2025-022 approving Environmental Assessment (EA) 2025-0002 to adopt Addendum No. 3 to previously adopted Mitigated Negative Declaration under EA 2002-453; and 2) Resolution No. 2025-023 conditionally approving the Economic Development Subsidy Report, Transient Occupancy Tax (TOT) Revenue Sharing Agreement, and Option to Purchase Real Property Agreement which includes a Repurchase Option Agreement.

- On September 22, 2025, Council introduced Ordinance No. 626 for first reading to conditionally approve Development Agreement 2025-001, Reinstated and Amended Development Agreement 2014-1001, for SilverRock Resort to reinstate development of the project site with a new developer, TBE RE Acquisition Co II LLC, a subsidiary of the applicant, Turnbridge Equities, enclosed as Exhibit A to the ordinance.

- If adopted on second reading, as amended by ~~the City Attorney~~Council on first reading, Ordinance No. 626 will go into effect 30 days after adoption, or on November 7, 2025, but the approval of Development Agreement 2025-001, Reinstated and Amended Development Agreement 2014-1001, would be contingent upon an order issued by the U.S. Bankruptcy Court for the District of Delaware (Bankruptcy Court) authorizing the sale of the Phase 1 Property to Turnbridge Equities' designated subsidiary. If the Bankruptcy Court issues no such order, Ordinance No. 626 will automatically be rescinded without further action needed by the Council.

## FISCAL IMPACT

The SilverRock Resort project, depicted in the vicinity map included as Attachment 1, will require substantial investment by the applicant, Turnbridge Equities. The City has agreed that incentives are required to assure the successful completion of development and long-term economic viability of the project. Among other state laws, California Government Code Sections 53083 and 52201 authorize cities to provide public subsidies to further economic development and opportunities as long as, among other requirements, the City completes an analysis of both the amounts to be credited to the developer, and the returns that can be expected as a result of the project, prior to providing the incentives that would benefit the developer. In this case, the City has identified three incentives, which were conditionally approved via Resolution No. 2025-023, adopted on September 22, 2025:

1) A Transient Occupancy Tax revenue sharing agreement whereby an amount equal to 90% of TOT collected on a portion of the project site will be used as a basis for providing "rebate" payments to the developer for 10 years, and equal to 60% of TOT collected on a portion of the project site for the following 5 years, after which time all TOT revenue sharing with the developer will expire.

2) A fixed purchase price of $17 million for "Phase 2" property, including the existing golf course, the Ahmanson Ranch House and the portion of the "Phase 2 Property" subject to an option to purchase, if certain conditions, including the successful completion of the luxury hotel, golf clubhouse and associated amenities of the Phase 1 project, are met by the developer.

3) A potential subsidy that would benefit development of the Phase 1 project, based on an amendment to a Debtor-In-Possession (DIP) financing arrangement (DIP Financing Agreement) between the City and debtors, in an amount up to $13 million, which provides the debtors with liquidity to sell the Phase 1 property, wind down their estate, and prosecute a plan of liquidation through the Bankruptcy Court. The City conservatively estimates that $5.5 million of the up to $13 million will be repaid, resulting in a net incentive of $7.5 million.

The City's independent consultant has completed that analysis via the Economic Development Subsidy Report, included as Exhibit A to Resolution No. 2025-023, which shows that the City's TOT sharing incentive will provide $106.6 million over 15 years, and that the City will receive net revenues over 30 years of $301.9 million ($263.6 million net of the amended DIP credit and Phase 2 property incentive). This includes TOT, sales tax and property tax generated by the project. In addition, the project will generate 2,500 to 3,000 jobs during construction, and once open 445 full time equivalent permanent jobs, the indirect economic benefits of new guests' and residents' discretionary spending in the City, and the potential for increased investment in the City as a result of the project. This report satisfies the requirements of law under Government Code Sections 53083 and 52201.

## BACKGROUND/ANALYSIS

Development Agreement

A detailed background and summary of the SilverRock Resort Area is included in the Recitals to Development Agreement 2025-0001, Reinstated and Amended Development Agreement 2014-1001 (ADA) (Exhibit A of the Ordinance) and incorporated into this report by reference.

Originally, the former La Quinta Redevelopment Agency purchased the approximate 525-acres project site, with the intention that its use and development would be a world-class destination golf resort/luxury residential and public amenities project, to act as a substantial revenue generator for the City. In 2012, after the construction of the Arnold Palmer Classic Golf Course was completed, the State dissolved redevelopment. The City, with the approval of the State, invested in the entire SilverRock Resort Area so as to maintain control and ultimately oversee its sale and development for those original purposes.

In 2014, SilverRock Development Company, Inc., the former developer, applied to the City for approval of DA 2014-1001, among other agreements, that were within the purview of the Council.  DA 2014-1001 incorporated one of those other agreements, the Purchase, Sale, and Development Agreement, as amended (collectively, PSDA), which governed the former project.

Generally, the former project consisted of approximately 132+/- acres conveyed to the former developer for the construction of a luxury hotel, a lifestyle hotel, spa, conference center and branded residential components, a permanent golf clubhouse, and a mix of commercial and residential areas to complement the existing golf course and a potential future golf course. Since 2014 and per the PSDA, there have been parcel adjustments through lot-line adjustments, and there were various development permits issued for infrastructure, the luxury hotel and facilities, and the luxury residential component.

Development of the SilverRock Resort project was delayed due to, among other reasons, the bankruptcy of the former developer. The City, working with the former developer (referred to in the bankruptcy proceeding as the debtors) and its current controlling manager (a former Bankruptcy Court judge with expertise in bankruptcy work-outs), has been intricately involved with the proceedings in Bankruptcy Court to facilitate a sale of the properties owned and partially developed by the former developer to a new owner and developer.

As part of the bankruptcy proceedings, the City and debtors negotiated, and the Bankruptcy Court approved, a set of "Bid Procedures" that, among other provisions, authorized the marketing opportunity for the purchase of the debtors-owned property referred to as "Phase 1" and "Phase 1 Property". The marketing opportunity also referenced City-owned property, referred to as "Phase 2" and "Phase 2 Property" that is comprised of approximately 195+/- acres. While the Phase 2 Property is subject to the SilverRock Resort Area Specific Plan, it is not owned by the former developer/debtors, but the former project included the possibility of an option "springing" into effect for the possible acquisition of the Phase 2 Property upon completion of specified project components in Phase 1.

29

Under the Bankruptcy Court-approved Bid Procedures and other relevant orders, as part of the purchase of Phase 1, the developer is required to enter into an ADA for development of the Phase 1 Property, along with several other documents that will implement the project. Attachment 2 shows the vicinity map for the project area with the phases labeled.

The ADA is attached as Exhibit A of the Ordinance. The ADA describes the developer's obligations for development, including the following major components (see Attachment 2 for proposed land plan):

- Phase 1 Development Components:
  - ✓ Development of a 150± room luxury hotel in the area of the partially constructed Montage Hotel. The hotel must include a spa, restaurant, conference and banquet facilities, pool/recreation facilities, and "back of house" facilities.
  - ✓ Development of a public golf clubhouse, relocated from its current location to an adjacent area of the luxury hotel and SilverRock/Talus Way.
  - ✓ Residential lots branded to the hotel, in the area where the single-family units were partially developed, and allowing short-term vacation rentals (STVR) through the hotel's centralized management.
  - ✓ A private clubhouse and pool/recreation area for residential units to be located where the former project's public golf clubhouse would be.
  - ✓ Additional for sale residential units on the east half of the Phase 1 property, which may include STVRs.
  - ✓ Landscaping and trails within Phase 1 and along its perimeter adjacent to Avenue 52.
  - ✓ Construction of all infrastructure (roads, utilities, etc.) necessary to serve Phase 1.

- Potential purchase of the land within Phase 2, the City-owned property in the east and south portion of the site.

The implementation of these development components will be undertaken separately, with future Site Development Permits, Tract Maps, or other means as needed to implement them, except to the extent that there are expedited permitting provisions proposed in the ADA to allow for the continued securing and clean-up, improvement, and removal of partially completed improvements to effectuate the Phase 1 Development Components. Pursuant to the proposed project, the developer will use components of the existing partially completed structures, while other parts, namely the partially constructed luxury residential homes and partially built spa, will be demolished to effectuate development.

The ADA also contains a number of provisions relating, but not limited to, the developer's and the City's responsibilities, financing of project components, implementation of CEQA mitigation measures, and minimization of impacts to golf play and operation.

There is a schedule of performance that includes "hard dates" for the commencement and completion of construction for the luxury hotel and amenities, and for the public golf clubhouse. For the luxury single family home sites, the ADA and schedule of performance

require the delivery of finished lots that are utility ready and available for purchase as custom homesites that, when lots are purchased, must be constructed timely and in accordance with requirements of the luxury hotel operator. Dates for the luxury homesites are approximate for commencement and completion, but the ADA remains binding on these project components until 50% of the finished, utility-ready lots have homes constructed on them. The luxury condominiums component has similar allowances for market conditions to govern phasing of that project components' development.

Once the luxury hotel and amenities are constructed and opened for marketing to regular guests, the ADA allows for the transfer of the golf course and Ahmanson Ranch House from the City to the developer, with land use covenants attached to both that, in general, require the continued availability of the golf course as part of the luxury hotel operations. Additionally, the ADA and land use covenants obligate the developer to maintain and operate the golf course with continued access to La Quinta residents at a reduced rate.

Also after the luxury hotel and amenities are constructed and opened for marketing to regular guests, the developer will have a right to purchase the Phase 2 Property – excluding the portion of this property that contains SilverRock Park and adjacent retention basin – pursuant to an Option Agreement. The developer cannot own the Phase 2 Property until specified conditions are met in the ADA and Option Agreement, which includes the requirement that the relocated public golf clubhouse has been constructed and open for use in connection with the golf course. However, the ADA does allow, at the election of the developer, for development of the Phase 1B single-family residential project to be integrated with "non-vertical" development of the Phase 2 property, such as grading and infrastructure installation. A separate license agreement with the City would be required, with insurance and indemnity protections (among other requirements), and the developer must provide sufficient evidence to the City for the financing and completion of any "non-vertical" development on Phase 2 prior to owning that property pursuant to the Option Agreement.

Additional Documents and Agreements
In addition to the ADA, other documents and agreements related to the pre-development, development, and allowable uses at the project site were conditionally approved by Council on September 22, 2025, via Resolution No. 2025-023, as follows:

1) Economic Subsidy Report pursuant to Government Code Sections 53083 and 52201;
2) TOT Revenue Sharing Agreement; and
3) Option to Purchase Real Property Agreement, which includes a City Repurchase Option Agreement.

California law authorizes cities to provide incentives that further economic development and opportunity. Government Code Section 53083 defines "economic development subsidies" broadly to include, and is not limited to, grants, loans, loan guarantees, land price subsidies, matching funds, tax abatements, tax exemptions, and tax credits. Whenever a subsidy is more than $100,000, a report is required that includes specified information, such as projected tax revenue resulting from a project and jobs created as a result of a project. Similarly, Government Code Section 52201 authorizes the sale or leasing of City-owned property for a value that takes into consideration covenants, conditions, and constraints to development unique to a site, in order to create an economic opportunity. A report likewise

31

is required that includes, among other specified information, an explanation as to why the sale of the publicly owned property will assist in the creation of an economic opportunity.

The Economic Development Subsidy Report, summarized under "Fiscal Impacts," above, provides a summary on the incentives being provided to the developer, the economic benefits to the City, and includes the information required under Government Code Sections 53083 and 52201. The Economic Development Report was conditionally approved by Council on September 22, 2025, via Resolution No. 2025-023, and the incentives analyzed in that report, if conditions are met, would be implemented through two agreements described below (the TOT Revenue Sharing Agreement and Option Agreement), and a third pending item before the Bankruptcy Court involving a proposed amendment to the DIP Financing Agreement.

The TOT Revenue Sharing Agreement sets forth the terms and conditions under which TOT revenue will be used as a basis for determining a tax "rebate" amount that will then be paid by the City to the developer from available revenues for providing public subsidies. The TOT actually collected by the City from the "Phase 1A" area, as shown on the Vicinity Map, is the area of the project that would be used to calculate the amount of the tax rebate. This incentive would be provided to the developer for a period of 15 years following the completion of the hotel being open for marketing to guests. The agreement also provides rights to the City, including termination of the agreement and a day-for-day reduction in the TOT rebate payment to the developer, for failing to meet their obligations for completion and operation of the luxury hotel.

The Option Agreement sets forth the terms and conditions under which the developer may purchase from the City the Phase 2 Option Property, which is noted in the Vicinity Map and generally includes all of the real property, including the existing golf driving range, in the northeastern portion of the SilverRock Resort Area, except the existing SilverRock Park and adjacent retention basin, which the City will continue to own. Among other key conditions to being able to close an escrow for the purchase of the Phase 2 Option Property, the development of the hotel must be completed prior to the exercise of the Option and the public golf clubhouse must be completed prior to closing the escrow for developer's purchase of this property. Additionally, prior to closing the escrow, the City and developer must have negotiated and entered into either an amendment to the ADA currently before the Council or a new statutory development agreement that will govern with more precision the phasing of development and other mutually agreed upon terms for the Phase 2 Option Property after the developer acquires it. The Economic Development Subsidy Report summarized the purchase price and the significant constraints to development that support the subsidies due to substantial costs associated with any development at the site, such as legally imposed on- and off-site improvements that include, among other utility costs, electric utility substation upgrades.

If escrow closes and the developer acquires the Phase 2 Option Property, there is a Repurchase Option Agreement that sets forth terms and conditions for the City to have the right to repurchase the Phase 2 Option Property if the developer falls into a material default regarding the development of the Phase 2 Option Property according to the required amended ADA or new development agreement (noted above).

Should the Council wish to enter into the ADA, these additional documents complete the implementation of the ADA and project as proposed by Turnbridge Equities. The incentive relating to the amendment to the DIP Financing Agreement is controlled by the debtors and, as of the date of this report, is pending in the Bankruptcy Court.

The economic development subsidies, discussed above, are contingent upon both the adoption of Ordinance No. 626, and upon the Bankruptcy Court approving the sale of the Phase 1 Property to the applicant.

Bankruptcy Court Proceedings
On August 5, 2024, SilverRock Development Company (and affiliates) filed petitions for bankruptcy protection in the Bankruptcy Court. Per prior Council authorization, the City retained Special Counsel and has continuously been working with the debtors as the case moves forward. Pursuant to "Bid Procedures" that included an auction for the sale of the debtors' estate, which is the "Phase 1 Property" that is part of the applicant's project, the debtors must present to the Bankruptcy Court the "successful bidder," selected purchaser and future developer of this property.

After a substantial marketing and interviewing phase, and after pre-auction negotiations between debtors, the City and potential bidders, and after the completion of the auction in August, the debtors received input from the City as to the most qualified bidder, as required by the Bid Procedures. The debtors have filed a Motion Approving the Sale of the Debtors Assets (Sale Motion), identifying the subsidiary of Turnbridge Equities as the "successful bidder" and recommended buyer and future developer of the Phase 1 Property. Because the Bankruptcy Court must approve the sale of the debtor's assets before Turnbridge Equities can own the Phase 1 Property, any Council action that would approve the ADA and related items must be conditioned on the Bankruptcy Court authorizing the sale of the debtors' estate.

Along with the Sale Motion, a related Motion to Amend the DIP Financing Agreement is pending. That motion and its various attachments, filed in the Bankruptcy Court, are referenced as being part of this report because they have the terms and conditions that would implement the DIP Financing Agreement incentive, which is summarized above and in the Economic Development Subsidy Report.

## AGENCY AND PUBLIC REVIEW

### Public Hearing Notices
The September 22, 2025, public hearing for the project was duly noticed as follows:
  (A)  The public hearing notice for the project was advertised in *The Desert Sun* newspaper on September 11, 2025, and distributed to properties within 500 feet of the site.
  (B)  The public hearing notice for the Economic Development Subsidy Report was advertised in *The Desert Sun* newspaper on September 8, 11, and 18, 2025.

All written comments received are on file and available for review with the City Clerk's Office and the Design and Development Department. One letter, sent directly to Council Members and the Director of Design and Development, is addressed below.

On September 26, 2025, after the conclusion of the Council's September 22, 2025, public hearing, a letter sent on behalf of Supporters Alliance for Environmental Responsibility (SAFER) was received by the City, requesting an extension of the Council's October 7, 2025, meeting so that SAFER could review the previously adopted Mitigated Negative Declaration under EA 2002-453 (2002 MND). As the Council is aware, environmental documents approved under the California Environmental Quality Act (CEQA) are available after adoption not only in City Hall but also on the City's Internet Website through its public document portal (Laserfiche), including archived documents such as the 2002 MND. Since the project's application was received by the City, and for the entire time that applicant's project was before the Planning Commission and the Council, the 2002 MND was available and accessible via the City's Internet Website, and remains accessible specifically at: https://laqlaserweb.laquintaca.gov/WebLink/DocView.aspx?id=397126&dbid=1&repo=CityofLaQuinta&cr=1

The September 26 letter, referring to a document production request received by City Staff from SAFER the day before on September 25, 2025, "reiterated" a request for "immediate access" to the 2002 MND under the Public Records Act (Gov. Code, § 7920.000 *et seq.*). The City Clerk's Office replied to SAFER that same day, on September 26, 2025, by providing the link to the City's public document portal. The September 26 letter also alleged that, under CEQA, a 20-day review period should be allowed to review the 2002 MND even though the document was readily accessible on the City's Website. The authority cited in the September 26 letter applies under CEQA when there is (or was) an intent by a public agency to adopt a negative declaration or mitigated negative declaration, which was not the case here. In fact, the case *Emmington v. Solano County Redevelopment Agency* (1987) 195 Cal.App.3d 491, cited in the September 26 letter, supports the Addendum that was presented and reviewed by the Council at its September 22 public hearing. In *Emmington,* the lead agency prepared a 5-page initial study, concluding that nineteen (19) previously prepared EIR's and planning documents spanning the course of eight (8) years adequately addressed the environmental impacts of the redevelopment plan. Finding the 5-page initial study inadequate, the court advised that CEQA minimum requirements are met when compiling all the relevant environmental data into a single format report, "a procedure which would facilitate both public input and the decision-making process." (*Id.,* at p. 503, quoting *Russian Hill Improvement Assn. v. Board of Permit Appeals* (1974) 44 Cal.App.3d 158, 168.) The over 380-page Addendum No. 3 to the 2002 MND, adopted by the Council with Resolution No. 2025-022, did just that. The Addendum compiled all the relevant environmental data into a comprehensive, single report, with supporting references, mitigation monitoring program, and appendices. Thus, case authority cited in the September 26 letter actually supports the use of the Addendum that was prepared, reviewed, and approved by the Council at its September 22, 2025, duly noticed public hearing.

## ALTERNATIVES

As Council conditionally approved Development Agreement 2025-001, Reinstated and Amended Development Agreement 2014-1001, with the first reading of Ordinance No. 626, and because the Bid Procedures as approved by the Bankruptcy Court have upcoming deadlines, staff does not recommend an alternative.

Prepared by:           Olivia Rodriguez, Deputy City Clerk
                         Bill Ihrke, City Attorney
Approved by:          Monika Radeva, City Clerk

Attachments:          1. Vicinity Map
                         2. Proposed Land Plan

35

**ORDINANCE NO. 626**

**AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF LA QUINTA, CALIFORNIA, CONDITIONALLY ADOPTING A REINSTATED AND AMENDED DEVELOPMENT AGREEMENT FOR THE SILVERROCK RESORT**

**CASE NUMBER:**
**DEVELOPMENT AGREEMENT 2025-0001**
**(REINSTATED AND AMENDED DEVELOPMENT AGREEMENT 2014-1001)**

**PROJECT: SILVERROCK RESORT**

**APPLICANT: TBE RE ACQUISITION CO II LLC**
**(SUBSIDIARY OF TURNBRIDGE EQUITIES)**

**WHEREAS,** the City Council of the City of La Quinta, California, did, on September 22, 2025, hold a duly noticed Public Hearing to consider a request by TBE RE Acquisition Co II LLC., subsidiary of Turnbridge Equities, for approval of a Reinstated and Amended Development Agreement ("Development Agreement" or "ADA") and associated documents and agreements for the SilverRock Resort (2025 SilverRock Master Plan), relating to real property south of Avenue 52, west of Jefferson Street, with Assessor Parcel Numbers:

APNs: 770-260-037; 776-150-029, -030; 777-060-008, -010, -011, -019, -020, -062, -070, -071, -072, -074, -075, -078, -079, -080, -081, -082, -083, -084, -085; 777-490-023, -024, -035, -037, -039, -042, -046, -047, -048, -049, -050, -053, -054, -055, -057, -058, -059, -060, -061, -062, -063, -064, -065, -066, -067, -068, -069, -070, -071, -072, -073, -074, -075, -076, -077, -078, -079, -080; 777-510-001, -002, -003, -004, -005, -006, -007, -008, -009, -010, -011, -012, -013, -014, -015, -016, -017, -018, -019, -020, -021, -022, -023, -024, -025; 777-520-001, -002, -003, -004, -005, -006, -007, -008, -009, -010, -011, -012, -013, -014, -015, -016, -017, -018

**WHEREAS,** the Design and Development Department published a public hearing notice in The Desert Sun newspaper on September 11, 2025, as prescribed by State law and the La Quinta Municipal Code. Public hearing notices were also mailed to all property owners within 500 feet of the site and emailed or mailed to all interested parties who have requested notification relating to the project; and

**WHEREAS,** the Planning Commission of the City of La Quinta, California, did adopt Planning Commission Resolution 2025-008 recommending City Council approval of the Development Agreement at a duly noticed Public Hearing on September 9, 2025; and

**WHEREAS,** said Development Agreement has complied with the requirements of "The Rules to Implement the California Environmental Quality Act of 1970" (CEQA) as amended (Resolution 1983-68). The City prepared an Addendum to Environmental

36

Ordinance No. 626
Development Agreement (DA) 2025-0001
SilverRock Resort (2025 SilverRock Master Plan)
*Adopted:  October 7, 2025
Page 2 of 6

Assessment 2002-453. The City Council has adopted Resolution 2025-022 approving the Addendum; and

**WHEREAS,** California Government Code Section 65864 *et seq.* (the "Development Agreement Law") authorizes cities to enter into binding development agreements with persons having a legal or equitable interest in real property for the development of such property, all for the purpose of strengthening the public planning process, encouraging private participation and comprehensive planning, and identifying the economic costs of such development; and

**WHEREAS**, the sale to the applicant of the Phase 1 Property, as described in the Development Agreement, is contingent on the U.S. Bankruptcy Court for the District of Delaware authorizing said sale, in connection with the following bankruptcy petitions: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247) (collectively, referred to as the "Bankruptcy Lawsuit" in the "Bankruptcy Court"). As such, the approval of the Development Agreement is subject to the condition precedent that the Bankruptcy Court authorize the sale of the Phase 1 Property to the applicant; and

**WHEREAS,** at the City Council's Public Hearing, upon hearing and considering all testimony and arguments, if any, of all interested persons desiring to be heard, the City Council did make the following mandatory findings pursuant to Section 9.250.020 of the La Quinta Municipal Code to justify approval of said Development Agreement, attached to this Ordinance as "Exhibit A," and incorporated herewith by this reference:

1. The Development Agreement is consistent with the applicable objectives, policies, general land uses, and programs of the La Quinta General Plan as follows:

   GOAL LU-2     High quality design that complements and enhances the City.

   Policy LU-2.1     Changes and variations from the Zoning Ordinance in a Specific Plan will be offset by high quality design, amenities, and mix of land uses.

   Policy LU-2.2     Specific Plans shall be required for projects proposing the integration of recreation, tourist commercial, and residential uses; and for all projects proposing flexible development standards that differ from the Zoning Ordinance.

   The proposed project continues the SilverRock Specific Plan development and includes elements of recreation, tourist commercial, and residential uses to provide a high quality project consistent with the General Plan and SilverRock Specific Plan.

GOAL LU-6     A balanced and varied economic base which provides a broad range of goods and services to the City's residents and the region.

Policy LU-6.3  Support and encourage the expansion of the resort industry as a key component of the City's economic base.

The proposed project continues the development of the SilverRock Specific Plan area as a resort development to support the City's economic base.

2. The Development Agreement is compatible with the uses authorized and the regulations prescribed for the SilverRock Specific Plan (SP2006-080) in which the real property is located. The Specific Plan provides for the development of resort, resort residential, and residential uses around the existing golf course. The Specific Plan requires the implementation of high quality development and design standards, and the continued expansion of the City's luxury resort economic sector. The Development Agreement helps implement the Specific Plan.

3. The Development Agreement is in conformity with the public necessity, public convenience, general welfare, and good land use practices. The land uses proposed are consistent with the country club developments that already occur in the area, and will provide for the continued use of the golf course for the residents and visitors of La Quinta. The project will generate revenues to the City, and as a self-contained community, will not directly impact surrounding land uses. The development of the resort and residential uses within the golf course area provides a buffer from surrounding land uses and assures that development intensities will not be exceeded.

4. The Development Agreement will not be detrimental to the health, safety, and general welfare. The development of resort and residential uses within the golf course area assures that the community will be self-contained and will implement infrastructure extensions that are independent of those of surrounding development. The Development Agreement also includes and requires mitigation measures to protect the environment and public health, both within and surrounding the project area.

5. The Development Agreement will not adversely affect the orderly development of property or the preservation of property values because the development planned in the Specific Plan area is consistent with the long-term plans for this property and expands residential and resort opportunities in the City.

6. The Development Agreement will have a positive fiscal impact on the City in that implementation of the Development Agreement will produce revenues, including property tax, sales tax, and transient occupancy tax for the long-term fiscal benefit of the City.

Ordinance No. 626
Development Agreement (DA) 2025-0001
SilverRock Resort (2025 SilverRock Master Plan)
*Adopted:  October 7, 2025
Page 4 of 6

**WHEREAS,** the City Council has separately adopted Resolution 2025-023, conditionally approving the Economic Development Subsidy Report, Transient Occupancy Tax (TOT) Revenue Sharing Agreement, and the Option to Purchase Real Property Agreement which includes a Repurchase Option for Phase 2 Option Property, subject to the conditions precedent that: (a) the Bankruptcy Court authorizes the sale of the Phase 1 Property to the applicant, and (b) the City Council adopts this Ordinance and the Ordinance becomes effective. The Economic Development Subsidy Report is applicable to this Development Agreement to the extent the economic subsidies and financial incentives, the explanations and supporting evidence for the subsidies and incentives therein, and the findings therein, are to be implemented with the approval of the Development Agreement.

**NOW, THEREFORE,** the City Council of the City of La Quinta does ordain as follows:

SECTION 1. **FINDINGS FOR APPROVAL.** The above recitations are true and constitute the Findings of the City Council.

SECTION 2. **CONDITIONAL APPROVAL**. The City Council hereby approves and incorporates herein by this reference Development Agreement 2025-0001 (Reinstated and Amended Development Agreement 2014-1001), "Exhibit A" attached hereto, by the adoption of this Ordinance, with said approval subject to the condition precedent that the Bankruptcy Court authorizes the sale of the Phase 1 Property to the applicant. If the Bankruptcy Court does not authorize the sale of the Phase 1 Property to the applicant, this Ordinance shall automatically be rescinded, without the requirement for further action by the City Council, and the conditional approval set forth herein shall be of no force and effect.

SECTION 3. **SIGNING AUTHORITY**. Subject to the Bankruptcy Court authorizing the sale of the Phase 1 Property to the applicant, the City Council authorizes the City Manager to execute Development Agreement 2025-0001 (Reinstated and Amended Development Agreement 2014-1001) in substantially the form presented to the City Council with the adoption of this Ordinance.

SECTION 4. **EFFECTIVE DATE:** This Ordinance shall be in full force and effect thirty (30) days after its adoption.

SECTION 5. **POSTING:** The City Clerk shall, within 15 days after passage of this Ordinance, cause it to be posted in at least three public places designated by resolution of the City Council (Resolution No. 2022-027), shall certify to the adoption and posting of this Ordinance, and shall cause this Ordinance and its certification, together with proof of posting to be entered into the permanent record of Ordinances of the City of La Quinta.

SECTION 6. **CORRECTIVE AMENDMENTS**: The City Council does hereby grant the City Clerk the ability (a) to make any corrections that may be required by a title officer or escrow officer in connection with the legal descriptions for the real property described in

Ordinance No. 626
Development Agreement (DA) 2025-0001
SilverRock Resort (2025 SilverRock Master Plan)
*Adopted:  October 7, 2025
Page 5 of 6

"Exhibit A", and (b) to make minor amendments and corrections of typographical or clerical errors to "Exhibit A" to ensure consistency of all approved text amendments prior to the publication in the La Quinta Municipal Code.

SECTION 7. **SEVERABILITY:** If any section, subsection, subdivision, sentence, clause, phrase, or portion of this Ordinance is, for any reason, held to be invalid or unconstitutional by the decision of any court of competent jurisdiction, such decision shall not affect the validity of the remaining portions of this Ordinance. The City Council hereby declares that it would have adopted this Ordinance and each and every section, subsection, subdivision, sentence, clause, phrase, or portion thereof, irrespective of the fact that any one or more section, subsections, subdivisions, sentences, clauses, phrases, or portions thereof be declared unconstitutional.

 **PASSED, APPROVED** and **ADOPTED**, at a regular meeting of the La Quinta City Council held _____, 2025, by the following vote:

**AYES:**

**NOES:**

**ABSENT:**

**ABSTAIN:**



 _____
 LINDA EVANS, Mayor
 City of La Quinta, California


**ATTEST:**



_____
MONIKA RADEVA, City Clerk
City of La Quinta, California


**APPROVED AS TO FORM:**



_____
WILLIAM H. IHRKE, City Attorney
City of La Quinta, California

Ordinance No. 626
Development Agreement (DA) 2025-0001
SilverRock Resort (2025 SilverRock Master Plan)
*Adopted:  October 7, 2025
Page 6 of 6

STATE OF CALIFORNIA   )
COUNTY OF RIVERSIDE  ) ss.
CITY OF LA QUINTA        )

I, MONIKA RADEVA, City Clerk of the City of La Quinta, California, do hereby certify the foregoing to be a full, true, and correct copy of Ordinance No. 626 which was introduced at a special meeting on the 22nd day of September, 2025, and was adopted at a regular meeting held on the 7th day of October, 2025, not being less than 5 days after the date of introduction thereof.

I further certify that the foregoing Ordinance was posted in three places within the City of La Quinta as specified in the Rules of Procedure adopted by City Council Resolution No. 2022-027.


_____
MONIKA RADEVA, City Clerk
City of La Quinta, California




DECLARATION OF POSTING

I, MONIKA RADEVA, City Clerk of the City of La Quinta, California, do hereby certify that the foregoing ordinance was posted on the __ day of _____, 2025, pursuant to Council Resolution 2022-027.


_____
MONIKA RADEVA, City Clerk
City of La Quinta, California

**ORDINANCE NO. 626**
**DEVELOPMENT AGREEMENT 2025-0001**
**SILVERROCK RESORT (2025 SILVERROCK MASTER PLAN)**
**ADOPTED: OCTOBER 7, 2025**

**EXHIBIT A**

RECORDING REQUESTED BY AND
WHEN RECORDED MAIL TO

City of La Quinta
78-495 Calle Tampico
La Quinta, CA 92253
Attn:  City Clerk

Space Above This Line for Recorder's Use
(Exempt from Recording Fee per Gov't Code §6103 and §27383)

# REINSTATED AND AMENDED DEVELOPMENT AGREEMENT BY AND BETWEEN

## THE

## CITY OF LA QUINTA

## AND

## TBE RE ACQUISITION CO II LLC
## AN AFFILIATE OF
## TURNBRIDGE EQUITIES

698/015610-0207
22795466.2 a09/18/25

## TABLE OF CONTENTS

**Page**

1.   GENERAL ............................................................................................... 7
     1.1   Definitions ...................................................................................... 7
     1.2   Term ............................................................................................. 23
     1.3   Development Agreement Effective Date ........................................ 24
     1.4   Termination of this Agreement ...................................................... 24
     1.5   Statement of Benefits and Consideration ..................................... 25
     1.6   City CEQA Findings ...................................................................... 25
     1.7   Consistency with SilverRock Specific Plan Authority for Location
           and Alignment of Planning Areas ................................................. 26

2.   AGREEMENTS AND ASSURANCES ..................................................... 26
     2.1   Agreement and Assurance on the Part of Developer ..................... 26
     2.2   Agreement and Assurances on the Part of City ............................ 29

3.   DEVELOPMENT OF THE PROJECT ...................................................... 31
     3.1   Generally ...................................................................................... 31
     3.2   Construction Provisions ................................................................ 34
     3.3   Costs of Construction .................................................................... 39
     3.4   Completion of Construction ........................................................... 41
     3.5   Planned Development and CC&Rs ................................................ 43
     3.6   Dedications and Improvements ..................................................... 44
     3.7   Posting Payment and Performance Bonds ..................................... 45
     3.8   Regular Updates to City on Development of the Project ................. 45
     3.9   Indemnification .............................................................................. 46
     3.10  Insurance ...................................................................................... 49

4.   FINANCING THE PROJECT ................................................................... 51
     4.1   Developer To Pay All Costs and Expenses for the Project ............ 51
     4.2   Submittal of Final Project Budget .................................................. 51
     4.3   City Approval for Financing and Investment in the Project
           Components .................................................................................. 52
     4.4   City Financial Assistance .............................................................. 57

5.   AUTHORIZED USES AND OPERATIONS ON THE PROPERTY .............. 58
     5.1   General Obligation for Developer and Successors and Assigns ..... 58
     5.2   Short-Term Vacation Rentals/Transient Occupancy Taxes ........... 60
     5.3   Maintenance Covenants ................................................................ 64
     5.4   Obligation to Refrain from Discrimination ...................................... 64

6.   POTENTIAL CONDITIONAL TRANSFERS OF CITY-OWNED PROPERTIES ........... 65
     6.1   City-Owned Golf Course Property and Ahmanson Ranch Property ....... 66
     6.2   City-Owned Option Property ........................................................... 70

7.   CITY'S OBLIGATIONS ........................................................................... 71
     7.1   Scope of Subsequent Review/Confirmation of Compliance Process ..... 71

|  |  |  |  |
|---|---|---|---|
| | 7.2 | Project Approvals Independent | 71 |
| | 7.3 | Review for Compliance | 71 |
| 8. | | DEFAULT; REMEDIES; DISPUTE RESOLUTION; TERMINATION | 72 |
| | 8.1 | Default and Cure | 72 |
| | 8.2 | Termination of Agreement | 74 |
| | 8.3 | City Remedies | 74 |
| | 8.4 | Developer Remedies | 75 |
| | 8.5 | Legal Actions and Litigation | 76 |
| 9. | | MORTGAGEE PROTECTION; CERTAIN RIGHTS OF CURE | 78 |
| | 9.1 | Liens Recorded Against the Property and Project | 78 |
| | 9.2 | Mortgagee Protection | 78 |
| | 9.3 | Mortgagee Obligations and Relief Therefrom | 79 |
| 10. | | TRANSFERS OF INTEREST IN PROPERTY, PROJECT, OR AGREEMENT | 79 |
| | 10.1 | Developer Unique and Material Term to this Agreement | 79 |
| | 10.2 | Transfers Generally Prohibited Without Prior City Approval | 79 |
| | 10.3 | Successors and Assigns | 82 |
| | 10.4 | Developer Entities Documentation and Permitted Affiliate Assignees | 82 |
| | 10.5 | Assignment by City | 83 |
| 11. | | MISCELLANEOUS | 83 |
| | 11.1 | Notices, Demands and Communications Between the Parties | 83 |
| | 11.2 | Force Majeure | 85 |
| | 11.3 | Binding Effect | 85 |
| | 11.4 | Independent Entity | 85 |
| | 11.5 | Agreement Not to Benefit Third Parties | 85 |
| | 11.6 | Covenants | 86 |
| | 11.7 | Non-liability of City Officers and Employees | 86 |
| | 11.8 | Amendments or Modifications of Agreement | 86 |
| | 11.9 | Amendment or Cancellation by Mutual Consent | 87 |
| | 11.10 | No Waiver | 87 |
| | 11.11 | Severability | 87 |
| | 11.12 | Cooperation in Carrying Out Agreement | 88 |
| | 11.13 | Estoppel Certificate | 88 |
| | 11.14 | Construction | 88 |
| | 11.15 | Recordation | 88 |
| | 11.16 | Captions and References | 88 |
| | 11.17 | Time | 89 |
| | 11.18 | Computation of Days | 89 |
| | 11.19 | Recitals & Exhibits Incorporated; Entire Agreement | 89 |
| | 11.20 | Exhibits | 89 |
| | 11.21 | Authority to Execute; Representations and Warranties | 90 |
| | 11.22 | City Approvals and Actions by City Manager | 90 |

**Page**

11.23  No Brokers ................................................................................................ 91
11.24  Counterpart Signature Pages ................................................................ 91

698/015610-0207
22795466.2 a09/18/25                                    -iii-

EXHIBIT B

<u>SITE MAPS</u>

[attached]

698/015610-0207
22795466.2 a09/18/25                    EXHIBIT B

## GENERAL VICINITY MAP
(Phase 1A, Phase 1B, and Phase 2 Properties)



*General Location of Phases pictured above

[Site Maps Continue on Next Page]

698/015610-0207
22795466.2 a09/18/25

EXHIBIT B

## GENERAL SITE MAP
(2025 SilverRock Master Plan)



[Site Maps Continue on Next Page]

698/015610-0207
22795466.2 a09/18/25

EXHIBIT B

## ANNOTATED SITE MAP
### (2025 SilverRock Master Plan)



\*All square footage amounts and condominium unit numbers are approximate.
\*\*Permitted maximum amounts (for instance, 70 condominium units) shall be governed by and as set forth in the Agreement Addendum, Project Description, and Scope of Work.
\*\*

[Site Maps Continue on Next Page]

698/015610-0207
22795466.2 a09/18/25                                EXHIBIT B

159

## PHASE 1A DETAILED SITE MAP
### (2025 SilverRock Master Plan)



[Site Maps Continue on Next Page]

698/015610-0207
22795466.2 a09/18/25

EXHIBIT B

## SITE MAP BY PLANNING AREAS (PAs)
### (2025 SilverRock Master Plan)



[Site Maps Continue on Next Page]

698/015610-0207
22795466.2 a09/18/25                    EXHIBIT B

### SITE MAP OF PHASE 2 PROPERTY
(2025 SilverRock Master Plan)

Orange area is Phase 2 Property (i.e., City-Owned Option Property) appx. 193+/- acres



[Site Maps Continue on Next Page]

698/015610-0207
22795466.2 a09/18/25

EXHIBIT B

## SITE MAP OF EXISTING SILVERROCK PARK AND RETENTION BASIN
### (Not Included in the Phase 2 Property)

### SilverRock Park and Retention Basin, appx. 24+/- acres



[End of Exhibit B - Site Maps]

698/015610-0207
22795466.2 a09/18/25    EXHIBIT B

EXHIBIT C

PROJECT DESCRIPTION
(2025 SilverRock Master Plan)

The 2025 SilverRock Master Plan reconfigures the hotel, resort residential, commercial, golf course and related ancillary support uses planned to complement the existing public golf course and related public facilities on the SilverRock site in La Quinta.

The 2025 Master Plan includes an up to 154-room Luxury Resort Hotel with supporting facilities, 192 single-family and condominium resort residential units and a new clubhouse for the existing public golf course in the first phase development areas.

The second phase will include the development of an 18-hole private golf course, 253 residential units and 40,000 square feet of commercial development. (Developer's acquisition of the Phase 2 Property where Planning Area 8 is located is subject to the Option Agreement as identified in this Reinstated Development Agreement, but Developer may elect to combine Phase 1B and Phase 2 Pre-Closing Work if Developer satisfies the provisions and requirements in Section 3.1.5(B) of this Reinstated Development Agreement.)

The 2025 Master Plan is consistent with the SilverRock Specific Plan as approved by the City in 2006. As shown in the attached table, the amount of development planned is consistent with, and less intensive, than analyzed in the City's prior environmental review documents for the SilverRock Resort Project, including the 2002 Mitigated Negative Declaration (MND) adopted at the time the City acquired the property; the 2006 Addendum to the Adopted MND evaluating the Specific Plan; the 2014 Addendum to the Adopted MND analyzing the Master Plan proposed at that time; and the 2018 Master Plan in Amendment No. 3 to the Purchase, Sale and Development Agreement (PSDA).

[End of Project Description]

EXHIBIT C

164

EXHIBIT D

<u>SCOPE OF WORK / SCOPE OF DEVELOPMENT</u>

This Reinstated Development Agreement governs the pre-development, development, land uses, operations, maintenance and repair of the Phase 1 Property, and the "work" includes any and all activities necessary and property to complete the Project on the Phase 1 Property.  Pursuant to Section 6.2.2 of this Reinstated Development Agreement, the Phase 2 Property (*i.e.,* City-Owned Option Property) shall be subject to either an amendment to this Agreement or new development agreement to provide (among other terms and conditions) more detail on the Scope of Work for the Phase 2 Property, which pursuant to this Agreement will correspond to the work to be completed in Planning Area 8.

All work for the Project shall be conducted and completed in accordance with the Project Approvals as defined in this Reinstated Development Agreement.  The work is to be completed in phases as provided in this Agreement and according to the Schedule of Performance, with the phases of the work to be organized and completed in eight (8) Planning Areas as depicted in the Site Maps by Planning Areas (PAs).

The work by Planning Area is generally described as follows:

**Planning Area 1 - SilverRock Golf Course (existing)**
Planning Area 1 consists of approximately 173 acres, which consists primarily of the existing Arnold Palmer Classic Golf Course.  The Planning Area also contains the existing Ahmanson Ranch House, which sits on a 1.5-acre parcel, and the 3-acre golf course maintenance facility site located at the southern boundary of the SilverRock Resort Area adjacent to 54th Avenue.  As currently contemplated by the project, the Golf Course will receive upgrades performed by the Developer and will have the right, but not the obligation, to conduct golf course improvements during City's ownership.

**Planning Area 2 - Luxury Branded Residences Phase 1A**
Planning Area 2 consists of approximately 14 acres and 29 residential lots and a private street.  It is anticipated that the residences will range from approximately 4,000sf - 5,500sf.  A portion of the existing residential lots have partially-constructed improvements on them that will likely be demolished.  The residential lots will be branded with the Luxury Hotel and be sold to private buyers.  Developer may build a few speculative homes as model homes, but as contemplated, each residential lot buyer will build their own home with the oversight of Developer and/or Hotel Manager.  Additionally, each residential lot will be permitted as a Short-Term Vacation Rental, but Developer, Hotel Owner, Hotel Manager will have final say over which lots can be entered into the rental pool.

698/015610-0207
22795466.2 a09/18/25

EXHIBIT D

**Planning Area 3 & 5 - Luxury Hotel**
Planning Area 3 consists of approximately 23 acres and currently has partially-constructed improvements for the prior Luxury Hotel.  Some of the existing improvements may stay as part of the new Luxury Hotel and some may be demolished.  The new Luxury Hotel will include approximately 250,000sf of buildings, including a lobby building with restaurant, bar, retail, and back of house uses, spa, fitness, wellness, pools, cabanas, pool bar, guest rooms, and ancillary uses.
Planning Area 5 consists of approximately 9.1 acres and currently has partially-constructed improvements for the prior Luxury Hotel including a Conference Center and Shared Services building.  Some of the existing improvements may stay as part of the new Luxury Hotel and some may be demolished.  The new Luxury Hotel will include approximately 55,000sf of banquet and back-of-house buildings plus parking and outdoor event areas and hotel amenities.  In addition, it is currently conceived to extend the existing Ahmanson Way to the northern portion of SilverRock Way between Planning Areas 4 & 5.

**Planning Area 4 - Public Golf Clubhouse**
Planning Area 4 consists of approximately 3.3 acres and previously contemplated as parking for the Luxury Hotel.  The project currently conceives relocating the Public Golf Clubhouse to Planning Area 4 so that it is more accessible to the public as they enter the SilverRock Resort Area off of Avenue 52 and will be adjacent to the Public Park and golf course.  The Public Golf Clubhouse will be approximately 16,000sf and planned to serve the Silver Rock Golf Course in Planning Area 1.

**Planning Area 6 - Luxury Branded Condominiums**
Planning Area 6 consists of approximately 18.4 acres and previously contemplated as the Lifestyle Hotel and Public Golf Clubhouse.  The project currently conceives demolition of the partially-constructed Public Golf Clubhouse and to be replaced with approximately 70 luxury branded condominium units, a private branded-residences clubhouse, amenities, and private streets.  The approximately 70 condominiums will range from approximately 2,000 - 3,500sf each.  The condominiums will be built in phases across multiple buildings as opposed to one large building.  Each condominium building will have covered parking and up to three levels of condominium units.  The private branded residences clubhouse will be approximately 20,000sf and include a fitness area, meeting space, F&B, and amenities areas.  Other residential amenities include a pool, tennis, pickleball, padel, and kids area.

**Planning Area 7 - Luxury Branded Residences Phase 1B**
Planning Area 7 consists of approximately 65.8 acres and 93 residential lots and private streets.  It is anticipated that the residences will range from approximately 4,000sf - 5,500sf.  The residential lots will be branded with the Luxury Hotel and be sold to private buyers.  Developer may build a few speculative homes as model homes, but as contemplated, each residential lot buyer will build their own home with the oversight of Developer and/or Hotel Manager.  Additionally, each residential lot will be permitted as a Short-Term Vacation Rental, but Developer, Hotel Owner, Hotel Manager will have final say over which lots can be entered into the rental pool.

698/015610-0207
22795466.2 a09/18/25                    EXHIBIT D

**Planning Area 8 - Phase 2 - Golf, Residential, Commercial**
Planning Area 8 consists of approximately 193+/- acres and as currently contemplated will be developed with a private 18-hole golf course, 253 private residential lots, 40,000sf of commercial, with new private streets.  (Developer's acquisition of the Phase 2 Property where Planning Area 8 is located is subject to the Option Agreement as identified in this Reinstated Development Agreement, but Developer may elect to combine Phase 1B and Phase 2 Pre-Closing Work if Developer satisfies the provisions and requirements in Section 3.1.5(B) of this Reinstated Development Agreement.)


[End of Scope of Work]

698/015610-0207
22795466.2 a09/18/25                          EXHIBIT D

EXHIBIT E

PROJECT SCHEDULE / SCHEDULE OF PERFORMANCE

[Attached]

698/015610-0207
22795466.2 a09/18/25

EXHIBIT E

| Project Component | Start Date | Completion Date[1] |
|---|---|---|
| **1. Existing Improvements** | | |
| With a goal to better understand the quality and functionality of the existing improvements, Developer will evaluate onsite improvements to determine if preservation is appropriate | Within 6 months of Reinstatement Date, Developer to start engineering and testing of existing improvements. If determined to preserve an existing improvement and work is required to be completed in order to preserve an improvement, then Developer to start the preservation work within 6 months of determination. | 12 months after preservation work commences. |
| **2. Luxury Hotel Project Component** | | |
| Includes Lobby, Guest Room Buildings, Spa, Wellness, Fitness, Banquet, BOH ("Back of House") | Within 24 months of Reinstatement Date;[2] Commencement of the Luxury Hotel Project Component is a "Project Milestone" | 36 months after Start Date; Completion of the Luxury Hotel Project Component is a "Project Milestone" |
| **3. Public Golf Clubhouse Project Component** | | |
| Includes public golf clubhouse building, parking lot, pro shop, F&B | Within 24 months of Reinstatement Date;[2] Commencement of the Public Golf Clubhouse Project Component is a "Project Milestone" | 36 months after Start Date; Completion of the Public Golf Clubhouse Project Component is a "Project Milestone" |
| **4. Phase 1A Luxury Branded Condominiums Project Component** | | |
| Applicable to the first condo phase with a minimum of six units. Subsequent condo building phases will commence after pre-sale targets are met and market conditions allow for subsequent phases. | Within 24 months of Reinstatement Date[2] | 36 months after Start Date |
| **5. Phase 1A Luxury Branded Residences Project Component (29 lots)** | | |
| Residential lots in Phase 1A to include approximately 29 lots. To be sold as finished lots to private buyers. | Within 24 months of Reinstatement Date[2] | 84 months after Start Date[3] |

698/015610-0207
22795466.2 a09/18/25                    EXHIBIT E

169

| 6. Phase 1B Luxury Branded Residences Project Component (93 lots) | | |
|---|---|---|
| Residential lots in Phase 1B to include approximately 93 lots.  To be sold as finished lots to private buyers. | No later than 24 months of Phase 1A Luxury Branded Residences Project Component Completion Date | 96 months after Start Date[4] |

| 7. Phase 1 Property Target Completion of Construction | | |
|---|---|---|
| | | Month 144[5] |

---

[1]Definitions of "Completion Date":

For the Luxury Hotel and Public Golf Clubhouse Project Components, Completion Date shall be defined as substantially open for use by hotel guests and public golf clubhouse guests.  "Substantially open" shall mean: (a) City issuance of a final Certificate of Occupancy, or temporary Certificate of Occupancy with only "punch list" items remaining to obtain a final Certificate of Occupancy, and (b) regular operations  are in place to market to and receive payments from guests, or if there is a "soft opening," regular operations are anticipated to commence for marketing and receiving payments within three (3) to six (6) months of the purported "soft opening" date.

For the Phase 1A Luxury Branded Condominiums Project Component, Completion Date shall be defined as the City issuance of a Temporary Certificate of Occupancy for the first condo unit.  Subsequent Condo phases will be completed after pre-sale targets are met and market conditions allow for subsequent phases.

For the Phase 1A Luxury Branded Residences Project Component, Completion Date shall be defined as finished lots and no less than one-half (1/2) of the single-family luxury residences have been completely constructed on the lots.  Developer and Permitted Hotel Operator have a binding agreement in place for the management of the single family Lots in Planning Area 2.

For the Phase 1B Luxury Residential Project Component, Completion Date shall be defined as finished lots and no less than one-half (1/2) of the single-family luxury residences have been completely constructed on the lots.

For the Phase 1 Property Target Completion of Construction, Completion Date shall be defined as finished lots and no less than one-half (1/2) of the single-family luxury residences have been completely constructed on the lots for Phase 1A and Phase 1B.

[2]"Reinstatement Date" for purposes of this Schedule of Performance only is defined as the later of (i) the Development Agreement Reinstatement Date as defined in Section 1.3 of the Reinstated Development Agreement, and (ii) the running of the statute of limitations and referendum petition deadlines to challenge the adoption of the Reinstated Development Agreement  with no legal challenges or petition having been filed or submitted, or if filed or submitted, successfully resolved to the satisfaction of Developer and City.

[3]The 84 month timeline allows 24 months to sell 50% of the lots, then 24 months for lot buyers to start construction, and 36 months to complete construction of the homes.

[4]The 96 month timeline allows 36 months to sell 50% of the lots, then 24 months for lot buyers to start construction, and 36 months to complete construction of the homes.

[5]Phase 1 Property Target Completion of Construction is an estimated target completion date for all Project Components and the extension options described below are still applicable.

**[End of Schedule of Performance]**

EXHIBIT F

<u>PRE-BANKRUPTCY SUBDIVISION MAPS AND PERMITS</u>

The below-listed Project Site Development Permits (as defined in this Agreement) were approved before the Bankruptcy Lawsuit was filed and shall be deemed to remain valid, to the extent any Scope of Work by Developer for Developer's Project may be facilitated by the below-listed permits.

## PARCEL AND TRACT MAPS

| NUMBER | RESOLUTION | DESCRIPTION | LOCATION | APPLICANT |
|---|---|---|---|---|
| PM 33367 | 2007-113 | Conditional Final Parcel Map Approval & Time Ext | Generally located south of Avenue 52, east of Coral Reef Mountains, west of Jefferson Street, north of Avenue 54 | City of La Quinta Redevelopment Agency |
| PM 37207 | 2017-012 | Conditional Final Parcel Map Approval - **Recorded 05/03/2017** | SWC of Jefferson Street and Avenue 52 | SilverRock Development Company, LLC |
| TTM2020-0006 | PC 2020-011 *Approved 9/14/2021 *Expiration Extension to 3/14/2026 (AB 2729 (2024)) | Approving Tentative Tract Map TTM2020-0006 (TTM 37929) Map for 10 residential lots on 18.37 acres (former Lifestyle bungalow residences) | Former Planning Area 10A-1 | SilverRock Development Company, LLC |
| TR 37730 | CC 2021-012 *Conditionally Approved 4/20/2021 | Approval of final tract map and subdivision improvement agreement for TR 37730; authorizing a time extension for completion | Planning Area 2; Luxury Residences | SilverRock Phase I, LLC |

698/015610-0207
22795466.2 a09/18/25    EXHIBIT F

| TR 37730 | CC 2021-021 *Approved 6/15/2021 | Approval of final tract map and subdivision improvement agreement for TR 37730 | Former (and current) Planning Area 2; Luxury Residences | SilverRock Phase I, LLC |
|---|---|---|---|---|

## LOT-LINE ADJUSTMENTS

| LLA NUMBER | RECORDING INFORMATION |
|---|---|
| | |
| LLA No. 2020-0005 | Evidenced by Grant Deed, Recorded Sept. 2, 2021, Document No. 2021-0527060 of the Official Records in Riverside County, CA |
| LLA No. 2020-0007 | Evidenced by Grant Deed, Recorded Aug. 20, 2021, Document No. 2021-0500015 of the Official Records in Riverside County, CA |
| LLA No. 2020-0010 | Evidenced by Grant Deed, Recorded July 16, 2021, Document No. 2021-0428113 of the Official Records in Riverside County, CA |
| LLA No. 2023-0003 | Evidenced by Grant Deed, Recorded May 4, 2023, Document No. 2023-0128115 of the Official Records in Riverside County, CA |

| LLA NUMBER | DESCRIPTION | PARCEL OR TRACT MAP |
|---|---|---|
| LLA 2016-0007 | Parcels A, B & C | PM 33367 |
| LLA 2020-0005 | Parcels A, B & C | PM 37207 |
| LLA 2020-0007 | Parcel A | PM 37207 |
| LLA 2020-0007 | Parcel D | PM 37207 |
| LLA 2020-0007 | Parcels B & C | PM 37207 |
| LLA 2020-0010 | Parcel A | PM 37207 |
| LLA 2020-0010 | Parcel B | PM 37207 |
| LLA 2020-0010 | Parcel C | PM 37207 |
| LLA 2020-0010 | Parcel D | PM 37207 |
| LLA 2023-0003 | Parcel 5 - A, B, C & D | PM 37207 |

[continues on next page]

## SITE DEVELOPMENT PERMITS

| PROJECT NUMBER | RESOLUTION | DESCRIPTION | LOCATION | APPLICANT |
|---|---|---|---|---|
| SDP 2016-0005 | PC 2016-016 *Approved 10/25/2016 | SRR-Luxury Hotel, Spa, Residences, Conference Center | Former Planning Areas 2, 3, 4 | SilverRock Development Company, LLC |
| SDP 2016-0005 | CC 2016-051 *Approved 12/20/2016 | SRR-Luxury Hotel, Spa, Residences, Conference Center, Bighorn Sheep Fence | Former Planning Areas 2, 3, 4 | SilverRock Development Company, LLC |
| SDP 2016-0009 | CC 2017-001 *Approved 1/3/2017 | SRR-Luxury Hotel, Golf Course, Golf Villas | Former Planning Areas 5, 6, 10A-1 | SilverRock Development Company, LLC |
| SDP 2017-0013 | CC 2017-056 *Approved 11/7/2017 | SRR Temp. Golf Clubhouse | Former Planning Area 10A | SilverRock Development Company, LLC |
| SDP 2018-0010 | CC 2018-051 *Approved 10/16/2018 | SRR-Luxury Hotel, Spa, Residences, Conference Center (SDP 2016-0005 Time Ext. 1) | Former Planning Areas 2, 3, 4 | SilverRock Development Company, LLC |
| SDP 2018-0011 | CC 2018-052 | SRR-Talus Hotel, Golf Course, Golf Villas (SDP 2016-0009 Time Ext. 1) | Former Planning Areas 5, 6, 10A-1 | SilverRock Development Company, LLC |

## SIGN PERMITS

| PERMIT NO. | DESCRIPTION | LOCATION | APPLICANT |
|---|---|---|---|
| SA 2007-1113 | SilverRock Resort Semi-Permanent Sign (6) *approved 3/28/2007 | Various locations along Jefferson Street and Avenue 52 | LDD SilverRock, LLC |

[continues on next page]

698/015610-0207
22795466.2 a09/18/25

EXHIBIT F

173

## MODIFICATION BY APPLICANT PERMITS

| PERMIT NO. | DESCRIPTION | LOCATION | APPLICANT |
|---|---|---|---|
| MBA 2020-0005 | Former Luxury Hotel & Shared Services Complex *approved 5/7/2020 | within the SilverRock Specific Plan | SilverRock Development Company, LLC |
| MBA 2020-0006 | Former Lifestyle Hotel & Residences *approved 5/12/2020 | within the SilverRock Specific Plan | SilverRock Development Company, LLC |

## BUILDING PERMITS AND PLANS

| TYPE | SUBTYPE | PERMIT NO. | APPROVED | ISSUED | STATUS |
|---|---|---|---|---|---|
| Building Commercial (BC) | n/a | BCOM2019-0029 | 6/24/2019 | 6/25/2019 | FINALED |
| BC (Web) | Garage | BCOM2019-0028 | 6/19/2019 | 6/26/2019 | ISSUED |
| BC (Web) | Hotel/Motel (H/M) | BCOM2019-0056 | 7/21/2021 | | APPROVED-CONDITIONS |
| BC (Web) | H/M | BCOM2021-0034 | 7/21/2021 | 7/22/2021 | ISSUED |
| BC (Web) | H/M | BCOM2021-0044 | 7/21/2021 | | APPROVED-CONDITIONS |
| BC (Web) | H/M | BCOM2021-0045 | 7/21/2021 | | APPROVED-CONDITIONS |
| BC (Web) | H/M | BCOM2021-0046 | 7/21/2021 | 3/16/2022 | ISSUED |
| BC (Web) | H/M | BCOM2021-0047 | 7/21/2021 | | APPROVED-CONDITIONS |
| BC (Web) | H/M | BCOM2021-0048 | 7/21/2021 | | APPROVED-CONDITIONS |
| BC (Web) | H/M | BCOM2021-0049 | 7/21/2021 | | APPROVED-CONDITIONS |
| BC (Web) | H/M | BCOM2021-0050 | 7/21/2021 | | APPROVED-CONDITIONS |
| BC (Web) | H/M | BCOM2021-0051 | 7/21/2021 | | APPROVED-CONDITIONS |
| BC (Web) | H/M | BCOM2021-0052 | 7/21/2021 | | APPROVED-CONDITIONS |

[Building Permits and Plans continued on next page]

698/015610-0207
22795466.2 a09/18/25          EXHIBIT F

174

| TYPE | SUBTYPE | PERMIT NO. | APPROVED | ISSUED | STATUS |
|---|---|---|---|---|---|
| BC (Web) | H/M | BCOM2021-0053 | 7/21/2021 | | APPROVED-CONDITIONS |
| BC (Web) | H/M | BCOM2021-0054 | 7/21/2021 | | APPROVED-CONDITIONS |
| BC (Web) | H/M | BCOM2021-0055 | 7/21/2021 | | APPROVED-CONDITIONS |
| BC (Web) | H/M | BCOM2021-0056 | 7/21/2021 | | APPROVED-CONDITIONS |
| BC (Web) | H/M | BCOM2021-0057 | 7/21/2021 | 6/3/2022 | ISSUED |
| BC (Web) | H/M | BCOM2021-0058 | 7/21/2021 | 6/3/2022 | ISSUED |
| BC (Web) | H/M | BCOM2021-0059 | 7/21/2021 | 5/31/2022 | ISSUED |
| BC (Web) | H/M | BCOM2021-0060 | 7/21/2021 | 5/31/2022 | ISSUED |
| BC (Web) | H/M | BCOM2021-0061 | 7/21/2021 | 3/16/2022 | ISSUED |
| BC (Web) | H/M | BCOM2021-0062 | 7/21/2021 | 3/16/2022 | ISSUED |
| BC (Web) | H/M | BCOM2021-0063 | 7/21/2021 | 3/16/2022 | ISSUED |
| BC (Web) | H/M | BCOM2021-0064 | 7/21/2021 | 3/16/2022 | ISSUED |
| BC (Web) | H/M | BCOM2021-0065 | 7/21/2021 | 3/16/2022 | ISSUED |
| BC (Web) | H/M | BCOM2021-0066 | 7/21/2021 | 10/22/2021 | ISSUED |
| BC (Web) | H/M | BCOM2021-0067 | 7/21/2021 | 10/22/2021 | ISSUED |
| BC (Web) | H/M | BCOM2021-0068 | 7/21/2021 | 10/22/2021 | ISSUED |
| BC (Web) | H/M | BCOM2021-0069 | 7/21/2021 | 10/22/2021 | ISSUED |
| BC (Web) | H/M | BCOM2021-0070 | 7/21/2021 | 10/22/2021 | ISSUED |
| BC (Web) | H/M | BCOM2021-0071 | 7/21/2021 | 10/22/2021 | ISSUED |
| BC (Web) | H/M | BCOM2021-0072 | 7/21/2021 | 10/22/2021 | ISSUED |
| BC (Web) | H/M | BCOM2021-0073 | 7/21/2021 | 10/22/2021 | ISSUED |

[Building Permits and Plans continued on next page]

698/015610-0207
22795466.2 a09/18/25

EXHIBIT F

175

| TYPE | SUBTYPE | PERMIT NO. | APPROVED | ISSUED | STATUS |
|---|---|---|---|---|---|
| BC (Web) | H/M | BCOM2021-0074 | 7/21/2021 | 10/22/2021 | ISSUED |
| BC (Web) | H/M | BCOM2021-0075 | 7/21/2021 | 10/22/2021 | ISSUED |
| BC (Web) | H/M | BCOM2021-0076 | 7/21/2021 | 10/22/2021 | ISSUED |
| BC (Web) | Other Non-Residential (Other N-R) | BCOM2019-0070 | 10/4/2021 | 10/4/2021 | ISSUED |
| BC (Web) | Other N-R | BCOM2019-0072 | | | EXPIRED |
| BC (Web) | Other N-R | BCOM2021-0035 | 7/21/2021 | 7/22/2021 | ISSUED |
| BC (Web) | Other N-R | BCOM2021-0036 | 7/21/2021 | 7/22/2021 | ISSUED |
| BC (Web) | Other N-R | BCOM2021-0092 | 10/14/2021 | 10/14/2021 | ISSUED |
| BC (Web) | Other N-R | BCOM2021-0093 | 10/14/2021 | 10/14/2021 | ISSUED |
| BC (Web) | Other N-R | BCOM2021-0094 | 10/14/2021 | 10/14/2021 | ISSUED |
| BC (Web) | STORES/ CUSTOMER SERVICE | BCOM2021-0037 | 7/21/2021 | 7/22/2021 | ISSUED |
| BUILDING CONSTRUCTION PLAN REVIEW (BCPR) (WEB) | OTHER CONSTRUCTION | BCPR2019-0004 | 7/6/2020 | 10/25/2021 | APPROVED-CONDITIONS |
| BCPR (WEB) | OTHER CONSTRUCTION | BCPR2019-0006 | 7/21/2021 | 10/25/2021 | APPROVED-CONDITIONS |
| BCPR (WEB) | OTHER CONSTRUCTION | BCPR2019-0012 | 4/17/2020 | | EXPIRED |
| BCPR (WEB) | TRACT RESIDENTIAL | BCPR2019-0003 | 6/24/2021 | 12/31/2022 | EXPIRED |
| BCPR (WEB) | TRACT RESIDENTIAL | BCPR2019-0011 | | | EXPIRED |
| BCPR (WEB) | TRACT RESIDENTIAL | BCPR2019-0013 | | | EXPIRED |
| BCPR (WEB) | TRACT RESIDENTIAL | BCPR2022-0012 | | | REVISIONS REQUESTED |

[Building Permits and Plans continued on next page]

698/015610-0207
22795466.2 a09/18/25

EXHIBIT F

176

| TYPE | SUBTYPE | PERMIT NO. | APPROVED | ISSUED | STATUS |
|---|---|---|---|---|---|
| BUILDING PERMIT APPLICATION - COMMERCIAL (WEB) | NEW BUILDING | BCOM2022-0029 | n/a | n/a | UNDER REVIEW (applied on 5/25/2022) |
| BUILDING RESIDENTIAL (BR) (WEB) | DWELLING - SINGLE FAMILY DETACHED (D-SFD) | BRES2021-0312 | 6/24/2021 | 6/24/2021 | ISSUED |
| BR (Web) | D-SFD | BRES2021-0313 | 6/24/2021 | 6/24/2021 | ISSUED |
| BR (Web) | D-SFD | BRES2021-0314 | 6/24/2021 | 6/24/2021 | ISSUED |
| BR (Web) | D-SFD | BRES2021-0529 | | | EXPIRED |
| BR (Web) | D-SFD | BRES2021-0530 | 11/22/2021 | 11/22/2021 | ISSUED |
| BR (Web) | D-SFD | BRES2021-0531 | 11/22/2021 | 11/22/2021 | ISSUED |
| BR (Web) | D-SFD | BRES2021-0532 | 11/22/2021 | 11/22/2021 | ISSUED |
| BR (Web) | D-SFD | BRES2021-0533 | 11/22/2021 | 11/22/2021 | ISSUED |
| BR (Web) | D-SFD | BRES2021-0534 | 11/22/2021 | 11/22/2021 | ISSUED |
| ELECTRICAL | | BELC2019-0066 | 6/10/2019 | 6/10/2019 | EXPIRED |
| ELECTRICAL (WEB) | | BELC2019-0015 | 3/21/2019 | 3/21/2019 | FINALED |
| ELECTRICAL (WEB) | | BELC2021-0101 | | | EXPIRED |
| ELECTRICAL (WEB) | | BELC2021-0114 | 9/20/2021 | 9/20/2021 | ISSUED |
| ELECTRICAL (WEB) | | BELC2021-0136 | | | EXPIRED |
| ELECTRICAL (WEB) | | BELC2021-0139 | | | EXPIRED |
| ELECTRICAL (WEB) | | BELC2022-0117 | | | UNDER REVIEW (applied on 7/6/2022) |

[Building Permits and Plans continued on next page]

698/015610-0207
22795466.2 a09/18/25                    EXHIBIT F

177

| TYPE | SUBTYPE | PERMIT NO. | APPROVED | ISSUED | STATUS |
|---|---|---|---|---|---|
| PLUMBING - WATER HEATER CHANGEOUT (WEB) | | BPLB2019-0086 | | | EXPIRED |
| PLUMBING (WEB) | | BPLB2019-0075 | 5/22/2019 | 5/23/2019 | FINALED |
| PLUMBING (WEB) | | BPLB2022-0079 | | | UNDER REVIEW |
| PLUMBING (WEB) | | BPLB2022-0080 | | | UNDER REVIEW |
| POOL CONSTRUCTION (WEB) | PRIVATE | BPOL2022-0045 | 2/27/2022 | 3/3/2022 | ISSUED |
| POOL CONSTRUCTION (WEB) | PRIVATE | BPOL2022-0046 | 2/27/2022 | 3/3/2022 | ISSUED |
| POOL CONSTRUCTION (WEB) | PRIVATE | BPOL2022-0047 | 2/27/2022 | 3/3/2022 | ISSUED |
| POOL CONSTRUCTION (WEB) | PUBLIC | BPOL2020-0120 | 10/8/2020 | 10/8/2021 | ISSUED |
| POOL CONSTRUCTION (WEB) | PUBLIC | BPOL2020-0121 | 10/8/2020 | | EXPIRED |
| POOL CONSTRUCTION (WEB) | PUBLIC | BPOL2020-0123 | 10/8/2020 | 8/18/2021 | ISSUED |
| POOL CONSTRUCTION (WEB) | PUBLIC | BPOL2020-0162 | 1/26/2021 | 12/22/2021 | ISSUED |
| POOL CONSTRUCTION (WEB) | PUBLIC | BPOL2020-0221 | | | EXPIRED |
| POOL CONSTRUCTION (WEB) | WATER FEATURE | BPOL2020-0122 | 10/8/2020 | 10/14/2021 | ISSUED |
| SIGN PERMIT (WEB) | | SA2021-0036 | 11/18/2021 | 11/19/2021 | FINALED |
| STRUCTURE OTHER THAN BUILDING (WEB) | | BOTH2022-0001 | 2/14/2022 | 2/16/2022 | ISSUED |
| TEMPORARY TRAILER | | BTTR2022-0001 | | | ON HOLD |

[Building Permits and Plans continued on next page]

698/015610-0207
22795466.2 a09/18/25                      EXHIBIT F

| TYPE | SUBTYPE | PERMIT NO. | APPROVED | ISSUED | STATUS |
|---|---|---|---|---|---|
| WALL/FENCE (WEB) | SPECIAL/ENGINEERED DESIGN | BWFE2022-0014 | 3/1/2022 | 3/2/2022 | ISSUED |
| WALL/FENCE (WEB) | SPECIAL/ENGINEERED DESIGN | BWFE2022-0020 | 3/10/2022 | 3/24/2022 | ISSUED |
| WALL/FENCE (WEB) | SPECIAL/ENGINEERED DESIGN | BWFE2022-0021 | 3/10/2022 | 3/24/2022 | ISSUED |
| WALL/FENCE (WEB) | SPECIAL/ENGINEERED DESIGN | BWFE2022-0096 | 3/10/2022 | 3/24/2022 | ISSUED |
| WALL/FENCE (WEB) | SPECIAL/ENGINEERED DESIGN | BWFE2022-0098 | 3/3/2022 | 3/24/2022 | ISSUED |
| WALL/FENCE (WEB) | SPECIAL/ENGINEERED DESIGN | BWFE2022-0132 | 5/13/2022 | 5/13/2022 | ISSUED |

[End of Building Permits and Plans]

## ADDITIONAL SILVERROCK APPROVALS AND PLANS

Additional Prior Project Approvals are available at the following Weblink on the City's Website (collectively, the "**Additional Prior Project Approvals**"): https://laqlaserweb.laquintaca.gov/WebLink/Browse.aspx?id=599873&dbid=1&repo=CityofLaQuinta

The Additional Prior Project Approvals are categorized by type according to the following folders:



To the extent any of the previously issued Additional Prior Project Approvals have not expired or would have expired after August 5, 2024, the date when the Bankruptcy Lawsuit was filed, those Additional Prior Project Approvals shall remain issued and not expired.

Furthermore, for any previously issued Additional Prior Project Approvals that have expired, Developer may apply for reinstatement and reissuance pursuant to any applicable provisions in the La Quinta Municipal Code.  Any and all such applications for

reinstatement and reissuance of an expired Additional Prior Project Approval shall expressly reference this Reinstated Development Agreement and expressly describe in sufficient detail the portion of the Project for which reinstated and reissued approval would be used.

*NOTE:  Some of the Pre-Bankruptcy Subdivision Maps and Permits, listed above, are also including in the folder of the Additional Prior Project Approvals.

[End of Exhibit F]

214

**EXHIBIT C**
**SITE MAPS**


(Attached)

698/015610-0207
22795466.2 a09/18/25                    EXHIBIT J


214

## GENERAL SITE MAP
(2025 SilverRock Master Plan)



[Site Maps Continue on Next Page]

698/015610-0207
22795466.2 a09/18/25

EXHIBIT J

## ANNOTATED SITE MAP
(2025 SilverRock Master Plan)



[Site Maps Continue on Next Page]

698/015610-0207
22795466.2 a09/18/25

EXHIBIT J

216

## PHASE 1A DETAILED SITE MAP
(2025 SilverRock Master Plan)



[Site Maps Continue on Next Page]

698/015610-0207
22795466.2 a09/18/25               EXHIBIT J

217

## SITE MAP BY PLANNING AREAS (PAs)
### (2025 SilverRock Master Plan)



[End of Site Maps]

698/015610-0207
22795466.2 a09/18/25                    EXHIBIT J

## EXHIBIT D
## TEE TIME BLOCK SCHEDULE EXAMPLE

| Time | Player 1 | Player 2 | Player 3 | Player 4 |
|------|----------|----------|----------|----------|
| 7:00 | | | | |
| 7:08 | | | | |
| 7:15 | | Resident Block | | |
| 7:23 | | | | |
| 7:30 | | | | |
| 7:38 | | | | |
| 7:45 | | | | |
| 7:53 | Starter Time | | | |
| 8:00 | | | | |
| 8:08 | | | | |
| 8:15 | | | | |
| 8:23 | | | | |
| 8:30 | | | | |
| 8:38 | | Resident Block | | |
| 8:45 | | | | |
| 8:53 | Starter Time | | | |
| 9:00 | | | | |
| 9:08 | | | | |
| 9:15 | | | | |
| 9:23 | | | | |
| 9:30 | | | | |
| 9:38 | | | | |
| 9:45 | | | | |
| 9:53 | Starter Time | | | |
| 10:00 | | | | |
| 10:08 | | | | |
| 10:15 | | | | |
| 10:23 | | | | |
| 10:30 | | | | |
| 10:38 | | Resident Block | | |
| 10:45 | | | | |
| 10:53 | Starter Time | | | |
| 11:00 | | | | |
| 11:08 | | | | |
| 11:15 | | | | |
| 11:23 | | | | |
| 11:30 | | | | |
| 11:38 | | | | |
| 11:45 | | | | |
| 11:53 | Starter Time | | | |
| 12:00 | | | | |
| 12:08 | | | | |
| 12:15 | | Resident Block | | |
| 12:23 | | | | |
| 12:30 | | | | |
| 12:38 | | | | |
| 12:45 | | | | |
| 12:53 | Starter Time | | | |
| 1:00 | | | | |
| 1:08 | | | | |
| 1:15 | | | | |
| 1:23 | | Tee Sheet Open @ 1:00 p.m. | | |
| 1:30 | | | | |
| 1:38 | | | | |
| 1:45 | | | | |

698/015610-0207
22795466.2 a09/18/25

EXHIBIT K

**ATTACHMENT 1**



Vicinity Map

General Location of Phases pictured above.

**ATTACHMENT 2**

PA1 – Golf Course
(existing)

PA2 – Luxury Branded Residences
(29 lots)

PA3 – Luxury Hotel
(154 guest rooms, lobby,
restaurants, retail, spa, wellness,
amenities, BOH, etc. totaling
250,000sf)

PA4 – Public Golf Clubhouse
(17,000sf)

PA5 – Luxury Hotel Banquet &
Back of House Functions
(Banquet: 25,000sf)
(BOH: 30,000sf)

PA6 – Luxury Branded Condominiums
(70 units)
Resident Clubhouse & Facilities
(20,000sf)

PA7 – Luxury Branded Residences
(93 lots)

PA8 – Future Golf, Residential,
and Commercial
(18-hole private golf course, 253
residential units, and 40,000sf
commercial)

Phase 1

Phase 2

N

Proposed Land Plan