**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.* | Case No. 24-11647 (MFW) |
| | (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, David Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On April 9, 2026, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via the method indicated on the service list attached hereto as Exhibit A:

-  **Notice** of Non-Voting Status to Holders of Class 1 & 2 Claims

-  **Notice of Order** (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of Ballot and Establishing Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief

Furthermore, on April 9, 2026, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via the methods indicated on the service list attached hereto as Exhibit B:

-  **First Amended Combined Disclosure Statement** and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC And Its Debtor Affiliates

-  **Order** (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of Ballot and Establishing Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief

- **Notice of Order** (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of Ballot and Establishing Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief

- **Ballot** for Voting to Accept or Reject the Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates

Furthermore, on April 9, 2026, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via the methods indicated on the service list attached hereto as Exhibit C:

- **Notice** of Non-Voting Status to Holders of Class 16, 17, & 18 Claims and Interests

- **Notice of Order** (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of Ballot and Establishing Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief

Furthermore, on April 9, 2026, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via the methods indicated on the service list attached hereto as Exhibit D:

- **First Amended Combined Disclosure Statement** and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC And Its Debtor Affiliates

- **Order** (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of Ballot and Establishing Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief

- **Notice of Order** (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of Ballot and Establishing Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief

Dated: April 22, 2026

/s/ David Kitto
David Kitto
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Riverside County Tax Collector
4080 Lemon St., 4th Floor
Riverside, CA 92501
rcttcbankruptcy@rivco.org

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Riverside County Tax Collector
4080 Lemon St., 4th Floor
Riverside, CA 92501
rcttcbankruptcy@rivco.org

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Riverside County Treasurer - Tax Collector
4080 Lemon St., 4th Floor
Riverside, CA 92501
rcttcbankruptcy@rivco.org

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531
bkclaimconfirmation@ftb.ca.gov

**VIA FIRST CLASS MAIL:**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

**VIA FIRST CLASS & ELECTRONIC MAIL:**
South Coast Air Quality Management District
21865 Copley Dr.
Diamond Bar, CA 91765
cmccune@aqmd.gov

# EXHIBIT B

**VIA ELECTRONIC & FIRST CLASS MAIL:**
RAF Pacifica Loan Opportunity Fund I, LLC and The
Arnold Fishman Revocable Trust
Greenberg Traurig LLP
Anthony Clark
222 Delaware Ave., Ste. 1600
Wilmington, DE 19801
anthony.clark@gtlaw.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
RAF Pacifica Loan Opportunity Fund I, LLC and The
Arnold Fishman Revocable Trust
Keillor Capital
17731 Mitchell N, Ste. 200
Irvine, CA 92614
ekeillor@keillorcapital.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Construction Loan Services II, LLC d/b/a Builders Capital
Polsinelli P.C.
Attn: Michael Schuster
1401 Lawrence St., Ste 2300
Denver, CO 80202
mschuster@polsinelli.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Construction Loan Services II, LLC d/b/a Builders Capital
Polsinelli P.C.
Attn: Stephen A. Smith
222 Delaware Ave., Ste. 1101
Wilmington, DE 19801
sasmith@polsinelli.com

**VIA ELECTRONIC MAIL:**
Construction Loan Services II, LLC d/b/a Builders Capital
Pachulski Stang Ziehl & Jones LLP
Attn: James E. O'Neill
919 North Market St., 17th Floor
P.O. Box 8705
Wilmington, DE 19801
joneill@pszjlaw.com

**VIA ELECTRONIC MAIL:**
Construction Loan Services II, LLC d/b/a Builders Capital
Pachulski Stang Ziehl & Jones LLP
Attn: Gregory V. Demo and Jordan A. Kroop
1700 Broadway, 36th Floor
New York, NY 10019
gdemo@pszjlaw.com; jkroop@pszjlaw.com

**VIA ELECTRONIC MAIL:**
Construction Loan Services II, LLC d/b/a Builders Capital
Pachulski Stang Ziehl & Jones LLP
Attn: Ira D. Kharasch
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
ikharasch@pszjlaw.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Poppy Bank
Mitchell Greenberg, Esq.
Abbey Weitzenberg Warren & Emery
100 Stony Point Rd., Ste. 200
Santa Rosa, CA 95401
mgreenberg@abbeylaw.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Poppy Bank
Kevin Mann, Esq.
Cross & Simon, LLC
1105 N. Market St., Ste. 901
Wilmington, DE 19801
kmann@crosslaw.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Poppy Bank
438 First Street
Santa Rosa, CA 95401
lmills@poppybank.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
R.D. Olson Construction, Inc.
Potter Anderson & Corroon LLP
James R. Risener III
1313 North Market Street, 6th Floor
Wilmington, DE 19801
jrisener@potteranderson.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
R.D. Olson Construction, Inc.
WATT, TIEDER, HOFFAR & FITZGERALD, LLP
Jennifer L. Kneeland
Marguerite Lee DeVoll
1765 Greensboro Station Place, Suite 1000
McLean, VA 22102
jkneeland@watttieder.com
mdevoll@watttieder.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
White's Steel
William J. Wilhelm
R.D. Olson Construction Inc.
400 Spectrum Dr., Ste. 1200
Irvine, CA 92618
bwillhelm@rdolson.com

**VIA ELECTRONIC MAIL:**
Granite Construction Company
Finch, Thornton & Baird, LLP
Jon F. Gauthier, Esquire
4747 Executive Drive, Suite 700
San Diego, CA 92121
jgauthier@ftblaw.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Granite Construction Company
Ilan Markus
Barclay Damon LLP
555 Long Wharf Drive, Sixth Floor
New Haven, CT 6511
imarkus@barclaydamon.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Granite Construction Company
Law Office of Susan E. Kaufman, LLC
Susan E. Kaufman
919 N. Market Street, Suite 460
Wilmington, DE 19801
skaufman@skaufmanlaw.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Jordy Murray
585 West Beach St.
Watsonville, CA 95077
jordy.murray@gcinc.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Rowan Incorporated d/b/a Rowan Electric
Steven Walsh, Esquire
Juan E. Martinez, Esquire, John Gentile, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
jmartinez@beneschlaw.com
swalsh@beneschlaw.com
jgentile@beneschlaw.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Kevin Carlin
4452 Park Blvd., Ste. 310
San Diego, CA 92101
phil,martin@chase.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Paul Rowan
2778 Loker Ave.
Carlsbad, CA 92010
paul@rowanelectric.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
SilverRock Resort Investment LLC,
SilverRock Resort Investment M LLC
Husch Blackwell LLP
Michael A. Brandess, Esquire
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
michael.brandess@huschblackwell.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
SilverRock Resort Investment LLC,
SilverRock Resort Investment M LLC
Clark Hill, PLC
Karen M. Grivner, Esquire
824 N. Market Street, Suite 710
Wilmington, DE 19801
kgrivner@clarkhill.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
First Pathway Partners LLC
Daniel Wycklendt
311 E. Chicago St., Ste. 510
Milwaukee, WI 53202
djw@firstpathway.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
H&E Equipment Company
Hogan McDaniel
Daniel C. Kerrick
1311 Delaware Avenue
Wilmington, DE 19806
dckerrick@dkhogan.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
H&E Equipment Services, Inc.
45600 Citrus Ave.
Indio, CA 92201
tjennings@gibbesgidden.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Robert Green Residential, Inc.
and The Robert Green Company
RGC La Quinta, LLC
343 Fourth Avenue
San Diego, CA 92101-7035
robert@therobertgreencompany.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Vermillions Environmental Products
John Vermilion
78900 Avenue 47 Suite 106
La Quinta, CA 92253
john@eparhino.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Cass Traub and SilverRock Land II, LLC
Young, Conaway Stargatt & Taylor, LLP
Kenneth J. Enos, Esq.
S. Alexander Faris, Esquire
1000 North King Street
Rodney Square
Wilmington, DE 19801
kenos@ycst.com
afaris@ycst.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Traub Family Revocable Trust dated 1/22/15
1425 La Perla
Long Beach, CA 90815
casstraub@outlook.com

**VIA FIRST CLASS MAIL:**
AMS Connect
P.O. Box 14323
Palm Desert, CA 92255

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Andrew Lauren Interiors, Inc.
Tess Shepard
8909 Kenmar Dr., Ste. 101
San Diego, CA 92121
tess@andrewlauren.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Axia Talus. LLC
Charles S. Kelley, Esq. and C. Zachariah Wawrzyniak
Mayer Brown LLP
700 Louisiana St., Ste. 3400
Houston, TX 77002
ckelley@mayerbrown.com;
zwawrzyniak@mayerbrown.com

**VIA FIRST CLASS MAIL:**
Bank of America
100 North Tryon St.
Charlotte, NC 28255

**VIA ELECTRONIC & FIRST CLASS MAIL:**
BAR Architects & Interiors
Jonathan S. O'Donnell, Law Offices of Jonathan O'Donnell
140 Lower Via Casitas
Greenbrae, CA 94904
jodonnelllaw@gmail.com

**VIA FIRST CLASS MAIL:**
Bay City Electric
13625 Danielson St.
Poway, CA 92064

**VIA FIRST CLASS MAIL:**
Beranek, Eric
1310 Ocean Drive
Manhattan Beach, CA 90266

**VIA ELECTRONIC & FIRST CLASS MAIL:**
The BIG Company d/b/a CAPO Building Specialties
d/b/a CAPO Fireside
26401 Via De Anza
San Juan Capistrano, CA 92675
ssingh@capofireside.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
BMP Contractors, Inc.
12150 Theodore St.
Moreno Valley, CA 92555
Doug@123bmp.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Burton Landscape Architecture
307 S. Cedros
Solana Beach, CA 92075
patrick@burton-studio.com

**VIA FIRST CLASS MAIL:**
Burrtec Waste & Recycling Services
P.O. Box 5518
Buena Park, CA 90622-5518

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Caldarelli Hejmanowski Page & Leer LLP
3398 Carmel Mountain Rd., Ste. 250
San Diego, CA 92121
accounting@chpllaw.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
California Barricade, Inc.
1550 E. Saint Gertrude Pl.
Santa Ana, CA 92705
joni@californiabarricade.com

California Builder Services
1446 Tollhouse Rd., Ste. 101
Clovis, CA 93611-0592
scott@cabuilderservices.com

**VIA FIRST CLASS MAIL:**
Castillo & Ruig Communications LLC
P.O. Box 341829
Los Angeles, CA 90034

**VIA FIRST CLASS MAIL:**
CBRE, Inc.
P.O. Box 281620
Atlanta, GA 30384-1620

**VIA FIRST CLASS MAIL:**
Cecilian Partners, Inc.
P.O. Box 576
New Hope, PA 18938-0576

**VIA FIRST CLASS MAIL:**
CGS3
12750 High Bluff Dr., Ste. 250
San Diego, CA 92130

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Cislo & Thomas LLP
Daniel Cislo
12100 Wilshire Blvd.
Los Angeles, CA 90025
dan2@cislo.com

**VIA FIRST CLASS MAIL:**
City of La Quinta
78495 Calle Tampico
La Quinta, CA 92253

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Coachella Valley Horse Park LLC
P.O. Box 5700
La Quinta, CA 92248
bmatteson@deserthorsepark.com

**VIA FIRST CLASS MAIL:**
Coachella Valley Water District
PO Box 1058
Coachella, CA 92236

**VIA FIRST CLASS MAIL:**
Coachella Valley Water District - Util
P.O. Box 1058
Coachella, CA 92236

**VIA FIRST CLASS MAIL:**
Coachella Valley Water District
PO Box 1058
Coachella, CA 92236

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Cockrell Electric, Inc.
79553 Country Club Dr., Ste. B
Bermuda Dunes, CA 92203
john@cockrellelectric.com

**VIA FIRST CLASS MAIL:**
Cogency Global
P.O. Box 3168
Hicksville, NY 11802-3168

**VIA FIRST CLASS MAIL:**
CoLiant Solutions, Inc.
2703 Brickton North Drive
Buford, GA 30518-9101

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Commercial Development Resources
695 Town Center Dr., Ste. 110
Costa Mesa, CA 92626
cdraccounting@cdrwest.com

**VIA FIRST CLASS MAIL:**
Comtrom Systems Inc
P.O. Box 13470
Palm Desert, CA 92255-3470

**VIA FIRST CLASS MAIL:**
Construction Loan Services II, LLC d/b/a Builders Capital
Stephen A. Smith, Esq. and Michael L. Schuster, Esq.
Polsinelli, P.C.
222 Delaware Avenue, Suite 1101
Willmington, DE 19801

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Construction Loan Services II, LLC d/b/a Builders Capital
Stephen A. Smith, Esq. and Michael L. Schuster, Esq.
Polsinelli, P.C.
1401 Lawrence St., Ste. 2300
Denver, CO 80202
sasmith@polsinelli.com; mschuster@polsinelli.com
lynda.rodriguez@builderscapital.com

**VIA FIRST CLASS MAIL:**
Construction Loan Services II, LLC d/b/a Builders Capital
Builders Capital
Attn: Linda Rodriguez
1019 39th Ave., SE, Ste. 220
Puyallup, WA 98374

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Construction Loan Services II, LLC d/b/a Builders Capital
Pachulski Stang Ziehl & Jones LLP
Attn: James E. O'Neill
919 North Market St., 17th Floor,
P.O. Box 8705
Wilmington, DE 19801
joneill@pszjlaw.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Construction Loan Services II, LLC d/b/a Builders Capital
Pachulski Stang Ziehl & Jones LLP
Attn: Gregory V. Demo and Jordan A. Kroop
1700 Broadway, 36th Floor
New York, NY 10019
gdemo@pszjlaw.com; jkroop@pszjlaw.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Construction Loan Services II, LLC d/b/a Builders Capital
Pachulski Stang Ziehl & Jones LLP
Attn: Ira D. Kharasch
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
ikharasch@pszjlaw.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Construction Testing & Engineering South, Inc. (n/k/a Team UES)
729 Miner Rd.
Highland Heights, OH 44143
collections@ncscredit.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Corporation Service Company/CSC
251 Little Falls Dr.
Wilmington, DE 19808
joanne.smith@cscglobal.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Crosbie Gliner Schiffman Southard & Swanson, LLP
Gregory Markow
12750 High Bluff Dr., Ste. 250
San Diego, CA 92130
Gmarkow@CGS3.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Cypress Point Holdings LLC
Brian Lemon, D. Brett Marks, John H. Thompson
Akerman LLP
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
brian.lemon@akerman.com;
brett.marks@akerman.com;
john.thompson@akerman.com

**VIA FIRST CLASS MAIL:**
Deans & Homer
P.O. Box 2839
San Francisco, CA 94126-2839

**VIA FIRST CLASS MAIL:**
Deere Financial
P.O. Box 4550
Carol Stream, IL 60197-4550

**VIA FIRST CLASS MAIL:**
Department of Motor Vehicles
P.O. Box 942894
Sacramento, CA 94294-0894

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Desert Cities Reprographic Systems, Inc.
39-350 Berkey Dr.
Palm Desert, CA 92210
kevinc@planitprintworks.com

**VIA FIRST CLASS MAIL:**
Development Solutions & Services
543 Country Club Dr., #B338
Simi Valley, CA 93065-0637

**VIA FIRST CLASS MAIL:**
Diamond Environmental Services LP
807 E. Mission Road
San Marcos, CA 92069-3002

**VIA FIRST CLASS MAIL:**
DLA Piper LLP
55 Mission St., Ste. 2400
San Francisco, CA 94105

**VIA ELECTRONIC & FIRST CLASS MAIL:**
DPFG, LLC
26840 Aliso Viejo Pkwy, Ste. 110
Aliso Viejo, CA 92656
tammy.scofield.dpfg.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Duane Morris LLP
Sommer L. Ross
1201 N. Market St., Ste. 501
Wilmington, DE 19801
SLRoss@duanemorris.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Edward J. Himmelberg Trust
D. Brett Marks, Akerman LLP
201 E. Las Olas Blvd.
Ste. 1800
Ft. Lauderdale, FL 33301
brett.marks@akerman.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Edward J. Himmelberg Trust
Edward J. Himmelberg
100 Harbor Dr., Ste. 4102
San Diego, CA 92101
edhimmelberg@gmail.com

**VIA FIRST CLASS MAIL:**
EKSC Corporation
P.O. Box 1795
Mecca, CA 92254-1795

**VIA FIRST CLASS MAIL:**
EPA
78-900 Ave. 47, Ste. 106
La Quinta, CA 92253-2070

**VIA ELECTRONIC & FIRST CLASS MAIL:**
FGS Realty Advisors, Inc.
1155 Camino Del Mar, #408
Del Mar, CA 92014
Fred@fgsrealty.com

**VIA FIRST CLASS MAIL:**
First Insurance Funding
P.O. Box 7000
Carol Stream, IL 60197-7000

**VIA FIRST CLASS MAIL:**
Ford Credit
P.O. Box 552679
Detroit, MI 48255-2679

**VIA FIRST CLASS MAIL:**
Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812-2952

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Global Geo-Engineering, Inc.
3 Corporate Park, Ste. 270
Irvine, CA 92606
mohan@globalgeo.net

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Goetz, Richard and Lehn
Todd Curry, Curry Advisors
185 W. F. St., Ste. 100
San Diego, CA 92101
tcurry@currylegal.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Gouvis Engineering Consulting Group, Inc.
2150 E. Tahquitz Canyon #9
Palm Springs, CA 92262
ldegaine@gouvisgroup.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Granillo, Eric a/k/a Pavilion Plastering & Design Inc.
301 N. Palm Springs Canyon Dr., Ste. 103, #117
Palm Springs, CA 92262
eric@pavilionplastering.com

**VIA FIRST CLASS MAIL:**
Herc Rentals Inc
P.O. Box 936257
Altanta, GA 31193-6257

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Heuer, Kira
25 Carnelian
Irvine, CA 92614
kiraheuer@gmail.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Hill Crane Service, Inc.
3333 Cherry Ave.
Long Beach, CA 90807
maria@hillcrane.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
HTL Mechanical, Inc.
74-894 Lennon Pl., Ste. G-1
Palm Desert, CA 92260
Howard@htlmechanical.com

**VIA FIRST CLASS MAIL:**
Imerza, LLC
1527 2nd St.
Sarasota, FL 34236-8503

**VIA FIRST CLASS MAIL:**
Imperial Irrigation District
81600 Ave. 58
La Quinta, CA 92253

**VIA FIRST CLASS MAIL:**
Imperial Irrigation District - Util
P.O. Box 937
Imperial, CA 92251-0937

**VIA FIRST CLASS MAIL:**
Inland Contractors Inc
231 E. Alessandro Blvd., Ste. A PMB 388
Riverside, CA 92508-6039

**VIA FIRST CLASS MAIL:**
Inland Valley Sladden, Inc.
450 Egan Ave.
Beaumont, CA 92223

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Interior Specialists, Inc.
15822 Bernardo Center Dr.
San Diego, CA 92127
jbell@ilginc.com

**VIA FIRST CLASS MAIL:**
IOA Insurance Services
1855 West State Rd. 434
Longwood, FL 92750

**VIA ELECTRONIC & FIRST CLASS MAIL:**
J&B Materials a/k/a Ashley Jernigan OBO J&B
Materials
Douglas Flaherty
402 West Broadway, Ste. 960
San Diego, CA 92101
Doug@flahertyandflaherty.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
J. Ginger Masonry, LP
Jonathan Vick
12800 Center Court Dr., Ste. 300
Cerritos, CA 90703
jvick@aalrr.com

**VIA FIRST CLASS MAIL:**
Jacobsson Eng. Const. Inc.
P.O. Box 14430
Palm Desert, CA 92255

**VIA FIRST CLASS MAIL:**
JMBM LLP
1801 W. Olympic Blvd.
Pasadena, CA 91199-1263

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Kloiber Real Estate Holdings LLC
Eric Shapland, Arnold & Porter Kaye Scholer LLP
777 South Figueroa St., 44th Fl.
Los Angeles, CA 90017
Eric.Shapland@arnoldporter.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Kloiber Real Estate Holdings LLC
Thomas Szczygielski
149 N. Limestone
Lexington, KY 4050
tom@cbslaw.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Koolfog, Inc.
31145 Plantation Dr.
Thousand Palms, CA 92276
accounting@koolfog.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
L2 Specialties, Inc.
James Damon
2301 Dupont Dr., Ste. 500
Irvine, CA 92612
jdamon@vctlaw.com

**VIA FIRST CLASS MAIL:**
La Quinta Realty Properties LLC
44-835 Portola Ave.
Palm Desert, CA 92260-3703

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Lendrum Fine Art, Inc.
2400 Carman Crest Dr.
Los Angeles, CA 90068
tiffiny@lendrumfineart.com

**VIA FIRST CLASS MAIL:**
Lieef Real Estate Energy Partners
5 Union Square West #1265
New York, NY 10003

**VIA FIRST CLASS MAIL:**
Liquid Gold Dust Control
51075 Frederick St. 922
Coachella, CA 92236-9510

**VIA FIRST CLASS MAIL:**
M&J Grading Services, Inc.
83317 Wagon Road
Indio, CA 92203-2837

**VIA ELECTRONIC & FIRST CLASS MAIL:**
M. Arthur Gensler Jr. & Associates, Inc.
500 S. Figueroa St.
Los Angeles, CA 90071
lauren_racanelli@gensler.com

**VIA FIRST CLASS MAIL:**
Magnus Blue LLP
12526 High Bluff Dr., Ste. 360
San Diego, CA 92130

**VIA FIRST CLASS MAIL:**
Magnus Blue LLP
12526 High Bluff Dr., Ste. 360
San Diego, CA 92130

**VIA FIRST CLASS MAIL:**
Manatt, Phelps & Phillips
2049 Century Park East, Ste. 1700
Los Angeles, CA 90067-3101

**VIA FIRST CLASS MAIL:**
Maria & Ben's Cleaning Services
81-454 Senegal Ct.
Indio, CA 92201-3773

**VIA FIRST CLASS MAIL:**
Marlin Capital Solutions
P.O. Box 13604
Philadelphia, PA 19101-3604

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Michael Baker International, Inc.
100 Airside Dr.
Moon Twp., PA 15108
J.Bell@mbakerintl.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
MLN Partners LLC
330 E. Kilbourn Ave.
Milwaukee, WI 53202
deggert@bcblaw.net

**VIA ELECTRONIC & FIRST CLASS MAIL:**
MSA Consulting, Inc.
34200 Bob Hope Dr.
Rancho Mirage, CA 92270
tsanfilippo@msaconsultinginc.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Mobile Modular Management Corporation
Nathan Rugg, Barack Ferrazzano Kirschbaum &
Nagelberg LLP
200 W. Madison St., Ste. 3900
Chicago, IL 60606
nathan.rugg@bfkn.ocm

**VIA FIRST CLASS MAIL:**
Montage International
3 Ada Pkwy, Ste. 100
Irvine, CA 92618

**VIA FIRST CLASS MAIL:**
NV5, Inc.
P.O. Box 74008680
Chicago, IL 60674-8680

**VIA FIRST CLASS MAIL:**
Office1
5636 Ruffin Rd.
San Diego, CA 92123

**VIA FIRST CLASS MAIL:**
Oppenheimer & Co Inc
85 Broad St.
New York, NY 10004-2434

**VIA FIRST CLASS MAIL:**
Pacific Lightwave Inc
P.O. Box 10748
Palm Desert, CA 92255-0748

**VIA FIRST CLASS MAIL:**
Pillsbury
P.O. Box 742262
Los Angeles, CA 90074-2262

**VIA FIRST CLASS MAIL:**
Platinum Filings
99 West Hawthorne Ave., Ste. 408
Valley Stream, NY 11580-6101

**VIA FIRST CLASS MAIL:**
Project Dynamics, Inc.
P.O. Box 14430
Palm Desert, CA 92255

**VIA ELECTRONIC & FIRST CLASS MAIL:**
R3 Contractors, Inc.
Howard Goodman
18321 Ventura Blvd., Ste. 755
Tarzana, CA 91356
howard@howardgoodman.net

**VIA FIRST CLASS MAIL:**
RB Consulting Engineering Inc a/k/a Enginova
1044 Pioneer Way, Ste. E
El Cajon, CA 92020-1942

**VIA ELECTRONIC & FIRST CLASS MAIL:**
RGC La Quinta, LLC
343 4th Ave.
San Diego, CA 92101
Robert@therobertgreencompany.com

**VIA FIRST CLASS MAIL:**
Riverside County Treasurer
P.O. Box 12005
Riverside, CA 92502-2205

**VIA FIRST CLASS MAIL:**
Robert Green Residential Inc
343 4th Ave.
San Diego, CA 92101

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Robert S. Green, Jr.
1440 Akita Ln.
Encinitas, CA 92024
Robert@therobertgreencompany.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
The Robert Green Company
343 4th Ave.
San Diego, CA 92101
Robert@therobertgreencompany.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
State Water Resources Control Board
1001 I St., Fl. 22
Sacramento, CA 95814
ryan.mallory-jones@waterboards.ca.gov

**VIA ELECTRONIC & FIRST CLASS MAIL:**
SilverRock Land II, LLC
1425 La Perla Ave.
Long Beach, CA 90815
casstraub@outlook.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
SilverRock Land II, LLC
Young Conaway Stargatt & Taylor, LLP
Attn: Kenneth Enos, Alexander Faris
1000 N. King St
Wilmington, DE 19801
kenos@ycst.com
afaris@ycst.com

**VIA FIRST CLASS MAIL:**
SMDM, LLC
81740 MacBeth St.
La Quinta, CA 92253

**VIA FIRST CLASS MAIL:**
Southern CA Regional Center LLC
1601 N. Sepulveda Blvd. #382
Manhattan Beach, CA 90266-5111

**VIA FIRST CLASS MAIL:**
Southern California Gas Company
P.O. Box 2007
Monterey Park, CA 91754-0957

**VIA FIRST CLASS MAIL:**
Sparkletts
P.O. Box 660579
Dallas, TX 75266-0579

**VIA FIRST CLASS MAIL:**
Sunrise Golf Construction
P.O. Box 499
Nuevo, CA 92567

**VIA ELECTRONIC & FIRST CLASS MAIL:**
SSS Fence
Davis and Goldmark Inc
P.O. Box 2009
Riverside, CA 92653
MBLANCARTE@DGI1.COM

**VIA FIRST CLASS MAIL:**
SWRCB
P.O. Box 1888
Sacramento, CA 95812-1888

**VIA FIRST CLASS MAIL:**
Temp Power Systems
22516 Avenida Empresa
Rancho Santa Margarita, CA 92688-2002

**VIA FIRST CLASS MAIL:**
The Planning and Zoning
P.O. Box 931923
Atlanta, GA 31193-1923

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Tradewinds Air Conditioning & Heating
Kasen & Kasen, P.C.
Jenny R. Kasen, Esq.
1874 E. Marlton Pike, Ste. 3
Cherry Hill, NJ 08003
jkasen@kasenlaw.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Tradewinds Air Conditioning & Heating
8429 White Oak St., Ste. 106
Rancho Cucamonga, CA 91730
tradewindsrc@gmail.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Traub Family Revocable Trust
S. Alexander Faris, Kenneth J. Enos
Young Conaway Stargatt & Taylor, LLP
1000 N. King St.
Wilmington, DE 19801
kenos@ycst.com;afaris@ycst.com

**VIA FIRST CLASS MAIL:**
TriMark Raygal LLC
Gordon Rees Scully Mansukhani, LLP
Joseph E. Brenner
824 N. Market St., Ste. 220
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Trimont Real Estate Advisors LLC
3500 Lenox Rd., Ste. G1
Atlanta, GA 30326-4265

**VIA FIRST CLASS MAIL:**
US Legal Support Inc
P.O. Box 4722
Houston, TX 77210-4772

**VIA FIRST CLASS MAIL:**
Valley Office Equipment
77-588 El Duna Ct., Suite A
Palm Desert, CA 92211-4128

**VIA ELECTRONIC & FIRST CLASS MAIL:**
White's Steel Inc.
Steven L. Walsh, Juan E. Martinez
Benesch Friedlander Coplan & Aronoff LLP
1313 N. Market St., Ste. 1201
Wilmington, DE 19801
swalsh@beneschlaw.com;
jmartinez@beneschlaw.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
WillScot
4646 E. Van Buren St., #400
Phoenix, AZ 85008
Anthony.Gonzales@willscot.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
YH-MSCV Fund I, LLC and Young's Holding, Inc.
15 Enterprise, Ste. 100
Aliso Viejo, CA 92656
drewbauer@youngsholdings.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
YH-MSCV Fund I, LLC and Robert Green
15 Enterprise, Ste. 100
Aliso Viejo, CA 92656
drewbauer@youngsholdings.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Zurich American Insurance Company
P.O. Box 68549
Schaumburg, IL 60196
jessica.melesio@zurichna.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
20/20 Plumbing & Heating Inc.
Edward M. Picozzi
32631 Highway 79
Warner Springs, CA 92086
edpicozzi@gmail.com

**VIA FIRST CLASS MAIL:**
Richard and Lehn Goetz
11420 Brooks Rd.
Windsor, CA 95492

**VIA FIRST CLASS MAIL:**
Cass Traub
1425 La Perla
Long Beach, CA 90815

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Jim Boglino
White's Steel
P.O. Box 846
Thermal, CA 92274
jim@whitessteel.com

# EXHIBIT C

**VIA FIRST CLASS MAIL:**
Bill and Susan Hoehn Family Trust
P.O. Box 1606
Rancho Santa Fe, CA 92067

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Billings Realty LLC (Naveen Yalamanchi)
40 10th Ave., Fl. 7
New York, NY 10014
naveeny@gmail.com

**VIA FIRST CLASS MAIL:**
Cimarusti, Diane
2019 Coast Blvd.
Del Mar, CA 92014

**VIA FIRST CLASS MAIL:**
Claire Fruhwirth Trust
P.O. Box 121
Solana Beach, CA 92075

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Duclos, Larry / Duclos Family Revocable Trust UAD
11/14/96
14854 Cesfield Ct.
San Diego, CA 92127
larry@duclos.org

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Fredericks, Jonathan
P.O. Box 701
Rancho Santa Fe, CA 92067
fredricks.jon8@gmail.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Heuser, George
1419 Dolphin Terrace
Corona Del Mar, CA 92625
georgeheuser@gmail.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Heuser, George/George J. Heuser Revocable Trust
1419 Dolphin Terrace
Corona Del Mar, CA 92625
georgeheuser@gmail.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Holker, Bryan / Holker, Bryan IRA
2019 Coast Blvd.
Del Mar, CA 92014
bholker@bholdings.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Kenneth A. and Theresa M. Green Family Trust
12627 Oakbrook Ct.
Poway, CA 92064
fivegreens@hotmail.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Kurtin, Jon & Linda / Kurtin Family Trust DTD 5/1/95
8091 Run of the Knolls
San Diego, CA 92127
jonkurtin@icloud.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Leitstein, Eric
Bernard Bollinger, Buchalter, PC
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017
bbollinger@buchalter.com

**VIA FIRST CLASS MAIL:**
Eric Leitstein
2505 Rosemary Court
Encinitas, CA 92024

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Mack, David / Mack Revocable Trust
63 Gammons Rd.
Waban, MA 02468
dmackcooks@gmail.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
McCoy Family Revocable Trust / McCoy Revocable
Trust No. 92 / Jeff McCoy
10022 Rellswood Dr.
Belvidere, IL 61008
jwmccoy@labarrington.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Parekh Family Trust
405 S. Highway 101, Ste. 100
Solana Beach, CA 92075
sumeet.parekh@hpinvestors.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Parekh Family Trust
405 S. Highway 101, Ste. 100
Solana Beach, CA 92075
sumeet.parekh@hpinvestors.com

**VIA FIRST CLASS MAIL:**
Parr, Jason
10980 Pine Nut Dr.
Truckee, CA 96161

**VIA ELECTRONIC & FIRST CLASS MAIL:**
SVR Capital Trust (BJ Delzer)
5809 Seashore Dr.
Newport Beach, CA 92663
bj@melia-homes.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**
Welk, Kevin and Lindy
5133 Harding Pike, B-10 Box 301
Nashville, TN 37205
kevinpwelk@gmail.com

**VIA ELECTRONIC & FIRST CLASS MAIL:**

Welk, Larry / LTMDP Family Trust
1447 Country Ranch Rd.
Westlake Village, CA 91361
lwelk@welkaviation.com

# EXHIBIT D

7

**VIA FIRST CLASS & ELECTRONIC MAIL:**
GREENBERG TRAURIG, LLP
Anthony W. Clark
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
anthony.clark@gtlaw.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
ArentFox Schiff LLP
Aram Ordubegian, Esquire
555 West Fifth Street
48th Floor
Los Angeles, CA 90013
Aram.Ordubegian@afslaw.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Buchalter, A Professional Corporation
Bernard D. Bollinger, Jr.
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA 90017
bbollinger@buchalter.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Law Offices of Benjamin M. Carson, P.C.
Benjamin Carosn
Victor Vilaplana
5965 Village Way, STE E105
San Diego, CA 92130
ben@benjamincarsonlaw.com
vavilaplana@gmail.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Whiteford, Taylor & Preston LLP
Bradford F. Englander, Esquire
David W. Gaffey, Esquire
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
benglander@whitefordlaw.com
dgaffey@whitefordlaw.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Rutan & Tucker, LLP
William H. Irkhe, Esquire
Samantha Lamm, Esquire
Travis Van Ligten, Esquire
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
bihrke@rutan.com
slamm@rutan.com
tvanligten@rutan.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Chipman Brown Cicero & Cole LLP
William E. Chipman, Jr., Esquire
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, DE 19801
chipman@chipmanbrown.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
DLA PIPER LLP (US)
Chrisdo Fan
2000 Ave of the Stars #400
Los Angeles, CA 90067
chrisdo.fan@us.dlapiper.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Fortra Law
Brianna Milligan
20 Pacifica, Suite 300
Irvine, CA 92618
concierge@fortralaw.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Foley & Lardner LLP
Kevin P.M. Garland, Esquire
1000 Louisiana Street, Suite 2000
Houston, TX 77002
kevin.garland@foley.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Fortra Law
Marina Fineman, Esquire
90 Discovery
Irvine, CA 92618
m.fineman@fortralaw.com
a.lewis@geracillp.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Office of the United States Trustee
U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
malcolm.m.bates@usdoj.gov
jane.m.leamy@usdoj.gov

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Fortra Law
Princess Hamdag
20 Pacifica, Suite 300
Irvine, CA 92618
p.Hamdag@fortralaw.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Foley & Lardner LLP
F. Phillip Hosp, Esquire
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
phosp@foley.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Ashby & Geddes, P.A.
Ricardo Palacio, Esquire
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
rpalacio@ashbygeddes.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Pashman Stein Walder Hayden P.C.
Richard W. Riley, Esquire
824 North Market Street, Suite 800
Wilmington, DE 19801
rriley@pashmanstein.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
DLA PIPER LLP (US)
Stuart M. Brown, Roxanne M. Eastes
1201 N. Market Street, Suite 1200
Wilmignton, DE 19801
stuart.brown@us.dlapiper.com
roxanne.eastes@us.dlapiper.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
DLA PIPER LLP (US)
Todd Eisner
1251 Avenue of the Americas
New York, NY 10020
todd.eisner@us.dlapiper.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Foley & Lardner LLP
Thomas C. Scannell, Esquire
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
tscannell@foley.com

**VIA FIRST CLASS & ELECTRONIC MAIL:**
Whiteford Taylor & Preston, LLC
William F. Taylor, Esquire
600 North King Street, Suite 300
Wilmington, DE 19801
wtaylor@whitefordlaw.com

**VIA FIRST CLASS MAIL**
Centralized Insolvency Operation
Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101- 7346

**VIA FIRST CLASS MAIL:**
United States Attorney General for Delaware
Delaware Department of Justice
Carvel State Building
820 N. French St.
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Office of the Attorney General for California
1300 "I" Street
Sacramento, CA 95814

**VIA FIRST CLASS MAIL:**
Office of the Attorney General for California
P.O. Box 944255
Sacramento, CA 94244

**VIA FIRST CLASS MAIL:**
Office of the Attorney General for California
455 Golden Gate, Suite 11000
San Francisco, CA 94102

**VIA FIRST CLASS MAIL:**
Office of the Attorney General for California
1515 Clay Street
Oakland, CA 94612

**VIA FIRST CLASS MAIL:**
Office of the Attorney General for California
P.O. Box 70550
Oakland, CA 94612

**VIA FIRST CLASS MAIL:**
Office of the Attorney General for California
2550 Mariposa Mall, Room 5090
Fresno, CA 93721

**VIA FIRST CLASS MAIL:**
Office of the Attorney General for California
300 South Spring Street
Los Angeles, CA 90013

**VIA FIRST CLASS MAIL:**
Office of the Attorney General for California
600 West Broadway Street
Suite 1800
San Diego, CA 92101

**VIA FIRST CLASS MAIL:**
Office of the Attorney General for California
P.O. Box 85266-5299
San Diego, CA 92186

**VIA FIRST CLASS MAIL:**
Secretary of State, Dover
John G. Townsend Bldg.
401 Federal St., Suite 3
Dover, DE 19901

**VIA FIRST CLASS MAIL:**
Secretary of State, Wilmington
Carvel State Office Bldg.
820 N. French Street, 10th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
California Secretary of State
Bankruptcy Division
1500 11th Street
Sacramento, CA 95814

**VIA FIRST CLASS MAIL:**
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

**VIA FIRST CLASS MAIL:**
Securities and Exchange Commission
Antonia Apps, Regional Director
100 Pearl St.
Suite 20-100
New York, NY 10004-2616

**VIA FIRST CLASS MAIL:**
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

**VIA FIRST CLASS MAIL:**
Secretary of State
Division of Corporations - Franchise Tax
P.O. Box 898
Dover, DE 19903