**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>SilverRock Development<br>Company, LLC, *et al.*,<br><br>           Debtors.[1] | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) **Re:**<br><br>**Docket No. 1049** |

**ORDER APPROVING STIPULATION REGARDING
TEMPORARY ALLOWANCE OF DEFICIENCY CLAIMS OF
CONSTRUCTION LOAN SERVICES II, LLC D/B/A BUILDERS CAPITAL
FOR VOTING PURPOSES ONLY PURSUANT TO BANKRUPTCY RULE 3018 (a)**

Upon consideration of the *Stipulation Regarding Temporary Allowance of Deficiency Claims of Construction Loan Services II, LLC, d/b/a Builders Capital for Voting Purposes Only Pursuant to Bankruptcy Rule 3018 (a)* (the "Stipulation"), a copy of which is attached as **Exhibit 1** to this Order; and due and proper notice of the Stipulation having been given; and after due deliberation and it appearing that sufficient cause exists to approve the Stipulation;

IT IS HEREBY ORDERED THAT:

1.      The Stipulation is approved.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

DE:4906-8877-6871.1 76909.00005

2.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

**Dated: May 4th, 2026**
**Wilmington, Delaware**

DE:4906-8877-6871.1 76909.00005                              2