# **Exhibit 1**

DE:4906-8877-6871.1 76909.00005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>SilverRock Development<br>Company, LLC, *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 951, 952** |

**STIPULATION REGARDING**
**TEMPORARY ALLOWANCE OF DEFICIENCY CLAIMS OF**
**CONSTRUCTION LOAN SERVICES II, LLC D/B/A BUILDERS CAPITAL**
**FOR VOTING PURPOSES ONLY PURSUANT TO BANKRUPTCY RULE 3018(a)**

This stipulation (this "**Stipulation**") is entered into by and among the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") and Construction Loan Services II, LLC d/b/a Builders Capital ("**Builders**" and, collectively with the Debtors, the "**Parties**," and individually, each a "**Party**").  The Parties hereby stipulate and agree as follows:

A.     On August 5, 2024 (the "**Petition Date**"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

B.     On April 8, 2026, (i) the Court entered the *Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

*Ballot and Establishing Procedures Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief*, entered on April 8, 2026 [Docket No. 951] (the "**Solicitation Procedures Order**"), and (ii) the Debtors filed the solicitation version of the *First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and Its Debtor Affiliates* [Docket No. 952] (the "**Combined Disclosure Statement and Plan**").[2]

C.    Paragraph 20 of the Solicitation Procedures Order provides, in part, that:

Any party that wishes to challenge the allowance of its Claim for voting purposes shall serve on counsel to the Debtors and file with the Court a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing such Claim in a different amount or classification for purposes of voting to accept or reject the Plan on or before **May 1, 2026**.

D.    The Parties desire to resolve certain disputes among them and avoid Builders filing a motion with the Court pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, as contemplated by Paragraph 20 of the Solicitation Procedures Order.

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree as follows, which such Stipulation shall be effective upon approval by order of the Court (the "**Order**"):

1.    Builders shall have a temporarily allowed Deficiency Claim in the amount of $30,000,000 against Debtor SilverRock Luxury Residences, LLC solely for the purposes of voting on the Plan.  Such temporarily allowed Deficiency Claim shall vote as a Class 15 General Unsecured Claim under the Plan.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Combined Disclosure Statement and Plan.

2.      Nothing in this Stipulation is or shall be construed as: (a) an admission by any of the Parties as to the validity or amount of any particular claim against any Debtor entity; (b) a waiver of the rights of any of the Parties or any other party in interest to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) the allowance of any claim other than for the limited purpose expressly set forth herein; or (e) a waiver or limitation of the rights of any Party or any other party in interest under the Bankruptcy Code or any other applicable law.

3.      This Stipulation constitutes the entire agreement between the Parties and supersedes all other prior agreements and understandings between the Parties with respect to the subject matter hereof.

4.      Each Party has participated in and jointly consented to the drafting of this Stipulation and Agrees that any claimed ambiguity shall not be construed for or against any Party on account of such drafting.

5.      This Stipulation may be executed in one or more counterparts, any of which need not contain the signatures of more than one Party, but all such counterparts taken together constitute one and the same agreement.  Electronic signatures shall be deemed to have the full force and effect of original ink signatures.

6.      The parties acknowledge and agree that the Court retains jurisdiction over all disputes or other matters arising under or otherwise relating to this Stipulation.

*[Signature page follows]*

Dated: May 1, 2026

| | |
|---|---|
| **WILSON SONSINI GOODRICH & ROSATI, P.C.** | **PACHULSKI STANG ZIEHL & JONES LLP** |

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Shane M. Reil*
Erin R. Fay (No. 5268)
Shane M. Reil (No. 6195)
Catherine C. Lyons (No. 6854)
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
E-mails: efay@wsgr.com
        sreil@wsgr.com
        clyons@wsgr.com

*Counsel for the Debtors*

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
James O'Neill, Esq. (DE Bar No. 4042)
Ira D. Kharasch, Esq. (admitted Pro Hac Vice)
Gregory V. Demo, Esq. (admitted Pro Hac Vice)
Jordan A. Kroop, Esq. (admitted Pro Hac Vice)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: joneill@pszjlaw.com
ikharasch@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com

-and-

**POLSINELLI PC**
Shanti M. Katona (Del. Bar No. 5352)
Katherine M. Devanney (Del. Bar No. 6356)
Michael V. DiPietro (Del. Bar No. 6781)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
skatona@polsinelli.com
kdevanney@polsinelli.com
mdipietro@polsinelli.com

*Counsel for Construction Loan Services II, LLC d/b/a Builders Capital*