**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SILVERROCK DEVELOPMENT COMPANY, LLC, | Case No. 24-11647 (MFW) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. Docket No. 951 & 952** |

<u>**NOTICE OF REVISED PLAN OBJECTION DEADLINE AND VOTING DEADLINE**</u>

**PLEASE TAKE NOTICE THAT**, on April 8, 2026, the debtors and debtors in possession (the "<u>Debtors</u>") in the above-captioned chapter 11 cases filed the *First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and Its Debtor Affiliates* [Docket No. 952] (the "<u>Combined Disclosure Statement and Plan</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

**PLEASE TAKE FURTHER NOTICE THAT**, on April 8, 2026, the Court entered the *Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of Ballot and Establishing Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief* [Docket No. 951] (the "<u>Interim

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

Approval and Procedures Order"),[2] which, among other things, approved the Combined Disclosure

Statement and Plan and approved the solicitation and voting procedures with respect to same.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby provide notice that the

Voting Deadline and the Combined Disclosure Statement and Plan Objection Deadline have been

extended to **May 11, 2026 at 4:00 p.m. (ET)**, without prejudice to the Debtors' rights to further

extend such deadlines.  For the avoidance of doubt, all other deadlines as set forth in the Interim

Approval and Procedures Order remain the same.

Dated: May 7, 2026  
        Wilmington, Delaware

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Erin R. Fay*  
Erin R. Fay (No. 5268)  
Shane M. Reil (No. 6195)  
Catherine C. Lyons (No. 6854)  
222 Delaware Avenue, Suite 800  
Wilmington, Delaware 19801  
Telephone: (302) 304-7600  
E-mails: efay@wsgr.com  
       sreil@wsgr.com  
       clyons@wsgr.com

- and –

**LAW OFFICES OF BENJAMIN M. CARSON, P.C.**  
Benjamin M. Carson (admitted *pro hac vice*)  
5965 Village Way, Suite E105  
San Diego, California 92130  
Telephone: (858) 255-4529  
Email: ben@benjamincarson.com

- and –

Victor A. Vilaplana (admitted *pro hac vice*)  
823 La Jolla Rancho Road  
La Jolla, California 92037  
Telephone: (619) 840-4130  
Email: vavilaplana@gmail.com

*Co-Counsel to the Debtors*

---

[2]   Capitalized terms used, but not defined, shall have the meanings ascribed to them in the Interim Approval and Procedures Order.