**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 952** |

**NOTICE OF FILING OF GLOBAL PLAN SETTLEMENT TERM SHEET**

**PLEASE TAKE NOTICE** that, on April 8, 2026, the above-captioned debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors") filed the *First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtors Affiliates* [Docket No. 952] (as the same may be amended, supplemented, revised, or otherwise modified from time to time, the "First Amended Plan")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that following the filing of the First Amended Plan, the Debtors and multiple parties in interest engaged in extensive good-faith negotiations regarding the First Amended Plan, which culminated in that certain *Global Plan Settlement Term Sheet*, a copy of which is attached hereto as **Exhibit A** (the "Global Settlement") by and among (i) the Debtors; (ii) the City of La Quinta, California; (iii) Construction Loan Services II, LLC d/b/a Builders Capital, as lender and agent; (iv) R.D. Olson Construction, Inc., for itself and as the

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Amended Combined Disclosure Statement and Plan.

holder of the claim filed by Gauston Corporation; (v) Poppy Bank; (vi) SilverRock Resort Investment, LLC and SilverRock Resort Investment M, LLC, two subsidiaries of First Pathways Partners, LLC; (vii) Keillor Capital, as servicer on behalf of and together with creditors RAF Pacifica Loan Opportunity Fund I, LLC and The Arnold Fishman Revocable Trust dated July 15, 1999; (viii) the Traub Family Revocable Trust dated January 22, 2015 and SR Land II, LLC; (ix) Rowan Incorporated d/b/a Rowan Electric; (x) Granite Construction Company; and (xi) White's Steel, Inc.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to file a further revised chapter 11 plan that, among other things, incorporates the Global Settlement.

Dated: May 8, 2026
Wilmington, Delaware

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)
Shane M. Reil (No. 6195)
Catherine C. Lyons (No. 6854)
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
E-mails: efay@wsgr.com
sreil@wsgr.com
clyons@wsgr.com

*-and-*

**LAW OFFICES OF BENJAMIN M. CARSON, P.C.**
Benjamin M. Carson (admitted *pro hac vice*)
5965 Village Way, Suite E105
San Diego, California 92130
Telephone: (858) 255-4529
E-mail: ben@benjamincarson.com

*-and-*

Victor A. Vilaplana (admitted *pro hac vice*)
823 La Jolla Rancho Road
La Jolla, California 92037
Telephone: (619) 840-4130
Email: vavilaplana@gmail.com

*Counsel to the Debtors*
*and Debtors-in-Possession*