**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 951, 952, 1107 & 1111** |

**NOTICE OF (I) FILING OF BLACKLINE IN CONNECTION WITH THE
SECOND AMENDED COMBINED DISCLOSURE STATEMENT AND PLAN
OF LIQUIDATION OF SILVERROCK DEVELOPMENT COMPANY, LLC
AND ITS DEBTOR AFFILIATES, AND (II) REVISED PLAN OBJECTION DEADLINE,
VOTING DEADLINE, AND PLAN CONFIRMATION HEARING DATE**

**PLEASE TAKE NOTICE THAT**, on April 8, 2026, the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases filed the *First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and Its Debtor Affiliates* [Docket No. 952] (the "Combined Disclosure Statement and Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT**, on April 8, 2026, the Court entered the *Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of Ballot and Establishing Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief* [Docket No. 951] (the "Interim Approval and Procedures Order"),[2] which, among other things, approved the Combined Disclosure Statement and Plan and approved the solicitation and voting procedures with respect to same.

**PLEASE TAKE FURTHER NOTICE THAT**, on May 8, 2026, the Debtors filed the *Notice of Filing of Global Plan Settlement Term Sheet* [Docket No. 1107] (the "Term Sheet"), which Term Sheet is attached hereto as **Exhibit A**.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

[2]   Capitalized terms used, but not defined, shall have the meanings ascribed to them in the Interim Approval and Procedures Order.

**PLEASE TAKE FURTHER NOTICE THAT**, on May 11, 2026, filed the *Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates* [Docket No. 1111] (the "Amended Combined Disclosure Statement and Plan"), which amends the Combined Disclosure Statement and Plan to, among other things, reflect the terms of the Term Sheet.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a blackline showing a revised form of the Amended Combined Disclosure Statement and Plan marked against the Combined Disclosure Statement and Plan.

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtors hereby provide notice that the Voting Deadline and the Combined Disclosure Statement and Plan Objection Deadline have been further extended to **May 13, 2026 at 4:00 p.m. (ET)**, without prejudice to the Debtors' rights to further extend such deadlines.  Consistent with the Term Sheet, creditors may transmit ballots to the Voting Agent by electronic mail to (i) the Voting Agent at del@reliable-co.com and GMatthews@reliable-co.com and (ii) Erin Fay and Catherine Lyons at efay@wsgr.com and clyons@wsgr.com so as to be received by **May 13, 2026 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on confirmation of the Amended Combined Disclosure Statement and Plan is now scheduled to begin on **May 21, 2026 at 10:30 a.m. (ET)** before the Honorable Mary F. Walrath, at the Court, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.  For the avoidance of doubt, other than as set forth herein all other deadlines as set forth in the Interim Approval and Procedures Order remain the same.

Dated: May 11, 2026
     Wilmington, Delaware

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)
Shane M. Reil (No. 6195)
Catherine C. Lyons (No. 6854)
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
E-mails: efay@wsgr.com
       sreil@wsgr.com
       clyons@wsgr.com

- and –

**LAW OFFICES OF BENJAMIN M. CARSON, P.C.**
Benjamin M. Carson (admitted *pro hac vice*)
5965 Village Way, Suite E105
San Diego, California 92130
Telephone: (858) 255-4529
Email: ben@benjamincarson.com

- and –

Victor A. Vilaplana (admitted *pro hac vice*)
823 La Jolla Rancho Road
La Jolla, California 92037
Telephone: (619) 840-4130
Email: vavilaplana@gmail.com

*Co-Counsel to the Debtors and Debtors-in-Possession*