**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*, | Case No. 24-11647 (MFW) |
| | (Jointly Administered) |
| Debtors. [1] | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 21, 2026 AT 10:30 A.M. (ET)**
**BEFORE THE HONORABLE MARY F. WALRATH, AT**
**THE UNITED STATES BANKRUPTCY COURT FOR THE**
**DISTRICT OF DELAWARE, 5TH FLOOR, COURTROOM NO. 4**

> **THIS HEARING WILL BE CONDUCTED IN-PERSON AND VIA ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.  THE COURT HAS NO PREFERENCE.**
>
> **TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT www.deb.uscourts.gov OR CLICK THE BELOW LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbappearances.pl.**
>
> **PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING.  YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL.  ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

## I.     RESOLVED MATTERS:

1.     Debtors' First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 953; filed 4/8/2026]

Response Deadline:     April 29, 2026 at 4:00 p.m. (ET)

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598), and SilverRock Phase I, LLC (2247).  The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

Responses Received:  None.

Related Documents:

i.      Certification of No Objection [Docket No. 1096; filed 5/6/2026]

ii.     Notice of Submission of Copies of Proofs of Claim with Respect to the Debtors' First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 1098; filed 5/6/2026]

iii.    Order Sustaining Debtors' First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 1114; filed 5/13/2026]

Status: On May 13, 2026, the Court entered an order resolving this matter.  Accordingly, a hearing with respect to this matter is no longer necessary.

2.    Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 957; filed 4/9/2026]

Response Deadline:    April 30, 2026 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

i.      Certification of No Objection [Docket No. 1097; filed 5/6/2026]

ii.     Notice of Submission of Copies of Proofs of Claim with Respect to the Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 1099; filed 5/6/2026]

iii.    Order Sustaining Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 1115; filed 5/13/2026]

Status: On May 13, 2026, the Court entered an order resolving this matter.  Accordingly, a hearing with respect to this matter is no longer necessary.

3.    Debtors' Application for Entry of an Order (I) Authorizing and Approving the Employment and Retention of Reliable Companies d/b/a Reliable as Administrative Advisor; and (II) Granting Related Relief [Docket No. 962; filed 4/13/2026]

Response Deadline:    May 4, 2026 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

i.      Certification of No Objection [Docket No. 1102; filed 5/8/2026]

ii.     Order (I) Authorizing the Employment and Retention of Reliable Companies d/b/a Reliable as Administrative Advisor to the Debtors; and (II) Granting Related Relief [Docket No. 1110; filed 5/11/2026]

Status: On May 11, 2026, the Court entered an order resolving this matter.  Accordingly, a hearing with respect to this matter is no longer necessary.

## II.     **CONFIRMATION HEARING:**

4.     Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates [Docket No. 1111; filed 5/11/2026]

Response Deadline:    May 7, 2026; extended to May 13, 2026 at 4:00 p.m. (ET) [Docket Nos. 1100, 1112].

Responses Received:

a.      United States Trustee's Objection to Debtors' Motion for an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of the Ballot and Establishing Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief [Docket No. 918; filed 3/31/2026]

b.      Informal responses from (i) the United States Internal Revenue Service; (ii) the City of La Quinta, California (the "City"), and (iii) Construction Loan Services II, LLC d/b/a Builders Capital, as lender and agent, R.D. Olson Construction, Inc., for itself and as the holder of the claim filed by Gauston Corporation, Poppy Bank, SilverRock Resort Investment, LLC and SilverRock Resort Investment M, LLC, two subsidiaries of First Pathways Partners, LLC, Keillor Capital, as servicer on behalf of and together with creditors RAF Pacifica Loan Opportunity Fund I, LLC and The Arnold Fishman Revocable Trust dated July 15, 1999, the Traub Family Revocable Trust dated January 22, 2015 and SR Land II, LLC, Rowan Incorporated d/b/a Rowan Electric, Granite Construction Company, and White's Steel, Inc. (collectively, the "Settling Creditors")

Related Documents:

i.      Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates [Docket No. 904; filed 3/17/2026]

ii.   First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates [Docket No. 930; filed 4/7/2026]

iii.   Notice of Filing of Blacklines in Connection with (I) the Debtors' Second Amended Combined Disclosure Statement and Plan and (II) the Debtors' Amended Motion for Entry of an Order (I) Determining the Value of the Secured Claims of Certain Creditors Pursuant to 11 U.S.C. § 506(a) of the Bankruptcy Code and Bankruptcy Rule 3012; (II) Establishing the Amount to Be Paid on Account of SR Land's TIC Interest; and (III) Granting Related Relief [Docket No. 931; filed 4/7/2026]

iv.   Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of Ballot and Establishing Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief [Docket No. 951; filed 4/8/2026]

v.   First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates – Solicitation Version [Docket No. 952; filed 4/8/2026]

vi.   Notice of Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution Thereof, and (C) Approving the Form of Ballot and Establishing Voting and Tabulation Procedures; (III) Scheduling a Combined Hearing and Establishing Related Notice and Objection Procedures; and (IV) Granting Related Relief [Docket No. 955; filed 4/8/2026]

vii.   Certificate of Publication [Docket No. 964; filed 4/16/2026]

viii.   Certificate of Service related to Solicitation Packages [Docket No. 988; filed 4/22/2026]

ix.   Notice of Filing of Plan Supplement in Connection with the First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates [Docket No. 1040; filed 4/30/2026]

x.   Order Approving Stipulation Regarding Temporary Allowance of Deficiency Claims of Construction Loan Services II, LLC d/b/a Builders Capital for Voting Purposes Only Pursuant to Bankruptcy Rule 3018(a) [Docket No. 1076; filed 5/4/2026]

xi.    Notice of Revised Plan Objection Deadline and Voting Deadline [Docket No. 1100; filed 5/7/2026]

xii.    Notice of Filing of Global Plan Settlement Term Sheet [Docket No. 1107; filed 5/8/2026]

xiii.    Notice of (I) Filing of Blackline in Connection with the Second Amended Combined Disclosure Statement and Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates, and (II) Revised Plan Objection Deadline, Voting Deadline, and Plan Confirmation Hearing Date [Docket No. 1112; filed 5/11/2026]

xiv.    Declaration of Justin K. Edelson of The Reliable Companies d/b/a Reliable Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates [Docket No. 1116; filed 5/13/2026]

xv.    Notice of Filing of Amended Plan Supplement in Connection with the Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates [Docket No. 1117; filed 5/13/2026]

xvi.    Debtors' Memorandum of Law in Support of Final Approval and Confirmation of the Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates [Docket No. 1138; filed 5/19/2026]

xvii.    Declaration of Christopher S. Sontchi in Support of Entry of the Combined Order (I) Approving on a Final Basis and Confirming the Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates; and (II) Granting Related Relief [Docket No. 1139; filed 5/19/2026]

xviii.    Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving on a Final Basis and Confirming the Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates; and (II) Granting Related Relief [Docket No. 1140; filed 5/19/2026]

Status: The Debtors have addressed the objection of the Office of the United States Trustee where possible; however, such objection remains extant regarding the Plan's third-party releases. The Debtors have resolved the informal comments of the City and Settling Creditors. The Debtors may file a further revised confirmation and plan supplement in advance of the hearing if additional comments are received. If needed, the Debtors may call the Debtors' independent manager, Christopher Sontchi, as a live witness. The hearing on this matter will go forward.

Dated: May 19, 2026
     Wilmington, Delaware

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)
Shane M. Reil (No. 6195)
Catherine C. Lyons (No. 6854)
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
E-mails: efay@wsgr.com
       sreil@wsgr.com
       clyons@wsgr.com

*-and-*

**LAW OFFICES OF BENJAMIN M. CARSON, P.C.**
Benjamin M. Carson (admitted *pro hac vice*)
5965 Village Way, Suite E105
San Diego, California 92130
Telephone: (858) 255-4529
E-mail:  ben@benjamincarson.com

*-and-*

Victor A. Vilaplana (admitted *pro hac vice*)
823 La Jolla Rancho Road
La Jolla, California 92037
Telephone: (619) 840-4130
E-mail: vavilaplana@gmail.com

*Counsel to the Debtors*