**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 951, 952, 1040, 1111 & 1117** |

**NOTICE OF FILING OF SECOND AMENDED PLAN SUPPLEMENT IN
CONNECTION WITH THE SECOND AMENDED COMBINED DISCLOSURE
STATEMENT AND JOINT CHAPTER 11 PLAN OF LIQUIDATION OF SILVERROCK
DEVELOPMENT COMPANY, LLC AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that, on April 8, 2026, the above-captioned debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors") filed the *First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtors Affiliates* [Docket No. 952] (as the same may be amended, supplemented, revised, or otherwise modified from time to time, the "Combined Disclosure Statement and Plan")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on April 8, 2026, the Court entered an order approving the Combined Disclosure Statement and Plan on an interim basis for solicitation purposes only and establishing procedures for the solicitation and tabulation of votes to accept or reject the Combined Disclosure Statement and Plan [Docket No. 951] (the "Interim Approval and Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, on April 30, 2026, in accordance with the Interim Approval and Procedures Order, the Debtors filed the *Notice of Filing of Plan Supplement in Connection with the First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtors Affiliates*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Combined Disclosure Statement and Plan.

[Docket No. 1040] (the "Plan Supplement").  Attached as Exhibit A to the Plan Supplement was the form of Litigation Trust Agreement.

PLEASE TAKE FURTHER NOTICE that, on May 11, 2026, the Debtors filed the *Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtor Affiliates* [Docket No. 1111] (the "Second Amended Combined Disclosure Statement and Plan").

PLEASE TAKE FURTHER NOTICE that, on May 11, 2026, in accordance with the Interim Approval and Procedures Order, the Debtors filed the *Notice of Filing of Amended Plan Supplement in Connection with the Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of SilverRock Development Company, LLC and its Debtors Affiliates* [Docket No. 1117] (the "Amended Plan Supplement").

PLEASE TAKE FURTHER NOTICE that, in accordance with the Interim Approval and Procedures Order, the Debtors hereby submit this further amended plan supplement (the "Second Amended Plan Supplement"), consisting of the following document, as the same may be amended, modified, or supplemented from time to time by the Debtors in accordance with the Second Amended Combined Disclosure Statement and Plan:

| Exhibit | Plan Supplement Document |
|---|---|
| A | Amended Litigation Trust Agreement[3] |

PLEASE TAKE FURTHER NOTICE that, subject to the terms and conditions of the Second Amended Combined Disclosure Statement and Plan, the Debtors reserve all rights to amend, revise, or supplement this Second Amended Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Second Amended Combined Disclosure Statement and Plan, or any such other date as may be provided for by the Second Amended Combined Disclosure Statement and Plan or by order of the Court.

PLEASE TAKE FURTHER NOTICE that a hearing to consider final approval of the disclosures contained in and confirmation of the Second Amended Combined Disclosure Statement and Plan will be held on **May 21, 2026 at 10:30 a.m. (ET)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801 (the "Combined Hearing").  The Combined Hearing may be adjourned from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on parties entitled to notice.

---

[3]  For the convenience of the Court and parties in interest, a blackline comparing the Litigation Trust Agreement to the Amended Litigation Trust Agreement is attached hereto as **Exhibit B**.

Dated: May 19, 2026
      Wilmington, Delaware

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Shane M. Reil*
Erin R. Fay (No. 5268)
Shane M. Reil (No. 6195)
Catherine C. Lyons (No. 6854)
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
E-mails: efay@wsgr.com
        sreil@wsgr.com
        clyons@wsgr.com

*-and-*

**LAW OFFICES OF BENJAMIN M. CARSON, P.C.**
Benjamin M. Carson (admitted *pro hac vice*)
5965 Village Way, Suite E105
San Diego, California 92130
Telephone: (858) 255-4529
E-mail:  ben@benjamincarson.com

*-and-*

Victor A. Vilaplana (admitted *pro hac vice*)
823 La Jolla Rancho Road
La Jolla, California 92037
Telephone: (619) 840-4130
Email: vavilaplana@gmail.com

*Counsel to the Debtors
and Debtors-in-Possession*

3