**EXHIBIT 1**

**Stipulation Extending Objection Deadline Regarding Motion for Entry of an Order
(I) Valuing Collateral Pursuant to 11 U.S.C. § 506(a) and (II) Granting Related Relief**

4919-6935-0584.1 76909.00007

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SILVERROCK DEVELOPMENT COMPANY, LLC, et al., [1] | Case No. 24-11647 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1166** |
| | Objection Deadline for Stipulating Parties: July 10, 2026 at 4:00 p.m. (ET) |
| | Hearing Date: July 30, 2026 at 10:30 a.m. (ET) |

**STIPULATION EXTENDING OBJECTION DEADLINE REGARDING MOTION FOR ENTRY OF AN ORDER (I) VALUING COLLATERAL PURSUANT TO 11 U.S.C. § 506(a) AND (II) GRANTING RELATED RELIEF**

This stipulation (this "**Stipulation**") is entered into by and among Construction Loan Services II, LLC d/b/a Builders Capital ("**Builders**"); Keillor Capital, as servicer on behalf of and together with creditors RAF Pacifica Loan Opportunity Fund I, LLC and The Arnold Fishman Revocable Trust dated July 15, 1999 (collectively, the "**Keillor Parties**"); SilverRock Resort Investment, LLC and SilverRock Resort Investment M, LLC (collectively, the "**EB-5 Lenders**"); SilverRock Land II, LLC and the Traub Family Revocable Trust dated January 22, 2015 (collectively, the "**TIC Participant**"); R.D. Olson Construction, Inc. ("**RDO**"); Poppy Bank; and Granite Construction Company ("**Granite**" and, together with Builders, the Keillor Parties, the EB-5 Lenders, the TIC Participant, RDO, and Poppy Bank, the "**Stipulating Parties**"), by and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors'' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

through their respective counsel. The Stipulating Parties stipulate and agree, subject to approval by the Court, as follows:

## RECITALS

WHEREAS, on June 10, 2026, Builders filed the Motion for Entry of an Order (I) Valuing Collateral Pursuant to 11 U.S.C. § 506(a) and (II) Granting Related Relief [Docket No. 1166] (the "**Valuation Motion**");

WHEREAS, the Valuation Motion seeks, among other things, entry of an order establishing a process and setting a hearing at which the Court may determine the value of collateral pursuant to section 506(a) of title 11 of the United States Code and Rule 3012 of the Federal Rules of Bankruptcy Procedure;

WHEREAS, the Notice of Hearing filed in connection with the Valuation Motion [Docket No. 1166-1] set June 24, 2026 at 4:00 p.m. (ET) as the deadline to respond or object to the Valuation Motion and set a hearing on the Valuation Motion for July 30, 2026 at 10:30 a.m. (ET) before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801;

WHEREAS, the Stipulating Parties are in discussions regarding a potential mediation concerning the subject matter of the Valuation Motion, limited to issues of valuation and the allocation of the Sale Proceeds to the various lots and parcels comprising the Real Property Assets; and

WHEREAS, to allow time for continued discussions and a potential mediation while preserving the current hearing date on the Valuation Motion, Builders has agreed to extend the deadline for the Stipulating Parties to file any response or objection to the Valuation Motion from June 24, 2026 at 4:00 p.m. (ET) to July 10, 2026 at 4:00 p.m. (ET).

4919-6935-0584.1 76909.00007                                    2

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT, ORDERED, AS FOLLOWS:

1.      **Extension of Objection Deadline.** Solely as to the Stipulating Parties, the deadline to file any response or objection to the Valuation Motion is extended through and including July 10, 2026 at 4:00 p.m. (ET). This Stipulation does not extend the response or objection deadline for any person or entity other than the Stipulating Parties unless Builders separately agrees or the Court orders otherwise. Builders' deadline to reply to any objections or responses filed by the Stipulation Parties will be July 17, 2026 at 4:00 p.m. (ET).

2.      **Hearing Date Unchanged.** The hearing on the Valuation Motion shall remain set for July 30, 2026 at 10:30 a.m. (ET), or such other date and time as may be ordered by the Court.

3.      **Reservation of Rights.** Except as expressly set forth herein, all rights, claims, defenses, objections, arguments, and remedies of the Stipulating Parties are reserved. Without limiting the foregoing, this Stipulation does not resolve any issue concerning valuation, allocation, lien validity, lien priority, claim allowance, distributions, or any party's entitlement to Sale Proceeds.

4.      **No Effect on Non-Stipulating Parties.** This Stipulation is only for the parties identified herein as the Stipulating Parties. Nothing herein shall bind any non-stipulating party or be construed as an extension or modification of any rights or deadlines applicable to a non-stipulating party, unless separately agreed by Builders or ordered by the Court.

5.      **Authority and Counterparts.** Counsel executing this Stipulation represent that they are authorized to do so on behalf of their respective clients. This Stipulation may be executed in counterparts, and signatures transmitted electronically or by "/s/" signature shall be deemed originals for all purposes.

6.      **Court Approval; Retention of Jurisdiction.** This Stipulation is subject to approval by the Court. The Court shall retain jurisdiction to interpret, implement, and enforce this Stipulation and any order approving it.

**AGREED AND STIPULATED:**

**CONSTRUCTION LOAN SERVICES II, LLC D/B/A BUILDERS CAPITAL**

Dated: June 26, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*

James E. O'Neill, Esq. (DE Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:      (302) 652-4100
Email: joneill@pszjlaw.com

Ira D. Kharasch, Esq. (pro hac vice ECF 940)
Gregory V. Demo, Esq. (pro hac vice ECF 935)
Jordan A. Kroop, Esq. (pro hac vice ECF 941)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:      (212) 561-7700
Email: ikharasch@pszjlaw.com
        gdemo@pszjlaw.com
        jkroop@pszjlaw.com

- and -

**POLSINELLI PC**

*/s/ Michael L. Schuster*

Michael L. Schuster (pro hac vice ECF 925)
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone:      (720) 931-1188
Email: mschuster@polsinelli.com

*Counsel for Construction Loan Services II, LLC d/b/a Builders Capital*

4919-6935-0584.1 76909.00007

5

**KEILLOR CAPITAL, AS SERVICER ON BEHALF OF AND TOGETHER WITH RAF PACIFICA LOAN OPPORTUNITY FUND I, LLC AND THE ARNOLD FISHMAN REVOCABLE TRUST DATED JULY 15, 1999**

Dated: June 26, 2026

**GREENBERG TRAURIG, LLP**

*/s/ Anthony W. Clark*

Anthony W. Clark
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:　(302) 661-7354
Email: Anthony.Clark@gtlaw.com

**SILVERROCK RESORT INVESTMENT, LLC AND SILVERROCK RESORT INVESTMENT M, LLC**

Dated: June 26, 2026

**HUSCH BLACKWELL LLP**

*/s/ Michael A. Brandess*

Michael A. Brandess
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone:　(312) 526-1542
Email: michael.brandess@huschblackwell.com

*Counsel for SilverRock Resort Investment, LLC and SilverRock Resort Investment M, LLC*

**SILVERROCK LAND II, LLC AND THE TRAUB FAMILY REVOCABLE TRUST DATED JANUARY 22, 2015**

Dated: June 26, 2026

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ S. Alexander Faris*

S. Alexander Faris
1000 North King Street
Wilmington, DE 19801
Telephone:　(302) 576-3593
Email: AFaris@ycst.com

*Counsel for SilverRock Land II, LLC and the Traub Family Revocable Trust dated January 22, 2015*

**R.D. OLSON CONSTRUCTION, INC.**

Dated: June 26, 2026

**WATT, TIEDER, HOFFAR & FITZGERALD, LLP**

*/s/ Jennifer Larkin Kneeland*

Jennifer Larkin Kneeland
1765 Greensboro Station Place, Suite 1000
McLean, VA 22102
Telephone:     (703) 749-1000
Email: jkneeland@watttieder.com

Marguerite Lee DeVoll
David McPherson
4 Park Plaza, Suite 1000
Irvine, CA 92614
Telephone:     (949) 852-6700
Email: mdevoll@watttieder.com
           dmcpherson@watttieder.com

*Counsel for R.D. Olson Construction, Inc.*

4919-6935-0584.1 76909.00007                          7

**POPPY BANK**

Dated: June 26, 2026

**SAUL EWING LLP**

*/s/ Mark Minuti*

Mark Minuti (DE Bar No. 2659)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:    (302) 421-6840
Email: mark.minuti@saul.com

- and -

**STOEL RIVES LLP**

*/s/ Kirsten A. Worley*

Kirsten A. Worley (pro hac vice ECF 1011)
501 West Broadway, Suite 2000
San Diego, CA 92101
Telephone:    (858) 602-4909
Email: kirsten.worley@stoel.com

- and -

**ABBEY, WEITZENBERG, WARREN & EMERY**

*/s/ Mitchell B. Greenberg*

Mitchell B. Greenberg (pro hac vice ECF 5)
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
Telephone:    (707) 542-5050
Email: MGreenberg@abbeylaw.com

*Counsel for Poppy Bank*

**GRANITE CONSTRUCTION COMPANY**


Dated: June 26, 2026

**FINCH, THORNTON & BAIRD, LLP**

*/s/ Jon F. Gauthier*

Jon F. Gauthier
P. Randolph Finch Jr.
Lindsey C. Herzik
Andrea L. Petray
4747 Executive Drive, Suite 700
San Diego, CA 92121
Telephone:    (858) 737-3100
Email: jgauthier@ftblaw.com


- and –

**BARCLAY DAMON LLP**

*/s/ Ilan Markus*

Ilan Markus
555 Long Wharf Drive, Sixth Floor
New Haven, CT 06511
Telephone:    (203) 672-2661
Email: imarkus@barclaydamon.com

*Counsel for Granite Construction Company*