**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br>**Re: Dkt. No. 1166** |

**POPPY BANK'S RESPONSE TO MOTION FOR ENTRY OF AN ORDER (I) VALUING COLLATERAL PURSUANT TO 11 U.S.C. § 506(a) AND (II) GRANTING RELATED RELIEF**

Poppy Bank ("Poppy"), by and through its undersigned counsel, hereby files this limited response to Construction Loan Services II, LLC d/b/a Builders Capital's ("Builders") *Motion for Entry of an Order (I) Valuing Collateral Pursuant to 11 U.S.C. § 506(a) and (II) Granting Related Relief* [D.I. 1166] (the "Motion"),[2] and in support hereof, states as follows:

1. By its Motion, Builders seeks to establish a schedule and process for the Court to value the Real Estate Assets sold by the Debtors pursuant to the Sale Order entered on October 23, 2025.

2. Prior to the Petition Date, Poppy loaned Debtor SilverRock Development Company $40,000,000 at a rate of 5% per annum on terms of a loan maturing November 1, 2024. The estimated balance remaining on the loan is approximately $34.8 million. To secure this loan, Poppy held a perfected deed of trust on certain of the Real Property Assets.

[1] The Debtor in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247) (collectively, the "Debtors"). The location of the Debtor's principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

[2] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Motion.

3. Pursuant to the Sale Order, Poppy's lien attached to the proceeds of the sale of the Real Property Assets (the "Sale Proceeds"). Accordingly, Poppy is a party-in-interest with respect to the Remaining Disputes (as defined in the Plan) and will participate in any contested matter to value the Real Property Assets and allocate the Sale Proceeds.

4. While styled as a motion to determine valuation pursuant to 11 U.S.C. §506(a), Builder's Motion, for now, seeks only to establish a schedule and procedures for the allocation of the Sale Proceeds by valuing the different parcels of the Real Property Assets, including the following:

- a schedule and procedure for discovery, including expert discovery, on the value of the Real Estate Assets with discovery to be concluded no later than August 17, 2026 (the "Discovery Cutoff Date");
- a briefing schedule pursuant to which all parties asserting a secured claim file simultaneous opening briefs on August 24, 2026 and responsive briefs by August 31, 2026 (the "Briefing Schedule"); and
- a hearing scheduled in September 2026 for the Court to hear evidence and argument and determine the value of the Real Property Assets (the "Hearing").

5. While Poppy is supportive of setting an appropriate schedule and Hearing for valuing the Real Estate Assets, Poppy respectfully submits that the schedule proposed by Builders is unrealistic in light of the number of parties and issues involved in these matters and the likely unavailability of some of the parties and witnesses during the summer months.

6. In connection with the Debtors' Revised Allocation Motion, by way of example, at least five separate parties actively began discovery related to the motion, including serving written

discovery, and noticing over twenty depositions. While the Debtors' Revised Allocation Motion was ultimately withdrawn, it was clear, at least to Poppy, that Court intervention will be needed to resolve some anticipated discovery disputes.

7. For all of the foregoing reasons, Poppy would respectfully suggest that the following represents a more appropriate schedule to determine the value of the Real Estate Assets:

- Discovery Cutoff Date: October 16, 2026
- Briefing Schedule: Simultaneous opening briefs on November 16, 2026 and responsive briefs by December 18, 2026.
- Hearing: Subject to the Court's availability, three consecutive days beginning in mid or late January, 2027.

8. In Poppy's view, judicial economy will be best served by bifurcating the allocation issues and addressing first an allocation of Sale Proceeds among and between Parcels 1A and 1B, before addressing allocation among sub-parcels within Parcel 1A.

*[Remainder of this page intentionally left blank]*

WHEREFORE, Poppy respectfully requests that the Court (a) enter the Proposed Order as modified as suggested above; and (b) grant Poppy such further relief as is appropriate.

Dated: July 13, 2026

**SAUL EWING LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE No. 2659)
Monique B. DiSabatino (DE No. 6027)
Paige N. Topper (DE No. 6470)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
monique.disabatino@saul.com
paige.topper@saul.com

-and-

**ABBEY, WEITZENBERG, WARREN & EMERY**
Mitchell B. Greenberg (admitted *pro hac vice*)
100 Stony Point Rd., Suite 200
Santa Rosa, CA 95401
Telephone: (707) 542-5050
Email: mgreenberg@abbeylaw.com

-and-

**STOEL RIVES LLP**
John S. Kaplan (*pro hac vice* to be filed)
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7524
Email: john.kaplan@stoel.com

-and-

Kirsten Worley (*pro hac vice* to be filed)
501 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (858) 602-4909
Email: kirsten.worley@stoel.com

*Counsel to Poppy Bank*