**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1239** |

**NOTICE OF RETURN OF SERVICE OF SUBPOENA**
**ON SILVERROCK 1A CONDO OWNER LLC (Inspection)**

**PLEASE TAKE NOTICE** that on August 6, 2026, counsel to Poppy Bank caused a Subpoena to obtain documents and for inspection (a copy of which is attached hereto as **Exhibit "A"**) to be served on SilverRock 1A Condo Owner LLC, c/o Corporation Service Company, 215 Little Falls Drive, Wilmington, Delaware 19808 via personal service on Lynanne Gares, Litigation Management Services Leader, Corporation Service Company.

[1] The Debtor in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247) (collectively, the "Debtors"). The location of the Debtor's principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

Dated: August 7, 2026

**SAUL EWING LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE No. 2659)
Monique B. DiSabatino (DE No. 6027)
Paige N. Topper (DE No. 6470)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
monique.disabatino@saul.com
paige.topper@saul.com

-and-

**ABBEY, WEITZENBERG, WARREN & EMERY**
Mitchell B. Greenberg (admitted *pro hac vice*)
100 Stony Point Rd., Suite 200
Santa Rosa, CA 95401
Telephone: (707) 542-5050
Email: mgreenberg@abbeylaw.com

-and-

**STOEL RIVES LLP**
Kirsten Worley (*pro hac vice* to be filed)
501 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (858) 602-4909
Email: kirsten.worley@stoel.com

*Counsel to Poppy Bank*