**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: August 27, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: September 2, 2026 at 2:00 p.m. (ET)**<br><br>**Related Docket No. 1251** |

## *AMENDED* NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on August 13, 2026, Non-Party TBE RE Acquisition Co II LLC ("Turnbridge" or "Purchaser"), by and through their undersigned counsel, filed the *Motion of TBE RE Acquisition Co II LLC for Entry of an Order Enforcing the Sale Order and for a Protective Order Quashing Poppy Bank's Subpoenas* (the "Motion") [DI. 1251], with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE**, that any objection or other response to the Motion must be (i) filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 27, 2026, at 4:00 p.m. (ET)** (the "Objection Deadline") and (ii) served no later than the Objection Deadline on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE**, that at the direction of the Court the hearing on the Motion previously scheduled before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on September 14, 2026, at 2:00 p.m. (ET), has been rescheduled to **September 2, 2026, at 2:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSE TO THE MOTION IS TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

Dated: August 21, 2026
Wilmington, Delaware

**DLA PIPER LLP (US)**

By: /s/ Stuart M. Brown
Stuart M. Brown (DE 4050)
Matthew S. Sarna (DE 6578)
1201 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
matthew.sarna@us.dlapiper.com

-and-

Todd Eisner (admitted *pro hac vice*)
Marc A. Silverman (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: todd.eisner@us.dlapiper.com
marc.silverman@us.dlapiper.com

*Counsel to TBE RE Acquisition Co II LLC*