**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Related D.I. 1251** |

**JOINDER OF TURNBRIDGE ENTITIES TO MOTION OF TBE RE ACQUISITION CO II LLC FOR ENTRY OF AN ORDER ENFORCING THE SALE ORDER AND FOR A PROTECTIVE ORDER QUASHING POPPY BANK'S AND CONSTRUCTION LOAN SERVICES II, LLC'S REQUESTS**

SilverRock 1A Condo Owner LLC; SilverRock 1A Resi Owner LLC; SilverRock 1B Resi Owner LLC and SilverRock Hotel Owner LLC (collectively, the "Turnbridge Entities"), affiliates of TBE RE Acquisition Co II LLC ("Turnbridge"), by and through its counsel, DLA Piper LLP (US), hereby joins in and adopts the arguments raised in the *Motion of TBE RE Acquisition Co II LLC for Entry of an Order Enforcing the Sale Order and for a Protective Order Quashing Poppy Bank's and Construction Loan Services II, LLC's Requests* [D.I. 1251] (the "Motion to Quash") filed by Turnbridge in the above-captioned cases.

The Turnbridge Entities reserve the right to raise additional arguments with respect to the Motion to Quash, as well as the right to file any additional necessary pleadings pursuant to 11 U.S.C. § 105.

*[Signature page follows]*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

**WHEREFORE**, the Turnbridge Entities respectfully request that the Court grant the relief requested in the Motion to Quash and grant such other and further relief as is just and proper.

Dated: August 28, 2026
Wilmington, Delaware

**DLA PIPER LLP (US)**

By: *_/s/ Stuart M. Brown_*
Stuart M. Brown (DE 4050)
Matthew S. Sarna (DE 6578)
1201 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
matthew.sarna@us.dlapiper.com
-and-
Todd Eisner (admitted *pro hac vice*)
Marc Silverman (admitted *pro hac vice*)
Kassandra Pugliese (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: todd.eisner@us.dlapiper.com
marc.silverman@us.dlapiper.com
kassandra.pugliese@us.dlapiper.com

*Counsel to Turnbridge*
*and the Turnbridge Entities*