**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 2, 2026 AT 2:00 P.M. (ET)**

**THIS HEARING WILL BE CONDUCTED IN-PERSON AND VIA ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE. TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT www.deb.uscourts.gov OR CLICK THE BELOW LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbappearances.pl. PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING. AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

**MATTERS GOING FORWARD:**

1. Motion of TBE RE Acquisition Co II LLC for Entry of an Order Enforcing the Sale Order and for a Protective Order Quashing Poppy Bank's Subpoenas [Filed August 13, 2026, Docket No. 1251].

   Objection Deadline: August 27, 2026 at 4:00 p.m. (ET).

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC, (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase 1, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

Responses/Objections Received:

A. Poppy Bank's Objection to Motion of TBE RE Acquisition Co II, LLC for Entry of an Order Enforcing the Sale Order and for a Protective Order Quashing Poppy Bank's Subpoenas [Filed August 21, 2026; Docket No. 1258].

B. Joinder of Turnbridge Entities to Motion of TBE RE Acquisition Co II LLC for Entry of an Order Enforcing the Sale Order and for a Protective Order Quashing Poppy Bank's and Construction Loan Services II, LLC's Request [Filed August 28, 2026; Docket No. 1265].

C. Joint (I) Reply to Poppy Bank's Objection to Motion of TBE RE Acquisition Co II LLC and Affiliates for Entry of an Order Enforcing the Sale Order and for a Protective Order Quashing Poppy Bank's Subpoenas and (II) Objection of TBE RE Acquisition Co II LLC and its Affiliates to Poppy Bank's Motion for Order (I) Compelling the Turnbridge Entities to Comply with Subpoenas; (II) Holding the Turnbridge Entities in Civil Contempt; and (III) Awarding Sanctions [Filed August 28, 2026; Docket No. 1266].

Related Documents:

A. Notice of Return of Service of Subpoena on TBE RE Acquisition Co II LLC (Deposition) [Filed August 4, 2026; Docket No. 1220].

B. Notice of Return of Service of Subpoena on TBE RE Acquisition Co II LLC (Inspection) [Filed August 7, 2026; Docket No. 1241].

C. Amended Notice of Hearing [Filed August 21, 2026; Docket No. 1260].

Status: This matter is going forward.

2. Poppy Bank's Motion for Order (I) Compelling the Turnbridge Entities to Comply with Subpoenas; (II) Holding the Turnbridge Entities in Civil Contempt; and (III) Awarding Sanctions [Filed August 21, 2026; Docket No. 1259].

Objection Deadline: August 31, 2026 at 4:00 p.m. (ET).

Responses/Objections Received:

A. Joint (I) Reply to Poppy Bank's Objection to Motion of TBE RE Acquisition Co II LLC and Affiliates for Entry of an Order Enforcing the Sale Order and for a Protective Order Quashing Poppy Bank's Subpoenas and (II) Objection of TBE RE Acquisition Co II LLC and its Affiliates to Poppy Bank's Motion for Order (I) Compelling the Turnbridge Entities to Comply with Subpoenas; (II) Holding the Turnbridge Entities in Civil Contempt; and (III) Awarding Sanctions [Filed August 28, 2026; Docket No. 1266].

Related Documents:

A. Notice of Return of Service of Subpoena on SilverRock 1A Resi Owner LLC (Deposition) [Filed August 4, 2026; Docket No. 1222].

B. Notice of Return of Service of Subpoena on SilverRock 1B Resi Owner LLC (Deposition) [Filed August 4, 2026; Docket No. 1224].

C. Notice of Return of Service of Subpoena on SilverRock Hotel Owner LLC (Deposition) [Filed August 4, 2026; Docket No. 1226].

D. Notice of Return of Service of Subpoena on SilverRock 1A Condo Owner LLC (Deposition) [Filed August 4, 2026; Docket No. 1228].

Status: This matter is going forward.

Dated: August 31, 2026

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
C. Jackson Nestor (DE Bar No. 7635)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Email: jwaxman@morrisjames.com
jnestor@morrisjames.com

-and-

**LAW OFFICES OF BENJAMIN M. CARSON, P.C.**
Benjamin M. Carson (admitted *pro hac vice*)
5965 Village Way, Ste. E105
San Diego, CA 92130
Telephone: (858) 255-4529
Email: ben@benjamincarsonlaw.com

-and-

Victor A. Vilaplana (admitted *pro hac vice*)
823 La Jolla Rancho Road
La Jolla, California 92037
Telephone: (619) 840-4130
Email: vavilaplana@gmail.com

*Counsel for Jacob Wood, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust*