**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al*.<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on August 31, 2026, Jacob Wood, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust ("Litigation Trustee"), by and through his undersigned counsel, served a true and correct copy of the *Litigation Trustee's Objection to Construction Loan Services II, LLC's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case* on the parties listed below via electronic mail:

**PACHULSKI STANG ZIEHL & JONES LLP**
James O'Neill, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19801
joneill@pszjlaw.com

-and-

Gregory V. Demo, Esq.
1700 Broadway, 36th Floor
New York, NY 10019
gdemo@pszjlaw.com

-and-

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC, (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase 1, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

**POLSINELLI PC**
Michael L. Schuster
1401 Lawrence Street, Suite 2300
Denver, CO 80202
mschuster@polsinelli.com

*Counsel for Construction Loan Services II, LLC d/b/a Builders Capital*

Dated: September 1, 2026

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
C. Jackson Nestor (DE Bar No. 7635)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Email: jwaxman@morrisjames.com
jnestor@morrisjames.com
-and-

**LAW OFFICES OF BENJAMIN M. CARSON, P.C.**
Benjamin M. Carson (admitted *pro hac vice*)
5965 Village Way, Ste. E105
San Diego, CA 92130
Telephone: (858) 255-4529
Email: ben@benjamincarsonlaw.com

-and-

Victor A. Vilaplana (admitted *pro hac vice*)
823 La Jolla Rancho Road
La Jolla, California 92037
Telephone: (619) 840-4130
Email: vavilaplana@gmail.com

*Counsel for Jacob Wood, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2026, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Notice of Service* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and an additional service was completed via electronic mail on the parties listed below:

**PACHULSKI STANG ZIEHL & JONES LLP**
James O'Neill, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19801
joneill@pszjlaw.com

-and-

Gregory V. Demo, Esq.
1700 Broadway, 36th Floor
New York, NY 10019
gdemo@pszjlaw.com

-and-

**POLSINELLI PC**
Michael L. Schuster
1401 Lawrence Street, Suite 2300
Denver, CO 80202
mschuster@polsinelli.com

*Counsel for Construction Loan Services II, LLC d/b/a Builders Capital*

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)