**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,[1] | Case No. 24-11647 (MFW) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF SERVICE OF KEILLOR CAPITAL, INC.'S RESPONSES AND OBJECTIONS TO POPPY BANK'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

PLEASE TAKE NOTICE that, on September 3, 2026, a true and correct copy of *Keillor Capital, Inc.'s Responses and Objections to Poppy Bank's First Set of Requests for Production of Documents* was served upon the following individuals via electronic mail:

Mark Minuti
Saul Ewing LLP
mark.minuti@saul.com

***Counsel to Poppy Bank***

[*Remainder of Page Intentionally Left Blank*]

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598), and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

Dated: September 8, 2026

GREENBERG TRAURIG, LLP

*/s/ Anthony W. Clark*
Anthony W. Clark (DE Bar No. 2051)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Email: Anthony.Clark@gtlaw.com

-and-

Emily D. Nasir (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
1000 Louisiana St., Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505
Email: Emily.Nasir@gtlaw.com

*Attorneys for Keillor Capital, Inc.*