**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Related to D.I. No. 1166** |

**POPPY BANK'S SECOND RE-NOTICE OF DEPOSITION OF**
**THE CITY OF LA QUINTA, CALIFORNIA**

**PLEASE TAKE NOTICE** that, in connection with Construction Loan Services II, LLC d/b/a Builders Capital's *Motion for Enry of an Order (I) Valuing Collateral Pursuant to 11 U.S.C. § 506(a) and (II) Granting Related Relief* [D.I. 1166] (the "**Motion**") and the Subpoena served on the City of La Quinta, California [D.I. 1246], and pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure (the "**Federal Rules**"), made applicable to the Motion by Rules 7030, 9014 and 9016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Poppy Bank will take the deposition (the "**Deposition**") upon oral examination of the City of La Quinta, California regarding the topics of examination identified on the attached **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Deposition will commence on **September 16, 2026 at 9:30 a.m. (Pacific Time)** and will be conducted over Zoom before a certified court reporter, notary public, or other officer authorized by law to administer an oath, will continue from day to day until completed, and will be recorded by stenographic and/or audiovisual

[1] The Debtor in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247) (collectively, the "Debtors"). The location of the Debtor's principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

means. The testimony at the Deposition may be recorded by videographic and stenographic means. You are invited to participate to the extent permitted by the Federal Rules or the Bankruptcy Rules. The Zoom instructions will be provided prior to the Deposition.

Dated: September 9, 2026

**SAUL EWING LLP**

By: */s/ Mark Minuti*
Mark Minuti (DE No. 2659)
Monique B. DiSabatino (DE No. 6027)
Paige N. Topper (DE No. 6470)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
monique.disabatino@saul.com
paige.topper@saul.com

-and-

**ABBEY, WEITZENBERG, WARREN & EMERY**
Mitchell B. Greenberg (admitted *pro hac vice*)
100 Stony Point Rd., Suite 200
Santa Rosa, CA 95401
Telephone: (707) 542-5050
Email: mgreenberg@abbeylaw.com

-and-

**STOEL RIVES LLP**
Kirsten Worley (*pro hac vice* to be filed)
501 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (858) 602-4909
Email: kirsten.worley@stoel.com

*Counsel to Poppy Bank*

# EXHIBIT A

## DEFINITIONS

Unless the context of a specific request requires otherwise, the following definitions and instructions shall apply:

1. "TBE" means TBE RE Acquisition Co II, LLC or other person purporting to act on its behalf.

2. "TBE AFFILIATES" means TBE together with SilverRock Hotel Owner, LLC, SilverRock 1A Resi Owner, LLC, SilverRock 1B Resi Owner, LLC, and SilverRock 1A Condo Owner, LLC, and any other person who acted or purported to act on their behalf.

3. "PLANS" means proposed or actual plans, specifications, drawings, schematics, diagrams, models, instructions including without limitation, site plan, grading, underground, all of the site improvement plans proposed or actual plans, specifications, drawings, schematics, diagrams, models, instructions (including, without limitation, the wet utilities, water, sewer, storm), and dry utility plans (including, for example, electric, gas, ethernet and other network physical layers, phone & internet).

4. "DEVELOPMENT AGREEMENT" means the Development Agreement 2014-1001 Approved by Ordinance No. 520 Between The City of La Quinta and SilverRock Development Company, LLC dated on or about December 18, 2014 recorded in the Official Records of the Count of Riverside, Office of the Assessor, County Clerk & Recorder identified by Doc #2014-0484106.

5. "AFFILIATES", as it relates to a party, shall mean all of its parent companies, affiliates, subsidiaries, directly or indirectly affiliated companies and/or partnerships.

6. “SILVERROCK DEBTOR ENTITIES” means, as applicable, the following or any combination thereof or any of their AFFILIATES: SilverRock Development Company, LLC, SilverRock Lifestyle Residences, LLC, SilverRock Lodging, LLC, SilverRock Luxury Residences, LLC, SilverRock Phase 1, LLC, and RGC PA 789, LLC, and any other person who acted or purported to act on their behalf.

7. “PROPERTY” shall mean the entire development in La Quinta, California including both commercial and residential parcels including both Phase 1A and Phase 1B, as applicable, of the real property purchased by TBE in the Chapter 11 bankruptcy of one or more of the SILVERROCK DEBTOR ENTITIES, *In re SilverRock Development Company, LLC, et al.*, Case No. 24-11647 (MFW) (Bankr. D. Del.), inclusive of all improvements therein including, without limitation, as applicable, the luxury hotel, residential lots, golf clubhouse, hotel banquet, condominiums, as well as onsite and/or offsite improvements on or adjacent thereto, and including within those, the luxury hotel.

**DEPOSITION TOPICS**

1. PLANS prepared by or for TBE AFFILIATES for the PROPERTY, including without limit, any conceptual plans, full plans, site development plans and including draft PLANS and PLANS in progress, the status of such PLANS in the development and permitting process.

2. Differences between the PLANS and development plans between the SILVERROCK DEBTOR ENTITIES and the TBE AFFILIATES.

3. Any contractors and design professionals with respect to the PROPERTY, including the selection of general contractor, any permit holders and architects and engineers of record, by any TBE AFFILIATES with respect to such PLANS.

4. All agreements between YOU and any TBE AFFILIATES related to the PROPERTY.

5. Any financial projections, proformas, or spreadsheets submitted by any TBE AFFILIATES, to YOU to demonstrate financial viability or financial feasibility. This is inclusive of any financial information YOU may have requested to evaluate the economics of the planned developments/projects in light of YOUR commitment of Transient Occupancy Tax rebate to the project, and any analysis by YOU of such information.

6. Any development, construction and improvements planned by any TBE AFFILIATES on Phase 1B of the PROPERTY including the timing thereof.

7. Any past, present or future demolition of any improvements on the PROPERTY, including proposals, purchase orders, bids and/or invoices.

8. Any bids, contracts, and/or proposals for any past, present and/or future site improvements, development, and/or construction on the PROPERTY.

9. Any costs or estimated costs of past, present and/or future development, construction and improvements on the PROPERTY.

10. The developments plans of any TBE AFFILIATES for the PROPERTY.

11. Any actual or contemplated changes to the DEVELOPMENT AGREEMENT.

12. Valuation of the PROPERTY or any of the individual parcels of the PROPERTY.