**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Related to D.I. No. 1166** |

**NOTICE OF SERVICE OF POPPY BANK'S SECOND SET OF REQUESTS FOR PRODUCTION TO R.D. OLSON CONSTRUCTION, INC.**

I, Mark Minuti, hereby certify that on September 11, 2026, a true and correct copy of *Poppy Bank's Second Set of Requests for Production to R.D. Olson Construction, Inc.* was served via Electronic Mail on the parties on the attached Service List.

Dated: September 11, 2026

**SAUL EWING LLP**

By: /s/ Mark Minuti
Mark Minuti (DE No. 2659)
Monique B. DiSabatino (DE No. 6027)
Paige N. Topper (DE No. 6470)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
monique.disabatino@saul.com
paige.topper@saul.com

*Counsel to Poppy Bank*

[1] The Debtor in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247) (collectively, the "Debtors"). The location of the Debtor's principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

**Service List**

*Counsel to Construction Loan Services II, LLC d/b/a Builders Capital*
Stephen A. Smith, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
sasmith@polsinelli.com

Michael L. Schuster, Esquire
Polsinelli PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
mschuster@polsinelli.com

James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
joneill@pszjlaw.com

Ira D. Kharasch, Esquire
Gregory V. Demo, Esquire
Jordan A. Kroop, Esquire
Pachulski Stang Ziehl & Jones LLP
1700 Broadway, 36th Floor
New York, NY 10019
ikharasch@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com

*Counsel to RAF Pacifica Loan Opportunity Fund I, LLC and Arnold Fishman, as Trustee of The Arnold Fishman Revocable Trust dated July 15, 1999*
Anthony W. Clark, Esquire
Greenberg Traurig, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Anthony.clark@gtlaw.com

*Counsel to The Traub Family Revocable Trust, dated January 22, 2015 and SilverRock Land II, LLC*
S. Alexander Faris, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
afaris@ycst.com

*Counsel to Granite Construction Company*
Susan E. Kaufman. Esquire
Law Office of Susan E. Kaufman, LLC
919 North Market Street, Suite 460
Wilmington, DE 19801
skaufman@skaufmanlaw.com

Ilan Markus, Esquire
Barclay Damon LLP
555 Long Wharf Drive, Sixth Floor
New Haven, CT 06511
imarkus@barclaydamon.com

P. Randolph Finch Jr., Esquire
Andrea L. Petray, Esquire
Lindsey C. Herzik, Esquire
Finch, Thornton & Baird, LLP
4747 Executive Drive
San Diego, CA 92121
pfinch@ftblaw.com
apetray@ftblaw.com
lherzik@ftblaw.com

*Counsel for R.D. Olson Construction, Inc.*
Jennifer L. Kneeland, Esquire
Marquerite Lee DeVoll, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
1765 Greensboro Station Place, Suite 1000
McLean, VA 22102
jkneeland@watttieder.com
mdevoll@watttieder.com

James R. Risener III (No. 7334)
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
jrisener@potteranderson.com

*Counsel for SilverRock Resort Investment LLC and SilverRock Resort Investment M LLC*
Karen M. Grivner, Esquire
Clark Hill, PLC
824 N. Market St., Suite 710
Wilmington, DE 19801
kgrivner@clarkhill.com

Michael A. Brandess, Esquire
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
michael.brandess@huschblackwell.com

*Counsel to White's Steel, Inc. and Rowan, Inc. d/b/a Rowan Electric*
John C. Gentile, Esquire
Juan E. Martinez, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
jgentile@beneschlaw.com
jmartinez@beneschlaw.com