**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF STATUS CONFERENCE SCHEDULED**
**FOR SEPTEMBER 18, 2026 AT 2:00 P.M. (ET)**

**PLEASE TAKE NOTICE** that the Court has scheduled a status conference for September 18, 2026 at 2:00 p.m. (ET) (the "Status Conference") in connection with the sealed *Joint Emergency Motion for (A) Temporary Ex Parte Relief (I) Suspending Jacob Wood's Authority as Litigation Trustee, (II) Freezing and Preserving Litigation Trust Accounts, and (III) Compelling and Immediate Accounting, and (B) After an Expedited Hearing, (IV) Removing Jacob Wood for Cause, (V) Designating a Successor Litigation Trustee, and (VI) Granting Related Relief* [Docket No. 1297].

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be held remotely through Zoom, and all participants must register by **September 18, 2026 at 9:00 a.m. (ET)**. Zoom information will be sent out prior to the hearing. Please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC, (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase 1, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

Dated: September 17, 2026
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
C. Jackson Nestor (DE Bar No. 7635)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Email: jwaxman@morrisjames.com
jnestor@morrisjames.com

-and-

**LAW OFFICES OF BENJAMIN M. CARSON, P.C.**
Benjamin M. Carson (admitted *pro hac vice*)
5965 Village Way, Ste. E105
San Diego, CA 92130
Telephone: (858) 255-4529
Email: ben@benjamincarsonlaw.com

-and-

Victor A. Vilaplana (admitted *pro hac vice*)
823 La Jolla Rancho Road
La Jolla, California 92037
Telephone: (619) 840-4130
Email: vavilaplana@gmail.com

*Counsel for Jacob Wood, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust*