**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 1297 and 1298** |

**CERTIFICATION OF COUNSEL REGARDING AMENDED INTERIM ORDER (I) TEMPORARILY SUSPENDING JACOB WOOD'S AUTHORITY AS LITIGATION TRUSTEE; (II) FREEZING AND PRESERVING LITIGATION TRUST ACCOUNTS; (III) COMPELLING AN IMMEDIATE ACCOUNTING AND PRODUCTION OF BANK RECORDS; AND (IV) SETTING AN EXPEDITED REMOVAL HEARING**

The undersigned hereby certifies the following:

1. On September 16, 2026, Construction Loan Services II, LLC d/b/a Joint Movants Capital (the "Builders"); Keillor Capital, as servicer on behalf of and together with creditors RAF Pacifica Loan Opportunity Fund I, LLC and The Arnold Fishman Revocable Trust dated July 15, 1999 (collectively, the "Keillor Parties"); SilverRock Resort Investment, LLC and SilverRock Resort Investment M, LLC (collectively, the "EB-5 Lenders"); SilverRock Land II, LLC and the Traub Family Revocable Trust dated January 22, 2015 (collectively, the "TIC Participant"); R.D. Olson Construction, Inc. ("RDO"); and Poppy Bank (together with Joint Movants, the Keillor Parties, the EB-5 Lenders, the TIC Participant, RDO, and Poppy Bank, the "Joint Movants"), by and through their undersigned counsel filed the [Sealed] *Joint Emergency Motion for (A) Temporary Ex Parte Relief (I) Suspending Jacob Wood's Authority as Litigation Trustee, (II) Freezing and Preserving Litigation Trust Accounts, and (III) Compelling an*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

*Immediate Accounting; and (B) After an Expedited Hearing, (IV) Removing Jacob Wood or Cause, (V) Designating a Successor Litigation Trustee, and (VI) Granting Related Relief* [Docket No. 1297] (the "Emergency Motion").

2. On September 16, 2026, the Court entered the *Interim Order (I) Temporarily Suspending Jacob Wood's Authority as Litigation Trustee; (II) Freezing and Preserving Litigation Trust Accounts; (III) Compelling an Immediate Accounting and Production of Bank Records; and (IV) Setting an Expedited Removal Hearing* [Docket No. 1298] (the "Interim Order").

3. On September 18, 2026, the Court held a Status Hearing on the Emergency Motion.

4. The Joint Movants submit the attached proposed amended interim order (the "Amended Interim Order"), which reflects the rulings of the Court. The Amended Interim Order is attached hereto as **Exhibit A**.

5. A redline of the Proposed Amended Interim Order is attached hereto as **Exhibit B**, showing changes from the Interim Order.

6. The Joint Movants respectfully request entry of the Amended Interim Order at the Court's convenience.

Dated: September 18, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *James E. O'Neill*
James O'Neill, Esq. (DE Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652 4400
Email: joneill@pszjlaw.com

- and -

Ira D. Kharasch, Esq. (*pro hac vice* ECF 940)
Gregory V. Demo, Esq. (*pro hac vice* ECF 935)
Jordan A. Kroop, Esq. (*pro hac vice* ECF 941)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: ikharasch@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com

- and -

**POLSINELLI PC**
Michael L. Schuster (*pro hac vice* ECF 925)
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone: (720) 931-1188
Facsimile: (302) 252 0291
Email: mschuster@polsinelli.com

*Counsel for Construction Loan Services II, LLC d/b/a Joint Movants Capital*