**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Related to D.I. No. 1166 MOTION FOR ENTRY OF AN ORDER (I) VALUING COLLATERAL PURSUANT TO 11 U.S.C. § 506(a) AND (II) GRANTING RELATED RELIEF** |

**POPPY BANK'S EXPERT WITNESS DESIGNATION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In connection with the Motion for Entry of an Order (I) Valuing Collateral Pursuant to 11 U.S.C. § 506 and (II) Granting Related Relief [Dkt.1166] (the "Motion"), Poppy Bank ("Poppy") hereby designates the identities and required written reports of the expert witnesses it intends to call at the hearing on the Motion (the "Hearing").

**RESERVATIONS**

a) Since discovery is ongoing and has not been completed, these expert disclosures and the reports served concurrently herewith cannot be considered to include all allegations, evidence, and opinions upon which Poppy and/or its expert witnesses will rely at the Hearing, and therefore, cannot be construed as Poppy's final and complete position as to any of the matters contained herein.

[1]. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

b) The following disclosures constitute Poppy's best efforts based on information presently available to it upon reasonable inquiry. Investigation and discovery in this case are ongoing, and Poppy reserves the right to clarify, amend, modify, or supplement the information contained in these expert disclosures and the reports served concurrently herewith if and when Poppy obtains supplemental information, to the extent required by the Federal Rules of Civil Procedure or the Federal Rules of Bankruptcy Procedure. For purposes of clarity, Poppy reserves the right to supplement or amend this statement and the reports served concurrently herewith or furnish additional statements and/or reports which subsequent investigation and/or discovery may reveal between the time of this statement and the time of the Hearing. The opinions of Poppy's expert witnesses may be amended or supplemented, and Poppy may name additional or different expert witnesses as permitted by the Rules of this Court, including rebuttal experts.

c) If a previously unidentified expert is named, Poppy will make the experts available for deposition prior to the witness providing testimony in court.

d) Poppy reserves the right to use any expert witness identified by any party in discovery or at the Hearing, as permitted by the Rules of this Court.

e) Notwithstanding the foregoing, Poppy assumes no duty to amend or supplement this statement beyond the Rules of this Court.

f) Poppy reserves the right to call all designated experts, retained or non-retained, to be disclosed by all other parties to the Motion, regardless of whether any party withdraws their expert designation.

g) Poppy reserves the right to call any supplemental expert witnesses by stipulation of all parties to supplement and/or amend this expert witness designation.

h) Poppy reserves the right to withdraw any individual designated herein as an expert.

## DISCLOSURES

Subject to the foregoing reservations, Poppy discloses that the following people have been retained for the purpose of forming and expressing an opinion in anticipation of the Hearing and may be used at the Hearing to present evidence under Federal Rules of Evidence 702, 703 and/or 705:

1. **HVS Consulting and Valuation**
   **John Lancet**
   **Kirsten Smiley**
   **140 South Lake Ave, Suite 300**
   **Pasadena, CA 91101**
   **405-612-6255**

Mr. Lancet is expected to testify regarding the valuation of the subject real property as of the time of the sale in 2025, the property's appraised value as of the sale including the value of Phase 1A and Phase 1B, the differentiation in value between Phase 1A and 1B, valuation and appraisal standards, and related matters. Mr. Lancet is also expected to testify as to valuation of the ground lease, of which the subject property was sold free and clear. Ms. Kirsten Smiley assisted Mr. Lancet in the preparation of the HVS report and analysis and is designated out of an abundance of caution but is not at this time anticipated to testify unless needed; subject to change. HVS is also expected to provide rebuttal testimony in response to any other experts offered by the other parties. HVS' preliminary report will be concurrently served pursuant to the scheduling order governing the Motion.

2. **Moeder Advisors**
   **Nathan Moeder**
   **2714 Loker Ave. W, Suite 250**
   **Carlsbad, CA 92010**
   **619-269-4012**

Mr. Moeder is expected to testify regarding the customs and practice of the real estate development industry, and lender/financing expectations, including without limitation, how a real estate developer, investor or purchaser would view the valuation of the subject property, the valuation differentiation between Phase 1A and Phase 1B, the subject property's comparative

value and appeal in comparison to surrounding properties, the approach taken by the Cushman and Wakefield and other appraisals, valuation standards and practices, economic realities, financing and carrying costs, and related matters. Mr. Moeder is also expected to testify regarding how a real estate developer, investor or buyer would view the ground lease, of which the subject property was sold free and clear. Moeder Advisors is also expected to provide rebuttal testimony in response to any other experts by the other parties. Moeder Advisors' preliminary report will be concurrently served pursuant to the scheduling order governing the Motion.

**3. The Cumming Group**
**Graham Flight**
**15010 Avenue of Science, Suite 100**
**San Diego, CA 92128**
**858-829-6652**

Mr. Flight is expected to testify regarding the estimated hard costs to complete under the Turnbridge plan and the Debtors' plan, the quality of and anticipated demolition of existing improvements, underlying assumptions regarding the estimated costs to complete, construction contract estimating methods and approaches, any other estimates provided by other parties, and related matters. The Cumming Group is also expected to provide rebuttal testimony in response to any other experts by the other parties. The Cumming Group's preliminary report will be concurrently served pursuant to the scheduling order governing the Motion.

**4. JS Held LLC**
**Elaine White**
**1240 North Lakeview Avenue**
**Anaheim, CA 92807**
**209-654-6566**

Ms. White is expected to testify regarding the application of the HVS appraised valuation of the subject property on a per-parcel basis across Phase 1A and Phase 1B, including the amount of available proceeds per parcel based upon such valuation, the amount available to different categories of creditors (subject to the separate adversary cases involving the priority, extent and

validity), tracing of various real property records and records in this case related thereto, damages analysis, and related matters. Ms. White is also expected to provide rebuttal testimony in response to any other experts by the other parties. Ms. White's preliminary report will be concurrently served pursuant to the scheduling order governing the Motion.

Dated: September 18, 2026

*/s/ Mark Minuti*

Mark Minuti (DE Bar No. 2659)
**SAUL EWING LLP**
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-6813
Email: mark.minuti@saul.com

-and-

John S. Kaplan (admitted *pro hac vice*)
Kirsten A. Worley (admitted *pro hac vice*)
Benjamin J. Codog III (admitted *pro hac vice*)
Jack P. Branscome (admitted *pro hac vice*)
**STOEL RIVES LLP**
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
Email: john.kaplan@stoel.com
kirsten.worley@stoel.com
ben.codog@stoel.com
jack.branscome@stoel.com

*Counsel to Poppy Bank*