**Exhibit A**
**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| JACOB WOOD, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust,<br><br>Plaintiff,<br>v.<br><br>CYPRESS POINT HOLDINGS, LLC; WILLIAM TZROS; KENNETH MANQUEROS; and DOES 1 through 20, inclusive,<br><br>Defendants. | Adv. Pro. No. 26-50598 (MFW) |
| JACOB WOOD, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>THE ROBERT GREEN COMPANY; ROBERT GREEN RESIDENTIAL, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Adv. Pro. No. 26-50599 (MFW) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

**ORDER GRANTING MOTION OF MORRIS JAMES LLP FOR LEAVE TO WITHDRAW AS COUNSEL TO JACOB WOOD, SOLELY IN HIS CAPACITY AS LITIGATION TRUSTEE OF THE SILVERROCK LITIGATION TRUST**

Upon the Motion (the "Motion for Leave") of Morris James LLP ("Morris James") for Leave to Withdraw as counsel to Jacob Wood, solely in his capacity as Litigation Trustee (the "Litigation Trustee") of the SilverRock Litigation Trust (the "Litigation Trust") in the above-referenced bankruptcy cases (collectively, the "Bankruptcy Case") and adversary proceedings (the "Adversary Proceedings"); the Court having reviewed the Motion for Leave and any and all responses and pleadings filed in connection with or in response to the Motion for Leave, and sufficient notice of the Motion for Leave having been given, and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT**:

1. The Motion for Leave is GRANTED, as set forth herein.

2. Morris James is authorized to (and is deemed to) immediately withdraw as counsel to the as Litigation Trustee in the Bankruptcy Case and the Adversary Proceedings.

3. Upon entry of this Order, Morris James shall have no further obligation to act as counsel to the Litigation Trustee in the Bankruptcy Case or the Adversary Proceedings.

4. Nothing herein shall address the outstanding fees owed by the Litigation Trust to Morris James, including any future fees owed on account of Morris James' contingency fees.

5. This Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.