**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| JACOB WOOD, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust,<br><br>Plaintiff,<br>v.<br><br>CYPRESS POINT HOLDINGS, LLC; WILLIAM TZROS; KENNETH MANQUEROS; and DOES 1 through 20, inclusive,<br><br>Defendants. | Adv. Pro. No. 26-50598 (MFW) |
| JACOB WOOD, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>THE ROBERT GREEN COMPANY; ROBERT GREEN RESIDENTIAL, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Adv. Pro. No. 26-50599 (MFW) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

**MOTION OF BENJAMIN M. CARSON AND VICTOR A. VILAPLANA TO WITHDRAW AS COUNSEL TO JACOB WOOD, SOLELY IN HIS CAPACITY AS LITIGATION TRUSTEE, IN THE MAIN BANKRUPTCY CASE AND RELATED CYPRESS AND GREEN MATTERS**

Benjamin M. Carson ("Mr. Carson") and Victor A. Vilaplana ("Mr. Vilaplana" and with Mr. Carson, collectively, the "Moving Counsel"), by and through their undersigned signatures, respectfully move for entry of an order, substantially in the form submitted herewith, authorizing their withdrawal as counsel to Jacob Wood, solely and not personally, in his capacity as Litigation Trustee (the "Litigation Trustee"), and in support thereof state as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief requested herein is Del. Bankr. L.R. 9010-2 and Del. Bankr. L.R. 9013-1, together with all other applicable rules and authorities.

**BACKGROUND**

4. Moving Counsel appeared as counsel to the Litigation Trustee, solely and not personally in his capacity as Litigation Trustee, in the above-captioned chapter 11 cases and in matters arising in connection with the confirmed plan, the Litigation Trust Agreement, administration of the Litigation Trust, and the related Cypress and Green retained-cause matters (respectively, Adv. Case Nos. 26-50598-MFW and 26-50599-MFW).

5. Professional considerations have arisen such that withdrawal by Moving Counsel is appropriate under the applicable rules of professional conduct.

6. The Litigation Trustee is currently suspended, and a motion seeking his removal on a final basis is pending before the Court. Serious allegations have been raised concerning the conduct of the Litigation Trustee, and major creditor constituencies have expressed a loss of confidence in him. In addition, under the Court's interim order, Moving Counsel may take only ministerial steps and may not take direction from the Litigation Trustee inconsistent with that order. Under these circumstances, Moving Counsel are no longer in a position to continue serving as counsel of record and respectfully request leave to withdraw.

7. The Litigation Trustee has been notified of Moving Counsel's intention to seek withdrawal.

**RELIEF REQUESTED**

8. By this Motion, Moving Counsel request entry of an order authorizing Mr. Carson and Mr. Vilaplana to withdraw as counsel to the Litigation Trustee in these chapter 11 cases and in the related Cypress and Green matters.

9. Moving Counsel further request that, upon entry of the order approving withdrawal, all further notices, papers, pleadings, and communications in these chapter 11 cases, related contested matters, and the related Cypress and Green matters, to the extent applicable, be served upon the Litigation Trustee or any successor trustee at the address reflected on the Court's docket and upon any other counsel of record for the Litigation Trustee or any successor trustee.

**NOTICE**

10. Notice of this Motion has been provided in accordance with Del. Bankr. L.R. 9010-2, Del. Bankr. L.R. 9013-1, and Fed. R. Bankr. P. 2002 and 9014.

11. Moving Counsel submits that no further or additional notice need be provided.

## RESERVATION OF RIGHTS

12. Nothing in this Motion constitutes a waiver of any privilege, work-product protection, or any other right, remedy, claim, or defense of Moving Counsel.

## CONCLUSION

WHEREFORE, Moving Counsel respectfully requests entry of the proposed order authorizing Mr. Carson and Mr. Vilaplana to withdraw as counsel to Jacob Wood, solely and not personally, in his capacity as Litigation Trustee, together with such other and further relief as the Court deems just and proper.

Dated: September 21, 2026

Respectfully submitted,

**LAW OFFICES OF BENJAMIN M. CARSON, P.C.**

*/s/_Benjamin M. Carson*________________
Benjamin M. Carson (CA Bar No. 283611)
5965 Village Way, STE E105
San Diego, CA 92130
Telephone: (858) 255-4529
Email: ben@benjamincarsonlaw.com

-and-

*/s/_Victor A. Vilaplana*________________
Victor A. Vilaplana (CA Bar No. 58535)
823 La Jolla Rancho Road
La Jolla, California 92037
Telephone: (619) 840-4130
Email: vavilaplana@gmail.com

*Counsel for Jacob Wood, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust*