**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 1297** |

**Objection Deadline: September 23, 2026 at 12:00 noon (ET)**
**Hearing Date: September 25, 2026 at 10:30 a.m. (ET)**

**NOTICE OF MOTION OF THE JOINT MOVANTS FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF CERTAIN INFORMATION UNDER SEAL IN CONNECTION WITH THE JOINT EMERGENCY MOTION FOR (A) TEMPORARY *EX PARTE* RELIEF (I) SUSPENDING JACOB WOOD'S AUTHORITY AS LITIGATION TRUSTEE, (II) FREEZING AND PRESERVING LITIGATION TRUST ACCOUNTS, AND (III) COMPELLING AN IMMEDIATE ACCOUNTING; AND (B) AFTER AN EXPEDITED HEARING, (IV) REMOVING JACOB WOOD FOR CAUSE, (V) DESIGNATING A SUCCESSOR LITIGATION TRUSTEE, AND (VI) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on September 16, 2026, Construction Loan Services II, LLC d/b/a Builders Capital (the "Builders"); Keillor Capital, as servicer on behalf of and together with creditors RAF Pacifica Loan Opportunity Fund I, LLC and The Arnold Fishman Revocable Trust dated July 15, 1999 (collectively, the "Keillor Parties"); SilverRock Resort Investment, LLC and SilverRock Resort Investment M, LLC (collectively, the "EB-5 Lenders"); SilverRock Land II, LLC and the Traub Family Revocable Trust dated January 22, 2015 (collectively, the "TIC Participant"); R.D. Olson Construction, Inc. ("RDO"); and Poppy Bank (together with Joint Movants, the Keillor Parties, the EB-5 Lenders, the TIC Participant, and RDO,

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

the "Joint Movants"), by and through their undersigned counsel filed the *Motion for Entry of an Order Authorizing the Filing of Certain Information Under Seal in Connection with the Joint Emergency Motion for (A) Temporary Ex Parte Relief (I) Suspending Jacob Wood's Authority as Litigation Trustee, (II) Freezing and Preserving Litigation Trust Accounts, and (III) Compelling an Immediate Accounting; and (B) After an Expedited Hearing, (IV) Removing Jacob Wood for Cause, (V) Designating a Successor Litigation Trustee, and (VI) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be filed with the Bankruptcy Court on or before **September 23, 2026 at 12:00 noon (prevailing Eastern Time)** and served so as to be received on or before the Objection Deadline by the undersigned counsel for the Joint Movants.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION WILL HELD ON **SEPTEMBER 25, 2026 AT 10:30 A.M**. (E.T.) NECESSARY BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 21, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *James E. O'Neill*
James O'Neill, Esq. (DE Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652 4400
Email: joneill@pszjlaw.com

- and -

Ira D. Kharasch, Esq. (*pro hac vice* ECF 940)
Gregory V. Demo, Esq. (*pro hac vice* ECF 935)
Jordan A. Kroop, Esq. (*pro hac vice* ECF 941)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: ikharasch@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com

- and -

**POLSINELLI PC**
Michael L. Schuster (*pro hac vice* ECF 925)
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone: (720) 931-1188
Facsimile: (302) 252 0291
Email: mschuster@polsinelli.com

*Counsel for Construction Loan Services II, LLC d/b/a Builders Capital*

**GREENBERG TRAURIG, LLP**
By: */s/ Anthony W. Clark*
Anthony W. Clark
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Email: anthony.clark@gtlaw.com

*Counsel to Keillor Capital, as servicer, RAF Pacifica Loan Opportunity Fund I, LLC, and Arnold Fishman, as Trustee of The Arnold Fishman Revocable Trust dated July 15, 1999*

**CLARK HILL PLC**
Karen M. Grivner
824 North Market Street, Suite 710
Wilmington, Delaware 19801
Email: kgrivner@clarkhill.com

*-and-*

**HUSCH BLACKWELL LLP**
By: /s/ *Michael A. Brandess*
Michael A. Brandess
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Email: michael.brandess@huschblackwell.com

*Counsel for SilverRock Resort Investment, LLC and SilverRock Resort Investment M, LLC*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
By: */s/ S. Alexander Faris*
S. Alexander Faris
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: afaris@ycst.com

*Counsel to SilverRock Land II, LLC and The Traub Family Revocable Trust dated January 22, 2015*

**POTTER ANDERSON & CORROON LLP**
By*: /s/ James R. Risener III*
James R. Risener III (No. 7334)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Email: jrisener@potteranderson.com

*-and-*

**WATT, TIEDER, HOFFAR & FITZGERALD, LLP**
Jennifer L. Kneeland
Marguerite Lee DeVoll
1765 Greensboro Station Place, Suite 1000
McLean, Virginia 22102
Emails: jkneeland@watttieder.com
mdevoll@watttieder.com

*Counsel for R.D. Olson Construction, Inc.*

**SAUL EWING LLP**
By: */s/ Mark Minuti*
Mark Minuti (DE No. 2659)
Monique B. DiSabatino (DE No. 6027)
Paige N. Topper (DE No. 6470)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19899
Telephone: (302) 421-6800
Emails: mark.minuti@saul.com
monique.disabatino@saul.com
paige.topper@saul.com

-and-

**ABBEY, WEITZENBERG, WARREN & EMERY**
Mitchell B. Greenberg (admitted pro hac vice)
100 Stony Point Road, Suite 200
Santa Rosa, California 95401
Telephone: (707) 542-5050
Email: mgreenberg@abbeylaw.com

-and-

**STOEL RIVES LLP**
Kirsten Worley (pro hac vice to be filed)
501 West Broadway, Suite 2000
San Diego, California 92101
Telephone: (858) 602-4909
Email: kirsten.worley@stoel.com

*Counsel to Poppy Bank*