**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| JACOB WOOD, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust,<br><br>Plaintiff,<br>v.<br><br>CYPRESS POINT HOLDINGS, LLC; WILLIAM TZROS; KENNETH MANQUEROS; and DOES 1 through 20, inclusive,<br><br>Defendants. | Adv. Pro. No. 26-50598 (MFW) |
| JACOB WOOD, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>THE ROBERT GREEN COMPANY; ROBERT GREEN RESIDENTIAL, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Adv. Pro. No. 26-50599 (MFW) |

**ORDER SHORTENING NOTICE PERIOD REGARDING (I) MOTION OF MORRIS JAMES LLP FOR LEAVE TO WITHDRAW AS COUNSEL TO JACOB WOOD, SOLELY IN HIS CAPACITY AS LITIGATION TRUSTEE OF THE SILVERROCK LITIGATION TRUST; AND (II) MOTION OF BENJAMIN M.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

**CARSON AND VICTOR A. VILAPLANA TO WITHDRAW AS COUNSEL TO JACOB WOOD, SOLELY IN HIS CAPACITY AS LITIGATION TRUSTEE, IN THE MAIN BANKRUPTCY CASE AND RELATED CYPRESS AND GREEN MATTERS**

Upon consideration of the *Motion to Shorten Notice Regarding (I) Motion of Morris James LLP for Leave to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee of the SilverRock Litigation Trust; and (II) Motion of Benjamin M. Carson and Victor A. Vilaplana to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee, in the Main Bankruptcy Case and Related Cypress and Green Matters* (the "Motion to Shorten")[2], seeking entry of an order shortening time for notice on the Motions, scheduling the hearing date and time, and establishing the deadline by which parties must file objections to the Motions; and the Court having determined that granting the relief requested in the Motion to Shorten is in the best interest of the Debtors' creditors, and other parties in interest; and it appearing that due and adequate notice of the Motion to Shorten and the Motions have been given; and no other or further notice of such Motion to Shorten is necessary or required; and after due deliberation and sufficient cause appearing therefor;

1. The Motion to Shorten is granted to the extent set forth herein.

2. A hearing on the Motions will be held on September 25, 2026 at 10:30 a.m. (ET) (the "Hearing").

3. Any party may file an objection to the Motions at any time until the Hearing.

4. Within one business day of entry of this Order, the Movants shall serve a copy of this Order and a notice of hearing upon (a) the Office of the United States Trustee for the District of Delaware; (b) the Joint Movants; and (c) all parties requesting notice pursuant to Bankruptcy

[2] Capitalized terms not otherwise described herein shall have the meanings ascribed to them in the Motion.

Rule 2002. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**Dated: September 22nd, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**



18132433/1