**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| JACOB WOOD, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust,<br><br>Plaintiff,<br>v.<br><br>CYPRESS POINT HOLDINGS, LLC; WILLIAM TZROS; KENNETH MANQUEROS; and DOES 1 through 20, inclusive,<br><br>Defendants. | Adv. Pro. No. 26-50598 (MFW) |
| JACOB WOOD, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>THE ROBERT GREEN COMPANY; ROBERT GREEN RESIDENTIAL, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Adv. Pro. No. 26-50599 (MFW) |

**CERTIFICATE OF SERVICE**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

I hereby certify that on this 22nd day of September, 2026, I caused to be served a true and correct copy of the *Order Shortening Notice Period Regarding (I) Motion of Morris James LLP for Leave to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee of the SilverRock Litigation Trust; and (II) Motion of Benjamin M. Carson and Victor A. Vilaplana to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee, in the Main Bankruptcy Case and Related Cypress and Green Matters* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed by electronic mail on the parties indicated on the attached service list.

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)



18135695/1

**Service List**

**PACHULSKI STANG ZIEHL & JONES LLP**
James E. O'Neill
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
joneill@pszjlaw.com

Ira D. Kharasch
Gregory V. Demo
Jordan A. Kroop
1700 Broadway, 36th Floor
New York, New York 10019
ikharasch@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com

-and-

**POLSINELLI PC**
Michael L. Schuster
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
mschuster@polsinelli.com

*Counsel to Construction Loan Services II, LLC d/b/a Builders Capital*

**GREENBERG TRAURIG, LLP**
Anthony W. Clark
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
anthony.clark@gtlaw.com

*Counsel to Keillor Capital, as servicer, RAF Pacifica Loan Opportunity Fund I, LLC, and Arnold Fishman, as Trustee of The Arnold Fishman Revocable Trust dated July 15, 1999*

**CLARK HILL PLC**
Karen M. Grivner
824 North Market Street, Suite 710
Wilmington, Delaware 19801
kgrivner@clarkhill.com

-and-

**HUSCH BLACKWELL LLP**
Michael A. Brandess
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
michael.brandess@huschblackwell.com

*Counsel for SilverRock Resort Investment, LLC and SilverRock Resort Investment M, LLC*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
S. Alexander Faris
1000 North King Street
Wilmington, Delaware 19801
afaris@ycst.com

*Counsel to SilverRock Land II, LLC and The Traub Family Revocable Trust dated January 22, 2015*

**POTTER ANDERSON & CORROON LLP**
James R. Risener III
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
jrisener@potteranderson.com

-and-

**WATT, TIEDER, HOFFAR & FITZGERALD, LLP**
Jennifer L. Kneeland
Marguerite Lee DeVoll
1765 Greensboro Station Place, Suite 1000
McLean, Virginia 22102
jkneeland@watttieder.com
mdevoll@watttieder.com

*Counsel for R.D. Olson Construction, Inc.*

**SAUL EWING LLP**
Mark Minuti
Monique B. DiSabatino
Paige N. Topper
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19899
mark.minuti@saul.com
monique.disabatino@saul.com
paige.topper@saul.com

-and-

**ABBEY, WEITZENBERG, WARREN & EMERY**
Mitchell B. Greenberg
100 Stony Point Road, Suite 200
Santa Rosa, California 95401
mgreenberg@abbeylaw.com

-and-

**STOEL RIVES LLP**
Kirsten Worley
501 West Broadway, Suite 2000
San Diego, California 92101
kirsten.worley@stoel.com

*Counsel to Poppy Bank*

**PASHMAN STEIN WALDER HAYDEN P.C.**
Richard W. Riley
824 N. Market Street, Suite 800
Wilmington, Delaware 19801
rriley@pashmanstein.com

-and-

**WHITEFORD, TAYLOR & PRESTON LLP**
William F. Taylor, Jr.
Bradford F. Englander
David W. Gaffey
Marc J. Phillips
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
wtaylor@whitefordlaw.com
benglander@whitefordlaw.com
dgaffey@whitefordlaw.com
mphillips@whitefordlaw.com

-and-

**RUTAN & TUCKER LLP**
Roger F. Friedman
Samantha Lamm
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
rfriedman@rutan.com
slamm@rutan.com

*Counsel to the City of La Quinta, California*

**U.S. Trustee**
Jane M. Leamy
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
jane.m.leamy@usdoj.gov

**DLA Piper LLP (US)**
Stuart M. Brown
Matthew Sarna
Suite 2100
Wilmington, DE 19801
stuart.brown@us.dlapiper.com
matthew.sarna@us.dlapiper.com
*Counsel to TBE RE Acquisition Co II LLC*

**Akerman LLP**
Stephen A. Smith
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
stephen.smith@akerman.com

*Counsel to Construction Loan Services II, LLC d/b/a Builders Capital*

**Husch Blackwell**
Morgan Hutchinson
4801 Main Street, Suite 1000
Kansas City, MO 64112
morgan.hutchinson@huschblackwell.com

*Counsel to SilverRock Resort Investment LLC*

**Law Office of Susan E. Kaufman, LLC**
Susan E. Kaufman
919 N. Market Street, Suite 460
Wilmington, DE 19801
skaufman@skaufmanlaw.com

-and-

**Finch Thornton & Baird, LLP**
P. Randolph Finch Jr.
Jon F. Gauthier
Lindsey C. Herzik
Andrea L. Petray
4747 Executive Drive, Suite 700
San Diego, CA 92121
pfinch@ftblaw.com
jgauthier@ftblaw.com
lherzik@ftblaw.com
apetray@ftblaw.com

*Counsel to Granite Construction Incorporated*

**Benesch, Friedlander, Coplan & Aronoff, LLP**
John C Gentile
1313 North Market Street
Suite 1201
Wilmington, DE 19801
jgentile@beneschlaw.com

*Counsel to Gauston Corp.*

**Fortra Law**
Marina Fineman
Brianna Milligan
20 Pacifica Suite 300
Irvine, CA 92618
m.fineman@fortralaw.com
b.milligan@fortralaw.com

*Counsel to Keillor Capital*

**Sullivan Nimeroff Brown Hill LLC**
William A. Hazeltine
919 N. Market Street
Suite 420
Wilmington, DE 19801
whazeltine@sha-llc.com

*Counsel to RAF Pacifica Loan Opportunity Fund I, LLC and Arnold Fishman, as Trustee of The Arnold Fishman Revocable Trust dated July 15, 1999*

**Weir LLP**
Jeffrey S. Cianciulli
The Widener Building
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
jcianciulli@weirlawllp.com

*Counsel to Cypress Point Holdings, LLC and William Tzros*