**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 23rd day of September, 2026, I caused a copy of the document listed below to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 25, 2024 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

SilverRock 2002 Service list (EMAIL)
Case No. 24-11647
Document No.4921-1125-9858
45 – Electronic Mail

(*Counsel to Construction Loan Services II, LLC d/b/a Builders Capital* )
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
**Email: joneill@pszjlaw.com**

***ELECTRONIC MAIL***
(*Counsel to Construction Loan Services II, LLC d/b/a Builders Capital* )
Ira D. Kharasch, Esquire
Gregory V. Demo, Esquire
Jordan A. Kroop, Esquire
Pachulski Stang Ziehl & Jones LLP
1700 Broadway, 36th Floor
New York, NY 10019
**Email: ikharasch@pszjlaw.com**
**gdemo@pszjlaw.com**
**jkroop@pszjlaw.com**

***ELECTRONIC MAIL***
(U.S. Trustee)
Jane M. Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**Email: jane.m.leamy@usdoj.gov**

***ELECTRONIC MAIL***
(*Counsel to Construction Loan Services II, LLC d/b/a Builders Capital* )
Michael L. Schuster, Esquire
Polsinelli PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
**Email: mschuster@polsinelli.com**

***ELECTRONIC MAIL***
(*Counsel to Construction Loan Services II, LLC d/b/a Builders Capital* )
Marx P. Calderon, Esquire
Polsinelli PC
316 Biscayne Boulevard, Suite 400
Miami, FL 343131
**Email: mcalderon@polsinelli.com**

***ELECTRONIC MAIL***
(*Counsel to Construction Loan Services II, LLC d/b/a Builders Capital* )
Carleton E. Plourde, Esquire
Polsinelli PC
7676 Forsyth Boulevard, Suite 800
St. Louis, MO, 6310}
**Email: cplourde@polsinelli.com**

***ELECTRONIC MAIL***
*(Counsel to Granite Construction Company*)
Susan E. Kaufman. Esquire
Law Office of Susan E. Kaufman, LLC
919 North Market Street, Suite 460
Wilmington, DE 19801
**Email: skaufman@skaufmanlaw.com**

***ELECTRONIC MAIL***
Ilan Markus, Esquire
Barclay Damon LLP
555 Long Wharf Drive, Sixth Floor
New Haven, CT 06511
**Email: imarkus@barclaydamon.com**

***ELECTRONIC MAIL***
(*Counsel to Granite Construction Incorporated*)
P. Randolph Finch Jr., Esquire
Andrea L. Petray, Esquire
Lindsey C. Herzik, Esquire
Finch, Thornton & Baird, LLP
4747 Executive Drive
San Diego, CA 92121
**Email: pfinch@ftblaw.com**
**apetray@ftblaw.com lherzik@ftblaw.com**

***ELECTRONIC MAIL***
*(Counsel to RAF Pacifica Loan Opportunity Fund I, LLC and Arnold Fishman, as Trustee of The Arnold Fishman Revocable Trust dated July 15, 1999)*
Anthony W. Clark, Esquire
Greenberg Traurig, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
**Email: anthony.clark@gtlaw.com**

***ELECTRONIC MAIL***
*(Counsel to RAF Pacifica Loan Opportunity Fund I, LLC and Arnold Fishman, as Trustee of The Arnold Fishman Revocable Trust dated July 15, 1999)*
Emily Nasir, Esquire
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 6700
Houston, TX 77002
**Email: emily.nasir@gtlaw.com**

***ELECTRONIC MAIL***
*(Counsel to The Traub Family Revocable Trust, dated January 22, 2015 and SilverRock Land II, LLC)*
S. Alexander Faris, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
**Email: afaris@ycst.com**

***ELECTRONIC MAIL***
*(Counsel for R.D. Olson Construction, Inc.)*
Jennifer L. Kneeland, Esquire
Marquerite Lee DeVoll, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
1765 Greensboro Station Place, Suite 1000
McLean, VA 22102
**Email: jkneeland@watttieder.com**
**mdevoll@watttieder.com**

***ELECTRONIC MAIL***
Brett M. Haywood, Esquire
James R. Risener III, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
**Email: bhaywood@potteranderson.com**
**jrisener@potteranderson.com**

***ELECTRONIC MAIL***
*(Counsel for SilverRock Resort Investment LLC and SilverRock Resort Investment M LLC)*
Karen M. Grivner, Esquire
Clark Hill, PLC
824 N. Market St., Suite 710
Wilmington, DE 19801
**Email: kgrivner@clarkhill.com**

***ELECTRONIC MAIL***
Michael A. Brandess, Esquire
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
**Email:**
**michael.brandess@huschblackwell.com**

***ELECTRONIC MAIL***
(*Counsel to SilverRock Resort Investment LLC )*
Morgan Hutchinson, Esquire
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
**Email:**
**morgan.hutchinson@huschblackwell.com**

***ELECTRONIC MAIL***
*(Counsel to Gauston Corp.)*
John C. Gentile, Esquire
Juan E. Martinez, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
**Email: jgentile@beneschlaw.com**
**jmartinez@beneschlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Poppy Bank)*
Mark Minuti, Esquire
Monique B. DiSabatino, Esquire
SAUL EWING LLP
Paige N. Topper, Esquire
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19899
**Email: mark.minuti@saul.com**
**monique.disabatino@saul.com**
**paige.topper@saul.com**

***ELECTRONIC MAIL***
*(Counsel to Poppy Bank)*
Mitchell B. Greenberg, Esquire
ABBEY, WEITZENBERG, WARREN & EMERY
100 Stony Point Road, Suite 200
Santa Rosa, California 95401
**Email: mgreenberg@abbeylaw.com**

***ELECTRONIC MAIL***
**(***Counsel to Poppy Bank)*
Kirsten Worley, Esquire
STOEL RIVES LLP
501 West Broadway, Suite 2000
San Diego, California 92101
**Email: kirsten.worley@stoel.com**

***ELECTRONIC MAIL***
*(Counsel to Construction Loan Services II, LLC d/b/a Builders Capital)*
Stephen A. Smith, Esquire
Akerman LLP
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
**Email: stephen.smith@akerman.com**

***ELECTRONIC MAIL***
*(Counsel to the City of La Quinta, California)*
Richard W. Riley, Esquire
PASHMAN STEIN WALDER HAYDEN P.C.
824 N. Market Street, Suite 800
Wilmington, Delaware 19801
**Email: rriley@pashmanstein.com**

***ELECTRONIC MAIL***
*(Counsel to the City of La Quinta, California)*
William F. Taylor, Jr., Esquire
Bradford F. Englander, Esquire
David W. Gaffey, Esquire
Marc J. Phillips, Esquire
WHITEFORD, TAYLOR & PRESTON LLP
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
**Email: wtaylor@whitefordlaw.com**
**benglander@whitefordlaw.com**
**dgaffey@whitefordlaw.com**
**mphillips@whitefordlaw.com**

***ELECTRONIC MAIL***
*(Counsel to the City of La Quinta, California)*
Roger F. Friedman, Esquire
Samantha Lamm, Esquire
RUTAN & TUCKER LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
**Email: rfriedman@rutan.com**
**slamm@rutan.com**

***ELECTRONIC MAIL***
*(Counsel to TBE RE Acquisition Co II LLC )*
Stuart M. Brown, Esquire
Matthew Sarn, Esquire
DLA Piper LLP (US)
Suite 2100
Wilmington, DE 19801
**Email: stuart.brown@us.dlapiper.com**
**matthew.sarna@us.dlapiper.com**

***ELECTRONIC MAIL***
*(Counsel to SilverRock Resort Investment LLC)*
Morgan Hutchinson, Esquire
HUSCH BLACKWELL
4801 Main Street, Suite 1000
Kansas City, MO 64112
**Email: morgan.hutchinson@huschblackwell.com**

***ELECTRONIC MAIL***
*(Counsel to Keillor Capital)*
Marina Fineman, Esquire
Brianna Milligan, Esquire
Fortra Law
20 Pacifica Suite 300
Irvine, CA 92618
**Email: m.fineman@fortralaw.com**
**b.milligan@fortralaw.com**

***ELECTRONIC MAIL***
*(Counsel to RAF Pacifica Loan Opportunity Fund I, LLC and Arnold Fishman, as Trustee of The Arnold Fishman Revocable Trust dated July 15, 1999)*
William A. Hazeltine, Esquire
Sullivan Nimeroff Brown Hill LLC
919 N. Market Street
Suite 420
Wilmington, DE 19801
**Email: whazeltine@sha-llc.com**

***ELECTRONIC MAIL***
*(Counsel to Cypress Point Holdings, LLC and William Tzros)*
Jeffrey S. Cianciulli, Esquire
Weir LLP
The Widener Building
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
**Email: jcianciulli@weirlawllp.com**