**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Related to D.I. No. 1166** |

**POPPY BANK'S RE-NOTICE OF DEPOSITION OF**
**MARC DUNEC PURSUANT TO SUBPOENA SERVED ON SEPTEMBER 18, 2026**

**PLEASE TAKE NOTICE** that, in connection with Construction Loan Services II, LLC d/b/a Builders Capital's *Motion for Enry of an Order (I) Valuing Collateral Pursuant to 11 U.S.C. § 506(a) and (II) Granting Related Relief* [D.I. 1166] (the "**Motion**") and the Subpoena served on Marc Dunec of FTI Consulting, Inc. on September 18, 2026, and pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure (the "**Federal Rules**"), made applicable to the Motion by Rules 7030, 9014 and 9016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the deposition upon oral examination of Marc Dunec has been rescheduled to commence on **October 2, 2026 at 9:30 a.m. (Eastern Time)** and will be conducted over Zoom before a certified court reporter, notary public, or other officer authorized by law to administer an oath, will continue from day to day until completed, and will be recorded by stenographic and/or audiovisual means. The testimony at the Deposition may be recorded by videographic and stenographic means.

[1] The Debtor in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247) (collectively, the "Debtors"). The location of the Debtor's principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

You are invited to participate to the extent permitted by the Federal Rules or the Bankruptcy Rules.

The Zoom instructions will be provided prior to the Deposition.

Dated: September 24, 2026

**SAUL EWING LLP**

By: */s/ Monique B. DiSabatino*

Mark Minuti (DE No. 2659)
Monique B. DiSabatino (DE No. 6027)
Paige N. Topper (DE No. 6470)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
monique.disabatino@saul.com
paige.topper@saul.com

-and-

**ABBEY, WEITZENBERG, WARREN & EMERY**
Mitchell B. Greenberg (admitted *pro hac vice*)
100 Stony Point Rd., Suite 200
Santa Rosa, CA 95401
Telephone: (707) 542-5050
Email: mgreenberg@abbeylaw.com

-and-

**STOEL RIVES LLP**
Kirsten Worley (*pro hac vice* to be filed)
501 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (858) 602-4909
Email: kirsten.worley@stoel.com

*Counsel to Poppy Bank*