**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |

**CONSTRUCTION LOAN SERVICES II, LLC D/B/A BUILDERS CAPITAL WITNESS & EXHIBIT LIST FOR HEARING ON SEPTEMBER 25, 2026 AT 10:30 A.M. (ET) REGARDING [SEALED] JOINT EMERGENCY MOTION FOR (A) TEMPORARY *EX PARTE* RELIEF (I) SUSPENDING JACOB WOOD'S AUTHORITY AS LITIGATION TRUSTEE; (II) FREEZING AND PRESERVING LITIGATION TRUST ACCOUNTS; (III) COMPELLING AN IMMEDIATE ACCOUNTING; AND (B) AFTER AN EXPEDITED HEARING, (IV) REMOVING JACOB WOOD FOR CAUSE, (V) DESIGNATING A SUCCESSOR LITIGATION TRUSTEE, AND (VI) GRANTING RELATED RELIEF**

Construction Loan Services II, LLC d/b/a Builders Capital ("Builders") hereby submits this witness and exhibit list in connection with the hearing scheduled for **September 25, 2026, at 10:30 a.m. (ET)**, before the Honorable Mary F. Walrath, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801 (the "Hearing"), at which time the following matter is currently scheduled to be heard:

1. [Sealed] Joint Emergency Motion for (A) Temporary *Ex Parte* Relief (I) Suspending Jacob Wood's Authority as Litigation Trustee; (II) Freezing and Preserving Litigation Trust Accounts; (III) Compelling an Immediate Accounting; and (B) After an Expedited Hearing, (IV) Removing Jacob Wood for Cause, (V) Designating a Successor Litigation Trustee, and (VI) Granting Related Relief [Filed: 9/16/26] (Docket No. 1297) (the "Joint Motion").

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

## WITNESSES

The Joint Movants designate Daniel McGrath of Arkus Advisory LLC as a possible witness. Mr. McGrath's testimony may be provided by Declaration. The Join Movant may also seek to introduce Declarations previously admitted in these proceedings

## EXHIBITS

The Joint Movants designate the following exhibits that may be used at the Hearing in connection with the Joint Motion:

| Debtors' Exhibit No. | Exhibit Description | ECF No. |
|---|---|---|
| **JM – Exhibit 1** | Account Activity - Arkus Advisory US LLC - Sep 2026 | |
| **JM – Exhibit 2** | Amended Litigation Trustee Agreement | |
| **JM – Exhibit 3** | Account Activity - Arkus Advisory US Inc - Sep 2026 | |
| **JM – Exhibit 4** | Bank Statement - Arkus Advisory US LLC - Aug 2026 | |
| **JM – Exhibit 5** | Certification of D. McGrath re Court Order | |
| **JM – Exhibit 6** | Bank Statement - Arkus Advisory US Inc - Aug 2026 | |
| **JM – Exhibit 7** | Second Amended Plan | 1111 |
| **JM – Exhibit 8** | Confirmation Order | 1152 |
| **JM – Exhibit 9** | Account Application & Signature Card - Arkus (US) LLC | |
| **JM – Exhibit 10** | [Under Seal] Updated Account Application & Signature Card - Arkus (US) LLC Bank | |
| **JM – Exhibit 11** | Account Application & Signature Card - Arkus (US) Inc | |
| **JM – Exhibit 12** | Bank Details - Arkus Advisory (US) LLC - Axos Bank | |
| **JM – Exhibit 13** | Bank Details - Arkus Advisory (US) Inc. - Axos Bank | |
| **JM – Exhibit 14** | Daniel McGrath - Correspondence w. Axos Bank | |
| **JM – Exhibit 15** | [Under Seal] 2026.08.24 - Letter to Axos Bank - Change of Signatories | |

| Debtors' Exhibit No. | Exhibit Description | ECF No. |
|---|---|---|
| **JM – Exhibit 16** | Knight Barry 902 11 Business Records Certification (121474900-c) | |
| **JM – Exhibit 17** | [Under Seal] 2026.08.24 - Certificate of Incumbency and Authority | |
| **JM – Exhibit 18** | Ledger (Acct 0395) | |
| **JM – Exhibit 19** | Ledger (Acct 0403) | |
| **JM – Exhibit 20** | Ledger (ICS Acct 3712) | |
| **JM – Exhibit 21** | [Under Seal] Certification of Beneficial Owner & Legal Entity - Arkus (US) Inc | |
| **JM – Exhibit 22** | Passport Jacob | |
| **JM – Exhibit 23** | Record of Nonappearance - 09-23-2026 Condensed | |
| **JM – Exhibit 24** | Sale Transaction - N8056 North Rd Springbook WI (Knight Barry file 2418559)-c | |
| **JM – Exhibit 25** | Statement Overview (ICS Acct 3712) | |
| **JM – Exhibit 26** | Statements (Acct 0395) | |
| **JM – Exhibit 27** | Statements (Acct 0403) | |
| **JM – Exhibit 28** | Wire Ledger (Acct 0395) | |
| **JM – Exhibit 29** | Wire Ledger (Acct 0403) | |
| **JM – Exhibit 30** | Axos Bank 902(11) Business Records Cert.(121464709.1) (Final) | |
| **JM - Exhibit 31** | Arkus Production 9.22.26 (BATES STAMPED) | |
| **JM - Exhibit 32** | Declaration of Daniel McGrath | [_____] |

The Builders reserve the right to use any exhibit listed by any other party and to add any witnesses. The Builders also reserve the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing.

Dated: September 24, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *James E. O'Neill*
James O'Neill, Esq. (DE Bar No. 4042)
Ira D. Kharasch, Esq. (admitted Pro Hac Vice)
Gregory V. Demo, Esq. (admitted Pro Hac Vice)
Jordan A. Kroop, Esq. (admitted Pro Hac Vice)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: joneill@pszjlaw.com
ikharasch@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com

and

**POSINELLI PC**
Michael L. Schuster (pro hac vice ECF 925)
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone:(720) 931-1188
Email: mschuster@polsinelli.com

*Counsel for Construction Loan Services II, LLC d/b/a Builders Capital*