**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| JACOB WOOD, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust,<br><br>Plaintiff,<br>v.<br><br>CYPRESS POINT HOLDINGS, LLC; WILLIAM TZROS; KENNETH MANQUEROS; and DOES 1 through 20, inclusive,<br><br>Defendants | Adv. Pro. No. 26-50598 (MFW) |
| JACOB WOOD, solely in his capacity as Litigation Trustee of the SilverRock Litigation Trust,<br><br>Plaintiff,<br>v.<br><br>THE ROBERT GREEN COMPANY; ROBERT GREEN RESIDENTIAL, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants | Adv. Pro. No. 26-50599 (MFW) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

**_SECOND AMENDED_[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 25, 2024 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted remotely via zoom. Please refer to Judge Walrath's Chambers Procedures https://www.deb.uscourts.gov/judge-mary-f-walrath or on the Court's website at and the Court's website www.deb.uscourts.gov for information on who may participate remotely, the method of allowed participation (video or audio), Judge Walrath's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**MATTERS GOING FORWARD:**

1. [Sealed] Joint Emergency Motion for (A) Temporary *Ex Parte* Relief (I) Suspending Jacob Wood's Authority as Litigation Trustee; (II) Freezing and Preserving Litigation Trust Accounts; (III) Compelling an Immediate Accounting; and (B) After an Expedited Hearing, (IV) Removing Jacob Wood for Cause, (V) Designating a Successor Litigation Trustee, and (VI) Granting Related Relief [Filed: 9/16/26] (Docket No. 1297)

Response Deadline: September 23, 2026, at 12:00 noon (ET)

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A. [Signed] Interim Order (I) Temporarily Suspending Jacob Wood's Authority as Litigation Trustee; (II) Freezing and Preserving Litigation Trust Accounts; (III) Compelling an Immediate Accounting and Production of Bank Records; and (IV) Setting an Expedited Removal Hearing [Filed: 9/16/26] (Docket No. 1298)

B. Notice of Hearing Joint Emergency Motion for (A) Temporary *Ex Parte* Relief (I) Suspending Jacob Wood's Authority as Litigation Trustee, (II) Freezing and Preserving Litigation Trust Accounts, and (III) Compelling and Immediate Accounting, and (B) After an Expedited Hearing, (IV) Removing Jacob Wood for Cause, (V) Designating a Successor Litigation Trustee, and (VI) Granting Related Relief [Filed: 9/17/26] (Docket No. 1299)

[2] **Amended items are in bold.**

C. Amended Interim Order (I) Temporarily Suspending Jacob Wood's Authority as Litigation Trustee; (II) Freezing and Preserving Litigation Trust Accounts; (III) Compelling an Immediate Accounting and Production of Bank Records; and (IV) Setting an Expedited Removal Hearing [Filed: 9/18/26] (Docket No. 1309)

D. Notice of Hearing Regarding Joint Emergency Motion for (A) Temporary *Ex Parte* Relief (I) Suspending Jacob Wood's Authority as Litigation Trustee; (II) Freezing and Preserving Litigation Trust Accounts; (III) Compelling an Immediate Accounting; and (B) After an Expedited Hearing, (IV) Removing Jacob Wood for Cause, (V) Designating a Successor Litigation Trustee, and (VI) Granting Related Relief [Filed: 9/18/26] (Docket No. 1312)

E. Motion of the Joint Movants for Entry of an Order Authorizing the Filing of Certain Information Under Seal in Connection with the Joint Emergency Motion For (A) Temporary *Ex Parte* Relief (I) Suspending Jacob Woods Authority as Litigation Trustee, (II) Freezing and Preserving Litigation Trust Accounts, and (III) Compelling an Immediate Accounting; and (B) After an Expedited Hearing, (IV) Removing Jacob Wood for Cause, (V) Designating a Successor Litigation Trustee, and (VI) Granting Related Relief [Filed: 9/21/26] (Docket No. 1317)

F. Construction Loan Services II, LLC d/b/a Builders Capital Witness & Exhibit List for Hearing on September 25, 2026 at 10:30 a.m. (ET) Regarding [Sealed] Joint Emergency Motion for (A) Temporary *Ex Parte* Relief (I) Suspending Jacob Wood's Authority as Litigation Trustee; (II) Freezing and Preserving Litigation Trust Accounts; (III) Compelling an Immediate Accounting; and (B) After an Expedited Hearing, (IV) Removing Jacob Wood for Cause, (V) Designating a Successor Litigation Trustee, and (VI) Granting Related Relief [Filed: 09/24/26] (Docket No. 1327).

G. **[SEALED] Declaration of Daniel McGrath in Support of Joint Emergency Motion for (A) Temporary *Ex Parte* Relief (I) Suspending Jacob Wood's Authority as Litigation Trustee, (II) Freezing and Preserving Litigation Trust Accounts, and (III) Compelling an Immediate Accounting; and (B) After an Expedited Hearing, (IV) Removing Jacob Wood for Cause, (V) Designating Successor Litigation Trustee, and (VI) Granting Related Relief [Filed: 9/25/26] (Docket No. 1330)**

H. **Notice of Filing of Proposed Final Order (I) Removing Jacob Wood as Litigation Trustee; (II) Freezing and Preserving Litigation Trust Accounts and Traceable Accounts; (III) Compelling an Accounting, Turnover, and Production of Bank Records; (IV) Appointing James Romey of Arete Partners as Successor Litigation Trustee; and (V) Authorizing Recordation of a Lis Pendens Against the Wisconsin Property [Filed: 9/25/26] (Docket No. 1331)**

Status: This matter will go forward.

2. Motion of Morris James LLP for Leave to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee of the SilverRock Litigation Trust [Filed: 9/21/26] (Docket No. 1314)

Response Deadline: at the hearing.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A. [Proposed] Order Granting Motion of Morris James LLP for Leave to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee of the SilverRock Litigation Trust [Filed: 9/21/26] (Docket No. 1314, Exhibit A)

B. Motion to Shorten Notice Regarding (I) Motion of Morris James LLP for Leave to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee of the SilverRock Litigation Trust; and (II) Motion of Benjamin M. Carson and Victor A. Vilaplana to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee, in the Main Bankruptcy Case and Related Cypress and Green Matters [Filed: 9/21/26] (Docket No. 1316)

(i) [Signed] Order Shortening Notice Period Regarding (I) Motion of Morris James LLP for Leave to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee of the SilverRock Litigation Trust; and (II) Motion of Benjamin M. Carson and Victor A. Vilaplana to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee, in the Main Bankruptcy Case and Related Cypress and Green Matters [Filed: 9/22/26] (Docket No. 1319)

C. Notice of Hearing Regarding (I) Motion of Morris James LLP for Leave to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee of the SilverRock Litigation Trust; and (II) Motion of Benjamin M. Carson and Victor A. Vilaplana to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee, in the Main Bankruptcy Case and Related Cypress and Green Matters [Filed: 9/22/26] (Docket No. 1320)

Status: This matter will go forward.

3. Motion of Benjamin M. Carson and Victor A. Vilaplana to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee, in the Main Bankruptcy Case and Related Cypress and Green Matters [Filed: 9/21/26] (Docket No. 1315)

Response Deadline: at the hearing.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A. [Proposed] Order Granting Motion of Benjamin M. Carson and Victor A. Vilaplana to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee, in the Main Bankruptcy Case and Related Cypress and Green Matters [Filed: 9/21/26] (Docket No. 1315, Exhibit A)

B. Motion to Shorten Notice Regarding (I) Motion of Morris James LLP for Leave to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee of the SilverRock Litigation Trust; and (II) Motion of Benjamin M. Carson and Victor A. Vilaplana to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee, in the Main Bankruptcy Case and Related Cypress and Green Matters [Filed: 9/21/26] (Docket No. 1316)

(i) [Signed] Order Shortening Notice Period Regarding (I) Motion of Morris James LLP for Leave to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee of the SilverRock Litigation Trust; and (II) Motion of Benjamin M. Carson and Victor A. Vilaplana to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee, in the Main Bankruptcy Case and Related Cypress and Green Matters [Filed: 9/22/26] (Docket No. 1319)

C. Notice of Hearing Regarding (I) Motion of Morris James LLP for Leave to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee of the SilverRock Litigation Trust; and (II) Motion of Benjamin M. Carson and Victor A. Vilaplana to Withdraw as Counsel to Jacob Wood, Solely in His Capacity as Litigation Trustee, in the Main Bankruptcy Case and Related Cypress and Green Matters [Filed: 9/22/26] (Docket No. 1320)

Status: This matter will go forward.

4. Motion of the Joint Movants for Entry of an Order Authorizing the Filing of Certain Information Under Seal in Connection with the Joint Emergency Motion For (A) Temporary *Ex Parte* Relief (I) Suspending Jacob Woods Authority as Litigation Trustee, (II) Freezing and Preserving Litigation Trust Accounts, and (III) Compelling an Immediate Accounting; and (B) After an Expedited Hearing, (IV) Removing Jacob Wood for Cause, (V) Designating a Successor Litigation Trustee, and (VI) Granting Related Relief [Filed: 9/21/26] (Docket No. 1317)

Response Deadline: September 23, 2026, at 12:00 noon (ET)

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A. [Proposed] Order Authorizing the Filing of Certain Information Under Seal in Connection with the Joint Emergency Motion for (A) Temporary *Ex Parte* Relief (I) Suspending Jacob Wood's Authority as Litigation Trustee, (II) Freezing and Preserving Litigation Trust Accounts, and (III) Compelling an Immediate

Accounting; and (B) After an Expedited Hearing, (IV) Removing Jacob Wood for Cause, (V) Designating a Successor Litigation Trustee, and (VI) Granting Related Relief [Filed: 9/21/26] (Docket No. 1317, Exhibit A)

Status: This matter will go forward.

Dated: September 25, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *James E. O'Neill*
James O'Neill, Esq. (DE Bar No. 4042)
Ira D. Kharasch, Esq. (admitted Pro Hac Vice)
Gregory V. Demo, Esq. (admitted Pro Hac Vice)
Jordan A. Kroop, Esq. (admitted Pro Hac Vice)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: joneill@pszjlaw.com
ikharasch@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com
and

**POSINELLI PC**
Michael L. Schuster (pro hac vice ECF 925)
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone:(720) 931-1188
Email: mschuster@polsinelli.com

*Counsel for Construction Loan Services II, LLC d/b/a Builders Capital*