**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF RESIGNATION**

**PLEASE TAKE NOTICE** of Jacob Wood's Notice of Resignation, attached hereto as Exhibit A.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

Dated: September 25, 2026
Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Cameron A. Capp*
Kurt F. Gwynne (No. 3951)
Cameron A. Capp (No. 7173)
1201 N. Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: +1 302.778.7500
Facsimile: +1 302.778.7575
Email: kgwynne@reedsmith.com
Email: ccapp@reedsmith.com

-and-

Rizwan A. Qureshi, Esq.*
**REED SMITH LLP**
1301 K Street, N.W., Suite 1000
Washington, D.C. 20005
Telephone: +1.202.414.9200
Facsimile: +1.202.414.9299
Email: rqureshi@reedsmith.com

**Pro Hac Vice* Application Forthcoming

*Counsel for Jacob Wood, solely in his individual capacity*

**EXHIBIT A**

Docusign Envelope ID: 147EEC8C-E085-8DD2-81D6-648629D496A0


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| SilverRock Development Company, LLC, *et al.*, | Case No. 24-11647 (MFW) |
| Debtors | (Jointly Administered) |

## NOTICE OF RESIGNATION OF LITIGATION TRUSTEE

Jacob Wood, in his capacity as Litigation Trustee (the "Litigation Trustee") of the SilverRock Litigation Trust (the "Litigation Trust"), hereby provides notice of his resignation as Litigation Trustee, effective in accordance with the terms and conditions of the Litigation Trust Agreement dated June 5, 2026 (the "Litigation Trust Agreement").

**Date:** September 25, 2026

Respectfully submitted,

Signed by:

By: ______________________
293CEAE19AF94E7...

Jacob Wood
Litigation Trustee of the SilverRock Litigation Trust
4149 Midway Road
Hermantown, MN 55811-3626

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September 2026, I caused a copy of the foregoing *Notice of Resignation* to be filed and served via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

*/s/ Cameron A. Capp*
Cameron A. Capp