SilverRock 24-11647

September 25, 2026 at 10:30 am

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Ambrose | Bailey | Reed Smith LLP | | 24-11647-MFW | Video and Audio |
| Phoebe | Bakos | BankruptcyData | Media | 24-11647-MFW | Audio Only |
| Michael | Brandess | Husch Blackwell LLP | EB-5 Lenders | 24-11647-MFW | Video and Audio |
| Stuart | Brown | DLA Piper LLP (US) | TBE RE Acquisition Co II LLC | 24-11647-MFW | Video and Audio |
| Marx | Calderon | | Construction Loan Services II, LLC d/b/a Builders | 24-11647-MFW | Video and Audio |
| Cameron | Capp | Reed Smith LLP | | 24-11647-MFW | Video and Audio |
| Benjamin | Carson | Law Offices of Benjamin M. Carson | Jacob Wood, Solely as Litigation Trustee | 24-11647-MFW | Video and Audio |
| Casey | Cathcart | Young Conaway Stargatt & Taylor, LLP | | 24-11647-MFW | Video and Audio |
| Anthony | Clark | Greenberg Traurig, LLP | RAF Pacifica Loan Opportunity Fund I, LLC and Arno | 24-11647-MFW | Video and Audio |
| Marguerite Lee | DeVoll | Watt, Tieder, Hoffar & Fitzgerald, LLP | RD Olson Construction | 24-11647-MFW | Video and Audio |
| Gregory | Demo | Pachulski Stang Ziehl & Jones LLP | Construction Loan Services II, LLC d/b/a Builders | 24-11647-MFW | Video and Audio |
| Marquerite | Devoll | | | 24-11647-MFW | Video and Audio |
| Monique | DiSabatino | Saul Ewing LLP | Poppy Bank | 24-11647-MFW | Video and Audio |
| Katherine | Dute | Landis Rath & Cobb LLP | Arkus Advisory | 24-11647-MFW | Video and Audio |
| Roxanne | Eastes | DLA Piper LLP (US) | TBE RE Acquisition Co II LLC | 24-11647-MFW | Audio Only |
| Kenneth | Enos | Young, Conaway, Stargatt & Taylor, LLP | Traub Trust and SR Land | 24-11647-MFW | Video and Audio |
| Colin | Everson | Arkus Advisory | Arkus Advisory | 24-11647-MFW | Video and Audio |
| S. Alexander | Faris | Young Conaway Stargatt & Taylor, LLP | Traub Trust and SR Land | 24-11647-MFW | Video and Audio |
| Uday | Gorrepati | | | 24-11647-MFW | Audio Only |
| Karen | Grivner | Clark Hill PLC | SilverRock Resort Parties | 24-11647-MFW | Video and Audio |
| Brett | Haywood | Potter Anderson & Corroon | | 24-11647-MFW | Video and Audio |
| Jennifer | Kneeland | Watt, Tieder, Hoffar & Fitzgerald, LLP | RD Olson Construction | 24-11647-MFW | Video and Audio |
| Carl | Kunz | Morris James LLP | Jacob Wood, Solely as Litigation Trustee | 24-11647-MFW | Video and Audio |
| Jane | Leamy | Office of the U.S. Trustee | U.S. Trustee | 24-11647-MFW | Video and Audio |
| Philip | Magen | Fidelity National Title Insurance Company | | 24-11647-MFW | Audio Only |
| Daniel | McGrath | Arkus Advisory | Arkus Advisory | 24-11647-MFW | Video and Audio |
| David | McPherson | Watt, Tieder, Hoffar & Fitzgerald LLP | RD Olson Construction | 24-11647-MFW | Video and Audio |
| Theresa | Mistretta | Potter Anderson & Corroon | | 24-11647-MFW | Video and Audio |
| Emily | Nasir | Greenberg Traurig LLP | RAF Pacifica and Arnold Fishman | 24-11647-MFW | Video and Audio |
| James | O'Neill | Pachulski Stang Ziehl & Jones LLP | Construction Loan Services II, LLC d/b/a Builders | 24-11647-MFW | Video and Audio |
| Rizwan | Qureshi | Reed Smith LLP | | 24-11647-MFW | Video and Audio |
| James | Risener | Potter Anderson & Corroon LLP | | 24-11647-MFW | Video and Audio |
| Colin | Robinson | Landis Rath & Cobb LLP | Arkus Advisory | 24-11647-MFW | Video and Audio |
| Elizabeth | Rogers | Landis Rath & Cobb LLP | Arkus Advisory | 24-11647-MFW | Video and Audio |
| Matthew | Sarna | DLA Piper LLP (US) | TBE RE Acquisition Co II LLC | 24-11647-MFW | Video and Audio |

SilverRock 24-11647

September 25, 2026 at 10:30 am

| | | | | | |
|---|---|---|---|---|---|
| Michael | Schuster | | Construction Loan Services II, LLC d/b/a Builders | 24-11647-MFW | Video and Audio |
| Vince | Sullivan | Law360 | | 24-11647-MFW | Audio Only |
| Cass | Traub | | Traub Trust and SR Land | 24-11647-MFW | Video and Audio |
| Victor | Vilaplana | | Jacob Wood, Solely as Litigation Trustee | 24-11647-MFW | Video and Audio |
| James | Walker | Pachulski Stang Ziehl & Jones LLP | Construction Loan Services II, LLC d/b/a Builders | 24-11647-MFW | Video and Audio |
| Jeffrey | Waxman | Morris James LLP | Jacob Wood, Solely as Litigation Trustee | 24-11647-MFW | Video and Audio |
| Kirsten | Worley | Stoel Rives LLP | Poppy Bank | 24-11647-MFW | Video and Audio |