# EXHIBIT A

## LEGAL DESCRIPTION OF THE WISCONSIN PROPERTY

The Northwest Quarter of the Northwest Quarter (NW¼NW¼), Section Twenty-nine (29), Township Forty (40) North, Range Eleven (11) West, Town of Springbrook, Washburn County, Wisconsin, EXCEPT, that part described as follows: Commence at the Northwest corner of Section Twenty-nine (29); thence N89°48'E, 883.96 feet to the point of beginning, said point being on the line between the lands now or formerly owned by Washburn County and the lands of the subject owner on the North line of said section; thence, with the lands of the said county and the said North line, N89°48'E, 399.42 feet to a point on the right descending bank of the Namekagon River; thence leaving the lands of the said county and the said North line, downstream in and along said river, S00°41'W, 668.27 feet to a point on the line of the lands now or formerly owned by Peter E. Olsen, on the said right descending bank; thence, leaving the said right descending bank and with the lands of the said Olsen, S00°41'W, 639.38 feet to a corner common to the lands of the said Olsen and the lands of the subject owner and on the line of the lands now or formerly owned by Kenneth F. Ericson; thence, leaving the lands of the said Olsen and with the lands of the said Ericson, N89°27'W, 272.15 feet to a point; thence, leaving the lands of the said Ericson and severing the lands of the subject owner, the following courses and distances: N10°20'W, 655.79 feet, thence N00°32'E, 658.37 feet to the place of beginning.

**For informational purposes only:**

Property Address: N 8056 North Rd, Springbrook, WI 54875

Parcel Identification Number: 65-036-2-40-11-29-2-02-000-002000

Source Deed: Warranty Deed recorded August 31, 2026, as Washburn County Document No. 420748