**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SilverRock Development Company, LLC,** *et al.,* | § | **Case No. 24-11647 (MFW)** |
| | § | |
| | § | |
| **Debtors.** | § | |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on September 28, 2026, Construction Loan Services II, LLC d/b/a Builders Capital ("**Builders**"), by and through its undersigned counsel, served a true and correct copy of *Builders Capital's Responses and Objections to Poppy Bank's Requests in Expert Subpoena* on the parties listed below by electronic mail:

**SAUL EWING LLP**
Mark Minuti
Monique B. DiSabatino
Paige N. Topper
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

-and-

**ABBEY, WEITZENBERG, WARREN & EMERY**
Mitchell B. Greenberg
100 Stony Point Rd., Suite 200
Santa Rosa, CA 95401

-and-

**STOEL RIVES LLP**
Kirsten Worley
501 West Broadway, Suite 2000
San Diego, CA 92101

*Counsel to Poppy Bank*

Dated: September 28, 2026

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *James O'Neill*
James O'Neill, Esq. (DE Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652 4400
Email: joneill@pszjlaw.com

-and-

Ira D. Kharasch, Esq. (*pro hac vice* ECF 940)
Gregory V. Demo, Esq. (*pro hac vice* ECF 935)
Jordan A. Kroop, Esq. (*pro hac vice* ECF 941)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: ikharasch@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com

-and-

**POLSINELLI PC**
Michael L. Schuster (*pro hac vice* ECF 925)
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone: (720) 931-1188
Facsimile: (302) 252-0921
Email: mschuster@polsinelli.com

*Attorneys for Construction Loan Services II, LLC d/b/a Builders Capital*