**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SilverRock Development Company, LLC,** *et al.,* | § | **Case No. 24-11647 (MFW)** |
| | § | |
| | § | (Jointly Administered) |
| **Debtors.** | § | |
| | § | **Related Docket Nos. 1297, 1342** |

**NOTICE OF SERVICE**
**<u>OF FINAL ORDER ON AXOS BANK</u>**

**PLEASE TAKE NOTICE** that on September 28, 2026, pursuant to Rule 7004(h), Construction Loan Services II, LLC d/b/a Builders Capital ("**Builders**") caused the *Final Order (I) Removing Jacob Wood as Litigation Trustee; (II) Freezing and Preserving Litigation Trust Accounts and Traceable Accounts; (III) Compelling an Accounting, Turnover, and Production of Bank Records; (IV) Appointing James Romey of Arete Partners as Successor Litigation Trustee; and (V) Authorizing Recordation of a Lis Pendens Against the Wisconsin Property*, attached hereto as **<u>Exhibit A</u>**, to be served on Axos Bank, 4350 La Jolla Village Drive Suite 140, San Diego, CA 92122 on Axos Bank's General Counsel via certified mail.

Dated: September 30, 2026

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *James O'Neill*
James O'Neill, Esq. (DE Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652 4400
Email: joneill@pszjlaw.com

-and-

Ira D. Kharasch, Esq. (*pro hac vice* ECF 940)
Gregory V. Demo, Esq. (*pro hac vice* ECF 935)
Jordan A. Kroop, Esq. (*pro hac vice* ECF 941)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: ikharasch@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com

-and-

**POLSINELLI PC**
Michael L. Schuster (*pro hac vice* ECF 925)
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone: (720) 931-1188
Facsimile: (302) 252-0921
Email: mschuster@polsinelli.com

*Attorneys for Construction Loan Services II, LLC d/b/a Builders Capital*

**CERTIFICATE OF SERVICE**

I, James O'Neill, hereby certify that on September 30, 2026, I caused a true and correct copy of the foregoing Notice of Service, to be served upon all counsel and parties entitled to receive notice via CM/ECF.

*/s/ James O'Neill*

James O'Neill