**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**November 10, 2026 at 10:30 a.m. (ET)**<br><br>**Objection Deadline:**<br>**October 26, 2026 at 4:00 p.m. (ET)**<br><br>**Re: Docket No. 1365** |

**NOTICE OF MOTION OF JACOB WOOD (I) TO MODIFY CERTAIN PROVISIONS OF THE FINAL ORDER PURSUANT TO PARAGRAPH 18 AND (II) TO EXTEND THE APPLICABLE COMPLIANCE DEADLINES**

**PLEASE TAKE NOTICE** that, on October 5, 2026, Jacob Wood, solely in his individual capacity ("Mr. Wood"), by and through his undersigned counsel, filed the *Motion of Jacob Wood (I) To Modify Certain Provisions of the Final Order Pursuant to Paragraph 18 and (II) To Extend the Applicable Compliance Deadlines* [Docket No. 1365] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court") seeking, among other things, modification of the *Final Order (I) Removing Jacob Wood as Litigation Trustee; (II) Freezing and Preserving Litigation Trust Accounts and Traceable Accounts; (III) Compelling an Accounting, Turnover, and Production of Bank Records; (IV) Appointing James Romey of Arete Partners as Successor Litigation Trustee;*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

*and (V) Authorizing Recordation of a Lis Pendens Against the Wisconsin Property* [Docket No. 1342] (the "Final Order").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be in writing, filed with the Court, and served on the (i) undersigned counsel for Mr. Wood and (ii) the parties identified in paragraph 19 of the Final Order, so as to be actually received on or before **October 26, 2026, at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion will be held on **November 10, 2026, at 10:30 a.m. (prevailing Eastern Time)** via Zoom before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING**.

*[The remainder of this page was intentionally left blank.]*

Dated: October 6, 2026
Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Cameron A. Capp*

Cameron A. Capp (No. 7173)
1201 N. Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: +1 302.778.7500
Facsimile: +1 302.778.7575
Email: ccapp@reedsmith.com

-and-

Rizwan A. Qureshi, Esq. (admitted *pro hac vice*)
Ambrose Mitchell Gage Bailey, Esq.*
**REED SMITH LLP**
1301 K Street, N.W., Suite 1000
Washington, D.C. 20005
Telephone: +1.202.414.9200
Facsimile: +1.202.414.9299
Email: rqureshi@reedsmith.com
Email: mbailey@reedsmith.com

-and-

Kaela Dahan, Esq.*
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: +1.212.521.5400
Facsimile: +1.212.521.5450
Email: kdahan@reedsmith.com

**Pro Hac Vice* Application Forthcoming

*Counsel for Jacob Wood, solely in his individual capacity*