**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SilverRock Development Company, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 24-11647 (MFW)<br>(Jointly Administered)<br>Re D.I. 1370 |

**ORDER GRANTING TRUSTEE'S MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE EXPEDITED HEARING REGARDING TRUSTEE'S EMERGENCY MOTION TO ENFORCE FINAL ORDER (I) REMOVING JACOB WOOD AS LITIGATION TRUSTEE; (II) FREEZING AND PRESERVING LITIGATION TRUST ACCOUNTS AND TRACEABLE ACCOUNTS; (III) COMPELLING AN ACCOUNTING, TURNOVER, AND PRODUCTION OF BANK RECORDS; (IV) APPOINTING JAMES ROMEY OF ARETE PARTNERS AS SUCCESSOR LITIGATION TRUSTEE; AND (V) AUTHORIZING RECORDATION OF A LIS PENDENS AGAINST THE WISCONSIN PROPERTY**

Upon the *Trustee's Motion to Shorten Notice Period and Schedule Expedited Hearing Regarding Trustee's Emergency Motion to Enforce Final Order (I) Removing Jacob Wood as Litigation Trustee; (II) Freezing and Preserving Litigation Trust Accounts and Traceable Accounts; (III) Compelling an Accounting, Turnover, and Production of Bank Records; (IV) Appointing James Romey of Arete Partners as Successor Litigation Trustee; and (V) Authorizing Recordation of a Lis Pendens Against the Wisconsin Property* (the "Motion to Shorten");[2] due and proper notice of the Motion to Shorten having been given under the circumstances; and it appearing that no other or further notice is required; and due and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Motion to Shorten is **GRANTED**.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion to Shorten.

2. A hearing to consider: (i) the Motion; and (ii) the *Motion of Jacob Wood (I) to Modify Certain Provisions of the Final Order Pursuant to Paragraph 18 and (II) to Extend the Applicable Compliance Deadlines* [D.I. 1365] shall be held on **October 27, 2026 at 10:30 a.m. (EST)** before the Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware.

3. Objections, if any, to either of the motions being heard may be presented at the hearing. Written objections shall not be necessary.

4. The Trustee shall serve a copy of this Order as well as a copy of the Motion upon the Notice Parties immediately upon entry of this Order, and such service shall constitute adequate notice of the date and time for the hearing on the Motion.

5. In the event that Mr. Wood has already served notice of the hearing originally scheduled for November 10, 2026 on the *Motion of Jacob Wood (I) to Modify Certain Provisions of the Final Order Pursuant to Paragraph 18 and (II) to Extend the Applicable Compliance Deadlines* on any parties in addition to the Notice Parties, immediately upon entry of this Order, he shall serve a copy of this Order upon all such parties informing them of the new, expedited, date and time of the hearing.

**Dated: October 15th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**