**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Related to D.I. No. 1166** |

**POPPY BANK'S NOTICE OF INTENT TO ISSUE SUBPOENA**
**TO MARC DUNEC**

**PLEASE TAKE NOTICE** that, in connection with Construction Loan Services II, LLC d/b/a Builders Capital's *Motion for Enry of an Order (I) Valuing Collateral Pursuant to 11 U.S.C. § 506(a) and (II) Granting Related Relief* [D.I. 1166] (the "**Motion**"), and pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure (the "**Federal Rules**"), made applicable to the Motion by Rules 7030, 9014 and 9016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Poppy Bank intends to serve a Subpoena, in the form attached hereto as **Exhibit A**, on the Marc Dunec ("**Expert**") of FTI Consulting, Inc., c/o Michael Schuster, Esq., Polsinelli PC, 1401 Lawrence Street, Suite 2300, Denver, CO 80202.

**PLEASE TAKE FURTHER NOTICE** that the Expert is commanded to produce documents pursuant to the Subpoena, a copy of which is annexed hereto, on or before **October 27 at 12:00 p.m. ET** at the offices of Stoel Rives LLP, 501 West Broadway, Suite 2000, San Diego, California 92101, Attention Kirsten Worley, Esq., counsel to Poppy Bank.

[1] The Debtor in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247) (collectively, the "Debtors"). The location of the Debtor's principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules 30 and 45, made applicable to this proceeding by Bankruptcy Rules 7030 and 9016, the Expert will be deposed on the topics set forth in the Subpoena on **October 29, 2026 at 10:00 a.m. ET.**

**PLEASE TAKE FURTHER NOTICE** that the Deposition will be taken remotely via Zoom before a certified court reporter, notary public, or other officer authorized by law to administer an oath, will continue from day to day until completed, and will be recorded by stenographic and/or audiovisual means. The testimony at the Deposition may be recorded by videographic and stenographic means. You are invited to participate to the extent permitted by the Federal Rules or the Bankruptcy Rules. The Zoom instructions will be provided.

Dated: October 23, 2026

**SAUL EWING LLP**

By: */s/ Mark Minuti*

Mark Minuti (DE No. 2659)
Monique B. DiSabatino (DE No. 6027)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
monique.disabatino@saul.com

-and-

**ABBEY, WEITZENBERG, WARREN & EMERY**
Mitchell B. Greenberg (admitted *pro hac vice*)
100 Stony Point Rd., Suite 200
Santa Rosa, CA 95401
Telephone: (707) 542-5050
Email: mgreenberg@abbeylaw.com

-and-

**STOEL RIVES LLP**
Kirsten Worley (admitted *pro hac vice*)
501 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (858) 602-4909
Email: kirsten.worley@stoel.com

*Counsel to Poppy Bank*