**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>**Re D.I. 1369** |

**SUPPLEMENT TO TRUSTEE'S EMERGENCY MOTION TO ENFORCE FINAL ORDER (I) REMOVING JACOB WOOD AS LITIGATION TRUSTEE; (II) FREEZING AND PRESERVING LITIGATION TRUST ACCOUNTS AND TRACEABLE ACCOUNTS; (III) COMPELLING AN ACCOUNTING, TURNOVER, AND PRODUCTION OF BANK RECORDS; (IV) APPOINTING JAMES ROMEY OF ARETE PARTNERS AS SUCCESSOR LITIGATION TRUSTEE; AND (V) AUTHORIZING RECORDATION OF A LIS PENDENS AGAINST THE WISCONSIN PROPERTY**

James Romey, in his capacity as the successor trustee (the "Successor Litigation Trustee") of the SilverRock Litigation Trust (the "Litigation Trust") hereby provides this Supplement to his previously filed Emergency Motion to Enforce Final Order (I) Removing Jacob Wood as Litigation Trustee; (II) Freezing and Preserving Litigation Trust Accounts and Traceable Accounts; (III) Compelling an Accounting, Turnover, and Production of Bank Records; (IV) Appointing James Romey of Arete Partners as Successor Litigation Trustee; and (V) Authorizing Recordation of a Lis Pendens Against the Wisconsin Property [D.I. 1369] (the "Emergency Motion"), to report updated information and respectfully states:

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

**A. Mr. Wood's transfer of over half a million dollars to a personal checking account for his and Ms. Belisle's own use, including purchasing a Porsche for $184,000**

1. The documents which Mr. Wood has thus far produced to the Trustee related to bank accounts titled individually or jointly in his name in his personal capacity, consist in their entirety of (A) the monthly statements for June, July, August, and September ("Wood Personal Statements Account -1563") for a certain Wells Fargo checking account held by Mr. Wood in his personal capacity having account number -1563 ("Wood Personal Account -1563"), and (B) a spreadsheet produced in native Excel listing the deposits, credits and withdrawals into and out of this Wood Personal Account – 1563 from October 16, 2025 to October 2, 2026 (the "Account -1563 Wood Spreadsheet").

2. The following is a summary of the significant transactions reflected in the Wood Personal Statements Account -1563 and the Account -1563 Wood Spreadsheet:

(i) Immediately prior to July 23rd, the balance of Wood Personal Account -1563 was $551.64 and beginning on July 23rd,, Mr. Wood made ten (10) separate transfers of Litigation Trust Funds from the SilverRock Litigation Trust Account at Axos Bank ("Litigation Trust Account – Axos") into the Wood Personal Account -1563, which total **$523,761.41**:

(ii) Thereafter, the transfers out of Wood Personal Account -1563 subsequent to July 23rd show Mr. Wood directly using the Litigation Trust funds for his own, and Ms. Belisle's, personal use, including without limitation $184,803 wired on August 12th to buy a Porsche automobile from Porsche Minneapolis (the "Porsche").

(iii) Mr. Wood's use of Litigation Trust funds to purchase the Porsche is glaringly apparent from the August statement from Wood Personal Account -1563. Copied below is the relevant portion of the statement. The left-hand column shows

transfers in, the middle column shows transfers out, and the right-hand column shows the ending daily balance:

| | | | | |
|---|---|---|---|---|
| | Jacob | | | |
| 8/12 | WT Fed#09N00 Axos Bank /Org=1/Silverrock Litigation Trust Srf# C606Yqj8Gzw8_G-+ Trn#260812045513 Rfb# | 100,000.00 | | |
| 8/12 | WT Fed#09N00 Axos Bank /Org=1/Silverrock Litigation Trust Srf# C606Yqj8Gzw55Fc+ Trn#260812141314 Rfb# | 37,000.00 | | |
| 8/12 | Online Transfer From Wood J Premier Checking Xxxxxx5451 Ref #Ib0Zbvmjnv On 08/12/26 | 8,500.00 | | |
| 8/12 | WT Fed#01R01 US Bank, NA /Ftr/Bnf=Porsche Minneapolis Srf# 0009544224602585 Trn#260812186364 Rfb# | | 184,803.00 | 340.16 |
| 8/13 | WT Fed#09N00 Axos Bank /Org=1/Silverrock Litigation Trust Srf# C606Yqi8Gzwma5 + Trn#260813125124 Rfb# | 15,000.00 | | |

(iv) In all, Mr. Wood made over 350 purchases and other transfers from Wood Personal Account -1563 between July 23rd and September 30th, substantially all of which appear to have been for personal use.

(v) Aside from the above-referenced $523,761.41 transferred in from the Litigation Trust Account - Axos, there are no substantial amounts being transferred into Wood Personal Account –1563 from other sources. As of September 30th, Wood Personal Account -1563 had a balance of only $19,186.81, meaning that by that point Mr. Wood had spent, on himself and Ms. Belisle personally, over half a million dollars of Litigation Trust funds utilizing the Wood Personal Account - 1563.

**B. Mr. Wood and Ms. Belisle purchased real property in Wisconsin for $821,500.13 using Litigation Trust funds transferred from the SilverRock Litigation Trust account at Axos Bank directly to the title company**

3. On August 25, 2026, Mr. Wood in addition caused $821,500.13 to be transferred directly from the Litigation Trust Account - Axos to Knight Barry Title Services LLC for the purchase in the name of Mr. Wood and Ms. Belisle, as joint tenants of a certain parcel of real property with buildings and improvements known as N. 8056 North Road, Springbrook, Wisconsin 54875 (the "House").

4. As well as numerous wire transfers from the Litigation Trust Account - Axos to Mr. Wood personally, the account statement for Litigation Trust Account – Axos shows the

aforesaid transfer of $821,500.13 to the title company, with the notation "Closing," on August 25th:

| | | |
|---|---|---|
| | FT03 | |
| 8/25 | DFT Domestic Wire<br>Knight Barry Title Services, L<br>LC<br>890000310395<br>US<br>Closing<br>20260825MMQFMP9N000322<br>20260825MMQFMPV200010408251317<br>FT03 | 821,500.13- |

5. Mr. Wood has previously transferred $25,500 from Wood Personal Account -1563 to Knight Barry Title Services, LLC, which sum was comprised entirely of funds originally transferred into Wood Personal Account -1563 from the Litigation Trust account. The August account statement for Wood Personal Account -1563 shows the following outbound transfer on August 3, 2026, related to the purchase of the House:

| | | |
|---|---|---|
| 8/3 | High Point Holdi Purchase 260731 218-391-3388 Madeline Belisle | 928.99 |
| 8/3 | Knight Barry Tit NW1597501 Jacob Wood | 25,500.00 |

## C. <u>Mr. Wood's refusal to turn over the Porsche and the House to the Trustee</u>

6. As described above, and as the referenced records clearly trace Mr. Wood's misuse of Litigation Trust funds are clearly traced to his purchase the Porsche and the House.

7. The Successor Trustee has requested, through counsel, that Mr. Wood consensually and voluntarily turn over the House and the Porsche to the Successor Trustee. However, Mr. Wood

thus far declined to consensually and voluntarily turn over the Porsche and House, despite the fact that both of these assets were purchased directly using funds of the Litigation Trust.

Dated: October 26, 2026

COZEN O'CONNOR

By: */s/ John T. Carroll, III*

John T. Carroll, III (No. 4060)
Simon E. Fraser (No. 5335)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2000 Phone
jcarroll@cozen.com
sfraser@cozen.com

*Counsel to the Trustee*