**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SilverRock Development Company, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 24-11647 (MFW)<br>(Jointly Administered) |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 27, 2026, AT 10:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

This proceeding will be conducted remotely via Zoom unless parties request an in-person hearing. Please refer to Judge Walrath's Chambers Procedures https://www.deb.uscourts.gov/judge-mary-f-walrath and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Walrath's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.[2]

**MATTERS GOING FORWARD:**

1. Trustee's Emergency Motion to Enforce Final Order (I) Removing Jacob Wood as Litigation Trustee; (II) Freezing and Preserving Litigation Trust Accounts and Traceable Accounts; (III) Compelling an Accounting, Turnover, and Production of Bank Records; (IV) Appointing James Romey of Arete Partners as Successor Litigation Trustee; and (V) Authorizing Recordation of a Lis Pendens Against the Wisconsin Property Filed by James Romey, Trustee
[Filed 10/7/2026; D.I. 1369]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you no later than two hours prior to the hearing. Please do not contact the Court to confirm registration or request the link. All participants must use their full name when registering and logging into Zoom or you will not be granted access to the hearing.

| | | |
|---|---|---|
| Objection Deadline: | Objections to be made at time of hearing pursuant to Expedited Order. | |
| Responses Received: | None. | |
| Related Documents | (a) | Trustee's Motion to Shorten Notice Period and Schedule expedited Hearing regarding Trustee's Emergency Motion to Enforce Final Order (I) Removing Jacob Wood as Litigation Trustee; (II) Freezing and Preserving Litigation Trustee Accounts and Traceable Accounts; (III) Compelling an Accounting, Turnover, and Production of Bank Records; (IV) Appointing James Romey of Arete Partners as Successor Litigation Trustee; and (V) Authorizing Recordation of a Lis Pendens Against the Wisconsin Property Filed by James Romey, Trustee [Filed 10/7/2026; D.I. 1370] |
| | (b) | Order Granting Trustee's Motion to Shorten Notice Period and Schedule Expedited Hearing Regarding Trustee's Emergency Motion to Enforce Final Order (I) Removing Jacob Wood as Litigation Trustee; (II) Freezing and Preserving Litigation Trust Accounts and Traceable Accounts; (III) Compelling an Accounting, Turnover, and Production oof Bank Records; (IV) Appointing Jammes Romey of Arete Partners ass Successor Litigation Trustee; and (V) Authorizing Recordation of a Lis Pendens Against the Wisconsin Property (the "Expedited Order") [Filed 10/15/2026; D.I. 1378] |
| | **(c)** | **Supplement to Trustee's Emergency Motion to Enforce Final Order (I) Removing Jacob Wood as Litigation Trustee; (II) Freezing and Preserving Litigation Trust Accounts and Traceable Accounts; (III) Compelling an Accounting, Turnover, and (III) Compelling an Accounting, Turnover, and Production of Bank Records; (IV) Appointing James Romey of Arete Partners as Successor Litigation Trustee; and (V) Authorizing Recordation of a Lis Pendens Against the Wisconsin Property [Filed 10/26/2026; D.I. 1387]** |
| Status | | This matter is going forward. |

2. Motion of Jacob Wood (I) to Modify Certain Provisions of the Final Order Pursuant to Paragraph 18 and (II) to Extend the Applicable Compliance Deadlines
[Filed 10/5/2026; D.I. 1365]

| | | |
|---|---|---|
| Objection Deadline: | Objections to be made at time of hearing pursuant to Expedited Order. | |
| Responses Received: | None. | |
| Related Documents | (a) | Notice of Motion of Jacob Wood (I) to Modify Certain Provisions of the Final Order Pursuant to Paragraph 18 and (II) to Extend the Applicable Compliance Deadlines [Filed 10/6/2026; D.I. 1366] |
| Status | | This matter is going forward. |

Dated: October 26, 2026
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to James Romey, Trustee*