SilverRock Development Company, LLC 24-11647

October 27, 2026

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Jason | Angelo | Reed Smith LLP | | 24-11647-MFW | Video and Audio |
| Rick | Archer | Law360 | | 24-11647-MFW | Audio Only |
| Ambrose | Bailey | Reed Smith LLP | | 24-11647-MFW | Video and Audio |
| Phoebe | Bakos | BankruptcyData | N/A - Media | 24-11647-MFW | Audio Only |
| Kimberly | Brown | Landis Rath & Cobb LLP | Arkus Advisory | 24-11647-MFW | Video and Audio |
| Cameron | Capp | Reed Smith LLP | | 24-11647-MFW | Video and Audio |
| John | Carroll | Cozen O'Connor | James Romey, Successor Trustee | 24-11647-MFW | Video and Audio |
| Casey | Cathcart | Young Conaway Stargatt & Taylor, LLP | | 24-11647-MFW | Video and Audio |
| Kaela | Dahan | Reed Smith LLP | | 24-11647-MFW | Video and Audio |
| Marguerite Lee | DeVoll | Watt, Tieder, Hoffar & Fitzgerald, LLP | R.D. Olson Construction Inc. | 24-11647-MFW | Video and Audio |
| Gregory | Demo | Pachulski Stang Ziehl & Jones LLP | Construction Loan Services II, LLC | 24-11647-MFW | Video and Audio |
| Katherine | Dute | Landis Rath & Cobb LLP | Arkus Advisory | 24-11647-MFW | Video and Audio |
| Kenneth | Enos | Young, Conaway, Stargatt & Taylor, LLP | Traub Trust and SR Land | 24-11647-MFW | Video and Audio |
| S. Alexander | Faris | Young Conaway Stargatt & Taylor, LLP | Traub Trust and SR Land | 24-11647-MFW | Video and Audio |
| Clara | Geoghegan | Law360 | | 24-11647-MFW | Audio Only |
| Uday | Gorrepati | | | 24-11647-MFW | Audio Only |
| Amanda | Kodabash | Pachulski Stang Ziehl & Jones LLP | represent Construction Loan Services II, LLC | 24-11647-MFW | Video and Audio |
| Jane | Leamy | Office of the U.S. Trustee | U.S. Trustee | 24-11647-MFW | Video and Audio |
| Scott | Leonhardt | | Granite Construction Company | 24-11647-MFW | Video and Audio |
| Kevin | Mangan | Womble Bond Dickinson (US) LLP | Wells Fargo Bank | 24-11647-MFW | Video and Audio |
| Theresa | Mistretta | Potter Anderson & Corroon | | 24-11647-MFW | Video and Audio |
| James | O'Neill | Pachulski Stang Ziehl & Jones LLP | Construction Loan Services II, LLC | 24-11647-MFW | Video and Audio |
| Carleton | Plourde | Polsinelli | Builders Capital | 24-11647-MFW | Video and Audio |
| Rizwan | Qureshi | Reed Smith LLP | | 24-11647-MFW | Video and Audio |
| Colin | Robinson | Landis Rath & Cobb LLP | Arkus Advisory | 24-11647-MFW | Video and Audio |
| James | Romey | Arete Partners | | 24-11647-MFW | Video and Audio |
| Michael | Schuster | | Construction Loan Services II, LLC | 24-11647-MFW | Video and Audio |
| Nicholas | Smargiassi | Saul Ewing LLP | Poppy Bank | 24-11647-MFW | Video and Audio |
| Vince | Sullivan | Law360 | | 24-11647-MFW | Audio Only |
| Cass | Traub | | Traub Trust and SR Land | 24-11647-MFW | Video and Audio |
| Alex | Wittenberg | | | 24-11647-MFW | Audio Only |

# SIGN-IN SHEET

**CASE NAME:** SilverRock Development Company, LLC **COURTROOM NUMBER:** 4

**CASE NUMBER:** 24-11647 (MFW) **DATE:** 10/27/2026

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John T. Carroll | Cozen O'Connor | Litigation Trustee Romney |
| Simon Fraser | Cozen O'Connor | Litigation Trustee Romney |
| Colin Robinson | Landis Rath & Cobb | Arkus Advisory |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |