# EXHIBIT A

## Proposed DIP Allocation

| | | DIP Allocation Approach | | | |
|---|---|---|---|---|---|
| | | **Purchase Price** | **Fees & Expenses** | **DIP Priming Amount** | **Net Value Allocation** |
| **Purchase Price** | | **65,000,000** | **--** | **--** | **65,000,000** |
| Less: Closing Costs | | -- | (2,070,495) | -- | (2,070,495) |
| Less: UST Fees | | -- | (399,544) | -- | (399,544) |
| Less: Supplemental DOT Collateral Reserve | | -- | (1,190,400) | -- | (1,190,400) |
| Plus: Interest Accrued in Escrow Account (as of May 31, 2026) | | -- | 625,337 | -- | 625,337 |
| Less: TIC Payment | | -- | (4,308,844) | -- | (4,308,844) |
| **Net Sale Proceeds** | | **65,000,000** | **(7,343,947)** | **--** | **57,656,053** |
| Less: City DIP Loan | | -- | -- | (9,606,977) | (9,606,977) |
| **Net Sale Proceeds after DIP Repayment** | | **65,000,000** | **(7,343,947)** | **(9,606,977)** | **48,049,076** |
| **Distribution of Net Sale Proceeds** | | | | | |
| | *% DIP Liens:* | | | | |
| Phase 1A | 36% | 23,636,364 | (2,670,526) | (3,493,446) | 17,472,391 |
| Phase 1B (Planning Areas 7, 8 & 9) | 64% | 41,363,636 | (4,673,421) | (6,113,531) | 30,576,685 |
| Total | 100% | 65,000,000 | (7,343,947) | (9,606,977) | 48,049,076 |

# **Exhibit B**

## **Proposed Acreage Allocation**

| | | Acreage Approach | | | |
|---|---|---|---|---|---|
| | | **Purchase Price** | **Fees & Expenses** | **DIP Priming Amount** | **Net Value Allocation** |
| **Purchase Price** | | **65,000,000** | **--** | **--** | **65,000,000** |
| Less: Closing Costs | | -- | (2,070,495) | -- | (2,070,495) |
| Less: UST Fees | | -- | (399,544) | -- | (399,544) |
| Less: Supplemental DOT Collateral Reserve | | -- | (1,190,400) | -- | (1,190,400) |
| Plus: Interest Accrued in Escrow Account (as of May 31, 2026) | | -- | 625,337 | -- | 625,337 |
| Less: TIC Payment | | -- | (4,308,844) | -- | (4,308,844) |
| **Net Sale Proceeds** | | **65,000,000** | **(7,343,947)** | **--** | **57,656,053** |
| Less: City DIP Loan | | -- | -- | (9,606,977) | (9,606,977) |
| **Net Sale Proceeds after DIP Repayment** | | **65,000,000** | **(7,343,947)** | **(9,606,977)** | **48,049,076** |
| **Distribution of Net Sale Proceeds** | | | | | |
| | *% of Total Acreage:* | | | | |
| Phase 1A | 60% | 38,684,867 | (4,370,763) | (5,717,610) | 28,596,494 |
| Phase 1B (Planning Areas 7, 8 & 9) | 40% | 26,315,133 | (2,973,184) | (3,889,367) | 19,452,582 |
| Total | 100% | 65,000,000 | (7,343,947) | (9,606,977) | 48,049,076 |