# EXHIBIT A

## Schematic Plans of the Debtors' and the Buyer's Plans

**Buyer's (TBE's) Plan:**[1]




[1] See Docket 943-1, filed 4/7/2026, page 23 of 52. The blue and red shading and annotated comments have been added.

**Debtors' Plan:**[2]




---

[2] See page 93 of Cushman & Wakefield Appraisal dated October 7, 2025 prepared in connection with the sale. (*See* D.I. 939-1 for a copy of the CW Appraisal.) The blue and red shading and annotated comments have been added.