# EXHIBIT B

## Excerpts Key Provision of the Complete Amended Development Agreement

**EXCEPTS FROM THE**
**REINSTATED AND AMENDED DEVELOPMENT AGREEMENT 2014-1001**
**Dated October 7, 2025**

The Amended Development Agreement provides that the Real Property Assets were always divided into two distinct phases or projects, Phase 1A and Phase 1B. Further, the residential components were required to be branded. See Page 3, emphasis added, regarding the Debtors' original requirements which had already separated the Real Property Assets into two projects, Phase 1A and Phase 1B:

i. Pursuant to the Original SOC PSDA, City and SOC had the authority to amend by mutual agreement of the parties. Between October 29, 2015, and November 16, 2023, City and SOC entered into five amendments thereto, dated October 29, 2015 **("First Amendment"),** April 18, 2017 **("Second Amendment"},** November 28, 2018 **("Third Amendment"},** October 12, 2021 **("Fourth Amendment"),** and November 16, 2023 **("Fifth Amendment,"** and the Original SOC PSDA as amended by all *five* amendments is referred to herein as the **"SDC PSDA");**

ii. Pursuant to the SOC PSDA and consistent with boundaries established by applicable subdivision maps and lot line adjustments, City conveyed to SOC the Property for the pre-development, development, operation, and use of a project that was eventually re-named "Talus" and consisted of the following project components (all as defined in the SOC PSDA): Luxury Hotel, Luxury Branded Residential Development, Lifestyle Hotel, Lifestyle Branded Residential Development, Conference and Shared Services Facility (including spa and other amenities), Permanent Golf Clubhouse, Promenade Mixed-Use Village/Resort Residential Village (on Planning Areas 7,8,9), as well as a specified Golf Course Realignment and corresponding Master Site Infrastructure Improvements (MSII). These project components on the Property, pursuant to the SOC PSDA, were divided into Phase 1A project components on the Phase 1A Property and the Phase 1B project components on the Phase 1B Property respectively, as described in the SOC PSDA;

The Amended Development Agreement provides that the Buyer's plan was always dependent upon Buyer constructing specifically a luxury hotel resort with amenities and branded residences. Buyer's plan was subject to the City's approval, and negotiation and approval between the Buyer and City of the Amended Development Agreement and the Transient Occupancy Tax ("TOT") Revenue Sharing Agreement. See page 4-5, emphasis added:

D. Developer submitted a proposal in response to the marketing materials, and, pursuant to the Bankruptcy Court-approved Bid Procedures, Debtors and City approved Developer's proposal, which, among other terms and conditions, includes a modified Project (as more particularly defined and described in this Agreement) on

the Property as well as possible acquisition in the future of the City-Owned Option Property (also referred to herein as the Phase 2 Property) for possible future development that may also complement a world-class hotel and residential destination resort. As of the Reference Date of this Agreement, City is the owner of approximately 193+/- acres that includes raw land and an existing driving range, but said acreage expressly *excludes* approximately 24+- acres that have the existing SilverRock Park and adjacent retention basin, included in the legal description in Exhibit A-3 attached hereto and incorporated herein by reference (the **"City-Owned Option Property" or "Phase 2 Property"),** which comprises a portion of the SilverRock Resort Area and is referenced in the Site Maps attached to this Agreement.

E. As part Developer's Project, Developer covenanted to prepare for construction, construct, and open for use and occupancy of a flagship luxury hotel consisting of approximately 150 rooms with amenities, as more particularly described herein (the **"Luxury Hotel").**

F. Developer's acquisition of the Property was conditioned on the final negotiation and approval of certain **"La Quinta Amended Development Documents"** as referenced in the Bankruptcy Lawsuit, which included (among other agreements) this Reinstated Development Agreement (which includes as exhibits certain **"Reinstated and Amended Covenants Affecting Real Property"** relating to Golf Course Use and Ahmanson Ranch House (the **"Reinstated Covenant Affecting Real Property (Golf Course Use)"** and **"Reinstated Covenant Affecting Real Property (Ahmanson Ranch House),"** respectively)), and separate agreements that include an Option to Purchase Real Property **("Option Agreement")** for the potential acquisition of the City-Owned Option Property, and **"Transient Occupancy Tax ("TOT") Revenue Sharing Agreement,"** and various land use covenants.

The Amended Development Agreement provides that the Buyer was at all times required to develop the Real Property Assets in accordance with the Amended Development Agreement, including phased development set forth in Phase 1A and Phase 1B. See Page 31-32, emphasis added:

3. DEVELOPMENT OF THE PROJECT

3.1 Generally.

Developer shall develop or cause the development of the Project on the Property in accordance with this Agreement and other Project Approvals, the Project Description, Site Maps, Scope of Work for all Project Components, and within commencement and completion dates of the Project Components pursuant to the Schedule of Performance stated to be Project Milestones. The Project Components shall be developed in phases and in accordance with this Agreement and the Site Maps, Schedule of Performance, Project Description, Scope of Work, and other Project Approvals.

The Amended Development Agreement provides that the Buyer was and is required under the Amended Development Agreement to submit separate conceptual development plans and entitlements for Phase 1A and for Phase 1B. See p. 32-33, emphasis added:

3.1.5 Obtaining Project Entitlements.

Developer shall have the obligation to apply for and obtain, at its own cost and expense, any and all permits, licenses, approvals and entitlements for the development of the Project and use and operation for the authorized uses attached to each Project Component as set forth in this Agreement. By the approximate dates set forth in the Schedule of Performance (or, with respect to Project Milestones, the dates), Developer shall submit to City Staff for review, comment and conformation of completeness, and for subsequent processing pursuant to the La Quinta Municipal Code (or, as applicable, this Agreement), the following:

(A) A proposed complete conceptual development plan for the Project Components on the Phase 1A Property that describes and depicts: (1) the location and placement of proposed buildings, (2) the architecture and elevations of the proposed buildings, and (3) any other specifications that Developer and City Staff mutually agree upon to be included in Phase 1A Property Project Components;

(B) A proposed complete conceptual development plan for the Project Components on the Phase 1B Property that describes and depicts: (1) the location and placement of proposed buildings, (2) the architecture and elevations of the proposed buildings, and (3) any other specifications that Developer and City Staff mutually agree upon to be included in Phase 1B Properly Project Components (which it is acknowledged and agreed that, at the election of Developer, may be as part of or separate from the development of the Phase 2 Property…

The Amended Development Agreement provides that the the Buyer was and is required to submit separate financing plans for Phase 1A and for Phase 1B. Also note that this section of the Amended Development Agreement requires a single hotel operator to manage the branded residences. See p. 34, emphasis added:

3.1.6 Submission of Additional Information to City.

For informational purposes only, Developer shall also provide the following information to the City Manager in connection with obtaining the remaining entitlements for the Luxury Hotel Project Component, the Phase 1A Luxury Residential Project Component, and the Phase 1B Luxury Residential Project Component.

(A) Commitment letter, term sheet, letter of intent, memorandum of understanding or similar instrument (which it is acknowledged may be non-binding) from the proposed Permitted Hotel Operator for the Luxury Hotel Project Component and (if applicable) Phase 1A Luxury Residential Project Component and/or Phase 1B Luxury Residential Project Component (depending on which Project Component(s) Developer elects to undertake

at the appliable time), along with documentation confirming certain of the basic terms and conditions pursuant to which the proposed Permitted Hotel Operator will operate and manage the luxury hotel, but excluding any information reasonably designated proprietary or otherwise confidential by the Hotel Operator including, without limitation, economic terms;

(B) The Final Project Budget for the applicable Project Component(s);

(C) The proposed financing plan generally identifying financing sources for all private and public improvements proposed for the Project Components on the Phase 1A Property, which financing plan is consistent with the Final Project Budget and in compliance with all applicable financing provisions in this Agreement, with respect to the applicable Project Component(s);

(D) The proposed financing plan generally identifying financing sources for all private and public improvements proposed for the Project Components on the Phase 1B Property, which financing plan is consistent with the Final Project Budget and in compliance with all applicable financing provisions in this Agreement, with respect to the applicable Project Component(s).

The Amended Development Agreement provides that the Buyer can only make minor changes to the improvements to be built without seeking approval of the City. See p. 35, emphasis added:

3.2.2 Changes to Specifications During Course of Construction.

Developer shall have the right during the course of construction of the Project to make minor field changes, without seeking the approval of the City, if such changes do not affect the type of use to be conducted within all or any portion of a structure. **"Minor field changes"** shall be defined as those changes from the Project Approvals or City-approved Discretionary Permits and/or Ministerial Permits and Approvals, that have no substantial effect on the Project or are made in order to expedite the work of construction in response to field or other unforeseen conditions. Developer shall submit all other changes (those changes which are not Minor Field Changes) to the City for its review and approval (which shall not be unreasonably delayed, withheld or conditioned} no less than thirty (30) days prior to the dale that Developer intends to implement such changes, or as otherwise determined appropriate by the Parties based on the circumstances presented. City shall have twenty (20) days from its receipt of such proposed changes to review the same and advise the Developer in writing whether such changes are acceptable to City in its reasonable discretion. Any proposed changes which are not disapproved by City within such twenty (20) day period shall be deemed approved. Nothing contained in this Section shall be deemed to constitute a waiver of or change in the City requirements governing changes or any other approvals by the City otherwise required construction of the Project.

The Amended Development Agreement provides that Phase 1A and Phase 1B were to be completed within the schedule approved by the City and that separate certificates of completion would issue for Phase 1A and Phase 1B. See p. 35-36, emphasis added:

> 3.2.3 Construction Commencement and Completion.
>
> Developer shall commence construction of the Project in approximate accordance with the Schedule of Performance (or, with respect to Project Milestones, in accordance therewith (subject to events of Force Majeure)) and, thereafter, shall diligently proceed to complete the construction of the Project in a good and workmanlike manner in substantial conformity with the Project Approvals according to the Schedule of Performance. Developer shall obtain a Certificate of Completion on or before the final completion date for the Project Milestones, and for other Project Components on the Phase 1A Property and Phase 1B Property, approximately on or before the completion dates, as set forth in the Schedule of Performance. Developer shall, promptly upon completion of construction of any Project Component(s), cause said Project Component(s) to be inspected by each federal, state, and local (including City) governmental agency with jurisdiction over the Project required under law to conduct such inspection, shall correct any defects and deficiencies that may be disclosed by any such inspection and shall cause to be duly issued all certificates of occupancy and other permits, licenses, approvals or entitlements necessary for the operation and occupancy of said completed Project Component(s). Excepting any preliminary work undertaken by Developer to salvage or use existing improvements on the Property, after commencement of the work of improvement of a Project Component on the Phase 1A Property, the Developer shall not permit the work or improvements to that Project Component of the Phase 1A Property to cease or be suspended for a lime period in excess of ninety (90) consecutive calendar days, subject to events of Force Majeure as provided in this Agreement. Similarly, after commencement of the work of improvement of a Project Component on the Phase 1B Property, the Developer shall not permit the work or improvements to that Project Component of the Phase 1B Property to cease or be suspended for a time period in excess of ninety (90) consecutive calendar days, subject to events of Force Majeure as provided in this Agreement.

[Cont. on next page.]

The Amended Development Agreement provides that all of the residences in Phase 1A and Phase 1B were specifically to be branded residences, branded with the luxury hotel and allowed the use of the luxury hotel resort amenities. Further, in addition to separate certificates of completion for Phase 1A and Phase 1B, no certificate of completion could be obtained for Phase 1B until at least half of the branded residences in Phase 1A were already built. See p. 38-39, emphasis added:

> 3.2.7 Developer Sale of Undeveloped Lots in Phase 1A Luxury Branded Residences Project Component and Phase 1B Luxury Residential Project Component.
>
> For the duration of the Term of this Agreement, Developer shall have the obligation to complete or cause the completion of construction for all Project Components of the Project; provided, however, that Developer shall have the right, in accordance with phased development of the Phase 1A Luxury Branded Residences Project Component (PA 2) and the Phase 1B Luxury Residential Project Component (PA 7) according to the approximate dates in the Schedule of Performance, to sell to individual buyers any precisely-graded and utility-ready unimproved custom single-family luxury home Lots, as long as any Lot sold to an individual buyer as part of the Project is subject to and governed by terms and conditions promulgated and enforced by the Permitted Hotel Operator and/or Developer for the timely construction and availability for occupancy of a single-family luxury residence on said Lot in accordance with design and construction requirements that are consistent with the use (or availability of the use) of such single-family luxury residence with the Luxury Hotel. The City shall have the right, upon request to Developer, to review the form of any agreements, development or construction guidelines or covenants, or other documents, which would be applicable to any Lots that would be eligible for sale to individual buyers pursuant to this Section, for the purpose of the City ensuring that the sale and construction of such unimproved Lot by an individual buyer is consistent with this Agreement and the Project. Any individual buyer of an unimproved Lot shall have the obligation to comply with any and all federal, state, and local (including City) laws and regulations for the development, use, and maintenance of a single-family luxury residence on the Lot, including but not limited to the requirement to obtain any and all Discretionary Permit and Ministerial Permits and Approvals from the City. Developer shall not sell or otherwise transfer (by lease or other conveyance) to an individual buyer any unimproved Lot on the Property unless such transfer is by a sale (for valuable consideration to a bone-fide purchaser) in accordance with the minimum requirements of this Section 3.2.7 and this Agreement. Developer shall not be entitled to a Certificate of Completion to be issued and recorded against the portion of the Phase 1 Property (including individual Lots) that constitute the Phase 1A Luxury Branded Residences Project Component (PA 2) or the Phase 1B Luxury Residential Project Component (PA 7) until at least one-half (1/2) of the single-family luxury residences have been completely constructed on the Lots within the Phase 1A Luxury Branded Residences Project Component (PA2), and Developer shall not be entitled to a Certificate of Completion to be issued and recorded against the portion of the Phase 1 Property (including individual Lots) that constitute the Phase 1B Luxury Residential Project Component (PA 7) until at least one-half (1/2) of the single-family luxury residences have been completely constructed on the Lots within the Phase 1B Luxury Residential Project Component (PA 7).

The Amended Development Agreement provides that separate certificates of completion would be issued for Phase 1A and Phase 1B. See p. 41:

3.4 Completion of Construction.

Provided Developer is not in Default or MAE Default of this Agreement, then Developer shall have the right, upon Developer's purported completion of construction for any Project Components on the Phase 1A Property, and upon Developer's purported completion of construction for any Project Components on the Phase 1B Property, to obtain a Certificate of Completion for that Project Component according to the following provisions:

The Amended Development Agreement groups the Phase 1A together as a single economic unit, and the Phase 1B components as a single unit. The Buyer was and is required to report to the City as to Phase 1A and as to Phase 1B. See p. 45-46:

3.8 Regular Updates to City on Development of the Project.

Commencing from the Development Agreement Reinstatement Dale, and for the duration of the Term, Developer shall deliver to the City Manager (or authorized designee) regular updates on the status of the development and construction of the Project. Unless otherwise agreed by Developer and City, each acting within their reasonable discretion, regular Developer updates to City shall be as follows:

3.8.1 Phase 1A Property Project Components.

No less than once every month until completion of all Project Components on the Phase 1A Property, a Developer Representative(s) shall deliver written updates to City Manager on the status of each Project Component on the Phase 1A Property that has been commenced on the applicable date. Each update shall include status of any permitting, demolition, grading, pre-construction, construction, rehabilitation, and other related material development information for each Project Component until a Certificate of Completion for all Project Components on the Phase 1A Property has been issued by City and recorded against the Phase 1A Property pursuant to this Agreement. City Manager, exercising reasonable discretion, may require additional/more specific information relating to the development of a Project Component on the Phase 1A Property. Each written update provided to City Manager should be assumed to be a public record under the California Public Records Act (Gov. Code, § 7920.000 *et seq.,* **"Public Records Act"),** but certain information therein may be subject to non-disclosure pursuant to the Public Records Act.

Additionally, unless City Manager authorizes a less frequent attendance requirement for Developer, no less than once every third City Council meeting until completion of the Luxury Hotel Project Component, Public Golf Clubhouse Project Component, and Phase 1A Luxury Residential Project Component on the Phase 1A Property, a Developer Representative(s) shall attend City Council public meetings to provide City Council and the general public with status updates relating to the development of these Project Components on the Phase 1A Property.

3.8.2 Phase 1B Property Project Components.

No less than once *every* two (2) months from commencement of construction activities on the Phase 1B Property until completion of all Project Components on the Phase 1B Property, a Developer Representative(s) shall deliver written updates to City Manager on the status of each Project Component on the Phase 1B Property. Each update shall include status of any permitting, grading, pre-construction, construction, rehabilitation, and other related material development information for each such Project Component until a Certificate of Completion for all Project Components on the Phase 1B Property has been issued by City and recorded against the Phase 1B Property pursuant to this Agreement. City Manager, exercising reasonable discretion, may require additional/more specific information relating to the development of a Project Component on the Phase 1B Property. Each written update provided to City Manager should be assumed to be a public record under the Public Records Act, but certain information therein may be subject to non-disclosure pursuant to the Public Records Act.

The Amended Development Agreement specifies the authorized uses of the Real Property Assets, and specifically states that the Buyer must develop a luxury hotel resort and residential dwellings, and that the Hotel Operator must manage the branded residences. See p. 58-59, emphasis added:

5. AUTHORIZED USES AND OPERATIONS ON THE PROPERTY

5.1 General Obligation for Developer and Successors and Assigns.

Upon completion of construction and development of the Property, and each portion thereof, the Property shall be used for the Project Components (and ancillary purposes) as more particularly described in the Site Maps, Project Description, Scope of Work, Schedule of Performance, this Agreement and other Project Approvals.

5.1.1 Luxury Hotel.

During the Term of this Agreement, Developer shall have at least one luxury hotel with first-class amenities and uses complementary to the Golf Course and surrounding SilverRock Resort Area, as approved by City as part of the Project Approvals. Developer shall have the obligation to ensure the luxury hotel generates TOT on a regular and continuous basis upon completion of construction and the opening thereof, with allowances for areas to be temporarily closed for maintenance and repair and, upon receiving any required permit, license, approval or entitlement (such as a building permit), rehabilitation or remodeling and other commercially reasonable business related to the operation of the Property.

Developer shall submit to City from the proposed hotel operator (a **"Hotel Operator")** documentation (which may be a term sheet, letter of intent or other non-binding instrument, as long as the final agreement or evidence of the final agreement is delivered to City for confirmation of a binding agreement that corresponds to the statements made in a term sheet, letter of intent or other non-

binding instrument) confirming certain of the basic terms and conditions pursuant to which the Hotel Operator will operate and manage the Luxury Hotel, any residential dwellings (including single-family and condominium units) operated in connection with the Luxury Hotel, and certain other related Project Components if so determined by Developer, but excluding any information reasonably designated proprietary or otherwise confidential by the Hotel Operator or Developer (the **"Hotel Management Documentation"),** with respect to which economic terms may be redacted. The Hotel Operator and Hotel Management Documentation shall not be subject to the City's approval if the Hotel Operator is a Permitted Hotel Operator provided that City's approval of the Hotel Management Documentation and Hotel Operator shall be required if the Hotel Operator is not a Permitted Hotel Operator, which approval shall not be unreasonably withheld, conditioned or delayed.

5.1.2 Residential Uses on the Property.

The total number, location, distribution, density, and intensity of residential units on the Property shall be generally consistent with the Site Maps, Project Description, Scope of Work, this Agreement and other Project Approvals. As depicted in the Site Maps and Project Approvals, as the same may be updated or amended from lime to time consistent with the terms of this Agreement, the residential portions of Project shall consist of residential single-family dwellings, luxury condominium dwelling units, residential and hotel amenities, and other residential dwelling units consistent with the Project Approvals, all of which shall be specifically developed and available for residential purposes, and may be the residents' primary residences or secondary residences, and may be available for long-term and short-term rentals. All residential dwellings, of whatever type, available for use for short-term vacation rentals shall be subject to the provisions in Section 5.2 of this Agreement. The parties acknowledge and agree that Developer may elect to combine Phase 1B and Phase 2 Pre-Closing Work if Developer satisfies the provisions and requirements in Section 3.1.5(8) of this Agreement.

[Cont. on next page.]

Exhibit D to the Amended Development Agreement, consisting of the Scope of Work / Scope of Development, specifically provides that all residential improvements within the Real Property Assets must be branded. It further states that it is contemplated that the existing improvements within the 29 branded residential lots within Phase 1A (formerly the Montage Residences) would have to be demolished. See Exhibit D, emphasis added:

EXHIBIT D

SCOPE OF WORK/ SCOPE OF DEVELOPMENT

This Reinstated Development Agreement governs the pre-development, development, land uses, operations, maintenance and repair of the Phase 1 Property, and the "work" includes any and all activities necessary and property to complete the Project on the Phase 1 Property. Pursuant to Section 6.2.2 of this Reinstated Development Agreement, the Phase 2 Property *(i.e.,* City-Owned Option Property) shall be subject to either an amendment to this Agreement or new development agreement to provide (among other terms and conditions) more detail on the Scope of Work for the Phase 2 Property, which pursuant to this Agreement will correspond to the work to be completed in Planning Area 8.

All work for the Project shall be conducted and completed in accordance with the Project Approvals as defined in this Reinstated Development Agreement. The work is to be completed in phases as provided in this Agreement and according to the Schedule of Performance, with the phases of the work to be organized and completed in eight (8) Planning Areas as depicted in the Site Maps by Planning Areas (PAs).

The work by Planning Area is generally described as follows:

**Planning Area 1 - SilverRock Golf Course (existing)**
Planning Area 1 consists of approximately 173 acres, which consists primarily of the existing Arnold Palmer Classic Golf Course. The Planning Area also contains the existing Ahmanson Ranch House, which sits on a 1.5-acre parcel, and the 3-acre golf course maintenance facility site located at the southern boundary of the SilverRock Resort Area adjacent to 54th Avenue. As currently contemplated by the project, the Golf Course will receive upgrades performed by the Developer and will have the right, but not the obligation, to conduct golf course improvements during City's ownership.

**Planning Area 2 - Luxury Branded Residences Phase 1A**
Planning Area 2 consists of approximately 14 acres and 29 residential lots and a private street. Il is anticipated that the residences will range from approximately 4,000sf - 5,500sf. A portion of the existing residential lots have partially-constructed improvements on them that will likely be demolished. The residential lots will be branded with the Luxury Hotel and be sold to private buyers. Developer may build a few speculative homes as

model homes, but as contemplated, each residential lot buyer will build their own home with the oversight of Developer and/or Hotel Manager. Additionally, each residential lot will be permitted as a Short-Term Vacation Rental, but Developer, Hotel Owner, Hotel Manager will have final say over which lots can be entered into the rental pool.

**Planning Area 3 & 5 - Luxury Hotel**
Planning Area 3 consists of approximately 23 acres and currently has partially-constructed improvements for the prior Luxury Hotel. Some of the existing improvements may stay as part of the new Luxury Hotel and some may be demolished. The new Luxury Hotel will include approximately 250,000sf of buildings, including a lobby building with restaurant, bar, retail, and back of house uses, spa, fitness, wellness, pools, cabanas, pool bar, guest rooms, and ancillary uses. Planning Area 5 consists of approximately 9.1 acres and currently has partially-constructed improvements for the prior Luxury Hotel including a Conference Center and Shared Services building. Some of the existing improvements may stay as part of the new Luxury Hotel and some may be demolished. The new Luxury Hotel will include approximately 55,000sf of banquet and back-of-house buildings plus parking and outdoor event areas and hotel amenities. In addition, ii is currently conceived to extend the existing Ahmanson Way to the northern portion of SilverRock Way between Planning Areas 4 & 5.

**Planning Area 4 - Public Golf Clubhouse**
Planning Area 4 consists of approximately 3.3 acres and previously contemplated as parking for the Luxury Hotel. The project currently conceives relocating the Public Golf Clubhouse to Planning Area 4 so that it is more accessible to the public as they enter the SilverRock Resort Area off of Avenue 52 and will be adjacent to the Public Park and golf course. The Public Golf Clubhouse will be approximately 16,000sf and planned to serve the Silver Rock Golf Course in Planning Area 1.

**Planning Area 6 - Luxury Branded Condominiums**
Planning Area 6 consists of approximately 18.4 acres and previously contemplated as the Lifestyle Hotel and Public Golf Clubhouse. The project currently conceives demolition of the partially-constructed Public Golf Clubhouse and to be replaced with approximately 70 luxury branded condominium units, a private branded-residences clubhouse, amenities, and private streets. The approximately 70 condominiums will range from approximately 2,000 - 3,500sf each. The condominiums will be built in phases across multiple buildings as opposed to one large building. Each condominium building will have covered parking and up to three levels of condominium units. The private branded residences clubhouse will be approximately 20,000sf and include a fitness area, meeting space, F&B, and amenities areas. Other residential amenities include a pool, tennis, pickleball, padel, and kids area.

**Planning Area 7 - Luxury Branded Residences Phase 1B**

Planning Area 7 consists of approximately 65.8 acres and 93 residential lots and private streets. It is anticipated that the residences will range from approximately 4,000sf - 5,500sf. The residential lots will be branded with the Luxury Hotel and be sold to private buyers. Developer may build a few speculative homes as model homes, but as contemplated, each residential lot buyer will build their own home with the oversight of Developer and/or Hotel Manager. Additionally, each residential lot will be permitted as a Short-Term Vacation Rental, but Developer, Hotel Owner, Hotel Manager will have final say over which lots can be entered into the rental pool.

**Planning Area 8 - Phase 2 - Golf, Residential, Commercial**

Planning Area 8 consists of approximately 193+/- acres and as currently contemplated will be developed with a private 18-hole golf course, 253 private residential lots, 40,000sf of commercial, with new private streets. (Developer's acquisition of the Phase 2 Property where Planning Area 8 is located is subject to the Option Agreement as identified in this Reinstated Development Agreement, but Developer may elect to combine Phase 1B and Phase 2 Pre-Closing Work if Developer satisfies the provisions and requirements in Section 3.1.S(B) of this Reinstated Development Agreement.)

[Cont. on next page.]

The Amended Development Agreement provides at Exhibit E, Project Schedule / Schedule for Performance, that Phase 1A is to be completed first with Phase 1B to be started and completed later:

| Project Component | Start Date | Completion Date[1] |
|---|---|---|
| **1. Existing Improvements** | | |
| With a goal to better understand the quality and functionality of the existing improvements, Developer will evaluate onsite improvements to determine if preservation is appropriate | Within 6 months of Reinstatement Date, Developer to start engineering and testing of existing improvements. If determined to preserve an existing improvement and work is required to be completed in order to preserve an improvement, then Developer to start the preservation work within 6 months of determination. | 12 months after preservation work commences. |
| **2. Luxury Hotel Project Component** | | |
| Includes Lobby, Guest Room Buildings, Spa, Wellness, Fitness, Banquet, BOH ("Back of House") | Within 24 months of Reinstatement Date;[2] Commencement of the Luxury Hotel Project Component is a "Project Milestone" | 36 months after Start Date; Completion of the Luxury Hotel Project Component is a "Project Milestone" |
| **3. Public Golf Clubhouse Project Component** | | |
| Includes public golf clubhouse building, parking lot, pro shop, F&B | Within 24 months of Reinstatement Date;[2] Commencement of the Public Golf Clubhouse Project Component is a "Project Milestone" | 36 months after Start Date; Completion of the Public Golf Clubhouse Project Component is a "Project Milestone" |
| **4. Phase 1A Luxury Branded Condominiums Project Component** | | |
| Applicable to the first condo phase with a minimum of six units. Subsequent condo building phases will commence after pre-sale targets are met and market conditions allow for subsequent phases. | Within 24 months of Reinstatement Date[2] | 36 months after Start Date |
| **5. Phase 1A Luxury Branded Residences Project Component (29 lots)** | | |
| Residential lots in Phase 1A to include approximately 29 lots. To be sold as finished lots to private buyers. | Within 24 months of Reinstatement Date[2] | 84 months after Start Date[3] |

| | | |
|---|---|---|
| **6. Phase 1B Luxury Branded Residences Project Component (93 lots)** | | |
| Residential lots in Phase 1B to include approximately 93 lots. To be sold as finished lots to private buyers. | No later than 24 months of Phase 1A Luxury Branded Residences Project Component Completion Date | 96 months after Start Date[4] |
| **7. Phase 1 Property Target Completion of Construction** | | |
| | | Month 144[5] |

---

[1]Definitions of "Completion Date":
For the Luxury Hotel and Public Golf Clubhouse Project Components, Completion Date shall be defined as substantially open for use by hotel guests and public golf clubhouse guests. "Substantially open" shall mean: (a) City issuance of a final Certificate of Occupancy, or temporary Certificate of Occupancy with only "punch list" items remaining to obtain a final Certificate of Occupancy, and (b) regular operations are in place to market to and receive payments from guests, or if there is a "soft opening," regular operations are anticipated to commence for marketing and receiving payments within three (3) to six (6) months of the purported "soft opening" date.
For the Phase 1A Luxury Branded Condominiums Project Component, Completion Date shall be defined as the City issuance of a Temporary Certificate of Occupancy for the first condo unit. Subsequent Condo phases will be completed after pre-sale targets are met and market conditions allow for subsequent phases.
For the Phase 1A Luxury Branded Residences Project Component, Completion Date shall be defined as finished lots and no less than one-half (1/2) of the single-family luxury residences have been completely constructed on the lots. Developer and Permitted Hotel Operator have a binding agreement in place for the management of the single family Lots in Planning Area 2.
For the Phase 1B Luxury Residential Project Component, Completion Date shall be defined as finished lots and no less than one-half (1/2) of the single-family luxury residences have been completely constructed on the lots.
For the Phase 1 Property Target Completion of Construction, Completion Date shall be defined as finished lots and no less than one-half (1/2) of the single-family luxury residences have been completely constructed on the lots for Phase 1A and Phase 1B.

[2]"Reinstatement Date" for purposes of this Schedule of Performance *only* is defined as the later of (i) the Development Agreement Reinstatement Date as defined in Section 1.3 of the Reinstated Development Agreement, and (ii) the running of the statute of limitations and referendum petition deadlines to challenge the adoption of the Reinstated Development Agreement with no legal challenges or petition having been filed or submitted, or if filed or submitted, successfully resolved to the satisfaction of Developer and City.

[3]The 84 month timeline allows 24 months to sell 50% of the lots, then 24 months for lot buyers to start construction, and 36 months to complete construction of the homes.

[4]The 96 month timeline allows 36 months to sell 50% of the lots, then 24 months for lot buyers to start construction, and 36 months to complete construction of the homes.

[5]Phase 1 Property Target Completion of Construction is an estimated target completion date for all Project Components and the extension options described below are still applicable.