# EXHIBIT D

## Restricted Appraisal Provided by HVS

HVS

Exhibit
110
10/06/2026
White

RESTRICTED APPRAISAL REPORT

# SilverRock Resort Phase 1 Valuation

SILVERROCK MASTER-PLANNED COMMUNITY
LA QUINTA, CALIFORNIA



**SUBMITTED TO:**

Ms. Kirsten Worley, Partner
Stoel Rives LLP
501 West Broadway, Suite 2000
San Diego, California 92101

+1 (858) 602-4909

**PREPARED BY:**

HVS Consulting & Valuation
Division of TS Worldwide, LLC
140 South Lake Avenue, Suite 300
Pasadena, California 91101

+1 (305) 502-1167

HVS

September 24, 2026

Ms. Kirsten Worley, Partner
Stoel Rives LLP
501 West Broadway, Suite 2000
San Diego, California 92101

Re: SilverRock Resort Phase 1
La Quinta, California
HVS Reference: 2026021343

Dear Ms. Worley:

HVS LOS ANGELES
140 South Lake Avenue, Suite 300
Pasadena, California 91101
+1 (305) 502-1167
+1 (415) 896-0516 FAX
www.hvs.com

Pursuant to your request, we herewith submit our appraisal report pertaining to the above-captioned proposed resort and residences. This is a restricted appraisal report[1] intended to comply with the reporting requirements set forth under Standards Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice (USPAP) for a restricted appraisal report, as provided by the Appraisal Foundation. It is intended for the restricted use of Stoel Rives LLP and the parties involved with the Chapter 11 bankruptcy litigation including: Poppy Bank; R.D. Olson Construction Inc; Construction Loan Services II, LLC, d/b/a Builders Capital; Granite Construction Company; Keillor Capital Inc., as servicer on behalf of and together with RAF Pacific Loan Opportunity Fund I, LLC, The Arnold Fishman Revocable Trust dated July 15, 1999; SilverRock Land II, LLC; Traub Family Revocable Trust dated January 22, 2015; SilverRock Resort Investment LLC; and SilverRock Resort Investment M, LLC. The appraisal report is submitted in connection with the Motion for Entry of Order (I) Valuing Collateral Pursuant to 11 U.S.C. section 506(a) and (II) Granting Related Relief, may not be relied upon by other parties; furthermore, the rationale for how we arrived at our opinions and conclusions may not be properly understood without additional information, which is contained in our work file.

The subject of the appraisal is the fee simple interest in a site measuring 127.91 acres, known as the Phase I land of the SilverRock Resort. The property is planned for a full-service, luxury resort and branded residences. For the purposes of our analysis and for clarity, the proposed development has been divided into two sub-phases: Phase 1A and Phase 1B. Phase 1A of the subject property corresponds to a luxury resort with 154 rooms, 70 branded condominiums, and 29 branded residential lots, as well as the spa, conference center, and golf clubhouse. Phase 1B corresponds to the balance of the subject, which consists of vacant land proposed for a total of 93 branded residential lots.

[1] Under Uniform Standards of Professional Appraisal Practice (USPAP), Standards Rule 2-2, two reporting options are available for written appraisal reports: (1) Appraisal Report or (2) Restricted Appraisal Report. In most cases, the difference between an Appraisal Report and Restricted Appraisal Report is whether the information must be summarized or whether it may be stated. The signing appraisers carefully considered the obligation for a report to “contain sufficient information to enable the intended users of the appraisal to understand the report properly” when they considered the Restricted Appraisal Report option (with an expanded Addenda) to be appropriate for the intended users.

HVS

We have undertaken the appraisal process, and based on our analysis, have concluded to the following opinions of market value:

| | Retrospective Market Value |
|---|---|
| Date of Value | October 23, 2025 |
| Exposure Time (Months) | Nine to twelve |
| Phase 1A | $55,900,000 |
| Phase 1B | 9,200,000 |
| **Reconciled Value** | **$65,100,000** |
| Interest Appraised | Fee simple |

As of the date of value, subject site was partially improved. Construction commenced in July 2021 but was halted in September 2022 following the former developer's financial difficulties and subsequent bankruptcy. The lobby building, spa building, clubhouse, shared-services building, and multiple guestroom buildings, as well as select site improvements, were partially constructed. In addition, multiple residential units were partially constructed. However, given that the improvements had been exposed to the elements for several years, coupled with the buyer's changes to the development plan, many of the existing partially constructed improvements were likely to be demolished.

As used herein, extraordinary assumption means an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. We have made the extraordinary assumption that a buyer would develop the property in accordance with SilverRock Specific Plan and the 2025 SilverRock Master Plan as stated the Reinstated Development Agreement and Amended Development Agreement for the SilverRock Resort, adopted on October 7, 2025. The approved development plan contemplates a luxury resort comprising 154 hotel keys, 70 branded residences, 29 branded residential lots, a conference center and back-of-house facilities, and a new public clubhouse within Phase 1A, as well as 93 branded residential lots within Phase 1B. The hotel is assumed to be operated by a city-approved luxury hotel operator, such as Montage or Four Seasons, as required by the development agreement. The vertical construction in place as of the effective date includes portions of the proposed luxury hotel, guestroom buildings, residences, common areas, conference center, and back-of-the-house service building. The existing improvements have been exposed to the elements for several years and are not consistent with the reinstated development plan. For purposes of our analysis, we have assumed that a portion of the existing improvements is usable and that the costs-to-complete estimate prepared by Cumming Group as of October 2025 is reasonable and accurate for completing the entirety of Phase 1A in accordance with the buyer's plan. If the actual usability of the existing construction or the costs to complete differ materially from the estimates provided herein, such differences could have a material impact on the value indications presented herein.

Our appraisal does not address unforeseeable events that could alter the proposed project, and/or the market conditions reflected in the analyses; we assume that no

significant changes, other than those anticipated and explained in this report, shall take place between the date of value and date of prospective value. The use of this extraordinary assumption may have affected the assignment results. We have made no other extraordinary assumptions specific to this appraisal. However, several important general assumptions have been made that apply to this appraisal and our valuations of proposed hotels in general. These aspects are set forth in the Assumptions and Limiting Conditions chapter of this report.

We hereby certify that we have no undisclosed interest in the property, and our employment and compensation are not contingent upon our findings. This study is subject to the comments made throughout this report and to all assumptions and limiting conditions set forth herein.

Sincerely,

Kirsten Z. Smiley, MAI,
Managing Director
ksmiley@hvs.com, +1 (405) 612-6255
State Appraiser License (CA) 3006177

John P. Lancet, MAI
Senior Managing Director
jlancet@hvs.com, +1 (305) 502-1167
BREA Appraiser Identification Number 3000227-005
Temporary Practice Permit

HVS

# Table of Contents


| SECTION | TITLE | PAGE |
|---|---|---|
| 1. | Summary of Salient Data and Conclusions | 6 |
| 2. | Nature of the Assignment | 10 |
| 3. | Income Capitalization Approach Summary | 17 |
| 4. | Value Conclusions | 29 |
| 5. | Statement of Assumptions and Limiting Conditions | 32 |
| 6. | Certification | 36 |
| Addenda | | 38 |

Qualifications & Copy of Appraisal Licenses

HVS

# 1. Summary of Salient Data and Conclusions

| | |
|---|---|
| Project: | SilverRock Resort Phase I |
| Location: | SilverRock Master-Planned Community<br>La Quinta, California 92253 |
| Interest Appraised: | fee simple |
| Highest and Best Use (as if vacant): | Develop a luxury resort and branded residences |
| Highest and Best Use (as if improved): | Develop a luxury resort and branded residences |

## LAND DESCRIPTION

| | |
|---|---|
| Total Phase 1 Area: | 127.91 acres |
| Phase 1A Area: | 66.38 acres |
| Phase 1B Area: | 61.53 acres (assumed 42.7 acres saleable acres) |

## 2025 SILVERROCK MASTER PLAN




This map was found in the Court's records at Docket No. 943-1, page 23 thereof.

HVS

| | |
|---|---|
| Zoning: | SilverRock Specific Plan (SP2006-080) and 2025 SilverRock Master Plan as specifically stated in the reinstated and amended development agreement for the SilverRock Resort, adopted October 7, 2025 – Case Number: Development Agreement 2025-0001 (Reinstated and Amended Development Agreement 2014-1001) |
| Assessor's Parcel Numbers: | 777-060-083, 777-060-085, 777-060-075, 777-060-078, 777-490-058, 777-490-063, 777-490-064, 777-490-065, 777-490-066, 777-490-037, 777-490-057, 777-490-059, 777-490-068, 777-490-042, 777-490-076, 777-490-072, 777-490-073, 777-490-074, 777-490-075, 777-490-077, 777-490-078, 777-490-079, 777-490-080, 777-490-046, 777-490-071, 777-060-082, 777-060-084, 777-510-001, 777-510-002, 777-510-003, 777-510-004, 777-510-005, 777-510-006, 777-510-007, 777-510-008, 777-510-009, 777-510-010, 777-510-011, 777-510-012, 777-510-013, 777-510-014, 777-510-015, 777-510-016, 777-510-017, 777-510-018, 777-510-019, 777-510-020, 777-510-021, 777-510-022, 777-510-023, 777-510-025, 777-520-001, 777-520-002, 777-520-003, 777-520-004, 777-520-005, 777-520-006, 777-520-007, 777-520-008, 777-520-009, 777-520-010, 777-520-011, 777-520-012, 777-520-013, 777-520-014, 777-520-015, 777-520-016, 777-520-017, 777-520-018, 777-490-053, 777-490-054, 777-490-055 |
| FEMA Flood Zone: | Zone X |

## PROPOSED IMPROVEMENTS DESCRIPTION

| | |
|---|---|
| Property Type: | Full-service, luxury resort and branded residences |
| Hotel Room Count: | 154 |
| Assumed Hotel Opening Date: | June 1, 2029 |
| Number of branded Condominiums: | 70 |
| Average Size of Branded Condominiums: | 3,000 square feet |
| Number of branded Residential Lots – Phase 1A: | 29 |
| Average Size of Phase 1A Lot: | 16,027 square feet |
| Units Participated in Rental Management Program: | 46 (assumed 65% participation rate) |
| Total Rentable Units Assumed in Analysis: | 200 |
| Branded Residential Lots – Phase 1B: | 93 |
| Average Size of Phase1B lot: | 20,000 square feet |
| Hotel Food and Beverage Facilities: | A three-meal restaurant, a lobby bar and lounge, and a pool bar |
| Meeting Space: | 21,600 square feet |

HVS

| | |
|---|---|
| Additional Facilities: | Multiple outdoor swimming pools and whirlpools, a full-service spa, an 18-hole golf course (not part of appraisal), a fitness center, retail outlets, and outdoor recreational acres |
| Residential Amenities: | Residential club and pool areas |

## FIGURE 1-1 PROJECTED ROOMS REVENUE METRICS – COMBINED HOTEL AND RESIDENCES

| | Occupancy | | Average Rate | | RevPAR | |
|---|---|---|---|---|---|---|
| Year | Total | % Change | Total | % Change | Total | % Change |
| 2029/30 | 44.0 % | — | $1,535.75 | — | $675.73 | — |
| 2030/31 | 49.0 | 11.4 % | 1,689.33 | 10.0 % | 827.77 | 22.5 % |
| 2031/32 | 54.0 | 10.2 | 1,843.50 | 9.1 | 995.49 | 20.3 |
| Stabilized | 57.0 | 5.6 | 1,951.11 | 5.8 | 1,112.14 | 11.7 |
| 2033/34 | 57.0 | 0.0 | 2,009.65 | 3.0 | 1,145.50 | 3.0 |

## FIGURE 1-2 PROJECTED REVENUE, HOUSE PROFIT, AND EBITDA LESS REPLACEMENT RESERVE

| | | Total Revenue | | Gross Operating Profit | | House Profit Ratio | EBITDA Less Replacement Reserve | | |
|---|---|---|---|---|---|---|---|---|---|
| | Year | Total | % Change | Total | % Change | | Total | % Change | As a % of Ttl Rev |
| **Projected** | 2029/30 | $79,747,000 | — | $23,399,000 | — | 29.3 % | $7,149,000 | — | 9.0 % |
| | 2030/31 | 95,420,000 | 19.7 % | 35,701,000 | 52.6 % | 37.4 | 15,875,000 | 122.1 % | 16.6 |
| | 2031/32 | 111,179,000 | 16.5 | 47,100,000 | 31.9 | 42.4 | 23,010,000 | 44.9 | 20.7 |
| | 2032/33 | 122,374,000 | 10.1 | 55,190,000 | 17.2 | 45.1 | 28,252,000 | 22.8 | 23.1 |
| | 2033/34 | 126,045,000 | 3.0 | 56,846,000 | 3.0 | 45.1 | 29,138,000 | 3.1 | 23.1 |

HVS

## FIGURE 1-3 SUMMARY OF MARKET VALUE OPINIONS – RESIDUAL APPROACH

| Phase 1A Retrospective Market Value Conclusion, as of October 23, 2025 | | Amount |
|---|---|---|
| "When Complete" Prospective Value Opinion - Hotel, as of June 1, 2029 | | $425,000,000 |
| Net Present Value of Transient Occupancy Tax Rebate, as of June 1, 2029 | | 62,000,000 |
| Total Value Hotel and TOT | | 487,000,000 |
| Deflation Factor at a 3.0% discount rate | | 0.8988 |
| Deflated "When Complete" Value Hotel and TOT - As of October 23, 2025 | | 437,733,153 |
| Net Present Value of Luxury Condos - As of October 23, 2025 | | 236,100,000 |
| Net Present Value of Luxury Lots - As of October 23, 2025 | | 46,300,000 |
| Total Property Value Phase 1A | | 720,133,153 |
| Less: Cost to Complete (Source: Cumming Group and HVS) | | 664,217,293 |
| "As Is" Residual Value - Phase 1A | | $55,915,860 |
| Rounded to: | | $55,900,000 |
| | Per Economic Unit (253) | 220,949 |

| Phase 1B Retrospective Market Value Conclusion, as of October 23, 2025 | | Amount |
|---|---|---|
| Net Present Value of Luxury Lots 1B | | $69,500,000 |
| Less: Cost to Complete (Source: Cumming Group and HVS) | | 60,267,544 |
| Residual Value - Phase 1B | | $9,232,456 |
| Rounded to: | | $9,200,000 |
| | Per Economic Unit (93) | $98,925 |
| Total Residual Value | | $65,100,000 |
| Rounded to: | | $65,100,000 |

Given the restricted nature of the appraisal, the summary of all values are presented in Chapter 3, while the remaining supporting tables and exhibits are included in the appraisal addenda.

HVS

# 2. Nature of the Assignment

**Subject of the Appraisal**

The subject of the appraisal is the fee simple interest in an assemblage consisting of 72 parcels and measuring 127.91 acres, known as the SilverRock Resort Phase 1 Land. The property is planned to be improved with a full-service, luxury resort along with branded residences. The proposed resort, which is assumed to open on June 1, 2029, will feature 154 hotel rooms, a three-meal restaurant, a lobby bar and lounge, and a pool bar, 21,600 square feet of meeting space, multiple outdoor swimming pools and whirlpools, a full-service spa, an 18-hole golf course (not part of appraisal), a fitness center, retail outlets, and outdoor recreational acres. The development is anticipated to include 70 branded condominiums and 122 branded residential lots. The residences will have the option to participate in a nightly rental program. For purposes of the appraisal, 46 residential units are assumed to participate in the rental program (65% participation rate), resulting in a total of 200 rentable units.

The subject site's location is the SilverRock Master-Planned Community, La Quinta, California 92253.

**Property Rights Appraised**

The property rights appraised are the fee simple ownership of the real and personal property. The fee simple estate is defined as "absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat."[2] [3]

**Pertinent Dates**

The retrospective date of market value is October 23, 2025. John P. Lancet, MAI, and Kirsten Z. Smiley, MAI, inspected the property on August 30, 2026. It is our understanding that the development was essentially unchanged from October 2025 through the date of our inspection. Accordingly, our assumptions are based on market conditions as of October 23, 2025, and the "cost to complete" reflected in

---

[2] Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th ed. (Chicago: Appraisal Institute, 2022).

[3] According to 759–2025.10.23–Order Approving Sale of Assets to Successful Bidder.pdf, paragraph 17, 'The sale of the Purchased Assets approved pursuant to this Sales Order, shall be "free and clear" of the Ground Leases, including any and all Interests or Claims related thereto. Entry of this Sale Order and the recordation of this Sale Order as required under applicable law shall be sufficient to record the disposition of the Purchased Assets "free and clear" of such Ground Leases and no other documentation shall be required to evidence that the sale of the Purchased Assets is "free and clear" of such Ground Leases in accordance with section 363(f) of the Bankruptcy Code.

HVS

this report are based on estimates provided by The Cumming Group. The operative date of valuation is October 23, 2025, the date the sale order was approved. Alternatively, using the December 9, 2025 closing date as the valuation date would have a negligible impact on the appraised value.

**Market Considerations**

Much of 2025 was characterized by a notable degree of volatility related to changing government policies (including tariffs) and continued concerns about inflation, labor costs (and availability), and international travel. These conditions resulted in widespread uncertainty as to the outlook for the local, national, and international economies. Although circumstances were less volatile in the fourth quarter of 2025, the national lodging market as a whole registered lower occupancy and minimal ADR growth, due in part to the extended government shutdown. Similarly, the hospitality investment market remained subdued. Regarding the long term, we know that the hospitality industry has proven to be extraordinarily resilient following past "shock" events and downturns, such as 9/11, the Great Recession, and the COVID-19 pandemic, which caused business to decline sharply. However, the industry's performance has always recovered and continued to grow. Thus, we are confident that the industry will prove to be similarly resilient following the current period.

**Exposure Period**

Our opinion is that the exposure period for the proposed subject property, prior to our date of value, was estimated to be nine to twelve months.

**Marketing Period**

The marketing period for the proposed subject property, subsequent to our date of value, was estimated to be nine to twelve months.

**Ownership History**

The subject property was previously owned by SilverRock Development Company, LLC; RGC PA789, LLC; SilverRock Lifestyle Residences, LLC; SilverRock Lodging, LLC; SilverRock Luxury Residences, LLC; and SilverRock Phase I, LLC. As of the date of the appraisal, the property had been sold to TBE RE Acquisition Co II LLC, a subsidiaries of Turnbridge Equities, for a reported price of $65,000,000 pursuant to a bankruptcy court-ordered sale. The transaction was marketed by JLL. Reportedly, Turnbridge served as the stalking-horse bidder and initially submitted a $60,000,000 stalking-horse bid. Multiple bidders subsequently entered the process, and the purchase price was ultimately increased to $65,000,000. The property was widely marketed, and the buyer facilitated an all-cash transaction. Our analysis of the price reflects that it is consistent with our market value opinion.

**Management and Franchise Assumptions**

For purposes of this appraisal, we have assumed that the proposed hotel will be managed by a luxury hotel operator of the caliber of Montage or Four Seasons. Our forecast management fees represent a blended average of the base and incentive management fees that would be expected for a property of this type, with fees deducted at rates consistent with current market standards. The proposed

HVS

residences will have the option to participate in a rental management program, whereby the units will be marketed for nightly rental. We have assumed that the rental management program will be operated by the hotel operator. For purposes of this appraisal, we have assumed that, after a 10.0% service charge, the revenue generated by the rental program will be split evenly (50.0%/50.0%) between the unit owners and property ownership. Our projections reflect a total base management fee of 3.0% of total revenues.

## Objective of the Appraisal

The objective of the appraisal is to develop an opinion of the subject property's retrospective market value as of October 23, 2025. The following definition of market value has been agreed upon by the agencies that regulate federal financial institutions in the United States:

> The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
>
> 1. buyer and seller are typically motivated;
> 2. both parties are well informed or well advised, and acting in what they consider their own best interests;
> 3. a reasonable time is allowed for exposure in the open market;
> 4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
> 5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.[4]

Retrospective market value is defined by the Appraisal Institute as follows:

> The estimate of the market value of real property as of a specified historical date.[5]

Prospective market value is defined by the Appraisal Institute as follows:

---

[2] *Federal Register*, Vol. 75, No. 237, December 10, 2010: 77472.

[5] Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th ed. (Chicago: Appraisal Institute, 2022).

HVS

A value opinion effective as of a specified future date.[6]

The prospective value opinion upon stabilization estimates the market value of a property upon reaching a stabilized level of operation. Operations are stabilized at that point in time when abnormalities in supply and demand or any additional transitory conditions cease to exist, and the existing conditions are those expected to continue over the economic life of the property.

**Most Probable Buyer**

The proposed resort development represents a rare investment opportunity that should appeal to a broad range of institutional and private buyers. The project benefits from an irreplaceable location abutting the Santa Rosa Mountains within an established destination market and is planned to offer a comprehensive array of resort amenities, an 18-hole golf course, and branded residences. In addition, the project developer is anticipated to receive a transient occupancy tax (TOT) rebate, which should further support the feasibility of the project. It is our opinion that the most probable buyer of the subject property would be a private investment fund, REIT, high-net-worth individual, or ownership group seeking to complement an existing hotel portfolio. Given the positioning and scale of the proposed resort, we would expect a prospective buyer to select a top-tier luxury hotel management company to serve as the operator and/or brand licensor.

**Intended Use of the Appraisal**

This restricted appraisal report is being prepared for use by Stoel Rives LLP in connection with the bankruptcy proceedings of the SilverRock Resort Phase 1 land.

**Intended User of the Appraisal**

This report is intended for the intended use of Stoel Rives LLP and the parties involved with the Chapter 11 bankruptcy litigation only, including: Poppy Bank; R.D. Olson Construction Inc; Construction Loan Services II, LLC, d/b/a Builders Capital; Granite Construction Company; Keillor Capital Inc., as servicer on behalf of and together with RAF Pacific Loan Opportunity Fund I, LLC, The Arnold Fishman Revocable Trust dated July 15, 1999; SR Land II, LLC; Traub Family Revocable Trust dated January 22, 2015; SilverRock Resort Investment LLC; SilverRock Resort Investment M, LLC. This report may not be relied upon by other individuals or third parties.

**Assignment Conditions**

We have made the extraordinary assumption that a buyer would develop the property in accordance with the SilverRock Specific Plan and the 2025 SilverRock Master Plan as stated the Reinstated Development Agreement and Amended Development Agreement for the SilverRock Resort, adopted on October 7, 2025. The approved development plan contemplates a luxury resort comprising 154 hotel keys, 70 branded residences, 29 branded residential lots, a conference center and back-of-house facilities, and a new public clubhouse within Phase 1A, as well as 93

[6] Ibid.

HVS

branded residential lots within Phase 1B. The hotel is assumed to be operated by a city-approved luxury hotel operator, such as Montage or Four Seasons, as required by the development agreement.

The vertical construction in place as of the effective date includes portions of the proposed luxury hotel, guestroom buildings, residences, common areas, and golf clubhouse. The existing improvements have been exposed to the elements for several years and are not consistent with the reinstated development plan. For purposes of our analysis, we have assumed that a portion of the existing improvements is usable and that the costs-to-complete estimate prepared by Cumming Group as of October 2025 is reasonable and accurate for completing the entirety of Phase 1A in accordance with the buyer's plan. If the actual usability of the existing construction or the costs to complete differ materially from the estimates provided herein, such differences could have a material impact on the value indications presented herein.

Our appraisal does not address unforeseeable events that could alter the proposed project, and/or the market conditions reflected in the analyses; we assume that no significant changes, other than those anticipated and explained in this report, shall take place between the date of value and date of prospective value. The use of this extraordinary assumption may have affected the assignment results. We have made no other extraordinary assumptions specific to this appraisal. However, several important general assumptions have been made that apply to this appraisal and our valuations of proposed hotels in general. These aspects are set forth in the Assumptions and Limiting Conditions chapter of this report.

**Competency**

Our qualifications are included as an addendum to this report. These qualifications reflect that we have the competence required to complete this engagement, in accordance with USPAP's competency provision. Our knowledge and experience are appropriate for the complexity of this assignment.

**Scope of Work**

The methodology used to develop this appraisal is based on the market research and valuation techniques set forth in the textbooks authored by Hospitality Valuation Services for the American Institute of Real Estate Appraisers and the Appraisal Institute, entitled *The Valuation of Hotels and Motels,*[7] *Hotels, Motels and Restaurants: Valuations and Market Studies,*[8] *The Computerized Income Approach to*

[7] Stephen Rushmore, *The Valuation of Hotels and Motels*. (Chicago: American Institute of Real Estate Appraisers, 1978).

[8] Stephen Rushmore, *Hotels, Motels and Restaurants: Valuations and Market Studies*. (Chicago: American Institute of Real Estate Appraisers, 1983).

HVS

*Hotel/Motel Market Studies and Valuations,*[9] *Hotels and Motels: A Guide to Market Analysis, Investment Analysis, and Valuations,*[10] and *Hotels and Motels – Valuations and Market Studies.*[11]

1. All information was collected and analyzed by the staff of TS Worldwide, LLC. Information was supplied by the client and/or the property's development team.
2. The subject site has been evaluated from the viewpoint of its physical utility for the future operation of a hotel, as well as access, visibility, and other relevant factors.
3. The subject property's proposed improvements have been reviewed for their expected quality of construction, design, and layout efficiency.
4. The surrounding economic environment, on both an area and neighborhood level, has been reviewed to identify specific hostelry-related economic and demographic trends that may have an impact on future demand for hotels and residences.
5. For the hotel component, we have divided the market for hotel accommodations into individual segments in order to define specific market characteristics for the types of travelers expected to utilize the area's hotels. The factors investigated include purpose of visit, average length of stay, facilities and amenities required, seasonality, daily demand fluctuations, and price sensitivity.
6. For the hotel component, an analysis of existing and proposed competition was executed, which provides an indication of the current accommodated demand, along with market penetration and the degree of competitiveness.
7. For the hotel component, documentation for an occupancy and ADR projection is derived utilizing the build-up approach based on an analysis of lodging activity.
8. For the hotel component, a detailed projection of income and expense made in accordance with the Uniform System of Accounts for the Lodging Industry (USALI) sets forth the anticipated economic benefits of the proposed subject property.

---

[9] Stephen Rushmore, *The Computerized Income Approach to Hotel/Motel Market Studies and Valuations*. (Chicago: American Institute of Real Estate Appraisers, 1990).

[10] Stephen Rushmore, *Hotels and Motels: A Guide to Market Analysis, Investment Analysis, and Valuations* (Chicago: Appraisal Institute, 1992).

[11] Stephen Rushmore and Erich Baum, *Hotels and Motels – Valuations and Market Studies.* (Chicago: Appraisal Institute, 2001).

HVS

9. The appraisal considers the following three approaches to value: cost, sales comparison, and income capitalization. We have investigated numerous improved sales in the market area and have spoken with buyers, sellers, brokers, property developers, and public officials. Because lodging facilities are income-producing properties that are normally bought and sold on the basis of capitalization of their anticipated stabilized earning power, the greatest weight is given to the value indicated by the income capitalization approach. We find that most hotel investors employ a similar procedure in formulating their purchase decisions; thus, the income capitalization approach most closely reflects the rationale of typical buyers.
10. Pricing and pace for the sell-out of the 70 condominiums and the 122 residential lots have also been completed based on market data. The net sale proceeds from the sell-out of the condominiums and residential lots have then been calculated based on a selected present value factor and the anticipated costs of sales.

The value conclusions of the appraisal are based on this investigation and analysis and is conveyed in this restricted report. The analyses, opinions, and conclusions were developed based on, and this report has been prepared in conformance with, our interpretation of the guidelines and recommendations set forth in USPAP.

HVS

# 3. Income Capitalization Approach Summary

The income capitalization approach is based on the principle that the value of a property is indicated by its net return, known as the present worth of future benefits. The future benefits of income-producing properties, such as hotels, are net income before debt service and depreciation (as estimated by a forecast of income and expense) and any anticipated reversionary proceeds from a sale. These future benefits can be converted into an indication of market value through a capitalization process and discounted cash flow (DCF) analysis.

## Methodology

Using the income capitalization approach, the subject property upon completion has been valued by analyzing the local market for transient accommodations, examining future competition, and developing a forecast of income and expense that reflects anticipated income trends and cost components through a stabilized year of operation.

The forecast of income and expense is expressed in current dollars for each year. The stabilized year is intended to reflect the anticipated operating results of the property over its remaining economic life given any or all applicable stages of build-up, plateau, and decline in the life cycle of the hotel. Thus, income and expense estimates from the stabilized year forward exclude from consideration any abnormal relationship between supply and demand, as well as any non-recurring conditions that may result in unusual revenues or expenses. The stabilized year's net income is then extended into an eleven-year forecast of income and expense by applying the assumed underlying inflation rate to each revenue and expense item from the stabilized year forward, unless otherwise noted.

The eleven-year forecast of net income forms the basis of a ten-year, unlevered DCF analysis, where ten years of net income and the reversionary value derived from the capitalized eleventh year's net income are discounted back to the date of value and summed to derive an estimate of market value. The application of an overall discount rate to a property's cash flow inherently reflects the cost of debt and equity prevalent in the marketplace. It is called an unlevered DCF because it does not explicitly consider the cost and leverage of debt financing (i.e., it is applied to cash flow before debt service and return on owner's equity). The ten-year period is utilized to be consistent with assumptions employed in the evaluation of other real estate asset classes and facilitates comparison of rates of return. The forecasted income streams reflect the future benefits of owning specific rights in income-producing real estate.

HVS

**Fixed and Variable Component Analysis**

HVS uses a fixed and variable component model to project a lodging facility's revenue and expense levels. This model is based on the premise that hotel revenues and expenses have one component that is fixed and another that varies directly with occupancy and facility usage. A projection can be made by taking a known level of revenue or expense and calculating its fixed and variable components. The fixed component is then increased in tandem with the underlying rate of inflation, while the variable component is adjusted for a specific measure of volume such as total revenue.

**Inflation and Appreciation Assumptions**

In consideration of the trends in the Consumer Price Index (CPI), inflation factors that directly influence lodging properties, projections set forth by economists surveyed, and the Federal Reserve's target inflation rate, we have applied a 3.0% underlying inflation rate in our analysis.

This annual rate of growth is applied to income and expenses after the stabilized year to reflect the longer-term expectation of asset appreciation by typical investors. This position is based on interviews with numerous market participants indicating a distinction in the expectations of near-term cost inflation (e.g., related to labor and supplies) versus long-term income growth that drives appreciation. Any exceptions to the application of the assumed underlying inflation and EBITDA Less Replacement Reserve growth rates are discussed in our write-ups of individual income and expense items.

**Forecast of Revenue and Expense**

The following table presents a detailed forecast through the fifth projection year, including amounts per available room and per occupied room. The second table illustrates our ten-year forecast of income and expense, presented with a lesser degree of detail. The forecasts pertain to years that begin on June 1, 2029, expressed in inflated dollars for each year.

## FIGURE 3-1 DETAILED FORECAST OF INCOME AND EXPENSE

| | 2029/30 | Begins June | | | 2030/31 | | | | 2031/32 | | | | Stabilized | | | | 2033/34 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms: | 200 | | | | 200 | | | | 200 | | | | 200 | | | | 200 | | | |
| Occupancy: | 44% | | | | 49% | | | | 54% | | | | 57% | | | | 57% | | | |
| Average Rate: | $1,535.75 | | | | $1,689.33 | | | | $1,843.50 | | | | $1,951.11 | | | | $2,009.65 | | | |
| RevPAR: | $675.73 | | | | $827.77 | | | | $995.49 | | | | $1,112.14 | | | | $1,145.50 | | | |
| Days Open: | 365 | | | | 365 | | | | 365 | | | | 365 | | | | 365 | | | |
| Occupied Rooms: | 32,120 | %Gross | PAR | POR | 35,770 | %Gross | PAR | POR | 39,420 | %Gross | PAR | POR | 41,610 | %Gross | PAR | POR | 41,610 | %Gross | PAR | POR |
| OPERATING REVENUE | | | | | | | | | | | | | | | | | | | | |
| Rooms | $49,328 | 61.9 % | $246,642 | $1,535.75 | $60,427 | 63.3 % | $302,137 | $1,689.33 | $72,671 | 65.4 % | $363,354 | $1,843.50 | $81,186 | 66.3 % | $405,929 | $1,951.11 | $83,621 | 66.3 % | $418,107 | $2,009.65 |
| Food & Beverage | 24,780 | 31.1 | 123,902 | 771.49 | 28,402 | 29.8 | 142,008 | 794.00 | 31,405 | 28.2 | 157,023 | 796.67 | 33,676 | 27.5 | 168,380 | 809.32 | 34,686 | 27.5 | 173,431 | 833.60 |
| Other Operated Departments | 994 | 1.2 | 4,969 | 30.94 | 1,169 | 1.2 | 5,847 | 32.69 | 1,238 | 1.1 | 6,188 | 31.40 | 1,295 | 1.1 | 6,476 | 31.13 | 1,334 | 1.1 | 6,670 | 32.06 |
| Spa | 2,793 | 3.5 | 13,967 | 86.97 | 3,179 | 3.3 | 15,893 | 88.86 | 3,428 | 3.1 | 17,142 | 86.97 | 3,627 | 3.0 | 18,133 | 87.16 | 3,735 | 3.0 | 18,677 | 89.77 |
| Parking | 795 | 1.0 | 3,975 | 24.75 | 936 | 1.0 | 4,678 | 26.16 | 990 | 0.9 | 4,951 | 25.12 | 1,036 | 0.8 | 5,181 | 24.90 | 1,067 | 0.8 | 5,336 | 25.65 |
| Resort Fees | 659 | 0.8 | 3,294 | 20.51 | 840 | 0.9 | 4,198 | 23.47 | 953 | 0.9 | 4,765 | 24.18 | 1,036 | 0.8 | 5,181 | 24.90 | 1,067 | 0.8 | 5,336 | 25.65 |
| Miscellaneous Income | 398 | 0.5 | 1,988 | 12.38 | 468 | 0.5 | 2,339 | 13.08 | 495 | 0.4 | 2,475 | 12.56 | 518 | 0.4 | 2,590 | 12.45 | 534 | 0.4 | 2,668 | 12.82 |
| Total Operating Revenues | 79,747 | 100.0 | 398,737 | 2,482.79 | 95,420 | 100.0 | 477,099 | 2,667.59 | 111,179 | 100.0 | 555,897 | 2,820.38 | 122,374 | 100.0 | 611,871 | 2,940.98 | 126,045 | 100.0 | 630,227 | 3,029.21 |
| DEPARTMENTAL EXPENSES * | | | | | | | | | | | | | | | | | | | | |
| Rooms | 14,989 | 30.4 | 74,946 | 466.66 | 16,035 | 26.5 | 80,175 | 448.28 | 17,130 | 23.6 | 85,650 | 434.55 | 18,023 | 22.2 | 90,116 | 433.15 | 18,564 | 22.2 | 92,820 | 446.14 |
| Food & Beverage | 19,952 | 80.5 | 99,759 | 621.17 | 21,470 | 75.6 | 107,349 | 600.22 | 22,801 | 72.6 | 114,006 | 578.42 | 23,910 | 71.0 | 119,550 | 574.62 | 24,627 | 71.0 | 123,136 | 591.86 |
| Spa | 2,150 | 77.0 | 10,748 | 66.93 | 2,276 | 71.6 | 11,378 | 63.62 | 2,375 | 69.3 | 11,877 | 60.26 | 2,466 | 68.0 | 12,331 | 59.27 | 2,540 | 68.0 | 12,701 | 61.05 |
| Parking | 541 | 68.1 | 2,707 | 16.85 | 579 | 61.8 | 2,893 | 16.18 | 601 | 60.7 | 3,004 | 15.24 | 622 | 60.0 | 3,109 | 14.94 | 640 | 60.0 | 3,202 | 15.39 |
| Total Expenses | 37,632 | 47.2 | 188,160 | 1,171.61 | 40,359 | 42.3 | 201,795 | 1,128.29 | 42,907 | 38.6 | 214,536 | 1,088.46 | 45,021 | 36.8 | 225,105 | 1,081.98 | 46,372 | 36.8 | 231,858 | 1,114.44 |
| DEPARTMENTAL INCOME | 42,115 | 52.8 | 210,576 | 1,311.19 | 55,061 | 57.7 | 275,304 | 1,539.30 | 68,272 | 61.4 | 341,361 | 1,731.92 | 77,353 | 63.2 | 386,766 | 1,859.00 | 79,674 | 63.2 | 398,369 | 1,914.77 |
| UNDISTRIBUTED OPERATING EXPENSES | | | | | | | | | | | | | | | | | | | | |
| Administrative & General | 8,608 | 10.8 | 43,038 | 267.98 | 8,310 | 8.7 | 41,549 | 232.31 | 8,802 | 7.9 | 44,009 | 223.28 | 9,214 | 7.5 | 46,069 | 221.43 | 9,490 | 7.5 | 47,451 | 228.08 |
| Info & Telecom Systems | 1,480 | 1.9 | 7,402 | 46.09 | 1,572 | 1.6 | 7,861 | 43.95 | 1,665 | 1.5 | 8,326 | 42.24 | 1,743 | 1.4 | 8,716 | 41.89 | 1,795 | 1.4 | 8,977 | 43.15 |
| Marketing | 5,076 | 6.4 | 25,379 | 158.02 | 5,390 | 5.6 | 26,951 | 150.69 | 5,709 | 5.1 | 28,547 | 144.83 | 5,977 | 4.9 | 29,883 | 143.63 | 6,156 | 4.9 | 30,779 | 147.94 |
| Prop. Operations & Maint. | 2,073 | 2.6 | 10,363 | 64.53 | 2,515 | 2.6 | 12,577 | 70.32 | 3,330 | 3.0 | 16,652 | 84.49 | 3,486 | 2.8 | 17,432 | 83.79 | 3,591 | 2.8 | 17,955 | 86.30 |
| Utilities | 1,480 | 1.9 | 7,402 | 46.09 | 1,572 | 1.6 | 7,861 | 43.95 | 1,665 | 1.5 | 8,326 | 42.24 | 1,743 | 1.4 | 8,716 | 41.89 | 1,795 | 1.4 | 8,977 | 43.15 |
| Total Expenses | 18,717 | 23.6 | 93,584 | 582.71 | 19,360 | 20.1 | 96,798 | 541.22 | 21,172 | 19.0 | 105,860 | 537.09 | 22,163 | 18.0 | 110,815 | 532.64 | 22,828 | 18.0 | 114,140 | 548.62 |
| GROSS OPERATING PROFIT | 23,399 | 29.3 | 116,993 | 728.47 | 35,701 | 37.4 | 178,506 | 998.08 | 47,100 | 42.4 | 235,501 | 1,194.83 | 55,190 | 45.1 | 275,951 | 1,326.37 | 56,846 | 45.1 | 284,229 | 1,366.16 |
| Management Fee | 2,392 | 3.0 | 11,962 | 74.48 | 2,863 | 3.0 | 14,313 | 80.03 | 3,335 | 3.0 | 16,677 | 84.61 | 3,671 | 3.0 | 18,356 | 88.23 | 3,781 | 3.0 | 18,907 | 90.88 |
| INCOME BEFORE NON-OPR. INC. & EXP. | 21,006 | 26.3 | 105,031 | 653.99 | 32,839 | 34.4 | 164,193 | 918.05 | 43,765 | 39.4 | 218,824 | 1,110.22 | 51,519 | 42.1 | 257,594 | 1,238.14 | 53,064 | 42.1 | 265,322 | 1,275.28 |
| NON-OPERATING INCOME & EXPENSE | | | | | | | | | | | | | | | | | | | | |
| Property Taxes | 3,630 | 4.6 | 18,152 | 113.02 | 3,703 | 3.9 | 18,515 | 103.52 | 3,777 | 3.4 | 18,885 | 95.81 | 3,853 | 3.1 | 19,263 | 92.59 | 3,930 | 3.1 | 19,648 | 94.44 |
| Insurance | 1,120 | 1.4 | 5,599 | 34.87 | 1,153 | 1.2 | 5,767 | 32.25 | 1,188 | 1.1 | 5,940 | 30.14 | 1,224 | 1.0 | 6,119 | 29.41 | 1,260 | 1.0 | 6,302 | 30.29 |
| Owners' Distribution | 7,861 | 9.9 | 39,304 | 244.73 | 9,905 | 10.4 | 49,526 | 276.92 | 12,449 | 11.2 | 62,244 | 315.80 | 14,593 | 11.9 | 72,964 | 350.70 | 15,031 | 11.9 | 75,153 | 361.22 |
| Total Expenses | 12,611 | 15.9 | 63,056 | 392.63 | 14,762 | 15.5 | 73,809 | 412.68 | 17,414 | 15.7 | 87,069 | 441.75 | 19,669 | 16.0 | 98,345 | 472.70 | 20,221 | 16.0 | 101,103 | 485.96 |
| EBITDA | 8,395 | 10.4 | 41,975 | 261.36 | 18,077 | 18.9 | 90,385 | 505.37 | 26,351 | 23.7 | 131,755 | 668.47 | 31,850 | 26.1 | 159,249 | 765.44 | 32,844 | 26.1 | 164,219 | 789.33 |
| Reserve for Replacement | 1,246 | 1.6 | 6,228 | 38.78 | 2,202 | 2.3 | 11,011 | 61.57 | 3,341 | 3.0 | 16,703 | 84.74 | 3,598 | 2.9 | 17,989 | 86.47 | 3,706 | 2.9 | 18,529 | 89.06 |
| EBITDA LESS RESERVE | $7,149 | 9.0 % | $35,747 | $222.59 | $15,875 | 16.6 % | $79,373 | $443.80 | $23,010 | 20.7 % | $115,052 | $583.72 | $28,252 | 23.1 % | $141,260 | $678.97 | $29,138 | 23.1 % | $145,690 | $700.27 |

*Departmental expenses are expressed as a percentage of departmental revenues.

# FIGURE 3-2 TEN-YEAR FORECAST OF INCOME AND EXPENSE

| | 2029/30 | | 2030/31 | | 2031/32 | | 2032/33 | | 2033/34 | | 2034/35 | | 2035/36 | | 2036/37 | | 2037/38 | | 2038/39 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Number of Rooms:** | **200** | | **200** | | **200** | | **200** | | **200** | | **200** | | **200** | | **200** | | **200** | | **200** | |
| **Occupied Rooms:** | **32,120** | | **35,770** | | **39,420** | | **41,610** | | **41,610** | | **41,610** | | **41,610** | | **41,610** | | **41,610** | | **41,610** | |
| **Occupancy:** | **44%** | | **49%** | | **54%** | | **57%** | | **57%** | | **57%** | | **57%** | | **57%** | | **57%** | | **57%** | |
| **Average Rate:** | **$1,535.75** | **% of** | **$1,689.33** | **% of** | **$1,843.50** | **% of** | **$1,951.11** | **% of** | **$2,009.65** | **% of** | **$2,069.94** | **% of** | **$2,132.04** | **% of** | **$2,196.00** | **% of** | **$2,261.88** | **% of** | **$2,329.73** | **% of** |
| **RevPAR:** | **$675.73** | **Gross** | **$827.77** | **Gross** | **$995.49** | **Gross** | **$1,112.14** | **Gross** | **$1,145.50** | **Gross** | **$1,179.86** | **Gross** | **$1,215.26** | **Gross** | **$1,251.72** | **Gross** | **$1,289.27** | **Gross** | **$1,327.95** | **Gross** |
| **OPERATING REVENUE** | | | | | | | | | | | | | | | | | | | | |
| Rooms | $49,328 | 61.9 % | $60,427 | 63.3 % | $72,671 | 65.4 % | $81,186 | 66.3 % | $83,621 | 66.3 % | $86,130 | 66.3 % | $88,714 | 66.3 % | $91,375 | 66.3 % | $94,117 | 66.3 % | $96,940 | 66.3 % |
| Food & Beverage | 24,780 | 31.1 | 28,402 | 29.8 | 31,405 | 28.2 | 33,676 | 27.5 | 34,686 | 27.5 | 35,727 | 27.5 | 36,799 | 27.5 | 37,903 | 27.5 | 39,040 | 27.5 | 40,211 | 27.5 |
| Spa | 2,793 | 3.5 | 3,179 | 3.3 | 3,428 | 3.1 | 3,627 | 3.0 | 3,735 | 3.0 | 3,848 | 3.0 | 3,963 | 3.0 | 4,082 | 3.0 | 4,204 | 3.0 | 4,330 | 3.0 |
| Parking | 795 | 1.0 | 936 | 1.0 | 990 | 0.9 | 1,036 | 0.8 | 1,067 | 0.8 | 1,099 | 0.8 | 1,132 | 0.8 | 1,166 | 0.8 | 1,201 | 0.8 | 1,237 | 0.8 |
| Resort Fees | 659 | 0.8 | 840 | 0.9 | 953 | 0.9 | 1,036 | 0.8 | 1,067 | 0.8 | 1,099 | 0.8 | 1,132 | 0.8 | 1,166 | 0.8 | 1,201 | 0.8 | 1,237 | 0.8 |
| Miscellaneous Income | 398 | 0.5 | 468 | 0.5 | 495 | 0.4 | 518 | 0.4 | 534 | 0.4 | 550 | 0.4 | 566 | 0.4 | 583 | 0.4 | 601 | 0.4 | 619 | 0.4 |
| Total Operating Revenues | 79,747 | 100.0 | 95,420 | 100.0 | 111,179 | 100.0 | 122,374 | 100.0 | 126,045 | 100.0 | 129,827 | 100.0 | 133,722 | 100.0 | 137,733 | 100.0 | 141,865 | 100.0 | 146,121 | 100.0 |
| **DEPARTMENTAL EXPENSES *** | | | | | | | | | | | | | | | | | | | | |
| Rooms | 14,989 | 30.4 | 16,035 | 26.5 | 17,130 | 23.6 | 18,023 | 22.2 | 18,564 | 22.2 | 19,121 | 22.2 | 19,695 | 22.2 | 20,285 | 22.2 | 20,894 | 22.2 | 21,521 | 22.2 |
| Food & Beverage | 19,952 | 80.5 | 21,470 | 75.6 | 22,801 | 72.6 | 23,910 | 71.0 | 24,627 | 71.0 | 25,366 | 71.0 | 26,127 | 71.0 | 26,911 | 71.0 | 27,718 | 71.0 | 28,550 | 71.0 |
| Spa | 2,150 | 77.0 | 2,276 | 71.6 | 2,375 | 69.3 | 2,466 | 68.0 | 2,540 | 68.0 | 2,616 | 68.0 | 2,695 | 68.0 | 2,776 | 68.0 | 2,859 | 68.0 | 2,945 | 68.0 |
| Parking | 541 | 68.1 | 579 | 61.8 | 601 | 60.7 | 622 | 60.0 | 640 | 60.0 | 660 | 60.0 | 679 | 60.0 | 700 | 60.0 | 721 | 60.0 | 742 | 60.0 |
| Total Expenses | 37,632 | 47.2 | 40,359 | 42.3 | 42,907 | 38.6 | 45,021 | 36.8 | 46,372 | 36.8 | 47,763 | 36.8 | 49,196 | 36.8 | 50,672 | 36.8 | 52,192 | 36.8 | 53,757 | 36.8 |
| **DEPARTMENTAL INCOME** | 42,115 | 52.8 | 55,061 | 57.7 | 68,272 | 61.4 | 77,353 | 63.2 | 79,674 | 63.2 | 82,064 | 63.2 | 84,526 | 63.2 | 87,062 | 63.2 | 89,674 | 63.2 | 92,364 | 63.2 |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | | | | | | | | | | | | | | | |
| Administrative & General | 8,608 | 10.8 | 8,310 | 8.7 | 8,802 | 7.9 | 9,214 | 7.5 | 9,490 | 7.5 | 9,775 | 7.5 | 10,068 | 7.5 | 10,370 | 7.5 | 10,681 | 7.5 | 11,002 | 7.5 |
| Info & Telecom Systems | 1,480 | 1.9 | 1,572 | 1.6 | 1,665 | 1.5 | 1,743 | 1.4 | 1,795 | 1.4 | 1,849 | 1.4 | 1,905 | 1.4 | 1,962 | 1.4 | 2,021 | 1.4 | 2,081 | 1.4 |
| Marketing | 5,076 | 6.4 | 5,390 | 5.6 | 5,709 | 5.1 | 5,977 | 4.9 | 6,156 | 4.9 | 6,341 | 4.9 | 6,531 | 4.9 | 6,727 | 4.9 | 6,928 | 4.9 | 7,136 | 4.9 |
| Prop. Operations & Maint. | 2,073 | 2.6 | 2,515 | 2.6 | 3,330 | 3.0 | 3,486 | 2.8 | 3,591 | 2.8 | 3,699 | 2.8 | 3,810 | 2.8 | 3,924 | 2.8 | 4,042 | 2.8 | 4,163 | 2.8 |
| Utilities | 1,480 | 1.9 | 1,572 | 1.6 | 1,665 | 1.5 | 1,743 | 1.4 | 1,795 | 1.4 | 1,849 | 1.4 | 1,905 | 1.4 | 1,962 | 1.4 | 2,021 | 1.4 | 2,081 | 1.4 |
| Total Expenses | 18,717 | 23.6 | 19,360 | 20.1 | 21,172 | 19.0 | 22,163 | 18.0 | 22,828 | 18.0 | 23,513 | 18.0 | 24,218 | 18.0 | 24,945 | 18.0 | 25,693 | 18.0 | 26,464 | 18.0 |
| **GROSS OPERATING PROFIT** | 23,399 | 29.3 | 35,701 | 37.4 | 47,100 | 42.4 | 55,190 | 45.1 | 56,846 | 45.1 | 58,551 | 45.1 | 60,308 | 45.1 | 62,117 | 45.1 | 63,980 | 45.1 | 65,900 | 45.1 |
| Management Fee | 2,392 | 3.0 | 2,863 | 3.0 | 3,335 | 3.0 | 3,671 | 3.0 | 3,781 | 3.0 | 3,895 | 3.0 | 4,012 | 3.0 | 4,132 | 3.0 | 4,256 | 3.0 | 4,384 | 3.0 |
| **INCOME BEFORE NON-OPR. INC. & EXP.** | 21,006 | 26.3 | 32,839 | 34.4 | 43,765 | 39.4 | 51,519 | 42.1 | 53,064 | 42.1 | 54,656 | 42.1 | 56,296 | 42.1 | 57,985 | 42.1 | 59,725 | 42.1 | 61,516 | 42.1 |
| **NON-OPERATING INCOME & EXPENSE** | | | | | | | | | | | | | | | | | | | | |
| Property Taxes | 3,630 | 4.6 | 3,703 | 3.9 | 3,777 | 3.4 | 3,853 | 3.1 | 3,930 | 3.1 | 4,008 | 3.1 | 4,088 | 3.1 | 4,170 | 3.0 | 4,254 | 3.0 | 4,339 | 3.0 |
| Insurance | 1,120 | 1.4 | 1,153 | 1.2 | 1,188 | 1.1 | 1,224 | 1.0 | 1,260 | 1.0 | 1,298 | 1.0 | 1,337 | 1.0 | 1,377 | 1.0 | 1,419 | 1.0 | 1,461 | 1.0 |
| Owners' Distribution | 7,861 | 9.9 | 9,905 | 10.4 | 12,449 | 11.2 | 14,593 | 11.9 | 15,031 | 11.9 | 15,481 | 11.9 | 15,946 | 11.9 | 16,424 | 11.9 | 16,917 | 11.9 | 17,425 | 11.9 |
| Total Expenses | 12,611 | 15.9 | 14,762 | 15.5 | 17,414 | 15.7 | 19,669 | 16.0 | 20,221 | 16.0 | 20,788 | 16.0 | 21,371 | 16.0 | 21,972 | 15.9 | 22,589 | 15.9 | 23,224 | 15.9 |
| **EBITDA** | 8,395 | 10.4 | 18,077 | 18.9 | 26,351 | 23.7 | 31,850 | 26.1 | 32,844 | 26.1 | 33,868 | 26.1 | 34,925 | 26.1 | 36,013 | 26.2 | 37,135 | 26.2 | 38,292 | 26.2 |
| Reserve for Replacement | 1,246 | 1.6 | 2,202 | 2.3 | 3,341 | 3.0 | 3,598 | 2.9 | 3,706 | 2.9 | 3,817 | 2.9 | 3,931 | 2.9 | 4,049 | 2.9 | 4,171 | 2.9 | 4,296 | 2.9 |
| **EBITDA LESS RESERVE** | $7,149 | 9.0 % | $15,875 | 16.6 % | $23,010 | 20.7 % | $28,252 | 23.1 % | $29,138 | 23.1 % | $30,051 | 23.1 % | $30,993 | 23.2 % | $31,964 | 23.2 % | $32,964 | 23.2 % | $33,996 | 23.3 % |

HVS

## INCOME CAPITALIZATION – DISCOUNTED CASH FLOW

The proposed subject property has been valued via the income approach through the application of a ten-year DCF analysis. The process of converting the projected income stream into an estimate of value is described as follows:

1. An appropriate discount rate is selected to apply to the projected net income before debt service. This rate reflects the unlevered, "free and clear" internal rate of return required by hotel investors. While the costs of debt and equity are not explicitly considered in the analysis, the selected discount rate implicitly reflects the costs of debt and equity as of the date of value. The discount rate takes into consideration the degree of perceived risk, anticipated income growth, market attitudes, and rates of return on other investment alternatives, as well as the availability and cost of financing. The discount rate is chosen by reviewing sales transactions and investor surveys and interviewing market participants.
2. A reversionary value reflecting the sales price of the property at the end of the ten-year period is calculated by capitalizing the eleventh-year net income by the terminal capitalization rate and deducting typical brokerage and legal fees. The terminal capitalization rate reflects an investor's expectations of the cost of capital and asset appreciation at the end of the assumed ten-year holding period.
3. Each year's forecasted net income before debt service and depreciation and the reversionary sales proceeds at the end of the ten-year period are converted to a present value by multiplying the cash flow by the selected discount rate for that year in the forecast. The sum of the discounted cash flows equates to the value of the subject property.

### DCF Analysis "When-Complete"

The DCF procedure is summarized as follows: Due to the subject property's California location and the higher property tax implications upon the sale at the end of the hold, the terminal capitalization rate is loaded with the tax rate and is applied to the NOI estimate prior to property taxes.

HVS

**FIGURE 3-3 DISCOUNTED CASH FLOW ANALYSIS**

| | |
|---|---|
| Stabilized Year | 4 |
| Discount Rate | 8.0 % |
| Loaded Terminal Cap | 7.0 |
| Transaction Costs | 1.0 |

| Year | Net Income, Before Taxes | Property Taxes | Net Income, After Taxes | Discount Factor 8.00 | Discounted Cash Flow |
|---|---|---|---|---|---|
| 2029/30 | $10,779,799 | $3,630,354 | $7,149,445 | 0.92593 | $6,619,856 |
| 2030/31 | 19,577,660 | 3,702,961 | 15,874,699 | 0.85734 | 13,609,996 |
| 2031/32 | 26,787,371 | 3,777,020 | 23,010,351 | 0.79383 | 18,266,358 |
| 2032/33 | 32,104,538 | 3,852,561 | 28,251,978 | 0.73503 | 20,766,047 |
| 2033/34 | 33,067,669 | 3,929,612 | 29,138,057 | 0.68058 | 19,830,872 |
| 2034/35 | 34,059,696 | 4,008,204 | 30,051,492 | 0.63017 | 18,937,538 |
| 2035/36 | 35,081,487 | 4,088,368 | 30,993,119 | 0.58349 | 18,084,187 |
| 2036/37 | 36,133,932 | 4,170,136 | 31,963,796 | 0.54027 | 17,269,045 |
| 2037/38 | 37,217,950 | 4,253,538 | 32,964,411 | 0.50025 | 16,490,413 |
| 2038/39 | 38,334,488 | 4,338,609 | 594,823,393 * | 0.46319 | 275,518,322 |

| | |
|---|---|
| **Estimated Market Value** | $425,392,634 |
| **(ROUNDED TO)** | **$425,000,000** |
| Per Room | 2,130,000 |

**Reversion Analysis**

| | |
|---|---|
| 11th Year's EBITDA Less Reserves (not including | $39,484,523 |
| Capitalization Rate (loaded with tax rate) | 7.0% |
| Total Sales Proceeds | $566,492,438 |
| Less: Transaction Costs @ 1.0% | 5,664,924 |
| Net Sales Proceeds (Say) | 560,827,513 |

**10th year NOI after taxes, plus the reversionary value.*

To estimate the proposed subject property's prospective value upon completion via the income capitalization approach, we have analyzed the local market for transient accommodations, examined the existing and future competitive environment, projected occupancy and ADR levels, and developed a forecast of revenue and expense that reflects anticipated income trends through a stabilized year of operation. Through a DCF analysis, the proposed subject property's value was determined. We reconciled the value indication via the income capitalization approach to $425,000,000, or $2,125,000 per room.

HVS

Our nationwide experience indicates that the procedures used in estimating market value by the income capitalization approach are comparable to those employed by the hotel investors who constitute the marketplace. For this reason, we believe that the income capitalization approach produces the most supportable value estimate; thus, it has been given the greatest weight in our final estimate of the proposed subject property's market value.

## Net Present Value of Transient Occupancy Tax Rebate

Pursuant to the Reinstated and Amended Development Agreement approved by the City of La Quinta in September 2025, the SilverRock project is eligible to receive a rebate of Transient Occupancy Tax (TOT) generated by qualifying project uses during the first 15 years of operation. Under the agreement, the Developer is entitled to receive 90% of the applicable TOT rebate during the first 10 years, followed by 60% during the subsequent five years. For purposes of this appraisal, we have forecast the applicable TOT rebate based on the projected operating performance of the subject hotel and qualifying residential uses within Phase 1A. The resulting cash flows have been discounted to the valuation date at 8.0%, consistent with the discount rate utilized in our hotel valuation, to derive the present value of this contractual economic benefit. We note that the City TOT rate is 11.0% of room revenue for hotel keys and 10% for the branded residences.

**FIGURE 3-4 VALUATION OF TRANSIENT OCCUPANCY TAX REBATE**

| Year | Hotel Room Revenue | TOT@11% | RMP Revenue | TOT for RMP @ 10% | Total TOT | Rebate % | TOT Rebate | Discount Rate @ 8.0% | Discounted Cash Flow |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $31,859,828 | $3,504,581 | $17,468,601 | $1,746,860 | $5,251,441 | 90% | 4,726,297 | 0.9259 | $4,376,201 |
| 2 | 38,415,600 | 4,225,716 | 22,011,725 | 2,201,173 | 6,426,889 | 90% | 5,784,200 | 0.8573 | $4,959,019 |
| 3 | 45,006,909 | 4,950,760 | 27,663,796 | 2,766,380 | 7,717,139 | 90% | 6,945,426 | 0.7938 | $5,513,503 |
| 4 | 48,757,484 | 5,363,323 | 32,428,381 | 3,242,838 | 8,606,161 | 90% | 7,745,545 | 0.7350 | $5,693,207 |
| 5 | 50,220,209 | 5,524,223 | 33,401,232 | 3,340,123 | 8,864,346 | 90% | 7,977,912 | 0.6806 | $5,429,633 |
| 6 | 51,726,815 | 5,689,950 | 34,403,269 | 3,440,327 | 9,130,277 | 90% | 8,217,249 | 0.6302 | $5,178,261 |
| 7 | 53,278,620 | 5,860,648 | 35,435,367 | 3,543,537 | 9,404,185 | 90% | 8,463,766 | 0.5835 | $4,938,526 |
| 8 | 54,876,978 | 6,036,468 | 36,498,428 | 3,649,843 | 9,686,310 | 90% | 8,717,679 | 0.5403 | $4,709,891 |
| 9 | 56,523,287 | 6,217,562 | 37,593,381 | 3,759,338 | 9,976,900 | 90% | 8,979,210 | 0.5002 | $4,491,840 |
| 10 | 58,218,986 | 6,404,088 | 38,721,183 | 3,872,118 | 10,276,207 | 90% | 9,248,586 | 0.4632 | $4,283,885 |
| 11 | 59,965,556 | 6,596,211 | 39,882,818 | 3,988,282 | 10,584,493 | 60% | 6,350,696 | 0.4289 | $2,723,705 |
| 12 | 61,764,522 | 6,794,097 | 41,079,303 | 4,107,930 | 10,902,028 | 60% | 6,541,217 | 0.3971 | $2,597,607 |
| 13 | 63,617,458 | 6,997,920 | 42,311,682 | 4,231,168 | 11,229,089 | 60% | 6,737,453 | 0.3677 | $2,477,348 |
| 14 | 65,525,982 | 7,207,858 | 43,581,032 | 4,358,103 | 11,565,961 | 60% | 6,939,577 | 0.3405 | $2,362,656 |
| 15 | 67,491,761 | 7,424,094 | 44,888,463 | 4,488,846 | 11,912,940 | 60% | 7,147,764 | 0.3152 | $2,253,273 |
| | | | | | | | | **Net Present Value of TOT As of June 1, 2029** | **$62,000,000** |

## Net Present Value of Branded Condominiums Sales Proceeds

The following table presents the Net Present Value (NPV) of sales proceeds for the 70 branded condominium units. We have assumed that the condominium units will be completed concurrently with the opening of the hotel on June 1, 2029. We anticipate that the majority of the units will be pre-sold prior to completion, with all

HVS

remaining units sold within the first 12 months following completion of construction. All 70 units will be sold out within the first projection year.

## FIGURE 3-5 BRANDED CONDOMINIUMS VALUATION

| Fiscal Year Ending May | 2029/30 | Average/Unit |
|---|---|---|
| Number of Units Sold | 70 | |
| Avg. SF Per Unit | 3,000 | |
| Total SF Sold | 210,000 | 3,000 |
| Forecast Price Per SF | $1,490 | $1,490 |
| Total Sales Revenue | $312,843,750 | $4,469,196 |
| Less: Sales Costs* (10.0%) | 31,284,375 | |
| Net Sales Proceeds | $281,559,375 | $4,022,277 |
| Discount Factor @ 5.0% | 0.83858 | |
| Net Present Value of Sales Proceeds | $236,109,987 | $3,373,000 |
| **Rounded To** | **$236,100,000** | **$3,373,000** |

**Sales Costs include commissions, brand fees, carrying costs, and closing costs*

### Net Present Value of Branded Residential Lots Sales – Phase 1A

The following table presents the Net Present Value (NPV) of sales proceeds for the 29 branded residential lots. These lots will be sold to third-party owners, who will be responsible for designing and constructing the homes, subject to approval by the project owner and hotel operator. We have assumed that a majority of the lots will be sold prior to the hotel's opening, with construction of these homes occurring generally concurrent with the hotel's opening. We further assume that the remaining lots will be sold within the first 12 months following the hotel's opening.

## FIGURE 3-6 NET PRESENT VALUE OF LOTS SALES – PHASE 1A

| Fiscal Year Ending May | 2028/29 | 2029/30 | Total | Average/Unit |
|---|---|---|---|---|
| Number of Units Sold | 26 | 3 | 29 | |
| Avg. SF Per Lot | 16,027 | 16,027 | | |
| Total SF Sold | 416,704 | 48,081 | 464,785 | 16,027 |
| Forecast Price Per SF | $118 | $140 | $120 | $120 |
| Total Sales Proceeds | $49,042,852 | $6,731,372 | $55,774,224 | $1,923,249 |
| Less: Sales Costs* (10.00%) | 4,904,285 | 673,137 | | |
| Net Sales Proceeds | $44,138,567 | $6,058,235 | $50,196,802 | $1,730,924 |
| Discount Factor @ 3.0% | 0.92580 | 0.89884 | | |
| Net Present Value of Sales Proceeds | $40,863,535 | $5,445,360 | $46,308,895 | $1,596,858 |
| **Rounded To** | **$40,900,000** | **$5,400,000** | **$46,300,000** | **$1,597,000** |

**Sales Costs include commissions and brand fees.*

HVS

**Cost To Complete – PHASE 1A**

The following table presents our assumptions regarding the remaining costs to be incurred. The hard cost estimate was provided by Cumming Group, while soft costs, furniture, fixtures, and equipment (FF&E), and pre-opening costs and working capital were estimated by HVS based on HVS's development cost survey.

**FIGURE 3-7 DEVELOPMENT COST ESTIMATE**

| Item | Cost per Unit (253 total/154 Hotel) | Cost |
|---|---|---|
| Hard Costs | $2,010,306 | $508,607,293 |
| Soft Costs | 526,798 | 133,280,000 |
| Furniture, Fixtures, & Equipment | 125,000 | 19,250,000 |
| Pre-Opening Costs & Working Capital | 20,000 | 3,080,000 |
| **Total Remaining Cost To Spend** | **$2,625,365** | **$664,217,293** |

**Residual Approach - Phase 1A**

Given the project's entitlements and the existing infrastructure, site work, and partial improvements, we believe the residual approach is the most appropriate method for determining the value of Phase 1A. Under the residual approach, we have estimated the value of Phase 1A by first determining the value of the proposed improvements and residential components and then deducting the remaining costs required to complete the development. The hotel's "when complete" value, together with the anticipated TOT rebate, has been discounted back to October 23, 2025, using a 3.0% discount rate to reflect the time value of money. In addition, the Net Present Value of the anticipated sales proceeds from the 70 luxury branded condominium units and 29 branded residential lots has been incorporated into the analysis. From the aggregate value of these components, we have deducted the remaining costs to complete the development, including hard and soft costs and other applicable development costs. The resulting residual analysis represents our concluded retrospective value of the Phase 1A land as of October 23, 2025.

HVS

## FIGURE 3-8 RESIDUAL APPROACH

| Phase 1A Retrospective Market Value Conclusion, as of October 23, 2025 | Amount |
|---|---|
| **"When Complete" Prospective Value Opinion - Hotel, as of June 1, 2029** | **$425,000,000** |
| **Net Present Value of Transient Occupancy Tax Rebate, as of June 1, 2029** | **62,000,000** |
| **Total Value Hotel and TOT** | **487,000,000** |
| Deflation Factor at a 3.0% discount rate | 0.8988 |
| **Deflated "When Complete" Value Hotel and TOT - As of October 23, 2025** | **437,733,153** |
| **Net Present Value of Luxury Condos - As of October 23, 2025** | **236,100,000** |
| **Net Present Value of Luxury Lots - As of October 23, 2025** | **46,300,000** |
| **Total Property Value Phase 1A** | **720,133,153** |
| Less: Cost to Complete (Source: Cumming Group and HVS) | 664,217,293 |
| "As Is" Residual Value - Phase 1A | $55,915,860 |
| **Rounded to:** | **$55,900,000** |
| **Per Economic Unit (253)** | **220,949** |

Pursuant to the reinstated development agreement, Phase 1B is entitled for the development of 93 luxury branded residential lots. Given the existing entitlements, we have relied on the residual approach to estimate the value of the Phase 1B land.

### Present Value of Phase 1B Lot Sales

The following table presents the Net Present Value (NPV) of sales proceeds for the 93 branded residential lots in Phase 1B. Construction for Phase 1B is assumed to start no later 24 months following the completion date of Phase 1A. We have forecast on average 2 lots will be sold per month, starting one year following the hotel's opening, and that the 93 lots will be sold by the end the year 4 from the beginning of the lots sales.

## FIGURE 3-9 PHASE 1B LOT SALES

| Fiscal Year Ending May | 2030/31 | 2031/32 | 2032/33 | 2033/34 | Total | Average/Unit |
|---|---|---|---|---|---|---|
| Number of Units Sold | 24 | 24 | 24 | 21 | 93 | |
| Avg. SF Per Lot | 20,000 | 20,000 | 20,000 | 20,000 | | |
| Total SF Sold | 480,000 | 480,000 | 480,000 | 420,000 | 1,860,000 | 20,000 |
| Forecast Price Per SF | $55 | $57 | $58 | $60 | $57 | $57 |
| Total Sales Proceeds | $26,400,000 | $27,192,000 | $28,007,760 | $25,241,994 | $106,841,754 | $1,148,836 |
| Less: Sales Costs* (10.00%) | 2,640,000 | 2,719,200 | 2,800,776 | 2,524,199 | | |
| Net Sales Proceeds | $23,760,000 | $24,472,800 | $25,206,984 | $22,717,794 | $96,157,578 | $1,033,952 |
| Discount Factor @ 5.5% | 0.78135 | 0.74062 | 0.7019 | 0.6653 | | |
| Net Present Value of Sales Proceeds | $18,564,959 | $18,125,032 | $17,693,000 | $15,114,000 | $69,496,991 | $747,279 |
| **Rounded To** | **$18,600,000** | **$18,100,000** | **$17,700,000** | **$15,100,000** | $69,500,000 | **$747,000** |

*Sales Costs include commissions and brand fees.*

HVS

**Cost To Complete – Phase 1B**

The following table presents our assumptions regarding the cost to finish the lots. The hard cost estimate was provided by Cumming Group, while soft costs were estimated by HVS based on HVS's development cost survey.

**FIGURE 3-10 REMAINING COST TO SPEND**

| | Phase 1B Cost to Spend |
|---|---|
| Hard Costs | $44,699,921 |
| Soft Costs | 15,567,623 |
| Total | $60,267,544 |

**Residual Approach – Phase 1B**

Under the residual approach, the Net Present Value of the anticipated sales proceeds from the 93 residential lots has been calculated, from which the remaining costs to complete the development have been deducted. The resulting residual value represents our concluded retrospective market value of the Phase 1B land, as of October 23, 2025.

**FIGURE 3-11 PHASE 1B LAND RESIDUAL APPROACH**

| Phase 1B Retrospective Market Value Conclusion, as of October 23, 2025 | Amount |
|---|---|
| Net Present Value of Luxury Lots 1B | $69,500,000 |
| Less: Cost to Complete (Source: Cumming Group and HVS) | 60,267,544 |
| Residual Value - Phase 1B | $9,232,456 |
| Rounded to: | $9,200,000 |
| Per Economic Unit (93) | $98,925 |

The following table represents the summary of valuation for, the combined, Phase 1A and Phase 1B property.

HVS

## FIGURE 3-12 SUMMARY OF VALUATION

| Phase 1A Retrospective Market Value Conclusion, as of October 23, 2025 | | Amount |
|---|---|---|
| "When Complete" Prospective Value Opinion - Hotel, as of June 1, 2029 | | $425,000,000 |
| Net Present Value of Transient Occupancy Tax Rebate, as of June 1, 2029 | | 62,000,000 |
| Total Value Hotel and TOT | | 487,000,000 |
| Deflation Factor at a 3.0% discount rate | | 0.8988 |
| Deflated "When Complete" Value Hotel and TOT - As of October 23, 2025 | | 437,733,153 |
| Net Present Value of Luxury Condos - As of October 23, 2025 | | 236,100,000 |
| Net Present Value of Luxury Lots - As of October 23, 2025 | | 46,300,000 |
| Total Property Value Phase 1A | | 720,133,153 |
| Less: Cost to Complete (Source: Cumming Group and HVS) | | 664,217,293 |
| "As Is" Residual Value - Phase 1A | | $55,915,860 |
| Rounded to: | | $55,900,000 |
| | Per Economic Unit (253) | 220,949 |

| Phase 1B Retrospective Market Value Conclusion, as of October 23, 2025 | | Amount |
|---|---|---|
| Net Present Value of Luxury Lots 1B | | $69,500,000 |
| Less: Cost to Complete (Source: Cumming Group and HVS) | | 60,267,544 |
| Residual Value - Phase 1B | | $9,232,456 |
| Rounded to: | | $9,200,000 |
| | Per Economic Unit (93) | $98,925 |
| Total Residual Value | | $65,100,000 |
| Rounded to: | | $65,100,000 |

HVS

# 4. Value Conclusions

Careful consideration has been given to the strengths and weaknesses of the three approaches to value discussed above. In recognition of the purpose of this appraisal, we have given primary weight to the value indicated by the income capitalization approach.

Based on our analysis, we have concluded to the following opinions of market value:

FIGURE 4-1 RECONCILED VALUE CONCLUSIONS

| | Retrospective Market Value |
|---|---|
| Date of Value | October 23, 2025 |
| Exposure Time (Months) | Nine to twelve |
| Phase 1A | $55,900,000 |
| Phase 1B | 9,200,000 |
| **Reconciled Value** | **$65,100,000** |

The estimates of market value include the land, the improvements, and the furniture, fixtures, and equipment (FF&E). The appraisal assumes that the hotel is open and operational.

We have made the extraordinary assumption that a buyer would develop the property in accordance with the SilverRock Specific Plan the 2025 SilverRock Master Plan as stated the Reinstated Development Agreement and Amended Development Agreement for the SilverRock Resort, adopted on October 8, 2025. The approved development plan contemplates a luxury resort comprising 154 hotel keys, 70 branded residences, 29 branded residential lots, a conference center and back-of-house facilities, and a new public clubhouse within Phase 1A, as well as 93 branded residential lots within Phase 1B.

The hotel is assumed to be operated by a city-approved luxury hotel operator, such as Montage or Four Seasons, as required by the development agreement. The vertical construction in place as of the effective date includes portions of the proposed luxury hotel, guestroom buildings, residences, common areas, and golf clubhouse. The existing improvements have been exposed to the elements for

several years and are not consistent with the reinstated development plan. For purposes of our analysis, we have assumed that a portion of the existing improvements is usable and that the costs-to-complete estimate prepared by Cumming Group as of October 2025 is reasonable and accurate for completing the entirety of Phase 1A in accordance with the buyer's plan. If the actual usability of the existing construction or the costs to complete differ materially from the estimates provided herein, such differences could have a material impact on the value indications presented herein.

Our appraisal does not address unforeseeable events that could alter the proposed project, and/or the market conditions reflected in the analyses; we assume that no significant changes, other than those anticipated and explained in this report, shall take place between the date of value and date of prospective value. The use of this extraordinary assumption may have affected the assignment results. We have made no other extraordinary assumptions specific to this appraisal. However, several important general assumptions have been made that apply to this appraisal and our valuations of proposed hotels in general. These aspects are set forth in the Assumptions and Limiting Conditions chapter of this report.

## Allocation of Value

USPAP requires the appraiser to "identify any personal property, trade fixtures, or intangible items that are not real property but are included in the appraisal" and "to analyze the effect on value of such non-real property items."[12] The estimates of prospective market value include the land, improvements, and personal property. The appraisal assumes that the hotel is open and operational at this time.

Hotels comprise three primary components: the real property (land and improvements), personal property, and intangible property. Real property is defined as "the interests, benefits, and rights inherent in the ownership of real estate (land and improvements)."[13] Personal property is defined as "identifiable tangible objects that are considered by the general public as being 'personal'—for example, furnishings, artwork, antiques, gems and jewelry, collectibles, machinery, and equipment; all tangible property that is not classified as real estate."[14]

The personal property consists of the FF&E and the inventories in place at the subject property as of the date of value. Personal property is an integral part of a transient lodging facility. The allocation of a portion of the overall hotel's value to the personal property is not explicitly considered by hotel investors in making their pricing decisions. Lodging facilities are usually sold with their personal property in

---

[12] The Appraisal Foundation, *Uniform Standards of Professional Appraisal Practice*, 2020–2021 ed.

[13] Ibid.

[14] Ibid.

HVS

place. In accordance with USPAP, we have delineated the market value of the subject hotel's personal property.

USPAP defines intangible property as "nonphysical assets, including but not limited to franchises, trademarks, patents, copyrights, goodwill, equities, securities, and contracts as distinguished from physical assets such as facilities and equipment."[15] All value attributable to the intangible property has been removed with the assumed expense of a management fee and a franchise fee (if applicable) in the valuation process.

Our concluded opinions of the proposed subject hotel's market value include the value of the real property (land and improvements) and the value of the personal property only.

[15] Ibid.

HVS

# 5. Statement of Assumptions and Limiting Conditions

1. This is a restricted appraisal report that is intended to comply with the reporting requirements set forth under Standards Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice for a Restricted Appraisal Report. As such, it does not include full discussions of the data, reasoning, and analyses that were used in the appraisal process to develop our opinion of value. The information presented in the report is specific to the needs of the client and for the intended use stated in this report. We are not responsible for unauthorized use of this report.
2. In addition to local conditions, the hospitality industry and investment market are influenced by broader macroeconomic factors, including inflation, tariffs, capital costs (and availability), and labor circumstances, as well as the ongoing international conflicts. Although many sectors of the lodging market performed well during the first half of the year, lingering uncertainty about the near-term economic outlook continues to affect both consumer and investor activity. In preparing our findings, we have considered prevailing market perspectives and the information available as of the effective date of this report. Any subsequent changes to these perspectives or information could affect the analysis presented herein.
3. This report is to be used in whole and not in part, and all statements of assumptions and limiting conditions apply to the entire report, including any additional forms or addenda items presented. Furthermore, the rationale for how we arrived at our opinions and conclusions may not be properly understood without additional information in our work file.
4. We note that the development of our value opinion(s) for the proposed subject property includes the extraordinary assumption that the described improvements have been completed as of the date of value; however, the reader should understand the following:
   a. The improved subject property does not yet, in fact, exist as of the date of appraisal;
   b. Certain events need to occur, as disclosed in the report, before the property appraised with the proposed improvements will in fact exist; and
   c. The financial analysis presented in this report is based upon assumptions, estimates, and evaluations of the market conditions in the local and national economy, which may be subject to sharp rises and

HVS

declines. Over the projection period considered in our analysis, wages and other operating expenses may increase or decrease because of market volatility and economic forces outside the control of the hotel's management. We assume that the price of hotel rooms, food, beverages, and other sources of revenue to the hotel will be adjusted to offset any increases or decreases in related costs. We do not guarantee that our estimates will be attained, but they have been developed based upon information obtained during the course of our market research and are intended to reflect the expectations of a typical hotel buyer as of the stated date(s) of valuation.

5. No responsibility is assumed for matters of a legal nature, nor do we render any opinion as to title, which is assumed marketable and free of any deed restrictions and easements; the property is evaluated as free and clear unless otherwise stated.

6. We assume that there are no hidden or unapparent conditions of the sub-soil or structures, such as underground storage tanks, which would impact the property's development potential. No responsibility is assumed for these conditions or for any engineering that may be required to discover them.

7. We have not considered the presence of potentially hazardous materials or any form of toxic waste on the project site. We are not qualified to detect hazardous substances and urge the client to retain an expert in this field if desired.

8. The Americans with Disabilities Act (ADA) became effective on January 26, 1992. We have assumed the proposed hotel would be designed and constructed to be in full compliance with the ADA.

9. We have made no survey of the site, and we assume no responsibility in connection with such matters. Sketches, photographs, maps, and other exhibits are included to assist the reader in visualizing the property. It is assumed that the use of the described real estate will be within the boundaries of the property described, and that no encroachment will exist.

10. All information, financial operating statements, estimates, and opinions obtained from parties not employed by TS Worldwide, LLC, are assumed to be true and correct. We can assume no liability resulting from misinformation.

11. Unless noted, we assume that there are no encroachments, zoning violations, or building violations encumbering the subject site.

12. The property is assumed to be in full compliance with all applicable federal, state, local, and private codes, laws, consents, licenses, and regulations

HVS

(including the appropriate liquor license if applicable), and that all licenses, permits, certificates, franchises, and so forth can be freely renewed or transferred to a purchaser.

13. All mortgages, liens, encumbrances, leases, and servitudes have been disregarded unless specified otherwise.

14. Transfer taxes are assessed in certain jurisdictions. In most cases, the payment of these taxes is determined between the seller and the buyer as a part of the negotiations (closing costs may also be negotiated). Thus, the sales price and other metrics indicated by the market data, such as capitalization and discount rates, reflect the impact of these factors. By considering market metrics, the influence of any transfer taxes or other closing costs has been incorporated in our estimate of market value.

15. None of this material may be reproduced in any form without our written permission, and the report cannot be disseminated to the public through advertising, public relations, news, sales, or other media.

16. We are not required to give testimony or attendance in court because of this analysis without previous arrangements and shall do so only when our standard per-diem fees and travel costs have been paid prior to the appearance.

17. If the reader is making a fiduciary or individual investment decision and has any questions concerning the material presented in this report, it is recommended that the reader contact us.

18. We take no responsibility for any events or circumstances that take place subsequent to either the date of value or the date of our field inspection, whichever occurs first.

19. The quality of a lodging facility's on-site management has a direct effect on a property's economic viability. The financial forecasts presented in this analysis assume responsible ownership and competent management. Any departure from this assumption may have a significant impact on the projected operating results.

20. The estimated operating results presented in this report are based on an evaluation of the overall economy; the findings neither consider nor make provision for the effect of any sharp rise or decline in local or national economic conditions. To the extent that wages and other operating expenses may advance during the economic life of the property, we expect that the prices of rooms, food, beverages, and services will be adjusted to offset such advances. We do not guarantee that the estimates will be attained, but they have been prepared based upon information obtained during the course of

this study and are intended to reflect the expectations of a typical hotel investor.

21. This analysis assumes continuation of all Internal Revenue Service tax code provisions as stated or interpreted on either the date of value or the date of our field inspection, whichever occurs first.

22. Many of the figures presented in this report were generated using sophisticated computer models that make calculations based on numbers carried out internally to many decimal places. In the interest of simplicity, most numbers have been rounded to the nearest tenth of a percent; thus, these figures may be subject to small rounding errors.

23. It is agreed that our liability to the client is limited to the amount of the fee paid as liquidated damages. Our responsibility is limited to the client; the use of this report by third parties shall be solely at the risk of the client and/or third parties. The use of this report is also subject to the terms and conditions set forth in our engagement letter with the client.

24. Evaluating and comprising financial forecasts for hotels is both a science and an art. Although this analysis employs various mathematical calculations to provide value indications, the final forecasts are subjective and may be influenced by our experience and other factors not specifically set forth in this report.

25. Our report has been prepared in accordance with, and is subject to, the Uniform Standards of Professional Practice (USPAP), as provided by the Appraisal Foundation.

26. This study was prepared by TS Worldwide, LLC. All opinions, recommendations, and conclusions expressed during the course of this assignment are rendered by our staff as company employees, rather than as individuals.

27. In addition to local conditions, the hospitality industry and investment market are influenced by broader macroeconomic factors, including inflation, tariffs, capital costs (and availability), and labor circumstances, as well as the ongoing international conflicts. Although many sectors of the lodging market performed well during the first half of the year, lingering uncertainty about the near-term economic outlook continues to affect both consumer and investor activity. In preparing our findings, we have considered prevailing market perspectives and the information available as of the effective date of this report. Any subsequent changes to these perspectives or information could affect the analysis presented herein.

HVS

# 6. Certification

The undersigned hereby certify that, to the best of our knowledge and belief:

1. the statements of fact presented in this report are true and correct;
2. the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions;
3. we have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved;
4. we have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment;
5. our engagement in this assignment was not contingent upon developing or reporting predetermined results;
6. our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal;
7. our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP);
8. John P. Lancet, MAI and Kirsten Z. Smiley, MAI personally inspected the property described in this report;
9. no one other than the undersigned prepared the analyses, conclusions, and opinions concerning the real estate that are set forth in this appraisal report;
10. Kirsten Z. Smiley, MAI, has performed two appraisals on the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment, whereas John P. Lancet, MAI, has not performed services, as an appraiser or in any other capacity, on the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment;
11. the reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code

of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute;

12. the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives; and

13. as of the date of this report, Kirsten Z. Smiley, MAI, and John P. Lancet, MAI have completed the continuing education program for Designated Members of the Appraisal Institute.

Kirsten Z. Smiley, MAI
Managing Director
State Appraiser License (CA) 3006177

John P. Lancet, MAI
Senior Managing Director
BREA Appraiser Identification Number 3000227-005
Temporary Practice Permit

HVS

# Addenda

## FIGURE A-1 HISTORICAL SUPPLY AND DEMAND TRENDS

| Year | Average Daily Room Count | Available Room Nights | Change | Occupied Room Nights | Change | Occupancy | Average Rate | Change | RevPAR | Change |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | 395 | 144,048 | — | 65,887 | — | 45.7 % | $609.84 | — | $278.94 | — |
| 2023 | 496 | 180,956 | 25.6 | 87,113 | 32.2 | 48.1 | 667.67 | 9.5 | 321.42 | 15.2 |
| 2024 | 586 | 213,981 | 18.3 | 113,224 | 30.0 | 52.9 | 625.36 | (6.3) | 330.90 | 3.0 |
| 2025 | 724 | 264,228 | 23.5 | 145,974 | 28.9 | 55.2 | 593.87 | (5.0) | 328.08 | (0.9) |
| **Year-to-Date Through July** | | | | | | | | | | |
| 2025 | 725 | 153,776 | — | 89,980 | — | 58.5 % | $632.47 | — | $370.08 | — |
| 2026 | 727 | 154,036 | 0.2 % | 97,146 | 8.0 % | 63.1 | 650.78 | 2.9 % | 410.43 | 10.9 % |
| Average Annual Compounded Change: | | | | | | | | | | |
| 2023 – 2025 | | | 20.8 | | 29.4 | | | (5.7) | | 1.0 |

| Hotels Included in Sample | Class | Competitive Status | Rooms | Date Open |
|---|---|---|---|---|
| The Colony Palms Hotel and Bungalows | Independent | *Primary* | 57 | Jun 1936 |
| L'Horizon Resort & Spa | Independent | *Primary* | 49 | Jun 1954 |
| Parker Palm Springs | Independent | *Primary* | 144 | Jun 1959 |
| The Ritz-Carlton Rancho Mirage | Luxury | *Primary* | 252 | Mar 1988 |
| Sensei Porcupine Creek | Independent | *Primary* | 22 | Nov 2022 |
| Thompson Palm Springs | Luxury | *Primary* | 168 | Oct 2024 |
| | | **Total** | **692** | |

Source: CoStar

HVS

## FIGURE A-2 AVERAGE DAILY OCCUPANCY PATTERNS BY MONTH

| Month | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Month |
|---|---|---|---|---|---|---|---|---|
| Aug - 2025 | 42.4 % | 27.5 % | 25.8 % | 24.3 % | 30.7 % | 52.7 % | 67.4 % | 40.2 % |
| Sep - 2025 | 33.0 | 34.0 | 31.9 | 29.4 | 28.8 | 49.6 | 64.5 | 38.4 |
| Oct - 2025 | 53.0 | 53.7 | 52.9 | 48.4 | 51.9 | 65.7 | 82.4 | 58.0 |
| Nov - 2025 | 43.3 | 59.1 | 60.9 | 64.5 | 61.2 | 71.6 | 66.4 | 60.6 |
| Dec - 2025 | 56.2 | 50.6 | 47.6 | 46.4 | 43.4 | 57.8 | 68.0 | 52.4 |
| Jan - 2026 | 55.7 | 53.1 | 55.7 | 58.7 | 65.2 | 79.6 | 82.7 | 65.5 |
| Feb - 2026 | 67.3 | 69.2 | 77.4 | 75.9 | 77.0 | 85.1 | 85.2 | 76.7 |
| Mar - 2026 | 76.4 | 75.2 | 77.2 | 77.4 | 83.5 | 90.7 | 92.0 | 81.2 |
| Apr - 2026 | 77.3 | 63.3 | 73.0 | 74.7 | 77.4 | 92.4 | 94.3 | 78.7 |
| May - 2026 | 60.1 | 50.4 | 49.1 | 53.4 | 56.5 | 78.9 | 87.9 | 63.6 |
| Jun - 2026 | 48.1 | 51.0 | 47.7 | 45.5 | 46.9 | 73.3 | 80.6 | 55.7 |
| Jul - 2026 | 37.7 | 41.3 | 42.1 | 48.8 | 47.9 | 68.3 | 75.7 | 52.0 |
| **Average** | **54.3 %** | **52.4 %** | **53.3 %** | **54.0 %** | **56.3 %** | **71.9 %** | **78.7 %** | **60.2 %** |

Source: CoStar

## FIGURE A-3 AVERAGE DAILY ADR PATTERNS BY MONTH

| Month | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Month |
|---|---|---|---|---|---|---|---|---|
| Aug - 2025 | $297.04 | $265.84 | $277.58 | $298.51 | $275.80 | $339.98 | $360.93 | $317.06 |
| Sep - 2025 | 386.98 | 359.69 | 341.44 | 332.59 | 402.20 | 408.55 | 396.22 | 378.45 |
| Oct - 2025 | 416.01 | 401.39 | 401.58 | 416.99 | 478.03 | 559.06 | 539.98 | 470.52 |
| Nov - 2025 | 493.94 | 432.99 | 426.76 | 468.32 | 546.14 | 574.97 | 561.78 | 505.56 |
| Dec - 2025 | 525.24 | 524.01 | 546.42 | 592.87 | 470.36 | 533.84 | 527.18 | 533.48 |
| Jan - 2026 | 469.39 | 412.47 | 404.95 | 409.32 | 500.45 | 569.27 | 569.18 | 494.32 |
| Feb - 2026 | 565.29 | 482.12 | 483.41 | 497.02 | 534.21 | 648.62 | 690.56 | 561.77 |
| Mar - 2026 | 673.57 | 645.46 | 640.79 | 638.93 | 710.25 | 868.62 | 899.94 | 726.13 |
| Apr - 2026 | 811.40 | 587.46 | 559.43 | 612.57 | 702.99 | 961.41 | 963.19 | 754.73 |
| May - 2026 | 468.52 | 397.19 | 396.28 | 398.13 | 415.29 | 558.71 | 576.06 | 482.32 |
| Jun - 2026 | 311.57 | 305.70 | 306.94 | 295.37 | 323.27 | 411.04 | 429.46 | 349.77 |
| Jul - 2026 | 303.73 | 276.22 | 278.50 | 271.94 | 314.52 | 373.12 | 396.79 | 327.33 |
| **Average** | **$509.81** | **$450.93** | **$451.83** | **$465.40** | **$508.64** | **$585.68** | **$588.89** | **$517.25** |

Source: CoStar

## FIGURE A-4 PRIMARY COMPETITORS – OPERATING PERFORMANCE

| | | Est. Segmentation | | Estimated 2024 | | | | Estimated 2025 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property | Number of Rooms | Transient | Meeting and Group | Weighted Annual Room Count | Occ. | Average Rate | RevPAR | Weighted Annual Room Count | Occ. | Average Rate | RevPAR | Occupancy Penetration | Yield Penetration |
| Parker Palm Springs | 144 | 85 % | 15 % | 144 | 40 - 45 % | $575 - $600 | $260 - $270 | 144 | 55 - 60 % | $600 - $625 | $350 - $375 | 100 - 110 % | 100 - 110 % |
| Thompson Palm Springs | 168 | 90 | 10 | 42 | 30 - 35 | 300 - 325 | 95 - 100 | 168 | 45 - 50 | 325 - 350 | 160 - 170 | 85 - 90 | 50 - 55 |
| Ritz-Carlton Rancho Mirage | 252 | 70 | 30 | 244 | 60 - 65 | 575 - 600 | 375 - 400 | 252 | 60 - 65 | 600 - 625 | 350 - 375 | 100 - 110 | 110 - 120 |
| Colony Palms Hotel | 57 | 85 | 15 | 57 | 40 - 45 | 400 - 425 | 170 - 180 | 57 | 50 - 55 | 450 - 475 | 240 - 250 | 95 - 100 | 70 - 75 |
| L' Horizon Hotel and Spa | 49 | 95 | 5 | 49 | 45 - 50 | 800 - 825 | 375 - 400 | 49 | 45 - 50 | 850 - 875 | 400 - 425 | 85 - 90 | 120 - 130 |
| Sensei Porcupine Creek Rancho Mirage Wellness Retreat | 22 | 90 | 10 | 22 | 45 - 50 | 1,900 - 2,000 | 950 - 975 | 22 | 40 - 45 | 2,000 - 2,100 | 900 - 925 | 75 - 80 | 270 - 280 |
| **Totals/Averages** | **692** | **81 %** | **19 %** | **558** | **53.2 %** | **$626.80** | **$333.29** | **692** | **55.6 %** | **$593.08** | **$330** | **100 %** | **100.0 %** |

** Specific occupancy and average rate data were utilized in our analysis, but are presented in ranges in the above table for the purposes of confidentiality.*

HVS

## FIGURE A-5 FORECAST OF MARKET OCCUPANCY

| | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
|---|---|---|---|---|---|---|
| **Transient** | | | | | | |
| Total Demand | 119,210 | 121,595 | 124,026 | 134,569 | 137,260 | 140,005 |
| Growth Rate | 5.0 % | 2.0 % | 2.0 % | 8.5 % | 2.0 % | 2.0 % |
| **Meeting and Group** | | | | | | |
| Total Demand | 32,311 | 33,926 | 35,623 | 42,747 | 51,297 | 53,861 |
| Growth Rate | 20.0 % | 5.0 % | 5.0 % | 20.0 % | 20.0 % | 5.0 % |
| **Totals** | | | | | | |
| Total Accommodated Demand | 151,521 | 155,521 | 159,649 | 177,316 | 188,557 | 193,867 |
| **Overall Demand Growth** | 7.9 % | 2.6 % | 2.7 % | 11.1 % | 6.3 % | 2.8 % |
| **Market Mix** | | | | | | |
| Transient | 78.7 % | 78.2 % | 77.7 % | 75.9 % | 72.8 % | 72.2 % |
| Meeting and Group | 21.3 | 21.8 | 22.3 | 24.1 | 27.2 | 27.8 |
| **Existing Hotel Supply** | 692 | 692 | 692 | 692 | 692 | 692 |
| **Proposed Hotels** | | | | | | |
| Proposed Luxury Resort at SilverRock [1] | | | | 117 | 200 | 200 |
| Available Room Nights per Year | 252,580 | 252,580 | 252,580 | 295,380 | 325,580 | 325,580 |
| Nights per Year | 365 | 365 | 365 | 365 | 365 | 365 |
| **Total Supply** | 692 | 692 | 692 | 809 | 892 | 892 |
| Rooms Supply Growth | 0.0 % | 0.0 % | 0.0 % | 16.9 % | 10.2 % | 0.0 % |
| **Marketwide Occupancy** | **60.0 %** | **61.6 %** | **63.2 %** | **60.0 %** | **57.9 %** | **59.5 %** |

[1] Opening in June 2029 of the 100% competitive, 200-room Proposed Luxury Resort at SilverRock

HVS

## FIGURE A-6 FORECAST OF SUBJECT PROPERTY'S OCCUPANCY

| Market Segment | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|
| **Transient** | | | | | |
| Demand | 134,569 | 137,260 | 140,005 | 142,805 | 142,805 |
| Market Share | 10.6 % | 18.2 % | 19.3 % | 20.5 % | 20.5 % |
| Capture | 14,269 | 24,986 | 27,087 | 29,218 | 29,218 |
| Penetration | 73 % | 81 % | 86 % | 91 % | 91 % |
| **Meeting and Group** | | | | | |
| Demand | 42,747 | 51,297 | 53,861 | 56,555 | 56,555 |
| Market Share | 9.2 % | 18.0 % | 19.9 % | 21.7 % | 21.7 % |
| Capture | 3,945 | 9,238 | 10,722 | 12,283 | 12,283 |
| Penetration | 64 % | 80 % | 89 % | 97 % | 97 % |
| **Total Room Nights Captured** | **18,214** | **34,224** | **37,810** | **41,501** | **41,501** |
| Available Room Nights | 42,800 | 73,000 | 73,000 | 73,000 | 73,000 |
| **Subject Occupancy** | **43 %** | **47 %** | **52 %** | **57 %** | **57 %** |
| Market-wide Available Room Nights | 295,380 | 325,580 | 325,580 | 325,580 | 325,580 |
| **Fair Share** | **14 %** | **22 %** | **22 %** | **22 %** | **22 %** |
| Market-wide Occupied Room Nights | 177,316 | 188,557 | 193,867 | 199,360 | 199,360 |
| **Market Share** | **10 %** | **18 %** | **20 %** | **21 %** | **21 %** |
| **Market-wide Occupancy** | **60 %** | **58 %** | **60 %** | **61 %** | **61 %** |
| **Total Penetration** | **71 %** | **81 %** | **87 %** | **93 %** | **93 %** |

HVS

## FIGURE A-7 HOTEL AND RENTAL MANAGEMENT PROGRAM BREAKDOWN

| | 2029/30 | 2030/31 | 2031/32 | 2032/33 | 2033/34 |
|---|---|---|---|---|---|
| Total Rooms Available | 73,000 | 73,000 | 73,000 | 73,000 | 73,000 |
| Average Rooms Available | 200 | 200 | 200 | 200 | 200 |
| Total Occupied Rooms | 32,120 | 35,770 | 39,420 | 41,610 | 41,610 |
| **Total Occupancy** | **44.0%** | **49.0%** | **54.0%** | **57.0%** | **57.0%** |
| % Chg. In Occupied Rooms | | 11.4% | 10.2% | 5.6% | 0.0% |
| Total Rooms Revenue | $49,328,429 | $60,427,326 | $72,670,704 | $81,185,865 | $83,621,441 |
| **Total ADR** | **$1,536** | **$1,689** | **$1,843** | **$1,951** | **$2,010** |
| % Chg. In ADR | | 10.0% | 9.1% | 5.8% | 3.0% |
| Total RevPAR | $676 | $828 | $995 | $1,112 | $1,145 |
| % Chg. In RevPAR | | 22.5% | 20.3% | 11.7% | 3.0% |

| | 2029/30 | 2030/31 | 2031/32 | 2032/33 | 2033/34 |
|---|---|---|---|---|---|
| Hotel Rooms Available | 56,210 | 56,210 | 56,210 | 56,210 | 56,210 |
| Average Rooms Available | 154 | 154 | 154 | 154 | 154 |
| Hotel Occupied Rooms | 29,229 | 32,040 | 35,412 | 36,537 | 36,537 |
| **Hotel Occupancy** | **52.0%** | **57.0%** | **63.0%** | **65.0%** | **65.0%** |
| % Chg. In Occupied Rooms | | 9.6% | 10.5% | 3.2% | 0.0% |
| Hotel Rooms Revenue | $31,859,828 | $38,415,600 | $45,006,909 | $48,757,484 | $50,220,209 |
| **Hotel ADR** | **$1,090** | **$1,199** | **$1,271** | **$1,334** | **$1,375** |
| % Chg. In ADR | | 10.0% | 6.0% | 5.0% | 3.0% |
| Hotel RevPAR | $567 | $683 | $801 | $867 | $893 |
| % Chg. In RevPAR | | 20.6% | 17.2% | 8.3% | 3.0% |

| | 2029/30 | 2030/31 | 2031/32 | 2032/33 | 2033/34 |
|---|---|---|---|---|---|
| Residences | 16,790 | 16,790 | 16,790 | 16,790 | 16,790 |
| Average Rooms Available | 46 | 46 | 46 | 46 | 46 |
| Residences Occupied Rooms | 2,891 | 3,730 | 4,008 | 5,074 | 5,074 |
| **Residences Occupancy** | **17.2%** | **22.2%** | **23.9%** | **30.2%** | **30.2%** |
| % Chg. In Occupied Rooms | | 29.0% | 7.4% | 26.6% | 0.0% |
| Residences Revenue | $17,468,601 | $22,011,725 | $27,663,796 | $32,428,381 | $33,401,232 |
| **Residences ADR** | **$6,043** | **$5,901** | **$6,903** | **$6,392** | **$6,583** |
| % Chg. In ADR | | -2.4% | 17.0% | -7.4% | 3.0% |
| Residences RevPAR | $1,040 | $1,311 | $1,648 | $1,931 | $1,989 |
| % Chg. In RevPAR | | 26.0% | 25.7% | 17.2% | 3.0% |

## FIGURE A-8 DETAILED FORECAST OF INCOME AND EXPENSE

| | 2029/30 | Begins June | | | 2030/31 | | | | 2031/32 | | | | Stabilized | | | | 2033/34 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms: | 200 | | | | 200 | | | | 200 | | | | 200 | | | | 200 | | | |
| Occupancy: | 44% | | | | 49% | | | | 54% | | | | 57% | | | | 57% | | | |
| Average Rate: | $1,535.75 | | | | $1,689.33 | | | | $1,843.50 | | | | $1,951.11 | | | | $2,009.65 | | | |
| RevPAR: | $675.73 | | | | $827.77 | | | | $995.49 | | | | $1,112.14 | | | | $1,145.50 | | | |
| Days Open: | 365 | | | | 365 | | | | 365 | | | | 365 | | | | 365 | | | |
| Occupied Rooms: | 32,120 | %Gross | PAR | POR | 35,770 | %Gross | PAR | POR | 39,420 | %Gross | PAR | POR | 41,610 | %Gross | PAR | POR | 41,610 | %Gross | PAR | POR |
| OPERATING REVENUE | | | | | | | | | | | | | | | | | | | | |
| Rooms | $49,328 | 61.9 % | $246,642 | $1,535.75 | $60,427 | 63.3 % | $302,137 | $1,689.33 | $72,671 | 65.4 % | $363,354 | $1,843.50 | $81,186 | 66.3 % | $405,929 | $1,951.11 | $83,621 | 66.3 % | $418,107 | $2,009.65 |
| Food & Beverage | 24,780 | 31.1 | 123,902 | 771.49 | 28,402 | 29.8 | 142,008 | 794.00 | 31,405 | 28.2 | 157,023 | 796.67 | 33,676 | 27.5 | 168,380 | 809.32 | 34,686 | 27.5 | 173,431 | 833.60 |
| Other Operated Departments | 994 | 1.2 | 4,969 | 30.94 | 1,169 | 1.2 | 5,847 | 32.69 | 1,238 | 1.1 | 6,188 | 31.40 | 1,295 | 1.1 | 6,476 | 31.13 | 1,334 | 1.1 | 6,670 | 32.06 |
| Spa | 2,793 | 3.5 | 13,967 | 86.97 | 3,179 | 3.3 | 15,893 | 88.86 | 3,428 | 3.1 | 17,142 | 86.97 | 3,627 | 3.0 | 18,133 | 87.16 | 3,735 | 3.0 | 18,677 | 89.77 |
| Parking | 795 | 1.0 | 3,975 | 24.75 | 936 | 1.0 | 4,678 | 26.16 | 990 | 0.9 | 4,951 | 25.12 | 1,036 | 0.8 | 5,181 | 24.90 | 1,067 | 0.8 | 5,336 | 25.65 |
| Resort Fees | 659 | 0.8 | 3,294 | 20.51 | 840 | 0.9 | 4,198 | 23.47 | 953 | 0.9 | 4,765 | 24.18 | 1,036 | 0.8 | 5,181 | 24.90 | 1,067 | 0.8 | 5,336 | 25.65 |
| Miscellaneous Income | 398 | 0.5 | 1,988 | 12.38 | 468 | 0.5 | 2,339 | 13.08 | 495 | 0.4 | 2,475 | 12.56 | 518 | 0.4 | 2,590 | 12.45 | 534 | 0.4 | 2,668 | 12.82 |
| Total Operating Revenues | 79,747 | 100.0 | 398,737 | 2,482.79 | 95,420 | 100.0 | 477,099 | 2,667.59 | 111,179 | 100.0 | 555,897 | 2,820.38 | 122,374 | 100.0 | 611,871 | 2,940.98 | 126,045 | 100.0 | 630,227 | 3,029.21 |
| DEPARTMENTAL EXPENSES * | | | | | | | | | | | | | | | | | | | | |
| Rooms | 14,989 | 30.4 | 74,946 | 466.66 | 16,035 | 26.5 | 80,175 | 448.28 | 17,130 | 23.6 | 85,650 | 434.55 | 18,023 | 22.2 | 90,116 | 433.15 | 18,564 | 22.2 | 92,820 | 446.14 |
| Food & Beverage | 19,952 | 80.5 | 99,759 | 621.17 | 21,470 | 75.6 | 107,349 | 600.22 | 22,801 | 72.6 | 114,006 | 578.42 | 23,910 | 71.0 | 119,550 | 574.62 | 24,627 | 71.0 | 123,136 | 591.86 |
| Spa | 2,150 | 77.0 | 10,748 | 66.93 | 2,276 | 71.6 | 11,378 | 63.62 | 2,375 | 69.3 | 11,877 | 60.26 | 2,466 | 68.0 | 12,331 | 59.27 | 2,540 | 68.0 | 12,701 | 61.05 |
| Parking | 541 | 68.1 | 2,707 | 16.85 | 579 | 61.8 | 2,893 | 16.18 | 601 | 60.7 | 3,004 | 15.24 | 622 | 60.0 | 3,109 | 14.94 | 640 | 60.0 | 3,202 | 15.39 |
| Total Expenses | 37,632 | 47.2 | 188,160 | 1,171.61 | 40,359 | 42.3 | 201,795 | 1,128.29 | 42,907 | 38.6 | 214,536 | 1,088.46 | 45,021 | 36.8 | 225,105 | 1,081.98 | 46,372 | 36.8 | 231,858 | 1,114.44 |
| DEPARTMENTAL INCOME | 42,115 | 52.8 | 210,576 | 1,311.19 | 55,061 | 57.7 | 275,304 | 1,539.30 | 68,272 | 61.4 | 341,361 | 1,731.92 | 77,353 | 63.2 | 386,766 | 1,859.00 | 79,674 | 63.2 | 398,369 | 1,914.77 |
| UNDISTRIBUTED OPERATING EXPENSES | | | | | | | | | | | | | | | | | | | | |
| Administrative & General | 8,608 | 10.8 | 43,038 | 267.98 | 8,310 | 8.7 | 41,549 | 232.31 | 8,802 | 7.9 | 44,009 | 223.28 | 9,214 | 7.5 | 46,069 | 221.43 | 9,490 | 7.5 | 47,451 | 228.08 |
| Info & Telecom Systems | 1,480 | 1.9 | 7,402 | 46.09 | 1,572 | 1.6 | 7,861 | 43.95 | 1,665 | 1.5 | 8,326 | 42.24 | 1,743 | 1.4 | 8,716 | 41.89 | 1,795 | 1.4 | 8,977 | 43.15 |
| Marketing | 5,076 | 6.4 | 25,379 | 158.02 | 5,390 | 5.6 | 26,951 | 150.69 | 5,709 | 5.1 | 28,547 | 144.83 | 5,977 | 4.9 | 29,883 | 143.63 | 6,156 | 4.9 | 30,779 | 147.94 |
| Prop. Operations & Maint. | 2,073 | 2.6 | 10,363 | 64.53 | 2,515 | 2.6 | 12,577 | 70.32 | 3,330 | 3.0 | 16,652 | 84.49 | 3,486 | 2.8 | 17,432 | 83.79 | 3,591 | 2.8 | 17,955 | 86.30 |
| Utilities | 1,480 | 1.9 | 7,402 | 46.09 | 1,572 | 1.6 | 7,861 | 43.95 | 1,665 | 1.5 | 8,326 | 42.24 | 1,743 | 1.4 | 8,716 | 41.89 | 1,795 | 1.4 | 8,977 | 43.15 |
| Total Expenses | 18,717 | 23.6 | 93,584 | 582.71 | 19,360 | 20.1 | 96,798 | 541.22 | 21,172 | 19.0 | 105,860 | 537.09 | 22,163 | 18.0 | 110,815 | 532.64 | 22,828 | 18.0 | 114,140 | 548.62 |
| GROSS OPERATING PROFIT | 23,399 | 29.3 | 116,993 | 728.47 | 35,701 | 37.4 | 178,506 | 998.08 | 47,100 | 42.4 | 235,501 | 1,194.83 | 55,190 | 45.1 | 275,951 | 1,326.37 | 56,846 | 45.1 | 284,229 | 1,366.16 |
| Management Fee | 2,392 | 3.0 | 11,962 | 74.48 | 2,863 | 3.0 | 14,313 | 80.03 | 3,335 | 3.0 | 16,677 | 84.61 | 3,671 | 3.0 | 18,356 | 88.23 | 3,781 | 3.0 | 18,907 | 90.88 |
| INCOME BEFORE NON-OPR. INC. & EXP. | 21,006 | 26.3 | 105,031 | 653.99 | 32,839 | 34.4 | 164,193 | 918.05 | 43,765 | 39.4 | 218,824 | 1,110.22 | 51,519 | 42.1 | 257,594 | 1,238.14 | 53,064 | 42.1 | 265,322 | 1,275.28 |
| NON-OPERATING INCOME & EXPENSE | | | | | | | | | | | | | | | | | | | | |
| Property Taxes | 3,630 | 4.6 | 18,152 | 113.02 | 3,703 | 3.9 | 18,515 | 103.52 | 3,777 | 3.4 | 18,885 | 95.81 | 3,853 | 3.1 | 19,263 | 92.59 | 3,930 | 3.1 | 19,648 | 94.44 |
| Insurance | 1,120 | 1.4 | 5,599 | 34.87 | 1,153 | 1.2 | 5,767 | 32.25 | 1,188 | 1.1 | 5,940 | 30.14 | 1,224 | 1.0 | 6,119 | 29.41 | 1,260 | 1.0 | 6,302 | 30.29 |
| Owners' Distribution | 7,861 | 9.9 | 39,304 | 244.73 | 9,905 | 10.4 | 49,526 | 276.92 | 12,449 | 11.2 | 62,244 | 315.80 | 14,593 | 11.9 | 72,964 | 350.70 | 15,031 | 11.9 | 75,153 | 361.22 |
| Total Expenses | 12,611 | 15.9 | 63,056 | 392.63 | 14,762 | 15.5 | 73,809 | 412.68 | 17,414 | 15.7 | 87,069 | 441.75 | 19,669 | 16.0 | 98,345 | 472.70 | 20,221 | 16.0 | 101,103 | 485.96 |
| EBITDA | 8,395 | 10.4 | 41,975 | 261.36 | 18,077 | 18.9 | 90,385 | 505.37 | 26,351 | 23.7 | 131,755 | 668.47 | 31,850 | 26.1 | 159,249 | 765.44 | 32,844 | 26.1 | 164,219 | 789.33 |
| Reserve for Replacement | 1,246 | 1.6 | 6,228 | 38.78 | 2,202 | 2.3 | 11,011 | 61.57 | 3,341 | 3.0 | 16,703 | 84.74 | 3,598 | 2.9 | 17,989 | 86.47 | 3,706 | 2.9 | 18,529 | 89.06 |
| EBITDA LESS RESERVE | $7,149 | 9.0 % | $35,747 | $222.59 | $15,875 | 16.6 % | $79,373 | $443.80 | $23,010 | 20.7 % | $115,052 | $583.72 | $28,252 | 23.1 % | $141,260 | $678.97 | $29,138 | 23.1 % | $145,690 | $700.27 |

*Departmental expenses are expressed as a percentage of departmental revenues.

## FIGURE A-9 TEN-YEAR FORECAST OF INCOME AND EXPENSE

| | 2029/30 | | 2030/31 | | 2031/32 | | 2032/33 | | 2033/34 | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Number of Rooms:** | **200** | | **200** | | **200** | | **200** | | **200** | |
| **Occupied Rooms:** | **32,120** | | **35,770** | | **39,420** | | **41,610** | | **41,610** | |
| **Occupancy:** | **44%** | | **49%** | | **54%** | | **57%** | | **57%** | |
| **Average Rate:** | **$1,535.75** | **% of** | **$1,689.33** | **% of** | **$1,843.50** | **% of** | **$1,951.11** | **% of** | **$2,009.65** | **% of** |
| **RevPAR:** | **$675.73** | **Gross** | **$827.77** | **Gross** | **$995.49** | **Gross** | **$1,112.14** | **Gross** | **$1,145.50** | **Gross** |
| **OPERATING REVENUE** | | | | | | | | | | |
| Rooms | $49,328 | 61.9 % | $60,427 | 63.3 % | $72,671 | 65.4 % | $81,186 | 66.3 % | $83,621 | 66.3 % |
| Food & Beverage | 24,780 | 31.1 | 28,402 | 29.8 | 31,405 | 28.2 | 33,676 | 27.5 | 34,686 | 27.5 |
| Spa | 2,793 | 3.5 | 3,179 | 3.3 | 3,428 | 3.1 | 3,627 | 3.0 | 3,735 | 3.0 |
| Parking | 795 | 1.0 | 936 | 1.0 | 990 | 0.9 | 1,036 | 0.8 | 1,067 | 0.8 |
| Resort Fees | 659 | 0.8 | 840 | 0.9 | 953 | 0.9 | 1,036 | 0.8 | 1,067 | 0.8 |
| Miscellaneous Income | 398 | 0.5 | 468 | 0.5 | 495 | 0.4 | 518 | 0.4 | 534 | 0.4 |
| Total Operating Revenues | 79,747 | 100.0 | 95,420 | 100.0 | 111,179 | 100.0 | 122,374 | 100.0 | 126,045 | 100.0 |
| **DEPARTMENTAL EXPENSES *** | | | | | | | | | | |
| Rooms | 14,989 | 30.4 | 16,035 | 26.5 | 17,130 | 23.6 | 18,023 | 22.2 | 18,564 | 22.2 |
| Food & Beverage | 19,952 | 80.5 | 21,470 | 75.6 | 22,801 | 72.6 | 23,910 | 71.0 | 24,627 | 71.0 |
| Spa | 2,150 | 77.0 | 2,276 | 71.6 | 2,375 | 69.3 | 2,466 | 68.0 | 2,540 | 68.0 |
| Parking | 541 | 68.1 | 579 | 61.8 | 601 | 60.7 | 622 | 60.0 | 640 | 60.0 |
| Total Expenses | 37,632 | 47.2 | 40,359 | 42.3 | 42,907 | 38.6 | 45,021 | 36.8 | 46,372 | 36.8 |
| **DEPARTMENTAL INCOME** | 42,115 | 52.8 | 55,061 | 57.7 | 68,272 | 61.4 | 77,353 | 63.2 | 79,674 | 63.2 |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | | | | | |
| Administrative & General | 8,608 | 10.8 | 8,310 | 8.7 | 8,802 | 7.9 | 9,214 | 7.5 | 9,490 | 7.5 |
| Info & Telecom Systems | 1,480 | 1.9 | 1,572 | 1.6 | 1,665 | 1.5 | 1,743 | 1.4 | 1,795 | 1.4 |
| Marketing | 5,076 | 6.4 | 5,390 | 5.6 | 5,709 | 5.1 | 5,977 | 4.9 | 6,156 | 4.9 |
| Prop. Operations & Maint. | 2,073 | 2.6 | 2,515 | 2.6 | 3,330 | 3.0 | 3,486 | 2.8 | 3,591 | 2.8 |
| Utilities | 1,480 | 1.9 | 1,572 | 1.6 | 1,665 | 1.5 | 1,743 | 1.4 | 1,795 | 1.4 |
| Total Expenses | 18,717 | 23.6 | 19,360 | 20.1 | 21,172 | 19.0 | 22,163 | 18.0 | 22,828 | 18.0 |
| **GROSS OPERATING PROFIT** | 23,399 | 29.3 | 35,701 | 37.4 | 47,100 | 42.4 | 55,190 | 45.1 | 56,846 | 45.1 |
| Management Fee | 2,392 | 3.0 | 2,863 | 3.0 | 3,335 | 3.0 | 3,671 | 3.0 | 3,781 | 3.0 |
| **INCOME BEFORE NON-OPR. INC. & EXP.** | 21,006 | 26.3 | 32,839 | 34.4 | 43,765 | 39.4 | 51,519 | 42.1 | 53,064 | 42.1 |
| **NON-OPERATING INCOME & EXPENSE** | | | | | | | | | | |
| Property Taxes | 3,630 | 4.6 | 3,703 | 3.9 | 3,777 | 3.4 | 3,853 | 3.1 | 3,930 | 3.1 |
| Insurance | 1,120 | 1.4 | 1,153 | 1.2 | 1,188 | 1.1 | 1,224 | 1.0 | 1,260 | 1.0 |
| Owners' Distribution | 7,861 | 9.9 | 9,905 | 10.4 | 12,449 | 11.2 | 14,593 | 11.9 | 15,031 | 11.9 |
| Total Expenses | 12,611 | 15.9 | 14,762 | 15.5 | 17,414 | 15.7 | 19,669 | 16.0 | 20,221 | 16.0 |
| **EBITDA** | 8,395 | 10.4 | 18,077 | 18.9 | 26,351 | 23.7 | 31,850 | 26.1 | 32,844 | 26.1 |
| Reserve for Replacement | 1,246 | 1.6 | 2,202 | 2.3 | 3,341 | 3.0 | 3,598 | 2.9 | 3,706 | 2.9 |
| **EBITDA LESS RESERVE** | $7,149 | 9.0 % | $15,875 | 16.6 % | $23,010 | 20.7 % | $28,252 | 23.1 % | $29,138 | 23.1 % |

| | 2034/35 | | 2035/36 | | 2036/37 | | 2037/38 | | 2038/39 | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Number of Rooms:** | **200** | | **200** | | **200** | | **200** | | **200** | |
| **Occupied Rooms:** | **41,610** | | **41,610** | | **41,610** | | **41,610** | | **41,610** | |
| **Occupancy:** | **57%** | | **57%** | | **57%** | | **57%** | | **57%** | |
| **Average Rate:** | **$2,069.94** | **% of** | **$2,132.04** | **% of** | **$2,196.00** | **% of** | **$2,261.88** | **% of** | **$2,329.73** | **% of** |
| **RevPAR:** | **$1,179.86** | **Gross** | **$1,215.26** | **Gross** | **$1,251.72** | **Gross** | **$1,289.27** | **Gross** | **$1,327.95** | **Gross** |
| **OPERATING REVENUE** | | | | | | | | | | |
| Rooms | $86,130 | 66.3 % | $88,714 | 66.3 % | $91,375 | 66.3 % | $94,117 | 66.3 % | $96,940 | 66.3 % |
| Food & Beverage | 35,727 | 27.5 | 36,799 | 27.5 | 37,903 | 27.5 | 39,040 | 27.5 | 40,211 | 27.5 |
| Spa | 3,848 | 3.0 | 3,963 | 3.0 | 4,082 | 3.0 | 4,204 | 3.0 | 4,330 | 3.0 |
| Parking | 1,099 | 0.8 | 1,132 | 0.8 | 1,166 | 0.8 | 1,201 | 0.8 | 1,237 | 0.8 |
| Resort Fees | 1,099 | 0.8 | 1,132 | 0.8 | 1,166 | 0.8 | 1,201 | 0.8 | 1,237 | 0.8 |
| Miscellaneous Income | 550 | 0.4 | 566 | 0.4 | 583 | 0.4 | 601 | 0.4 | 619 | 0.4 |
| Total Operating Revenues | 129,827 | 100.0 | 133,722 | 100.0 | 137,733 | 100.0 | 141,865 | 100.0 | 146,121 | 100.0 |
| **DEPARTMENTAL EXPENSES *** | | | | | | | | | | |
| Rooms | 19,121 | 22.2 | 19,695 | 22.2 | 20,285 | 22.2 | 20,894 | 22.2 | 21,521 | 22.2 |
| Food & Beverage | 25,366 | 71.0 | 26,127 | 71.0 | 26,911 | 71.0 | 27,718 | 71.0 | 28,550 | 71.0 |
| Spa | 2,616 | 68.0 | 2,695 | 68.0 | 2,776 | 68.0 | 2,859 | 68.0 | 2,945 | 68.0 |
| Parking | 660 | 60.0 | 679 | 60.0 | 700 | 60.0 | 721 | 60.0 | 742 | 60.0 |
| Total Expenses | 47,763 | 36.8 | 49,196 | 36.8 | 50,672 | 36.8 | 52,192 | 36.8 | 53,757 | 36.8 |
| **DEPARTMENTAL INCOME** | 82,064 | 63.2 | 84,526 | 63.2 | 87,062 | 63.2 | 89,674 | 63.2 | 92,364 | 63.2 |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | | | | | |
| Administrative & General | 9,775 | 7.5 | 10,068 | 7.5 | 10,370 | 7.5 | 10,681 | 7.5 | 11,002 | 7.5 |
| Info & Telecom Systems | 1,849 | 1.4 | 1,905 | 1.4 | 1,962 | 1.4 | 2,021 | 1.4 | 2,081 | 1.4 |
| Marketing | 6,341 | 4.9 | 6,531 | 4.9 | 6,727 | 4.9 | 6,928 | 4.9 | 7,136 | 4.9 |
| Prop. Operations & Maint. | 3,699 | 2.8 | 3,810 | 2.8 | 3,924 | 2.8 | 4,042 | 2.8 | 4,163 | 2.8 |
| Utilities | 1,849 | 1.4 | 1,905 | 1.4 | 1,962 | 1.4 | 2,021 | 1.4 | 2,081 | 1.4 |
| Total Expenses | 23,513 | 18.0 | 24,218 | 18.0 | 24,945 | 18.0 | 25,693 | 18.0 | 26,464 | 18.0 |
| **GROSS OPERATING PROFIT** | 58,551 | 45.1 | 60,308 | 45.1 | 62,117 | 45.1 | 63,980 | 45.1 | 65,900 | 45.1 |
| Management Fee | 3,895 | 3.0 | 4,012 | 3.0 | 4,132 | 3.0 | 4,256 | 3.0 | 4,384 | 3.0 |
| **INCOME BEFORE NON-OPR. INC. & EXP.** | 54,656 | 42.1 | 56,296 | 42.1 | 57,985 | 42.1 | 59,725 | 42.1 | 61,516 | 42.1 |
| **NON-OPERATING INCOME & EXPENSE** | | | | | | | | | | |
| Property Taxes | 4,008 | 3.1 | 4,088 | 3.1 | 4,170 | 3.0 | 4,254 | 3.0 | 4,339 | 3.0 |
| Insurance | 1,298 | 1.0 | 1,337 | 1.0 | 1,377 | 1.0 | 1,419 | 1.0 | 1,461 | 1.0 |
| Owners' Distribution | 15,481 | 11.9 | 15,946 | 11.9 | 16,424 | 11.9 | 16,917 | 11.9 | 17,425 | 11.9 |
| Total Expenses | 20,788 | 16.0 | 21,371 | 16.0 | 21,972 | 15.9 | 22,589 | 15.9 | 23,224 | 15.9 |
| **EBITDA** | 33,868 | 26.1 | 34,925 | 26.1 | 36,013 | 26.2 | 37,135 | 26.2 | 38,292 | 26.2 |
| Reserve for Replacement | 3,817 | 2.9 | 3,931 | 2.9 | 4,049 | 2.9 | 4,171 | 2.9 | 4,296 | 2.9 |
| **EBITDA LESS RESERVE** | $30,051 | 23.1 % | $30,993 | 23.2 % | $31,964 | 23.2 % | $32,964 | 23.2 % | $33,996 | 23.3 % |

HVS

Our positioning of each revenue and expense level is supported by comparable operations or trends specific to this market.

## FIGURE A-10 COMPARABLE OPERATING STATEMENTS: RATIO TO SALES

| | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Comp 5 | Subject Stabilized $ |
|---|---|---|---|---|---|---|
| Year: | 2025/26 | 2025/26 | 2024/25 | 2024/25 | 2024/25 | 2025 |
| Year Open: | 2010 | 2009 | 2003 | 2014 | 2003 | 2029 |
| Number of Rooms: | 190 to 250 | 50 to 80 | 140 to 180 | 390 to 490 | 230 to 290 | 200 |
| Days Open: | 365 | 365 | 365 | 365 | 365 | 365 |
| Occupancy: | 61% | 66% | 63% | 63% | 63% | 57% |
| Average Rate: | $1,097 | $1,016 | $1,555 | $1,236 | $1,077 | $1,567 |
| RevPAR: | $673 | $673 | $975 | $781 | $682 | $893 |
| **REVENUE** | | | | | | |
| Rooms | 52.0 % | 73.1 % | 58.6 % | 60.4 % | 49.9 % | 66.3 % |
| Food & Beverage | 30.4 | 14.7 | 22.1 | 28.0 | 34.6 | 27.5 |
| Other Operated Departments | 14.4 | 10.7 | 16.8 | 10.1 | 14.1 | 5.7 |
| Miscellaneous Income | 3.1 | 1.5 | 2.4 | 1.4 | 1.4 | 0.4 |
| Total | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| **DEPARTMENTAL EXPENSES*** | | | | | | |
| Rooms | 21.4 | 19.7 | 19.1 | 21.1 | 21.8 | 22.2 |
| Food & Beverage | 70.3 | 96.4 | 85.8 | 73.6 | 73.4 | 71.0 |
| Other Operated Departments | 45.2 | 39.9 | 39.8 | 76.1 | 59.2 | 44.1 |
| Total | 39.0 | 32.8 | 36.9 | 41.0 | 44.6 | 36.8 |
| **DEPARTMENTAL INCOME** | 61.0 | 67.2 | 63.1 | 59.0 | 55.4 | 63.2 |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | |
| Administrative & General | 7.6 | 11.3 | 7.2 | 7.0 | 7.7 | 7.5 |
| Info. and Telecom. Systems | 1.6 | 1.4 | 1.0 | 1.7 | 1.7 | 1.4 |
| Marketing | 5.0 | 5.7 | 5.4 | 5.3 | 4.7 | 4.9 |
| Property Operations & Maintenance | 3.1 | 4.8 | 2.3 | 3.0 | 3.7 | 2.8 |
| Utilities | 2.1 | 3.2 | 1.1 | 1.4 | 1.9 | 1.4 |
| Total | 19.4 | 26.3 | 17.1 | 18.3 | 19.7 | 18.1 |
| Management Fee | 3.0 | 3.0 | 2.5 | 2.5 | 2.9 | 3.0 |
| **INCOME BEFORE NON-OPER. INC. & EXP.** | 38.5 | 37.9 | 43.6 | 38.2 | 32.7 | 42.1 |
| **EBITDA LESS RESERVE** | 14.7 % | 20.4 % | 20.2 % | 22.3 % | 18.7 % | 23.1 % |

* Departmental expense ratios are expressed as a percentage of departmental revenues

HVS

## FIGURE A-11 COMPARABLE OPERATING STATEMENTS: AMOUNTS PER AVAILABLE ROOM

| | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Comp 5 | Subject |
|---|---|---|---|---|---|---|
| | | | | | | Stabilized $ |
| Year: | 2025/26 | 2025/26 | 2024/25 | 2024/25 | 2024/25 | 2025 |
| Year Open: | 2010 | 2009 | 2003 | 2014 | 2003 | 2029 |
| Number of Rooms: | 190 to 250 | 50 to 80 | 140 to 180 | 390 to 490 | 230 to 290 | 200 |
| Days Open: | 365 | 365 | 365 | 365 | 365 | 365 |
| Occupancy: | 61% | 66% | 63% | 63% | 63% | 57% |
| Average Rate: | $1,097 | $1,016 | $1,555 | $1,236 | $1,077 | $1,567 |
| RevPAR: | $673 | $673 | $975 | $781 | $682 | $893 |
| **REVENUE** | | | | | | |
| Rooms | $245,580 | $245,630 | $356,019 | $284,989 | $248,934 | $326,018 |
| Food & Beverage | 143,644 | 49,550 | 134,205 | 132,303 | 172,384 | 135,233 |
| Other Operated Departments | 68,134 | 35,849 | 102,261 | 47,598 | 70,276 | 28,087 |
| Miscellaneous Income | 14,796 | 5,175 | 14,673 | 6,797 | 7,056 | 2,081 |
| Total | 472,154 | 336,204 | 607,157 | 471,687 | 498,651 | 491,417 |
| **DEPARTMENTAL EXPENSES** | | | | | | |
| Rooms | 52,525 | 48,273 | 67,943 | 60,092 | 54,274 | 72,376 |
| Food & Beverage | 101,034 | 47,743 | 115,149 | 97,315 | 126,547 | 96,015 |
| Other Operated Departments | 30,814 | 14,320 | 40,688 | 36,201 | 41,584 | 12,400 |
| Total | 184,373 | 110,336 | 223,780 | 193,608 | 222,406 | 180,791 |
| **DEPARTMENTAL INCOME** | 287,781 | 225,868 | 383,377 | 278,079 | 276,245 | 310,627 |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | |
| Administrative & General | 36,005 | 37,952 | 43,692 | 32,809 | 38,430 | 37,000 |
| Info. and Telecom. Systems | 7,353 | 4,627 | 6,333 | 7,823 | 8,523 | 7,000 |
| Marketing | 23,469 | 19,192 | 32,888 | 25,019 | 23,237 | 24,000 |
| Property Operations & Maintenance | 14,826 | 16,026 | 13,810 | 14,211 | 18,557 | 14,000 |
| Utilities | 10,095 | 10,593 | 6,931 | 6,380 | 9,622 | 7,000 |
| Total | 91,748 | 88,390 | 103,653 | 86,242 | 98,369 | 89,000 |
| Management Fee | 14,144 | 10,081 | 15,179 | 11,792 | 14,586 | 14,743 |
| **INCOME BEFORE NON-OPER. INC. & EXP.** | 181,889 | 127,397 | 264,545 | 180,045 | 163,291 | 206,884 |
| **EBITDA LESS RESERVE** | $69,877 | $68,525 | $122,491 | $104,995 | $93,902 | $113,451 |

HVS

## FIGURE A-12 COMPARABLE OPERATING STATEMENTS: AMOUNTS PER OCCUPIED ROOM

| | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Comp 5 | Subject |
|---|---|---|---|---|---|---|
| | | | | | | Stabilized $ |
| **Year:** | **2025/26** | **2025/26** | **2024/25** | **2024/25** | **2024/25** | **2025** |
| **Year Open:** | **2010** | **2009** | **2003** | **2014** | **2003** | **2029** |
| **Number of Rooms:** | **190 to 250** | **50 to 80** | **140 to 180** | **390 to 490** | **230 to 290** | **200** |
| **Days Open:** | **365** | **365** | **365** | **365** | **365** | **365** |
| **Occupancy:** | **61%** | **66%** | **63%** | **63%** | **63%** | **57%** |
| **Average Rate:** | **$1,097** | **$1,016** | **$1,555** | **$1,236** | **$1,077** | **$1,567** |
| **RevPAR:** | **$673** | **$673** | **$975** | **$781** | **$682** | **$893** |
| **REVENUE** | | | | | | |
| Rooms | $1,096.96 | $1,016.29 | $1,554.54 | $1,236.03 | $1,076.88 | $1,567.02 |
| Food & Beverage | 641.63 | 205.01 | 586.00 | 573.81 | 745.72 | 650.00 |
| Other Operated Departments | 304.34 | 148.32 | 446.52 | 206.44 | 304.01 | 135.00 |
| Miscellaneous Income | 66.09 | 21.41 | 64.07 | 29.48 | 30.53 | 10.00 |
| Total | 2,109.03 | 1,391.04 | 2,651.12 | 2,045.77 | 2,157.14 | 2,362.02 |
| **DEPARTMENTAL EXPENSES** | | | | | | |
| Rooms | 234.62 | 199.73 | 296.67 | 260.62 | 234.79 | 347.88 |
| Food & Beverage | 451.30 | 197.53 | 502.79 | 422.07 | 547.44 | 461.50 |
| Other Operated Departments | 137.64 | 59.25 | 177.66 | 157.01 | 179.89 | 59.60 |
| Total | 823.56 | 456.51 | 977.13 | 839.70 | 962.11 | 868.98 |
| **DEPARTMENTAL INCOME** | 1,285.46 | 934.53 | 1,673.99 | 1,206.06 | 1,195.02 | 1,493.04 |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | |
| Administrative & General | 160.83 | 157.03 | 190.78 | 142.30 | 166.25 | 177.84 |
| Info. and Telecom. Systems | 32.84 | 19.14 | 27.65 | 33.93 | 36.87 | 33.65 |
| Marketing | 104.83 | 79.41 | 143.60 | 108.51 | 100.52 | 115.36 |
| Property Operations & Maintenance | 66.22 | 66.31 | 60.30 | 61.64 | 80.28 | 67.29 |
| Utilities | 45.09 | 43.83 | 30.26 | 27.67 | 41.62 | 33.65 |
| Total | 409.82 | 365.71 | 452.60 | 374.04 | 425.54 | 427.78 |
| Management Fee | 63.18 | 41.71 | 66.28 | 51.14 | 63.10 | 70.86 |
| **INCOME BEFORE NON-OPER. INC. & EXP.** | 812.46 | 527.11 | 1,155.12 | 780.88 | 706.39 | 994.40 |
| **EBITDA LESS RESERVE** | $312.12 | $283.53 | $534.85 | $455.38 | $406.22 | $545.31 |

HVS

## FIGURE A-13 COMPARABLE OPERATING STATEMENTS: COMPOSITE STATEMENT

| | | | | |
|---|---|---|---|---|
| Number of Rooms: | 1,148 | | | |
| Days Open: | 365 | | | |
| Occupancy: | 63.0% | | Amount per | Amount per |
| Average Rate: | $1,203.45 | Percentage | Available | Occupied |
| RevPAR: | $757.81 | of Revenue | Room | Room |
| **REVENUE** | | | | |
| Rooms | $317,537 | 56.6 % | $276,601 | $1,203.45 |
| Food & Beverage | 159,838 | 28.5 | 139,232 | 605.77 |
| Other Operating Departments | 72,888 | 13.0 | 63,492 | 276.24 |
| Miscellaneous Income | 10,754 | 1.9 | 9,368 | 40.76 |
| Total | 561,018 | 100.0 | 488,692 | 2,126.22 |
| **DEPARTMENTAL EXPENSES** | | | | |
| Rooms | 66,247 | 20.9 | 57,707 | 251.07 |
| Food & Beverage | 119,784 | 74.9 | 104,341 | 453.97 |
| Other Operating Departments | 41,067 | 56.3 | 35,773 | 155.64 |
| Total | 227,098 | 40.5 | 197,821 | 860.69 |
| **DEPARTMENTAL INCOME** | 333,920 | 59.5 | 290,871 | 1,265.53 |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | | |
| Administrative & General | 41,878 | 7.5 | 36,479 | 158.72 |
| Info. and Telecom. Systems | 8,621 | 1.5 | 7,510 | 32.67 |
| Marketing | 28,761 | 5.1 | 25,053 | 109.00 |
| Property Operations & Maintenance | 17,648 | 3.1 | 15,373 | 66.88 |
| Utilities | 9,354 | 1.7 | 8,148 | 35.45 |
| Total | 106,262 | 18.9 | 92,563 | 402.73 |
| Management Fee | 15,206 | 2.7 | 13,246 | 57.63 |
| **INCOME BEFORE NON-OPER. INC. & EXP.** | 212,451 | 37.9 | 185,062 | 805.17 |
| **EBITDA LESS RESERVE** | $103,490 | 18.4 % | $90,148 | $392.22 |

HVS

**FIGURE A-14 DCF – WHEN COMPLETE AS OF JUNE 1, 2029**

| | |
|---|---|
| Stabilized Year | 4 |
| Discount Rate | 8.0 % |
| Loaded Terminal Cap | 7.0 |
| Transaction Costs | 1.0 |

| Year | Net Income, Before Taxes | Property Taxes | Net Income, After Taxes | Discount Factor 8.00 | Discounted Cash Flow |
|---|---|---|---|---|---|
| 2029/30 | $10,779,799 | $3,630,354 | $7,149,445 | 0.92593 | $6,619,856 |
| 2030/31 | 19,577,660 | 3,702,961 | 15,874,699 | 0.85734 | 13,609,996 |
| 2031/32 | 26,787,371 | 3,777,020 | 23,010,351 | 0.79383 | 18,266,358 |
| 2032/33 | 32,104,538 | 3,852,561 | 28,251,978 | 0.73503 | 20,766,047 |
| 2033/34 | 33,067,669 | 3,929,612 | 29,138,057 | 0.68058 | 19,830,872 |
| 2034/35 | 34,059,696 | 4,008,204 | 30,051,492 | 0.63017 | 18,937,538 |
| 2035/36 | 35,081,487 | 4,088,368 | 30,993,119 | 0.58349 | 18,084,187 |
| 2036/37 | 36,133,932 | 4,170,136 | 31,963,796 | 0.54027 | 17,269,045 |
| 2037/38 | 37,217,950 | 4,253,538 | 32,964,411 | 0.50025 | 16,490,413 |
| 2038/39 | 38,334,488 | 4,338,609 | 594,823,393 * | 0.46319 | 275,518,322 |

| | |
|---|---|
| **Estimated Market Value** | $425,392,634 |
| **(ROUNDED TO)** | **$425,000,000** |
| Per Room | 2,130,000 |

**Reversion Analysis**

| | |
|---|---|
| 11th Year's EBITDA Less Reserves (not including | $39,484,523 |
| Capitalization Rate (loaded with tax rate) | 7.0% |
| Total Sales Proceeds | $566,492,438 |
| Less: Transaction Costs @ 1.0% | 5,664,924 |
| Net Sales Proceeds (Say) | 560,827,513 |

**10th year NOI after taxes, plus the reversionary value.*

HVS

## FIGURE A-15 NATIONAL LUXURY HOTEL TRANSACTIONS

| Property | Location | Sale Date | Price | Rooms | Price/Rm | Overall Cap | Year Opened | NOI/ Room |
|---|---|---|---|---|---|---|---|---|
| Surfrider Malibu | Malibu, CA | Oct-25 | $37,500,000 | 20 | $1,875,000 | — | 1952 | — |
| New York Edition | New York, NY | Oct-25 | 235,000,000 | 271 | 867,159 | — | 2015 | — |
| Equinox Hotel New York | New York, NY | Oct-25 | 541,000,000 | 212 | 2,551,887 | — | 2019 | — |
| Four Seasons Resort Hualalai | Kailua-Kona, HI | Sep-25 | 400,000,000 | 249 | 1,606,426 | 9.8% | 1996 | 157,831 |
| Nine Orchard | New York, NY | Aug-25 | 93,000,000 | 113 | 823,009 | — | 2022 | — |
| El Encanto, Santa Barbara | Santa Barbara, CA | Jul-25 | 82,200,000 | 90 | 913,333 | — | 1918 | — |
| Planters Inn | Charleston, SC | Mar-25 | 75,000,000 | 64 | 1,171,875 | 6.8% | 1844 | 79,672 |
| Moxy Miami Wynwood | Miami, FL | Jan-25 | 99,000,000 | 120 | 825,000 | — | 2024 | — |
| PGA National Resort | Palm Beach Gardens, FL | Jan-25 | 422,500,000 | 339 | 1,246,313 | — | 1981 | — |
| W South Beach | Miami Beach, FL | Oct-24 | 425,000,000 | 348 | 1,221,264 | 2.2% | 2009 | 26,379 |
| Eau Palm Beach Resort & Spa | Manalapan, FL | Aug-24 | 317,019,163 | 309 | 1,025,952 | — | 1991 | — |
| Ritz Carlton O'ahu Turtle Bay | Kahuku, HI | Jul-24 | 725,000,000 | 450 | 1,611,111 | 5.3% | 1972 | 85,389 |
| 1 Hotel Central Park | New York, NY | Jul-24 | 265,000,000 | 234 | 1,132,479 | 3.7% | 2015 | 42,034 |
| Islands of Islamorada (The) | Islamorada, FL | Jul-24 | 72,000,000 | 30 | 2,400,000 | — | 2020 | — |
| Baron's Cove Inn | Sag Harbor, NY | Jun-24 | 66,500,000 | 67 | 992,537 | 4.3% | 1984 | 42,836 |
| William Vale | Brooklyn, NY | Jun-24 | 176,440,000 | 183 | 964,153 | 5.9% | 2016 | 57,055 |
| Arizona Biltmore, LXR Hotels & Resorts | Phoenix, AZ | May-24 | 705,000,000 | 703 | 1,002,845 | 6.8% | 1929 | 67,772 |
| 1 Hotel Nashville Downtown | Nashville, TN | May-24 | 212,000,000 | 215 | 986,047 | 4.4% | 2022 | 43,700 |
| MacArthur Place Hotel & Spa Sonoma | Sonoma, CA | Dec-23 | 67,000,000 | 64 | 1,046,875 | — | 1864 | — |
| Snake River Lodge & Spa | Teton Village, WY | Nov-23 | 104,000,000 | 93 | 1,118,280 | 5.0% | 1968 | 56,097 |
| Whitney Hotel Boston | Boston, MA | Oct-23 | 57,000,000 | 65 | 876,923 | 4.6% | 1986 | 40,338 |
| Seahorse Oceanfront Inn | Neptune Beach, FL | Aug-23 | 36,950,000 | 38 | 972,368 | — | 1950 | — |
| Park Lane New York | New York, NY | Aug-23 | 622,897,705 | 610 | 1,021,144 | — | 1972 | — |
| Inn at Rancho Santa Fe A Tribute Portfolio Resort & Spa | Rancho Santa Fe, CA | Jul-23 | 100,000,000 | 80 | 1,250,000 | — | 1924 | — |
| Westgate of South Beach | Miami Beach, FL | Jun-23 | 73,000,000 | 46 | 1,586,957 | — | 1938 | — |
| Manner (The) Unbound Collection by Hyatt | New York, NY | Feb-23 | 109,000,000 | 97 | 1,123,711 | 5.8% | 2001 | 64,838 |
| Standard Hollywood **CLOSED** | West Hollywood, CA | Feb-23 | 112,500,000 | 139 | 809,353 | 6.3% | 1998 | 51,210 |
| Little Palm Island | Little Torch Key, FL | Dec-22 | 54,635,000 | 30 | 1,821,167 | 24.8% | 1988 | 451,600 |
| El Cordova | Coronado, CA | Dec-22 | 45,000,000 | 43 | 1,046,512 | — | 1930 | — |
| Four Seasons Scottsdale at Troon North | Scottsdale, AZ | Dec-22 | 267,800,000 | 210 | 1,275,238 | 5.3% | 1999 | 67,619 |
| Lake Austin Spa Resort | Austin, TX | Nov-22 | 75,800,000 | 40 | 1,895,000 | — | 1974 | — |
| Montage Resort & Spa Laguna Beach | Laguna Beach, CA | Nov-22 | 661,000,000 | 255 | 2,592,157 | 6.3% | 2003 | 162,106 |
| Sitzmark Lodge | Vail, CO | Nov-22 | 29,850,000 | 35 | 852,857 | — | 1969 | — |
| Four Seasons Resort Jackson Hole | Teton Village, WY | Nov-22 | 315,000,000 | 125 | 2,520,000 | 6.7% | 2003 | 168,000 |
| Four Seasons Hotel Nashville | Nashville, TN | Oct-22 | 213,440,000 | 232 | 920,000 | — | 2022 | — |
| Four Seasons Resort and Residences Vail | Vail, CO | Aug-22 | 198,000,000 | 147 | 1,346,939 | 6.6% | 2010 | 88,898 |
| Amangani Resort | Jackson, WY | Mar-22 | 79,500,000 | 40 | 1,987,500 | 8.4% | 1998 | 166,975 |
| Four Seasons Resort and Residences Napa Valley | Calistoga, CA | Dec-21 | 177,500,000 | 85 | 2,088,235 | — | 2021 | — |
| Ventana Big Sur, An Alila Resort | Big Sur, CA | Nov-21 | 150,000,000 | 59 | 2,542,373 | — | 1975 | — |
| Sanctuary on Camelback Mountain | Scottsdale, AZ | Nov-21 | 133,000,000 | 111 | 1,198,198 | 3.6% | 1970 | 43,045 |
| Ventana Big Sur, An Alila Resort | Big Sur, CA | Jun-21 | 148,000,000 | 59 | 2,508,475 | 4.8% | 1975 | 121,220 |
| Four Seasons Resort Orlando at Walt Disney World | Orlando, FL | Apr-21 | 610,000,000 | 444 | 1,373,874 | 4.7% | 2014 | 64,572 |
| Montage Healdsburg | Healdsburg, CA | Apr-21 | 265,000,000 | 130 | 2,038,462 | 6.3% | 2020 | 127,404 |

HVS

## FIGURE A-16 SALES COMPARISON APPROACH – ADJUSTMENT GRID

| Elements of Comparison | Subject Property | Sale #1<br>Four Seasons Scottsdale at Troon North, Scottsdale, AZ | Sale #2<br>Four Seasons Resort Jackson Hole, Teton Village, WY | Sale #3<br>Four Seasons Resort and Residences Vail, Vail, CO | Sale #4<br>Four Seasons Resort and Residences Napa Valley, Calistoga, CA | Sale #5<br>Montage Healdsburg, Healdsburg, CA |
|---|---|---|---|---|---|---|
| Sale Price | | $267,800,000 | $315,000,000 | $198,000,000 | $177,500,000 | $265,000,000 |
| Number of Rooms | 200 | 210 | 125 | 147 | 85 | 130 |
| Price per Room | | $1,275,238 | $2,520,000 | $1,346,939 | $2,088,235 | $2,038,462 |
| Year Open | 3 | 1999 | 2003 | 2010 | 2021 | 2020 |
| Date of Sale | | December-22 | November-22 | August-22 | December-21 | April-21 |
| **Adjustments for Transaction Characteristics (per Room)** | | | | | | |
| Property Rights Conveyed | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Adjustment | | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % |
| Adjusted Sales Price | | 1,275,238 | 2,520,000 | 1,346,939 | 2,088,235 | 2,038,462 |
| Financing Terms | | Cash Equivalent | Cash Equivalent | Cash Equivalent | Cash Equivalent | Cash Equivalent |
| Adjustment | | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % |
| Adjusted Sales Price | | 1,275,238 | 2,520,000 | 1,346,939 | 2,088,235 | 2,038,462 |
| Conditions of Sale | | Normal | Normal | Normal | Normal | Normal |
| Adjustment | | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % |
| Adjusted Sales Price | | 1,275,238 | 2,520,000 | 1,346,939 | 2,088,235 | 2,038,462 |
| Market Conditions | | Similar | Similar | Similar | Similar | Similar |
| Adjustment | | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % |
| Adjusted Sales Price | | 1,275,238 | 2,520,000 | 1,346,939 | 2,088,235 | 2,038,462 |
| Adjusted Price | | $1,275,238 | $2,520,000 | $1,346,939 | $2,088,235 | $2,038,462 |
| **Adjustments for Property Characteristics** | | | | | | |
| Location/Market | | Similar | Superior | Superior | Superior | Superior |
| Adjustment | | 0.0 % | (10.0) % | (10.0) % | (20.0) % | (20.0) % |
| Physical Condition/Facilities | | Similar | Similar | Similar | Similar | Similar |
| Age and Building Configuration | | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % |
| Renovation Needs | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Adjustment | | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % |
| Other Revenue Sources | | Similar | Similar | Similar | Similar | Similar |
| Adjustment | | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % |
| Ramp Up Risk | | Superior | Superior | Superior | Superior | Superior |
| Adjustment | | (15.0) % | (15.0) % | (15.0) % | (15.0) % | (15.0) % |
| Market Orientation (RevPAR) | $893.20 | $423.52 | $855.00 | $613.81 | $672.07 | $570.21 |
| Adjustment | | 110.9 % | 4.5 % | 45.5 % | 32.9 % | 56.6 % |
| Cumulative Percentage Adjustment | | 95.9 % | (20.5) % | 20.5 % | (2.1) % | 21.6 % |
| Net Adjust. for Property Characteristics | | 1,222,939 | (517,414) | 276,354 | (43,798) | 441,201 |
| **Final Adjusted Price Per Room** | | **$2,498,000** | **$2,003,000** | **$1,623,000** | **$2,044,000** | **$2,480,000** |

HVS

## FIGURE A-17 NET PRESENT VALUE OF TRANSIENT OCCUPANCY TAX (TOT) REBATE

| Year | Hotel Room Revenue | TOT@11% | RMP Revenue | TOT for RMP @ 10% | Total TOT | Rebate % | TOT Rebate | Discount Rate @ 8.0% | Discounted Cash Flow |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $31,859,828 | $3,504,581 | $17,468,601 | $1,746,860 | $5,251,441 | 90% | 4,726,297 | 0.9259 | $4,376,201 |
| 2 | 38,415,600 | 4,225,716 | 22,011,725 | 2,201,173 | 6,426,889 | 90% | 5,784,200 | 0.8573 | $4,959,019 |
| 3 | 45,006,909 | 4,950,760 | 27,663,796 | 2,766,380 | 7,717,139 | 90% | 6,945,426 | 0.7938 | $5,513,503 |
| 4 | 48,757,484 | 5,363,323 | 32,428,381 | 3,242,838 | 8,606,161 | 90% | 7,745,545 | 0.7350 | $5,693,207 |
| 5 | 50,220,209 | 5,524,223 | 33,401,232 | 3,340,123 | 8,864,346 | 90% | 7,977,912 | 0.6806 | $5,429,633 |
| 6 | 51,726,815 | 5,689,950 | 34,403,269 | 3,440,327 | 9,130,277 | 90% | 8,217,249 | 0.6302 | $5,178,261 |
| 7 | 53,278,620 | 5,860,648 | 35,435,367 | 3,543,537 | 9,404,185 | 90% | 8,463,766 | 0.5835 | $4,938,526 |
| 8 | 54,876,978 | 6,036,468 | 36,498,428 | 3,649,843 | 9,686,310 | 90% | 8,717,679 | 0.5403 | $4,709,891 |
| 9 | 56,523,287 | 6,217,562 | 37,593,381 | 3,759,338 | 9,976,900 | 90% | 8,979,210 | 0.5002 | $4,491,840 |
| 10 | 58,218,986 | 6,404,088 | 38,721,183 | 3,872,118 | 10,276,207 | 90% | 9,248,586 | 0.4632 | $4,283,885 |
| 11 | 59,965,556 | 6,596,211 | 39,882,818 | 3,988,282 | 10,584,493 | 60% | 6,350,696 | 0.4289 | $2,723,705 |
| 12 | 61,764,522 | 6,794,097 | 41,079,303 | 4,107,930 | 10,902,028 | 60% | 6,541,217 | 0.3971 | $2,597,607 |
| 13 | 63,617,458 | 6,997,920 | 42,311,682 | 4,231,168 | 11,229,089 | 60% | 6,737,453 | 0.3677 | $2,477,348 |
| 14 | 65,525,982 | 7,207,858 | 43,581,032 | 4,358,103 | 11,565,961 | 60% | 6,939,577 | 0.3405 | $2,362,656 |
| 15 | 67,491,761 | 7,424,094 | 44,888,463 | 4,488,846 | 11,912,940 | 60% | 7,147,764 | 0.3152 | $2,253,273 |
| | | | | | | | | **Net Present Value of TOT As of June 1, 2029** | **$62,000,000** |

## FIGURE A-18 BRANDED RESIDENTIAL COMPARABLES AND SUBJECT PROPERTY POSITIONING

| Comparable | Location | Type | Year Built | Avg. SF/Unit Sold | Avg. Sale Price/Unit | Avg. Price/SF |
|---|---|---|---|---|---|---|
| Montage Healdsburg | Northern California | SFH | 2022/23 | 3,132 | $5,931,617 | $1,894 |
| Four Seasons Calistoga | Northern California | SFH | 2021 | 2,654 | 4,829,784 | 1,820 |
| The Madison Club | Coachella Valley | SFH | 2018 | 8,752 | 13,264,572 | 1,516 |
| Vintage Club | Coachella Valley | Condo | 1984 (avg.) | 2,578 | 2,247,286 | 872 |
| Miranda Estates (Ritz Carlton Rancho adjacent) | Coachella Valley | SFH | Varies | 5,062 | 3,621,063 | 715 |
| La Quinta Resort | Coachella Valley | Condo | 1985-2000s | 1,536 | 1,086,735 | 707 |
| Four Seasons Henderson | Las Vegas | Condo | U/C | 3,422 | 5,619,351 | 1,642 |
| Ascend at Phoenician | Phoenix | Condo | 2025 | 2,463 | 2,519,080 | 1,023 |
| Ritz Carlton Paradise Valley | Phoenix | Condo | 2024 | 2,670 | 4,911,046 | 1,839 |
| **Proposed Branded Condos at SilverRock** | | | **2029** | **3,000** | **$4,469,196** | **$1,490** |

## FIGURE A-19 BRANDED CONDO SELL OUT

| Period | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Start/End | Positioned Price (2025) | Jun-29 | Jul-29 | Aug-29 | Sep-29 | Oct-29 | Nov-29 | Dec-29 | Jan-30 | Feb-30 | Mar-30 | Apr-30 | May-30 | Total |
| # of Unit Sold | | 10 | 10 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 70 |
| Total SF Sold | | 30,000 | 30,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 210,000 |
| Price Per SF | $1,250 | $1,313 | $1,313 | $1,375 | $1,375 | $1,375 | $1,500 | $1,500 | $1,625 | $1,625 | $1,688 | $1,772 | $1,772 | $1,490 |
| % Over Projected Price | | 105.0% | 105.0% | 110.0% | 110.0% | 110.0% | 120.0% | 120.0% | 130.0% | 130.0% | 135.0% | 135.0% | 135.0% | 119.2% |
| Net Sales Proceeds | | **$39,375,000** | **$39,375,000** | **$20,625,000** | **$20,625,000** | **$20,625,000** | **$22,500,000** | **$22,500,000** | **$24,375,000** | **$24,375,000** | **$25,312,500** | **$26,578,125** | **$26,578,125** | **$312,843,750** |

HVS

**FIGURE A-20 COST OF SALES**

| Component | % Cost |
|---|---|
| Brand License Fee | 4.00 % |
| Broker's Commission | 4.00 |
| Legal, Escrow, and Closing Costs | 1.00 |
| Sales and Marketing and HOA Cost | 1.00 |
| **Total** | **10.00 %** |

**FIGURE A-21 NET PRESENT VALUE OF LUXURY CONDOMINIUMS SALES PROCEEDS**

| Fiscal Year Ending June | 2029/30 | Average/Unit |
|---|---|---|
| Number of Units Sold | 70 | |
| Avg. SF Per Unit | 3,000 | |
| Total SF Sold | 210,000 | 3,000 |
| Forecast Price Per SF | $1,490 | $1,490 |
| Total Sales Revenue | $312,843,750 | $4,469,196 |
| Less: Sales Costs* (10.0%) | 31,284,375 | |
| Net Sales Proceeds | $281,559,375 | $4,022,277 |
| Discount Factor @ 5.0% | 0.83858 | |
| Net Present Value of Sales Proceeds | $236,109,987 | $3,373,000 |
| **Rounded To** | **$236,100,000** | **$3,373,000** |

**Sales Costs include commissions, brand fees, carrying costs, and closing costs*

HVS

## FIGURE A-22 LUXURY HOME SITE SALES WITHIN LAST TWO YEARS – LA QUINTA

| Address | Community | Price | Lot Area | $ PSF |
|---|---|---|---|---|
| 59085 Marbella, La Quinta, CA 92253 | Andalusia Country Club | $795,000 | 0.32 | $56.68 |
| 59581 Segura, La Quinta, CA 92253 | Andalusia Country Club | 1,350,000 | 0.43 | 72.07 |
| 48770 Via Sierra, La Quinta, CA 92253 | Enclave Mountain Estates (La Quinta Resort) | 600,000 | 0.40 | 34.44 |
| 77430 Loma Vis, La Quinta, CA 92253 | Enclave Mountain Estates (La Quinta Resort) | 535,000 | 0.33 | 37.22 |
| 80860 Vista Bonita Trl, La Quinta, CA 92253 | La Quinta Polo Estates | 600,000 | 2.02 | 6.82 |
| 14 Vista Galope, La Quinta, CA 92253 | La Quinta Polo Estates | 675,000 | 2.52 | 6.15 |
| 80770 Vista Bonita Trl, La Quinta, CA 92253 | La Quinta Polo Estates | 570,000 | 2.04 | 6.41 |
| 80770 Vista Bonita Trl #9, La Quinta, CA 92253 | La Quinta Polo Estates | 570,000 | 2.04 | 6.41 |
| 57695 S Valley Ln Lot 7, La Quinta, CA 92253 | Lions Gate | 450,000 | 0.62 | 16.66 |
| 57695 S Valley Ln, La Quinta, CA 92253 | Lions Gate | 450,000 | 0.62 | 16.66 |
| 56285 Village Dr, La Quinta, CA 92253 | PGA West (The Palms) | 360,000 | 0.28 | 29.52 |
| 80650 Via Montecito, La Quinta, CA 92253 | The Hideaway | 1,850,000 | 0.45 | 94.38 |
| 53485 Via Bellagio, La Quinta, CA 92253 | The Hideaway | 1,730,000 | 0.41 | 96.87 |
| 80660 Via Portofino, La Quinta, CA 92253 | The Hideaway | 1,060,000 | 0.41 | 59.35 |
| 53289 Via Dona Lot 47-D, La Quinta, CA 92253 | The Hideaway | 2,000,000 | 0.55 | 83.48 |
| 80966 Via Savona, La Quinta, CA 92253 | The Hideaway | 3,130,000 | 0.48 | 149.70 |
| 53493 Via Dona, La Quinta, CA 92253 | The Hideaway | 2,230,000 | 0.32 | 159.98 |
| LOT 296 Via Pisa #53516, La Quinta, CA 92253 | The Hideaway | 1,400,000 | 0.44 | 73.04 |
| 53480 Via Pisa Lot 297, La Quinta, CA 92253 | The Hideaway | 1,400,000 | 0.45 | 71.42 |
| 53289 Via Dona, La Quinta, CA 92253 | The Hideaway | 2,730,000 | 0.55 | 113.95 |
| 81483 Baffin Ave, La Quinta, CA 92253 | The Madison Club | 5,000,000 | 0.70 | 163.98 |
| 81215 Columbus Way, La Quinta, CA 92253 | The Madison Club | 4,650,000 | 0.72 | 148.26 |
| 53650 Fremont Way, La Quinta, CA 92253 | The Madison Club | 5,500,000 | 1.33 | 94.93 |
| 81807 Baffin Ave, La Quinta, CA 92253 | The Madison Club | 4,000,000 | 0.61 | 150.71 |
| 81573 Baffin Ave, La Quinta, CA 92253 | The Madison Club | 4,400,000 | 0.54 | 187.06 |
| 53475 Pike Pl Lot 80, La Quinta, CA 92253 | The Madison Club | 3,770,000 | 0.52 | 166.44 |
| 79435 Tom Fazio Ln N #49, La Quinta, CA 92253 | The Quarry | 980,000 | 0.51 | 44.11 |
| 79135 Tom Fazio Ln N, La Quinta, CA 92253 | The Quarry | 1,150,000 | 0.53 | 49.81 |
| 79091 Tom Fazio Ln S #30, La Quinta, CA 92253 | The Quarry | 1,070,000 | 0.58 | 42.35 |
| 58845 Quarry Ranch Rd, La Quinta, CA 92253 | The Quarry | 1,000,000 | 0.40 | 57.39 |
| 58782 Banfield Dr, La Quinta, CA 92253 | The Quarry | 1,190,000 | 0.50 | 54.64 |
| 58812 Banfield Dr, La Quinta, CA 92253 | The Quarry | 1,150,000 | 0.51 | 51.77 |
| 79435 Tom Fazio Ln N, La Quinta, CA 92253 | The Quarry | 980,000 | 0.51 | 44.11 |
| 78602 Peerless Pl, La Quinta, CA 92253 | Tradition Golf Club | 940,000 | 0.30 | 71.93 |
| 53720 Del Gato Dr, La Quinta, CA 92253 | Tradition Golf Club | 6,530,000 | 0.46 | 325.89 |
| 78333 Birkdale Ct, La Quinta, CA 92253 | Tradition Golf Club | 937,500 | 0.35 | 61.49 |
| 78382 Talking Rock Turn Lot 21, La Quinta, CA 92253 | Tradition Golf Club | 950,000 | 0.63 | 34.62 |
| 53040 Latrobe Ln Lot 19, La Quinta, CA 92253 | Tradition Golf Club | 1,250,000 | 0.52 | 55.18 |
| 78594 Peerless Pl, La Quinta, CA 92253 | Tradition Golf Club | 940,000 | 0.30 | 71.93 |
| 53040 Latrobe Ln, La Quinta, CA 92253 | Tradition Golf Club | 1,250,000 | 0.52 | 55.18 |
| LOT 6 Del Gato Dr, La Quinta, CA 92253 | Tradition Golf Club | 2,000,000 | 0.99 | 46.38 |
| | **Average** | $1,833,188 | 0.68 | $77.8 |
| | **Median** | $1,170,000 | 0.52 | $58.4 |
| | **Min** | 360,000 | 0.28 | $6.2 |
| | **Max** | 6,530,000 | 2.52 | $325.9 |
| | **Phase 1A Lot Average Sales Price** | **$1,923,249** | **0.37** | **$120** |
| | **Phase 1B Lot Average Sales Price** | **$1,148,836** | **0.46** | **$57** |

## FIGURE A-23 BRANDED RESIDENTIAL LOT SELL OUT – PHASE 1A

| Period | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Start/End | Positioned Price (2025) | Jun-28 | Jul-28 | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 | Jun-29 | Jul-29 | Aug-29 | **Total** |
| # of Unit Sold | | 4 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | **29** |
| Total SF Sold | | 64,108 | 48,081 | 48,081 | 48,081 | 48,081 | 32,054 | 32,054 | 32,054 | 16,027 | 16,027 | 16,027 | 16,027 | 16,027 | 16,027 | 16,027 | **464,785** |
| Price Per SF | $100 | $105 | $105 | $115 | $115 | $115 | $120 | $125 | $130 | $130 | $130 | $140 | $140 | $140 | $140 | $140 | **$120** |
| % Over Positioned Price | | 105% | 105% | 115% | 115% | 115% | 120% | 125% | 130% | 130% | 130% | 140% | 140% | 140% | 140% | 140% | |
| Total Sales Revenue | | $6,731,372 | $5,048,529 | $5,529,341 | $5,529,341 | $5,529,341 | $3,846,498 | $4,006,769 | $4,167,040 | $2,083,520 | $2,083,520 | $2,243,791 | $2,243,791 | $2,243,791 | $2,243,791 | $2,243,791 | **$55,774,224** |
| Sales Costs (10.00%) | | 673,137 | 504,853 | 552,934 | 552,934 | 552,934 | 384,650 | 400,677 | 416,704 | 208,352 | 208,352 | 224,379 | 224,379 | 224,379 | 224,379 | 224,379 | **5,577,422** |
| Net Sales Proceeds | | **$6,058,235** | **$4,543,676** | **$4,976,407** | **$4,976,407** | **$4,976,407** | **$3,461,848** | **$3,606,092** | **$3,750,336** | **$1,875,168** | **$1,875,168** | **$2,019,412** | **$2,019,412** | **$2,019,412** | **$2,019,412** | **$2,019,412** | **$50,196,802** |

HVS

## FIGURE A-24 NET PRESENT VALUE OF BRANDED RESIDENTIAL LOT SALES PROCEEDS

| Fiscal Year Ending May | 2028/29 | 2029/30 | Total | Average/Unit |
|---|---|---|---|---|
| Number of Units Sold | 26 | 3 | 29 | |
| Avg. SF Per Lot | 16,027 | 16,027 | | |
| Total SF Sold | 416,704 | 48,081 | 464,785 | 16,027 |
| Forecast Price Per SF | $118 | $140 | $120 | $120 |
| Total Sales Proceeds | $49,042,852 | $6,731,372 | $55,774,224 | $1,923,249 |
| Less: Sales Costs* (10.00%) | 4,904,285 | 673,137 | | |
| Net Sales Proceeds | $44,138,567 | $6,058,235 | $50,196,802 | $1,730,924 |
| Discount Factor @ 3.0% | 0.92580 | 0.89884 | | |
| Net Present Value of Sales Proceeds | $40,863,535 | $5,445,360 | $46,308,895 | $1,596,858 |
| **Rounded To** | **$40,900,000** | **$5,400,000** | **$46,300,000** | **$1,597,000** |

**Sales Costs include commissions and brand fees.*

HVS

## FIGURE A-25 HARD COST ESTIMATE BY CUMMING GROUP

**Four Seasons - Silverrock Resort**
**La Quinta, CA**
**Cost To Complete**

**Project # 26-01922.00**
**09/21/26**

**SUMMARY**

| % completion - Building | % completion - MEP | Element | Area | Cost / SF | Total |
|---|---|---|---|---|---|
| **PHASE 1A** | | | | | |
| 10% | 10% | Hotel Banquet/BOH Building | 55,000 | $663.99 | $36,519,587 |
| | | Hotel Banquet/BOH Service Facility - Site | 160,714 | $34.13 | $5,485,383 |
| 0% | 0% | Golf Clubhouse - Building | 17,000 | $590.60 | $10,040,247 |
| | | Golf Clubhouse - Site | 144,811 | $25.09 | $3,632,667 |
| 0% | 0% | Four Seasons Condos - Buildings - 70 Units | 210,000 | $702.81 | $147,590,560 |
| | | Condo - Site | 801,504 | $37.97 | $30,435,555 |
| 20% | 20% | Four Seasons - Lobby Building | 24,800 | $789.53 | $19,580,383 |
| | | Four Season Lobby - Site | 74,076 | $44.19 | $3,273,416 |
| 0% | 0% | Four Seasons Spa Center - Buildings | 21,000 | $805.27 | $16,910,707 |
| | | Four Seasons Spa Center - Site | 80,302 | $52.84 | $4,243,206 |
| 25% | 25% | Four Seasons Hotel 154 Keys Guesthouses - Buildings | 179,200 | $1,101.38 | $197,367,900 |
| | | Four Seasons Hotel - Site | 546,531 | $37.95 | $20,739,980 |
| 0% | 0% | Four Season Residences - Buildings -29<br>* sold as lots only, owners will build residences | 149,908 | $0.00 | excluded |
| | | Four Season Residences - Site | 409,190 | $31.25 | $12,787,702 |
| **Phase 1A total Construction Costs** | | | | | **$508,607,293** |

HVS

## FIGURE A-26 HVS DEVELOPMENT COST SURVEY

| | Land | Building and Site Improvements | Soft Costs | FF&E | Pre-Opening and Working Capital | Developer Fee | Total |
|---|---|---|---|---|---|---|---|
| **Luxury Hotels** | | | | | | | |
| Average | $223,916 | $1,261,653 | $348,518 | $118,359 | $19,674 | $54,594 | $1,961,964 |
| Median | $129,935 | $916,919 | $371,645 | $138,317 | $20,292 | $33,105 | $1,604,356 |
| % of Total* | 11% | 64% | 18% | 4% | 1% | 2% | 100% |

**The percentage of total is calculated based on the total sample of all budgets.*

Source: 2026 HVS Hotel Development Cost Survey

## FIGURE A-27 REMAINING COST TO SPEND

| Item | Cost per Unit (253 total/154 Hotel) | Cost |
|---|---|---|
| Hard Costs | $2,010,306 | $508,607,293 |
| Soft Costs | 526,798 | 133,280,000 |
| Furniture, Fixtures, & Equipment | 125,000 | 19,250,000 |
| Pre-Opening Costs & Working Capital | 20,000 | 3,080,000 |
| **Total Remaining Cost To Spend** | **$2,625,365** | **$664,217,293** |

## FIGURE A-28 RESIDUAL APPROACH – PHASE 1A

| Phase 1A Retrospective Market Value Conclusion, as of October 23, 2025 | | Amount |
|---|---|---|
| **"When Complete" Prospective Value Opinion - Hotel, as of June 1, 2029** | | **$425,000,000** |
| **Net Present Value of Transient Occupancy Tax Rebate, as of June 1, 2029** | | **62,000,000** |
| **Total Value Hotel and TOT** | | **487,000,000** |
| Deflation Factor at a 3.0% discount rate | | 0.8988 |
| **Deflated "When Complete" Value Hotel and TOT - As of October 23, 2025** | | **437,733,153** |
| **Net Present Value of Luxury Condos - As of October 23, 2025** | | **236,100,000** |
| **Net Present Value of Luxury Lots - As of October 23, 2025** | | **46,300,000** |
| **Total Property Value Phase 1A** | | **720,133,153** |
| Less: Cost to Complete (Source: Cumming Group and HVS) | | 664,217,293 |
| "As Is" Residual Value - Phase 1A | | $55,915,860 |
| **Rounded to:** | | **$55,900,000** |
| | **Per Economic Unit (253)** | **220,949** |

HVS

## FIGURE A-29 NET PRESENT VALUE OF PHASE 1B SALES PROCEEDS

| Fiscal Year Ending May | 2030/31 | 2031/32 | 2032/33 | 2033/34 | Total | Average/Unit |
|---|---|---|---|---|---|---|
| Number of Units Sold | 24 | 24 | 24 | 21 | 93 | |
| Avg. SF Per Lot | 20,000 | 20,000 | 20,000 | 20,000 | | |
| Total SF Sold | 480,000 | 480,000 | 480,000 | 420,000 | 1,860,000 | 20,000 |
| Forecast Price Per SF | $55 | $57 | $58 | $60 | $57 | $57 |
| Total Sales Proceeds | $26,400,000 | $27,192,000 | $28,007,760 | $25,241,994 | $106,841,754 | $1,148,836 |
| Less: Sales Costs* (10.00%) | 2,640,000 | 2,719,200 | 2,800,776 | 2,524,199 | | |
| Net Sales Proceeds | $23,760,000 | $24,472,800 | $25,206,984 | $22,717,794 | $96,157,578 | $1,033,952 |
| Discount Factor @ 5.5% | 0.78135 | 0.74062 | 0.7019 | 0.6653 | | |
| Net Present Value of Sales Proceeds | $18,564,959 | $18,125,032 | $17,693,000 | $15,114,000 | $69,496,991 | $747,279 |
| **Rounded To** | **$18,600,000** | **$18,100,000** | **$17,700,000** | **$15,100,000** | $69,500,000 | **$747,000** |

**Sales Costs include commissions and brand fees.*

## FIGURE A-30 REMAINING COST TO COMPLETE PHASE 1B – CUMMING GROUP

| PHASE 1B | | | | | |
|---|---|---|---|---|---|
| 0% | 0% | Four Season Residences Phase 1B - Buildings -93 | 465,000 | $0.00 | excluded |
| | | * sold as lots only, owners will build residences | | | |
| | | Four Season Residences Phase 1B- Site | 2,680,247 | $16.68 | $44,699,921 |
| **Phase 1B total Construction Costs** | | | | | **$44,699,921** |

## FIGURE A-31 PHASE 1B DEVELOPMENT COST

| | Phase 1B Cost to Spend |
|---|---|
| **Hard Costs** | $44,699,921 |
| **Soft Costs** | 15,567,623 |
| **Total** | **$60,267,544** |

## FIGURE A-32 RESIDUAL APPROACH – PHASE 1B

| | | |
|---|---|---|
| **Net Present Value of Luxury Lots 1B** | | **$69,500,000** |
| Less: Cost to Complete (Source: Cumming Group and HVS) | | 60,267,544 |
| Residual Value - Phase 1B | | **$9,232,456** |
| **Rounded to:** | | **$9,200,000** |
| | **Per Economic Unit (93)** | **$98,925** |

## FIGURE A-33 LAND SALES ADJUSTMENT GRID

| Transaction Data | | | | | | | | | Economic Adjustments (Cumulative) | | | | | Property Characteristic Adjustments (Qualitative / Bracketing) | | | | | | | Conclusion | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Property | Sale Date | Sale Price | Lots | Acres | Total SF | Price/ Lot | Price/ SF Land | Prop. Rights | Cond. of Sale | Financing | Market Cond.(1) | PSF Land Subtotal | Location | Size | Zoning/ Density | Utility | Site Cond. | Entitle-ments | Brand Premium | Adj. Price Per Lot Land | Overall |
| 1 | 35204 Josefina Via, Rancho Mirage - Tesoro 82 | 08/13/2024 | $15,858,500 | 82 | 33.41 | 1,455,340 | $193,396 | $10.90 | 0.0% | 0.0% | 0.0% | 6.2% | 205,382 | Inferior | Superior | Superior | Similar | Similar | Superior | Inferior | 154,036 | **Similar** |
| 4 | Monroe St, La Quinta - (Enclave at Capistrano) | 06/30/2022 | $5,700,000 | 38 | 15.45 | 673,002 | $150,000 | $8.47 | 0.0% | 0.0% | 0.0% | 12.6% | 168,851 | Inferior | Superior | Superior | Similar | Similar | Superior | Inferior | 101,310 | **Slightly Superior** |
| 2 | 35204 Josefina Via, Rancho Mirage | 11/23/2021 | $4,750,000 | 82 | 33.70 | 1,467,972 | $57,927 | $3.24 | 0.0% | 0.0% | 0.0% | 14.4% | 66,249 | Inferior | Superior | Superior | Similar | Similar | Similar | Inferior | 59,624 | **Similar** |
| 5 | Diamonte - Avenue 52 @ Marquis Ln, La Quinta | 09/29/2021 | $3,500,000 | 47 | 14.70 | 640,332 | $74,468 | $5.47 | 0.0% | 0.0% | 0.0% | 14.8% | 85,504 | Inferior | Superior | Superior | Similar | Superior | Superior | Inferior | 68,403 | **Superior** |
| 3 | Ave 58 & Cherrywood Pl, La Quinta | 09/24/2021 | $6,100,000 | 46 | 13.09 | 570,200 | $132,609 | $10.70 | 0.0% | 0.0% | 0.0% | 14.9% | 152,315 | Inferior | Superior | Superior | Similar | Superior | Superior | Inferior | 121,852 | **Superior** |
| **Subj.** | **SilverRock Phase 1B, La Quinta (SUBJECT)** | N/A | N/A | 93 | 61.43 | 2,675,891 | | | — | — | — | — | — | — | — | — | — | — | — | — | — | **Base** |

*(1) Market Conditions = Assumed Annual Appreciation Rate × years between sale date and valuation date (both set in Valuation Assumptions box above).*

| | |
|---|---|
| Low — Price / Lot (unadjusted) | **$57,927** |
| High — Price / Lot (unadjusted) | **$193,396** |
| Average — Price / Lot (unadjusted) | **$121,680** |
| Median — Price / Lot (unadjusted) | **$132,609** |

| | |
|---|---|
| Low — Price / Lot adjusted) | **$59,624** |
| High — Price / Lot (adjusted) | **$154,036** |
| Average — Price / Lot (adjusted) | **$101,045** |
| Median — Price / Lot (adjusted) | **$101,310** |
| Phase 1B Value/Lot | **$98,925** |

HVS

# Kirsten Smiley, MAI

## EMPLOYMENT

| | |
|---|---|
| *2014 to present* | HVS CONSULTING AND VALUATION SERVICES<br>Los Angeles, California |
| *2013–2014* | MAYFLOWER RENAISSANCE<br>Washington, D.C. |
| *2012* | ATHERTON HOTEL<br>Stillwater, Oklahoma |
| *2011* | DONGFANG HOTEL<br>Guangzhou, China |

## EDUCATION AND OTHER TRAINING

BA – Oklahoma State University, Sun Yat-Sen University

*Other Specialized Training Classes Completed:*
Uniform Standards of Professional Appraisal Practice
Basic Appraisal Principles
Basic Appraisal Procedures
Supervisor Trainee Class for Oregon
General Appraiser Income Approach (Parts I and II)
General Appraiser Market Analysis and HBU
General Appraiser Site Valuation and Cost Approach
General Appraiser Sales Comparison Approach
Real Estate Finance, Statistics, Valuation Modeling
General Appraiser Report Writing and Case Studies
Expert Witness for Commercial Appraisers
Commercial Appraisal Review
Basic Hotel Appraising
Business Practices & Ethics
Advanced Income
Quantitative Analysis
Advanced Market Analysis & HBU
Advanced Concepts
General Demonstration Report Writing
Capstone
Laws and Regulations for California Appraisers
CA Bias

HVS

Basics of Expert Witness
Appraisal of Fast-Food Facilities
Appraisal of Industrial Buildings
National Valuation Bias and Fair Housing Laws and Regulations
Biennial USPAP Updates

**STATE CERTIFICATIONS** Arizona, California, Oregon, Texas, Utah, Washington

**PUBLISHED ARTICLES**

*HVS Journal* Why Is San Diego a Favorite Among Hotel Investors, March 2026

*HVS Journal* Three Things to Watch for Los Angeles Hospitality in 2026, January 2026

*HVS Journal* "Transforming Coachella Valley: Setting the Stage for Success," co-authored with Aidan Martin, October 2023

*HVS Journal* "Destination Los Angeles: A Look at the Future of the Hotel Market," co-authored with Aidan Martin, April 2023

*HVS Journal* "The Magic Returns to the 'Happiest Place on Earth': Recent Trends and Outlook for the Anaheim-Santa Ana Lodging Market," co-authored with Eileen Bosworth, January 2023

*HVS Journal* "Impact of COVID-19 on the Coachella Valley Lodging Market & Outlook," January 2021

*HVS Journal* "HVS Market Pulse: Fresno, CA," May 2019

*HVS Journal* "HVS Market Pulse: Bend, Oregon," co-authored with Breanna S. Smith, January 2019

*HVS Journal* "Market Pulse: Seattle, WA," December 2017

*HVS Journal* "Chinese Investment Trends in U.S. Hotel Real Estate," co-authored with Li Chen, August 2016

*HVS Journal* "Hotels by Day: A New Opportunity for Travelers and Hotels," July 2015

**PROFESSIONAL AFFILIATIONS** Appraisal Institute – Designated Member (MAI)

HVS

**EXAMPLES OF PROPERTIES APPRAISED OR EVALUATED**

**PORTFOLIO WORK**

15 Extended Stay America Hotels, Southern California
6 Hotels in Washington, Oregon, and California (Multiple Times)
7 Hotels in Washington, Oregon, and California
3 Proposed Hotels, Los Angeles-area, California
2 Proposed Luxury Hotels, La Quinta, California (Multiple Times)
4 Anniversary Inns, Utah and Idaho
2 Hotels in Hawthorne, California

**ALABAMA**

Proposed Sunshine Industrial Hotel, Eloy

**ARIZONA**

Proposed Avid Avondale, Avondale
Proposed EVEN Hotel, Avondale
Hampton Inn Phoenix Chandler, Chandler
Midtown Garden Hotel (Conversion to a Courtyard), Phoenix
Saguaro, Scottsdale
Talking Stick Resort, Scottsdale
Best Western Plus Arroyo Roble Hotel, Sedona
Best Western Inn of Tempe, Tempe
MOXY Phoenix Tempe/ASU Area, Tempe
Tempe Mission Palms Hotel and Conference Center, Tempe

**ARKANSAS**

Value Place, Fayetteville
Hyatt Place, Rogers

**CALIFORNIA**

Proposed Hotel Adelanto, Adelanto
Renaissance ClubSport Aliso Viejo, Aliso Viejo
Cambria Hotel Anaheim Resort Area, Anaheim
Candlewood Suites Anaheim - Resort Area, Anaheim
Courtyard by Marriott Anaheim Resort Convention Center, Anaheim
DoubleTree by Hilton Suites Anaheim Resort Convention Center, Anaheim
Hilton Anaheim, Anaheim
Sheraton Park Hotel at the Anaheim Resort, Anaheim
SunCoast Park Hotel Anaheim, Tapestry Collection by Hilton, Anaheim
Hilton Garden Inn Arcadia Pasadena, Arcadia
Le Meridien Pasadena Arcadia, Arcadia
Proposed Hilton Arcadia, Arcadia
SpringHill Suites by Marriott Pasadena Arcadia, Arcadia
Hotel Mac Rae, Avalon
Proposed Best Western Bakersfield, Bakersfield
Hampton Inn & Suites Banning Beaumont, Banning
Home2 Suites by Hilton, Barstow
Proposed Dual-Branded Marriott, Barstow
Proposed Hotel, Beaumont
Proposed Home2 Suites, Barstow
Hotel Durant, Berkeley
Beverly Wilshire, a Four Seasons Resort, Beverly Hills
Maybourne Beverly Hills, Beverly Hills
SIXTY Beverly Hills, Beverly Hills
Holiday Inn Resort The Lodge at Big Bear Lake, Big Bear Lake
Creekside Inn Bishop, Bishop
Embassy Suites, Brea
Hampton Inn & Suites Buellton/Santa Ynez Valley, Buellton
Proposed Aloft Buena Park, Buena Park
Proposed Stanford Hotel, Buena Park
Proposed Cabazon Glamping Recreation Center, Cabazon
Proposed Hampton Inn, Calexico
Courtyard San Diego Carlsbad McClellan-Palomar Airport, Carlsbad
Best Western Plus Carpinteria Inn, Carpinteria
Staybridge Suites Cathedral City Golf Resort, Cathedral City
Gaylord Pacific Resort & Convention Center, Chula Vista
Proposed Residence Inn by Marriott, Claremont
Proposed Hotel Clovis, Clovis
Proposed Hotel Coachella, Coachella
Proposed The GlenRoy, Coachella
Hilton Concord, Concord
Proposed Midscale Hotel Corona, Corona
Crowne Plaza Orange County, Costa Mesa
Holiday Inn Express, Costa Mesa
Hilton Los Angeles Culver City, Culver City
Palihotel Culver City, Culver City
Ritz-Carlton Laguna Niguel Dana Point, Dana Point
Waldorf Astoria Monarch Beach Resort & Club, Dana Point
Proposed Embassy Suites, Davis
Proposed Select-Service Hotel Downey, Downey
Proposed Hotel Duarte, Duarte
Proposed Full-Service Hotel, Dublin
Proposed Residence Inn by Marriott El Centro, El Centro
Eunice Plaza Motel, El Monte
AC Hotel by Marriott Los Angeles South Bay, El Segundo
Proposed Hotel at Flyte, El Segundo
Proposed Candlewood Suites, Elk Grove
Hampton by Hilton Irvine East Lake Forest, Foothill Ranch
Hilton Garden Inn Irvine East Lake Forest, Foothill Ranch
Comfort Inn Silicon Valley East Fremont, Fremont
Proposed Hotel Fresno, Fresno

HVS

Great Wolf Lodge Southern California, Garden Grove
Hyatt Regency Orange County, Garden Grove
Hyatt Place Glendale Los Angeles Glendale
Hampton Inn, Goleta
Proposed Hyatt Place, Hayward
Best Western Dry Creek Inn, Healdsburg
Proposed Kali Hotel at Hollywood Park, an Autograph Collection by Marriott, Hollywood Park
Proposed Kokoro Wellness Resort, Howard Springs
Hilton Waterfront Beach Resort, Huntington Beach
Hyatt Regency Huntington Beach Resort & Spa, Huntington Beach
Hyatt Regency Indian Wells Resort & Spa, Indian Wells
Miramonte Indian Wells Resort & Spa Curio Collection by Hilton, Indian Wells
Proposed The Arya Hotel & Wellness Center, Inglewood
Proposed Hotel Inglewood, Inglewood
Proposed Peabody Hotel Indio, Indio
Hilton Garden Inn Irvine Orange County Airport, Irvine
Proposed Element Hotel, Irvine
Proposed Hotel, Kingsburg
Surf & Sand Resort, Laguna Beach
Proposed Hampton Inn & Suites by Hilton, La Habra
Hotel La Jolla Curio Collection by Hilton, La Jolla
Proposed Montage La Quinta, La Quinta
Proposed Pendry La Quinta, La Quinta
Residence Inn by Marriott, La Quinta
Hotel Joaquin Laguna Beach, Laguna Beach
Laguna Beach Lodge, Laguna Beach
Montage Resort & Spa Laguna Beach, Laguna Beach
Pacific Edge Hotel, Laguna Beach
Embassy Suites Lompoc, Lompoc
Homewood Suites by Hilton Long Beach Airport, Long Beach
Westin Long Beach, Long Beach
AC Hotel by Marriott Beverly Hills, Los Angeles
Cambria Hotel Los Angeles – Spring Street, Los Angeles
Chateau Marmont, Los Angeles
Dual-Branded Hyatt House & Hyatt Place LAX, Los Angeles
E-Central Downtown Los Angeles Hotel, Los Angeles
Four Points by Sheraton Los Angeles International Airport, Los Angeles
Four Seasons Hotel Los Angeles at Beverly Hills, Los Angeles
Hotel Indigo Los Angeles Downtown, Los Angeles
Hotel Per La, Los Angeles
Hyatt Regency Los Angeles International Airport, Los Angeles
Lexen Hotel North Hollywood, Los Angeles
LINE Los Angeles, Los Angeles
Proposed Boutique Hotel Hollywood, Los Angeles
Proposed Dual-Branded Residence Inn and Fairfield Inn USC, Los Angeles
Proposed Hotel Hope Street, Los Angeles
Proposed Hyatt Centric Hotel & Residences Koreatown, Los Angeles
Ramada Los Angeles Wilshire Center, Los Angeles
Sheraton Gateway Los Angeles Hotel, Los Angeles
Tommie Hollywood Los Angeles by Hyatt, Los Angeles
Thompson Hollywood, Los Angeles
The Cecil Hotel, Los Angeles
W Hollywood, Los Angeles
Proposed Riverstone Hotel, Madera
Proposed Wellness Hotel, Malibu
Proposed Residence Inn Mammoth Lakes, Mammoth Lakes
Proposed AC by Marriott and Office Building, Manhattan Beach
Proposed Tempo by Hilton Manhattan Beach, Manhattan Beach
Proposed Great Wolf, Manteca
Residence Inn, Marina Del Rey
Proposed Hilton Garden Inn Marysville, Marysville
Proposed Hyatt Studios, Marysville
Stanford Park Hotel, Menlo Park
Proposed Hotel - Merced Gateway, Merced
Hampton by Hilton, Moreno Valley
Proposed Hilton Garden Inn Moreno Valley, Moreno Valley
Proposed Tru by Hilton, Moreno Valley
Proposed Hotel Needles, Needles
Aloft Silicon Valley, Newark
Resort at Pelican Hill Newport Coast, Newport Coast
Proposed Hotel Nipomo, Nipomo
Chateau du Sureau Oakhurst, Oakhurst
Courtyard by Marriott San Diego Oceanside, Oceanside
Mission Pacific Hotel Oceanside, Oceanside
Proposed Home2 Suites, Oceanside
Proposed Hotel Oceanside, Oceanside
DoubleTree by Hilton Ontario Airport, Ontario
Ontario Airport Hotel & Conference Center, Ontario
Residence Inn by Marriott Ontario Airport, Ontario
Proposed Dual-Branded Homewood Suites by Hilton and Hampton by Hilton Ontario, Ontario
Proposed Element by Westin, Ontario
Homewood Suites by Hilton Oxnard, Oxnard
Proposed Hyatt House Oxnard, Oxnard
Proposed Tru Oxnard, Oxnard
JW Marriott Desert Springs Resort, Palm Desert
Casitas Laquita Inn (Closed), Palm Springs
Ivy Palm Resort & Spa, Palm Springs

HVS

Margaritaville Resort Palm Springs, Palm Springs
Proposed Hampton, Palm Springs
Riviera Palm Springs, Palm Springs
Saguaro Palm Springs, Palm Springs
Element Palmdale, Palmdale
Embassy Suites by Hilton, Palmdale
Staybridge Suites Palmdale, Palmdale
dusitD2 Hotel Constance, Pasadena
Pasadena Hotel & Pool, Pasadena
Proposed AC Hotel by Marriott Pasadena, Pasadena
Westin Pasadena, Pasadena
Proposed Dual-Branded Candlewood Suites and avid Hotel, Perris
Sheraton Sonoma County Petaluma, Petaluma
Cliffs Resort, Pismo Beach
Proposed SpringHill Suites by Marriott, Placentia
Proposed Hotel Placerville, Placerville
Residence Inn by Marriott Pleasant Hill Concord, Pleasant Hill
DoubleTree by Hilton Pomona, Pomona
La Quinta Inn & Suites by Wyndham Pomona, Pomona
Best Western Plus Heritage Inn Ranch Cucamonga Ontario, Rancho Cucamonga
Hilton Garden Inn Ontario Rancho Cucamonga, Rancho Cucamonga
Proposed Sanctity Hotel, Rancho Cucamonga
Proposed Hotel(s) at Cotino, Rancho Mirage
Proposed Luxury Boutique Hotel and Residences at Desert Island Country Club, Rancho Mirage
Ritz-Carlton Rancho Mirage, Rancho Mirage
Proposed Tierra Oaks Resort, Redding
Residence Inn by Marriott Loma Linda Redlands, Redlands
Courtyard by Marriott Riverside Downtown UCR Area, Riverside
Proposed 119-key Home2 Suites by Hilton Riverside, Riverside
Proposed Hotel, Riverside
Proposed Hotel, Rocklin
Courtyard by Marriott Galleria Mall Roseville, Roseville
Courtyard by Marriott Roseville, Roseville
Fairfield by Marriott Roseville, Roseville
Homewood Suites by Hilton Sacramento Roseville, Roseville
Residence Inn by Marriott, Roseville
Proposed Hotel, Sacramento
Vagabond Inn Sacramento/Old Town, Sacramento
Courtyard by Marriott San Diego Mission Valley Hotel Circle, San Diego
Crowne Plaza San Diego Mission Valley, San Diego
Fairmont Grand Del Mar, San Diego
Hilton Garden Inn San Diego Mission Valley Stadium, San Diego
Humphreys Half Moon Inn & Suites, San Diego
InterContinental San Diego, San Diego
Marriott San Diego La Jolla, San Diego
Omni Hotel San Diego, San Diego
Pacific Shores Inn, San Diego
Pendry Hotel San Diego, San Diego
Proposed Dual-Branded Home2 Suites & Tru by Hilton, San Diego
Proposed Element Hotel Mission Valley San Diego, San Diego
Proposed Fairfield Inn, San Diego
Proposed Hotel UTC, San Diego
Rancho Bernardo Inn, San Diego
San Diego Marriott Mission Valley, San Diego
Sheraton Mission Valley San Diego, San Diego
Staypineapple Hotel Z Gaslamp Quarter, San Diego
SureStay Hotel by Best Western San Diego Pacific Beach, San Diego
Town and Country Resort San Diego, San Diego
Sheraton San Diego Hotel & Marina, San Diego
Proposed Fairfield Inn & Suites San Dimas, San Dimas
Proposed Fairfield Inn & Suites by Marriott South San Francisco, South San Francisco
Mark Twain Hotel, San Francisco
Westin Saint Francis San Francisco on Union Square, San Francisco
Holiday Inn Express San Jose Central City, San Jose
Proposed Holiday Inn Express, San Jose
Proposed Wingate, San Jose
Motel Inn, San Luis Obispo
DoubleTree by Hilton Hotel Santa Ana Orange County Airport, Santa Ana
Embassy Suites by Hilton Santa Ana Orange County Airport, Santa Ana
Holiday Inn Orange County Airport Hotel Santa Ana, Santa Ana
Palihouse Santa Barbara, Santa Barbara
Proposed Upscale Hotel Santa Barbara, Santa Barbara
Proposed Home2 Hampton Inn, Santa Clara
Proposed Hampton by Hilton, Santa Cruz
Georgian Hotel, Santa Monica
Loews Santa Monica Beach, Santa Monica
Sea Blue Hotel, Santa Monica
La Quinta Inn & Suites by Wyndham Santa Rosa Sonoma, Santa Rosa
Proposed Hotel, Santa Rosa
Proposed Hotel, Signal Hill
Best Western Sonoma Valley Inn, Sonoma
Proposed Tribute Portfolio Hotel, Sonoma
Verano Hotel Site, Sonoma
Proposed Hampton Inn & Suites, Sunnyvale

HVS

Torrance Marriott Redondo Beach, Torrance
Residence Inn by Marriott Ventura Beach, Ventura
Home2 Suites by Hilton Victorville, Victorville
Proposed Avid Hotel Victorville, Victorville
Hyatt Place San Diego Vista Carlsbad, Vista
Proposed Hilton Garden Inn Vista, Vista
1 Hotel West Hollywood, West Hollywood
Andaz West Hollywood, West Hollywood
Chamberlain West Hollywood, West Hollywood
Holloway Motel, West Hollywood
Sunset Marquis, West Hollywood
DoubleTree by Hilton Whittier Los Angeles, Whittier
Proposed Fairfield Inn & Suites by Marriott, Winter

**FLORIDA**
Days Inn Historic District, Pensacola

**GEORGIA**
Four Seasons Atlanta, Atlanta
Georgia Tech Hotel & Conference Center, Atlanta

**HAWAII**
Hyatt Centric Waikiki Beach, Honolulu

**IDAHO**
Fairfield Inn by Marriott, Boise
Hampton Inn Boise Airport, Boise
Holiday Inn Boise Airport, Boise
Howard Johnson, Boise
La Quinta Inn & Suites Boise Airport, Boise
Hampton Inn & Suites, Coeur d'Alene
La Quinta Inn & Suites, Coeur d'Alene
Super 8, Coeur d'Alene
Cedars Inn & Suites, Lewiston

Best Western, Meridian

**INDIANA**
Hilton Fort Wayne at the Grand Wayne Convention Center, Fort Wayne

**KANSAS**
Holiday Inn Express Hotel & Suites Wichita Northwest Maize K-96, Maize
Hyatt Place, Topeka

**KENTUCKY**
Quality Inn, Lexington

**MARYLAND**
Proposed Homewood Suites by Hilton, Ocean City
Harbourtown Resort, St. Michaels

**MICHIGAN**
Americas Best Value Inn, Flint

**MISSISSIPPI**
Holiday Inn, Batesville
Wingate by Wyndham, D'Iberville
Days Inn, Pearl

**MISSOURI**
Value Place, Arnold
Value Place, Kansas City
Holiday Inn, Poplar Bluff
Value Place, Springfield

**NEBRASKA**
Hyatt Place Omaha Downtown Old Market, Omaha

**NEVADA**
Proposed Delta Las Vegas, Las Vegas
Vegas Vacant Land, Spring Valley
Santa Fe Inn, Winnemucca
Val-U Motel, Winnemucca

**NEW JERSEY**
APA Hotel Woodbridge, Iselin
Hilton Short Hills, Short Hills

**NEW YORK**
Grandview Hotel New York, Flushing
Proposed Hyatt House Flushing, Flushing
Comfort Inn Midtown West, New York
Steinway Hotel, Queens
Fairfield by Marriott New York Staten Island, Staten Island

**NORTH CAROLINA**
Marriott, Greensboro

**OHIO**
Americas Best Value Inn, Huber Heights
Comfort Inn, Huber Heights
Hampton Inn, Tiffin

**OKLAHOMA**
Holiday Inn Express, Perry
Residence Inn by Marriott, Stillwater
DoubleTree by Hilton Tulsa Downtown, Tulsa

**OREGON**
Courtyard by Marriott Portland Beaverton, Beaverton
Proposed AC by Marriott, Beaverton
Proposed Element, Beaverton
Hampton Inn & Suites, Bend
Hilton Garden Inn, Bend
Proposed Autograph Collection Hotel, Bend
Proposed Embassy Suites, Bend
Proposed Home2 Suites Bend
Proposed Hyatt House, Bend
Courtyard by Marriott, Clackamas
Comfort Suites, Eugene
Valley River Inn, Eugene
Embassy Suites Portland Hillsboro, Hillsboro
Hampton Inn & Suites Portland Hillsboro Evergreen Park, Hillsboro
Proposed Staybridge Suites, Hillsboro
Staybridge Suites Hillsboro North, Hillsboro

Best Western Plus Rama Inn & Suites, LaGrande
Shilo Inn, Newport
Aloft Portland Airport at Cascade Station, Portland
Canopy by Hilton Portland Pearl District, Portland
Country Inn & Suites PDX, Portland
Dossier Hotel, Portland
Hilton Portland and Executive Towers, Portland
Porter Hotel, Portland
Proposed AC Hotel Cascade Station, Portland
Proposed Hilton-Branded Hotel, Portland
Proposed Hotel Chamberlain, Portland
Proposed Hotel Cornelius, Portland
Proposed Hyatt-Branded Hotel, Portland
Proposed Proper Hotel Pearl District Portland, Portland
River's Edge Hotel & Spa, Portland
Sentinel Hotel, Portland
Sheraton Portland Airport, Portland
Shilo Inn Suites Hotel Portland Airport, Portland
Staybridge Suites, Portland
Proposed Hampton by Hilton, Redmond
Proposed Holiday Inn Express, Redmond
Proposed WoodSpring Suites, Redmond
Inn at Seaside, Seaside
River Inn at Seaside, Seaside
Shilo Inn Oceanfront Seaside, Seaside
Shilo Inn Seaside East, Seaside
Shilo Inn Warrenton Astoria, Warrenton

**PENNSYLVANIA**
Comfort Inn, Pine Grove

**TEXAS**
Four Points by Sheraton Midland, Midland
Proposed Tru by Hilton Plano, Richardson
Candlewood Suites, Texarkana

**UTAH**
Park Inn by Radisson Salt Lake City, Midvale
Proposed Hotel Virgin, Virgin

**VIRGINIA**
Hyatt Place Richmond Chester, Chester
Great Wolf Lodge, Williamsburg

**WASHINGTON**
Proposed Boutique Hotel, Allyn
Fairfield Inn & Suites by Marriott Seattle Bellevue Redmond, Bellevue
Proposed Upscale Hotel, Bellevue
Candlewood Suites, Camas
Proposed Holiday Inn Express, Camas
Fairground Inn, Monroe
Travel Inn, Moses Lake
Belmont Hotel, Port Townsend
Proposed Hilton Garden Inn, Redmond
Proposed Lodge at Columbia Point, Richland
Comfort Inn & Suites, Seattle
Home2 Suites Seattle Airport, Seattle
MarQueen Hotel, Seattle
Mayflower Park Hotel, Seattle
Proposed Full-Service Hotel, Seattle
Proposed Hotel, Shelton
Proposed JM Hotel, Seattle
Proposed Metropole Hotel, Seattle
Proposed Limited-Service Hotel, Silverdale
Proposed Marriott Hotel Tacoma Convention Center, Tacoma
Courtyard by Marriott Seattle Southcenter, Tukwila
Home2 Suites by Hilton Seattle Airport, Tukwila
Candlewood Suites Vancouver-Camas, Vancouver
Days Inn & Suites, Vancouver
Homewood Suites by Hilton, Vancouver
Proposed Hotel, Vancouver
Proposed Indigo Hotel and Condominium Development, Vancouver
Residence Inn by Marriott Portland North, Vancouver

# John Lancet, MAI

## EMPLOYMENT

| | |
|---|---|
| *1995 to present* | HVS CONSULTING & VALUATION<br>Senior Managing Director & Practice Leader - Southeast and Caribbean Regions<br>Miami, FL |

## EDUCATION AND OTHER TRAINING

BS – Hospitality Management, Florida International University

*Appraisal Institute Classes Completed:*

Course 410-Standards of Professional Practice, Part A
Course 420-Standards of Professional Practice, Part B
Highest and Best Use Standards
Advanced Income Capitalization
Advanced Sales Comparison
Report Writing and Valuation Analysis
Advanced Applications
Florida State Law for Appraisers
Appraisers Role in New Urbanism
Business Practices and Ethics
Commercial Appraisal Productivity
Critical Thinking in Appraisers
Developing a Supportable Worklife
Florida Appraisal Law
Behind the Headlines
Litigation Assignments
The Economic Engines of Miami Dade County
Tightening the Appraisal
Loss Prevention for Real Estate
Florida Appraisal Law
Economics for FL
Capital Reserve Studies
Nuances of Valuation
Rapid Response
Litigation Appraising
Foundations of Valuation

HVS

Setting the Stage for Inputs

**EDUCATION (CON'T)**

Impact of Short-Term Rental
Top 15 Takeaways
Business Practice & Ethics
The Appraiser as an Expert Witness: Preparation and Testimony
Challenges within an Appraisal - Limited Land Utility
Practical AI Applications
National Valuation Bias and Fair Housing Laws and Regulations
Biennial USPAP Updates

**STATE CERTIFICATION**

Florida (License # RZ 2554), Georgia, North Carolina

**PROFESSIONAL AFFILIATIONS**

Designated Member of the Appraisal Institute (MAI) – South Florida Chapter

**APPEARANCES AS AN EXPERT WITNESS (SAMPLE)**

United States District Court for the Southern District of Florida, Miami Division
Mario Echevarria vs. Expedia Group, Inc., Hotels.com, L.P., Hotel.com GP, and Orbitz, LLC
*The nation's first jury trial involving Title III of the Cuban Liberty and Democratic Solidarity Act, also known as the Helms-Burton Act*

Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (2022)
SOBE USA, LLC vs. 940 Ocean Drive, LLC
Breakwater Hotel, Miami Beach, Florida

Valuation Expert for BakerHostetler – International Arbitration Action with the International Centre for Settlement of Investment Disputes (2021/22)
Proposed Kimpton Resort, Grenada

Served as Arbitrator for the American Arbitration Association (2019)
Arbitration between SBE Hotel Management, LLC and Townhouse Hotel, LCC

United States District Court – Southern District of Florida (2018)
Seabonay Beach Resort, Hillsboro Beach, Florida

Litigation Support – Valuation (2016)
Grand Hyatt, St. Kitts

Twelfth Judicial Circuit Court, Sarasota County – Fair Value Valuation Hearing (2015)
Floridays Resort; related to partial interest valuation

Florida Expert Testimony – Valuation (2013)
Hyatt Regency Clearwater Beach Resort & Spa, Clearwater Beach

Southern District of Florida – Bankruptcy Court (2011)
Celebrity Resorts, Kissimmee, Florida

Southern District of Florida – Bankruptcy Court (2011)
Grand Seas Timeshare Resort, Daytona Beach, Florida

Middle District – Bankruptcy Court (2011)
Island One Resorts, Orlando, Florida

Southern District of Florida – Bankruptcy Court (2010)
The Kendall Hotel, Miami, Florida

Southern District of Florida - Bankruptcy Court (2006)
Sovereign Hotel, Miami Beach, Florida

State Circuit Court – Charles Hotel Group (2005)
Valuation of 4 hotels in Miami Beach, Florida; owned by Charles Group and related to a shareholder dispute

Southern District of Georgia - Bankruptcy Court (2004)
Resort Inns, Savannah, Georgia

**AUTHORED PUBLICATIONS**

*Resort Development*, Second Edition, Urban Land Institute, 2008 (Contributing Author)

**PUBLISHED ARTICLES**

*HVS Journal* — "HVS Market Pulse: Fort Lauderdale, FL," co-authored with Shiv Ariyakula, November 2018

*HVS Journal* — "South Florida's Hospitality Real Estate Continues to Climb: Hotel Values Are Stronger than Ever," November 2015

*HVS Journal* — "Buying a Hotel to House Your Tour Flow," co-authored with Kathy Conroy, March 2000

HVS

**EXAMPLES OF PROPERTIES APPRAISED OR EVALUATED**

**PORTFOLIO ANALYSIS**
Portfolio of 8 Branded Hotels, Various Locations
Portfolio of 10 Branded Hotels, South Florida
Portfolio of 4 Branded Hotels, Central Florida
Portfolio of 3 Proposed Hotels, Freeport, The Bahamas
Portfolio of 3 Resorts, Willemstad, Curaçao
Portfolio of 5 Branded Hotels, Florida and Georgia
Portfolio of 6 Branded Hotels, Southeastern U.S.
Portfolio of 3 Full-Service Hotels, Tampa, Florida
Portfolio of 6 Branded Hotels, Various Locations
Portfolio of 2 Limited-Service Hotels, Jacksonville, FL
Portfolio of 2 Hotels, Miami

**ALABAMA**
Proposed Marina District Hotel Gulf Shores, Gulf Shores
Proposed AC Hotel by Marriott, Huntsville
Jack Warner at NorthRiver, Tuscaloosa

**ARIZONA**
Wyndham Garden, Chandler
Wyndham Garden, North Phoenix
Residence Inn, Phoenix
Wyndham Garden, Phoenix Airport
Courtyard by Marriott, Scottsdale
Scottsdale Villa Mirage, Scottsdale
Sedona Summit, Sedona

**CALIFORNIA**
San Luis Bay Inn, Avila Beach
Feather River Inn Golf Course, Blairsden Graeagle
Four Seasons Aviara, Carlsbad
Hilton Ontario, Ontario
ANA Hotel, San Francisco
Embassy Vacation Resort, South Lake Tahoe

**COLORADO**
Clayton Membership Club & Hotel, Denver
Wyndham Resort, Steamboat Springs
Four Seasons Resort, Vail
Doubletree Hotel, Westminster

**DISTRICT OF COLUMBIA**
St Regis Washington District Columbia, Washington
Waldorf Astoria Washington DC, Washington

**FLORIDA**
Proposed Hotel, Alachua
Hilton, Altamonte Springs
Proposed Alys Beach Hotel, Alys Beach
Amelia Hotel At The Beach, Amelia Island
Ocean Coast Hotel at the Beach, Amelia Island
Camp Margaritaville, Auburndale
AC Hotel by Marriott Miami Aventura, Aventura
Aloft Miami Aventura, Aventura
Proposed Aloft Hotel, Aventura
SERENA Hotel Aventura Tapestry Collection by Hilton, Aventura
Turnberry Isle Resort, Aventura
St. Regis Bal Harbour Resort, Bal Harbour
Boca Raton Resort & Club, Boca Raton
Holiday Inn, Boca Raton
Hyatt Place Boca Raton Downtown, Boca Raton
Proposed Hotel, Boca Raton
Wyndham Boca Raton, Boca Raton
Holiday Inn Express, Bonita Springs
Hyatt Coconut Plantation, Bonita Springs
Holiday Inn Express Boynton Beach, Boynton Beach
Proposed Hotel, Boynton Beach
Hampton by Hilton Bradenton Downtown Historic District, Bradenton
Proposed Hotel, Bradenton
Proposed WoodSpring Suites, Bradenton
WoodSpring Suites, Bradenton
Homestead Village, Brandon
Proposed Fairfield Inn & Suites Cape Coral, Cape Coral
Proposed Gulf Gateway Resort, Cape Coral
Proposed Hotel, Cape Coral
Proposed Hotel Cape Coral Corbitt Road, Cape Coral
Proposed Trademark by Wyndham Hotel Cape Coral, Cape Coral
Hampton Inn & Suites, Clearwater
Homestead Village, Clearwater
Island Cay Hotel, Clearwater
Monaco Vacation Rentals, Clearwater
Proposed Hotel, Clearwater
Red Roof Inn St Petersburg Clearwater Airport, Clearwater
Holiday Inn Hotel & Suites Clearwater Beach, Clearwater Beach
Hotel Cabana, Clearwater Beach
Hotel Cabana Vacation Rentals, Clearwater Beach
Hyatt Regency Aqualea Resort, Clearwater Beach
Proposed JW Marriott Resort & Residences, Clearwater Beach
Proposed SpringHill Suites, Clearwater Beach
Hampton Inn and Suites, Clermont
Proposed Upper-Upscale Hotel, Cocoa
Harbor Club, Cocoa Beach
International Palms Resort & Conference Center, Cocoa Beach
Proposed Westin, Cocoa Beach
Proposed Ritz-Carlton, Coconut Grove
The Avenue Luxury Hotel & Residences, Coral Gables
Extended Stay America, Coral Gables
Proposed Hotel, Coral Gables

HVS

Proposed Hyatt Place, Coral Springs
Proposed Upscale Hilton-Branded Hotel, Coral Gables
Plantation on Crystal River, an Ascend Hotel Collection Member, Crystal River
Land Valuation, Dania Beach
Courtyard by Marriott, Dania Beach
Hyatt House Fort Lauderdale Airport & Cruise Port, Dania Beach
Hyatt Place Fort Lauderdale Airport South, Dania Beach
Proposed Best Western, Dania Beach
Proposed Hotel, Dania Beach
Various Parcels, Dania Beach
Wyndham Garden Hotel Ft Lauderdale Airport & Cruise Port, Dania Beach
Extended Stay America Fort Lauderdale Davie, Davie
Proposed Full-Service Hotel NSU Florida Academic Village, Davie
Proposed Hotel, Davie
Proposed Hyatt House Davie, Davie
Atlantic Ocean Palm Inn, Daytona Beach
Extended Stay America Suites Daytona Beach International Speedway, Daytona Beach
Hampton by Hilton Daytona Beach Beachfront, Daytona Beach
Hilton Garden Inn Daytona Beach Airport, Daytona Beach
Mayan Inn Beachfront, Daytona Beach
Proposed Hotel, Daytona Beach
Proposed Wyndham-Affiliated Extended-Stay Hotel, Daytona Beach
Treasure Island Resort, Daytona Beach Shores
Extended Stay America Fort Lauderdale Deerfield Beach, Deerfield Beach
Proposed Hotel - 3 Parcels owned by Sandcastle I LLC, Deerfield Beach
Wyndham Deerfield Beach Resort, Deerfield Beach
Courtyard by Marriott, Delray Beach
Hyatt Place, Delray Beach
Proposed Courtyard by Marriott, Delray Beach
Proposed Hilton Garden Inn, Delray Beach
Proposed The Ray Hotel Delray Beach, Curio Collection by Hilton, Delray Beach
Proposed Seagate Resort, Delray Beach
Fairfield by Marriott Destin, Destin
Proposed Hotel Legendary Marina, Destin
Aloft Miami Doral, Doral
Baymont Inn & Suites, Doral
Element Miami Doral, Doral
Extended Stay America, Doral
Home2 Suites by Hilton Miami Doral West Airport, Doral
Proposed AC by Marriott, Doral
Proposed Home2 Suites, Doral
Proposed Doral Hotel, Doral
Proposed Hotel Downtown Doral, Doral
Proposed Extended-Stay Hotel, Doral
Hawk's Cay Resort & Marina, Duck Key
Proposed Serenity Seaside Resort Apalachicola, Eastpoint
Proposed Hotel, Englewood
Hyatt Place Coconut Point, Estero
Proposed Cambria Hotel, Estero
Proposed Extended-Stay Hotel, Estero
Proposed Staybridge Suites, Estero
Proposed StudioRes by Marriott, Estero
Seaside Inn, Fernandina Beach
Proposed Select-Service Hotel, Flagler Beach
Home2 Suites by Hilton, Florida City
Proposed Fairfield Inn & Suites, Florida City
Proposed MainStay Suites and Sleep Inn Florida City Dual-Brand, Florida City
Tru by Hilton Florida City, Florida City
Aloft Fort Lauderdale Airport, Fort Lauderdale
Chateau Mar Golf Resort, Fort Lauderdale
Courtyard by Marriott Ft. Lauderdale North Cypress Creek, Ft. Lauderdale
Extended StayAmerica Ft. Lauderdale Cypress Creek Andrews Avenue, Ft. Lauderdale
Extended Stay America Fort Lauderdale Plantation, Fort Lauderdale
Extended Stay America Premier Suites Fort Lauderdale - Convention Center – Cruise, Fort Lauderdale
Gale Residences Fort Lauderdale Beach, Fort Lauderdale
Hyatt Centric Las Olas Fort Lauderdale, Fort Lauderdale
Hyatt Place Fort Lauderdale 17th Street Convention Center, Fort Lauderdale
Hyatt Place Ft. Lauderdale Cruise Port & Convention Center, Ft. Lauderdale
Marriott Harbor Beach Resort, Fort Lauderdale
Proposed AC Hotel by Marriott, Fort Lauderdale
Proposed Convention Center Hotel, Ft. Lauderdale
Proposed Fort Lauderdale Airport Hotel, Fort Lauderdale
Proposed Holiday Inn, Fort Lauderdale
Proposed Home2/Tru by Hilton, Fort Lauderdale
Proposed Hotel, Fort Lauderdale
Proposed Hotel Galleria Area, Fort Lauderdale
Proposed Mandarin Oriental, Fort Lauderdale
Proposed PRC, Fort Lauderdale
Proposed St. Regis Hotel, Fort Lauderdale
Proposed TownePlace Suites, Ft. Lauderdale
Proposed Whitfield Hotel Fort Lauderdale, Fort Lauderdale
Ritz-Carlton / St. Regis Resort, Fort Lauderdale

HVS

Rodeway Inn & Suites Fort Lauderdale Airport, Fort Lauderdale
Sheraton Airport, Fort Lauderdale
Tru by Hilton Fort Lauderdale Airport & Cruise Port, Fort Lauderdale
Comfort Inn, Fort Myers
Comfort Inn Fort Myers Northeast, Fort Myers
Crowne Plaza Fort Myers At Bell Tower Shops, Fort Myers
Hampton Inn & Suites Fort Myers Colonial Boulevard, Fort Myers
Hilton Garden Inn, Ft. Myers
Homewood Suites by Hilton, Fort Myers
Hyatt Place Fort Myers at the Forum, Fort Myers
Proposed Extended Stay America Fort Myers, Fort Myers
Proposed Hampton Inn, Fort Myers
Radisson Inn, Fort Myers
Ramada Inn Redevelopment, Fort Myers
Neptune Inn, Fort Myers Beach
Fairfield by Marriott, Fort Pierce
Proposed Hotel, Fort Pierce
Proposed Orchid Beach Resort, Fort Pierce
Hampton Inn, Fort Walton Beach
Aloft Gainesville University Area, Gainesville
Extended Stay America Gainesville Interstate 75, Gainesville
Hom Hotel + Suites, Gainesville
Homewood Suites, Gainesville
Extended Stay America, Gainesville
Residence Inn by Marriott Gainesville I-75, Gainesville
SpringHill Suites by Marriott, Gainesville
Staybridge Suites Gainesville I-75, Gainesville
Proposed Limited-Service Hotel Hallandale Beach, Hallandale Beach
Howard Johnson Hotel, Hialeah
Proposed Hialeah Park Casino Hotel, Hialeah
Ramada Hotel, Hialeah
Holiday Inn Miami West Airport Area, Hialeah Gardens
Seabonay Beach Resort, Hillsboro Beach
Proposed Hotel, Hobe Sound
Costa Hollywood Beach Resort, Hollywood
Diplomat Resort & Spa Hollywood Curio Collection by Hilton, Hollywood
Grand Palms Country Club, Hollywood
Hollywood Beach Suites + Hotel, Hollywood
Proposed Courtyard by Marriott Hollywood, Hollywood
Proposed Dual-Branded Hotel, Hollywood
Proposed Hilton Garden Inn, Hollywood
Proposed Hotel, Hollywood
Proposed Soft-Brand Hollywood Hotel, Hollywood
Proposed The Circ Hotel, Hollywood
Ambassador Hotel, Hollywood Beach
Days Inn, Homestead
Proposed Courtyard by Marriott, Homestead
Creekside Inn Islamorada, Islamorada
Islander Resort, Islamorada
Proposed Hotel and Marina Islamorada, Islamorada
Sunset Inn Islamorada, Islamorada
Adam's Mark Hotel, Jacksonville
Extended Stay America Jacksonville Baymeadows, Jacksonville
Extended Stay America Jacksonville Deerwood Park, Jacksonville
Extended Stay America Jacksonville Lenior Avenue East, Jacksonville
Extended StayAmerica Jacksonville Riverwalk, Jacksonville
Extended Stay America Jacksonville Southside St. Johns Towne Center, Jacksonville
Holiday Inn & Express Suites Jacksonville Airport, Jacksonville
Homestead Village, Jacksonville
Land Valuation, Jacksonville
Proposed Courtyard by Marriott, Jacksonville
Proposed Hotel, Jacksonville
Proposed Residence Inn, Jacksonville
Southpoint Suites, Jacksonville
Studio 6 Jacksonville South, Jacksonville
Fairfield Inn, Jacksonville Beach
Holiday Inn Sunspree, Jacksonville Beach
Proposed SpringHill Suites, Jacksonville Beach
Holiday Inn Express North Palm Beach Oceanville Juno Beach, Juno Beach
Courtyard by Marriott Palm Beach Jupiter, Jupiter
Proposed Hotel, Jupiter
Proposed Sperry Parcel Inn, Jupiter
Proposed Ritz-Carlton, Key Biscayne
Fairfield Inn by Marriott, Key West
Ocean Key Resort & Spa, Key West
Perry Hotel Key West, Key West
Project Key West, Key West
Courtyard by Marriott, Kissimmee
Crowne Plaza Maingate, Kissimmee
DoubleTree Guest Suites, Kissimmee
Hampton Inn by Hilton Kissimmee North, Kissimmee
Hampton by Hilton Orlando South Lake Buena Vista, Kissimmee
Hawthorn Suites Maingate, Kissimmee
Holiday Inn Resort Kissimmee by the Parks, Kissimmee
Park Royal Orlando, Kissimmee
Proposed Fractional Development, Kissimmee
Proposed Repositioning of Hotel on Irlo Bronson Memorial Hwy, Kissimmee
Radisson Resort Worldgate, Kissimmee
Rodeway Inn Maingate, Kissimmee
Proposed Dual-Brand Homewood Suites/Tru, Lady Lake

HVS

Proposed Home2 Suites by Hilton, Lakeland
Proposed Hotel at the Lakeland Center, Lakeland
Sheraton Four Points, Lakeland
Home2 Suites by Hilton Lake Mary Orlando, Lake Mary
Proposed Hotel Lake Park, Lake Park
Proposed Hotel, Lake Park
Proposed Tru by Hilton, Lakewood Ranch
Gulfstream Hotel, Lake Worth
Holiday Inn Express & Suites, Lantana
Super 8, Lantana
Proposed Boutique Hotel Indian Rocks-Largo, Largo
Proposed Lauderdale-by-the-Sea Hotel, Lauderdale-by-the-Sea
Proposed Lighthouse Point Hotel, Lighthouse Point
St. Regis Longboat Key Resort & Residences, Longboat Key
Hampton by Hilton, Marathon
Isla Bella Beach Resort, Marathon
Proposed Restaurant, Retail & Marina, Marathon
Tranquility Bay Beach House Resort, Marathon
Proposed Hotel, Mayport
Extended Stay America Melbourne Airport, Melbourne
Hampton by Hilton Melbourne-Viera, Melbourne
Holiday Inn Melbourne Viera Conference Center, Melbourne
Hyatt Place Melbourne Airport, Melbourne
Proposed Hotel at Riverwalk Marina, Melbourne
Proposed Hyatt Place, Melbourne
Proposed Tapestry Collection by Hilton, Melbourne
Aloft Miami Airport, Miami
Aloft Miami Dadeland, Miami
Baymont Inn & Suites, Miami
Conrad Hotel, Miami
Courtyard by Marriott Miami West FL Turnpike, Miami
DoubleTree by Hilton Miami Mart Airport Hotel & Exhibition Center, Miami
Eurostars Langford, Miami
EVEN Hotel Miami Airport, Miami
Extended Stay America, Miami
Extended Stay America Miami Airport Blue Lagoon, Miami
Extended Stay America Miami Airport Doral, Miami
Extended Stay America Miami Airport Miami Springs, Miami
Extended StayAmerica Miami Coral Gables, Miami
Extended Stay America Miami South Brickell, Miami
Extended Stay America Premier Suites Miami Airport Doral 25th St., Miami
Four Seasons Hotel, Miami
Gabriel, Curio Collection by Hilton, Miami
Grayson Miami Downtown, Miami
Hampton Inn & Suites by Hilton Miami Midtown, Miami
Homestead Studio Suites, Miami
Homewood Suites by Hilton Miami Downtown Brickell, Miami
Hyatt Place Miami Airport West Doral, Miami
Hyatt Regency Miami, Miami
JW Marriott Hotel, Miami
Kendall Hotel and Suites, Miami
Langford Hotel, Miami
Mandarin Oriental, Miami
ME Miami by Melia, Miami
Melia, Miami
Miami Airport Hilton, Miami
Novotel Miami Brickell, Miami
Proposed 120-Room Hotel Downtown, Miami
Proposed 550-Unit Hotel and Condo-Hotel, Miami
Proposed Convention Center Hotel and Lifestyle Hotel, Miami
Proposed Convention-Oriented Hotel, Miami
Proposed Domus Bayfront Hotel, Miami
Proposed Dual-Branded Hotel, Miami
Proposed Embassy & Canopy Brickell, Miami
Proposed EVEN Hotel Miami, Miami
Proposed Four Points by Sheraton, Miami
Proposed Hotel, Miami
Proposed Hotel and Office Building, Miami
Proposed Hotel at the Hialeah Park Race Track, Miami
Proposed Hotel Coconut Grove, Miami
Proposed Hotel Health District, Miami
Proposed Hotel Little Havana, Miami
Proposed Hotel Miami Dadeland, Miami
Proposed Hotel Miami Design District, Miami
Proposed Hotel OD Miami, Miami
Proposed Hotel on NE 19th Avenue, Miami
Proposed In-terminal MIA Hotel, Miami
Proposed Kubik Hotel, Miami
Proposed Legacy Hotel & Residences, Miami
Proposed Luxury Eco-Resort The Redlands, Miami
Proposed MUD, Miami-Downtown
Proposed OD Hotel, Miami
Proposed Reverb, Miami
Proposed Shangri-La Resort and PRC, Miami
Proposed SpringHill Suites, Miami
Proposed Tru by Hilton Brickell, Miami
Proposed Virgin Hotel, Miami
Proposed Yotel, Miami
Radisson Hotel & Suites, Miami
Regency Miami Airport Hotel, Miami
River Park Hotel & Suites, Miami
Residence Inn, Miami
Residence Inn by Marriott Miami West/FL Turnpike, Miami

HVS

Selina Little Havana Miami, Miami
Shalimar Motel, Miami
W Miami, Miami
524 Suites, Miami Beach
Alexander All Suite Oceanfront Resort, Miami Beach
Alton Hostel, Miami Beach
Anglers Resort, Miami Beach
Balfour Hotel, Miami Beach
Beachside Apartment Hotel, Miami Beach
Beacon Hotel, Miami Beach
Best Western, Miami Beach
Blue Moon Hotel, Miami Beach
Celino South Beach, Miami Beach
Claremont Hotel, Miami Beach
Comfort Inn, Miami Beach
Coral Sands, Miami Beach
Courtyard by Marriott Miami Beach South Beach, Miami Beach
Crystal Beach Suites & Health Club, Miami Beach
Days Inn, Miami Beach
Delano Beach Club, Miami Beach
Eden Roc Resort, Miami Beach
Edgewater Hotel, Miami Beach
Edison Hotel, Miami Beach
Fairfield Inn, Miami Beach
Fairwind Hotel, Miami Beach
Fontainebleau Resort, Miami Beach
Four Points by Sheraton, Miami Beach
Goodtime Hotel, Miami Beach
Greystone Hotel, Miami Beach
Habana Libre Beach Resort, Miami Beach
Hampton by Hilton Miami South Beach 17th Street, Miami Beach
Henrosa Hotel, Miami Beach
Hotel Astor, Miami Beach
Hotel Bora Bora, Miami Beach
Hotel Breakwater South Beach, Miami Beach
Hotel Croydon, Miami Beach
Hotel Eva, Miami Beach
Hotel Ocean, Miami Beach
Hotel Saint Augustine, Miami Beach
Hyatt Centric South Beach Miami, Miami Beach
Julia Hotel, Miami Beach
Kimpton Hotel Palomar, Miami Beach
Loews Hotel, Miami Beach
Majestic Hotel South Beach, Miami Beach
Marlin Hotel, Miami Beach
Marriott South Beach, Miami Beach
Marriott Stanton South Beach, Miami Beach
Miami Beach Edition, Miami Beach
Ocean Five Hotel, Miami Beach
Penguin Hotel, Miami Beach
Plaza Hotel, Miami Beach
Proposed 942 Pennsylvania Hotel, Miami Beach
Proposed Alton Road Hotel, Miami Beach
Proposed Bijou Hotel, Miami Beach
Proposed Bulgari Hotel, Miami Beach
Proposed Civilian Hotel, Miami Beach
Proposed Hotel, Miami Beach
Proposed Hotel Conversion from Apartments - 23rd Street, Miami Beach
Proposed Hotel Conversion from Apartments - 800 Washington, Miami Beach
Proposed Lennox Hotel, Miami Beach
Proposed Park Terrace Hotel, Miami Beach
Proposed SOFi Hotel, Miami Beach
Proposed Wally's Sunset Harbor South Beach, Miami Beach
Raleigh Hotel, Miami Beach
Red South Beach Hotel Miami Beach, Miami Beach
Residence Inn by Marriott Miami Beach South Beach, Miami Beach
Ritz-Carlton Resort, Miami Beach
Riviera Hotel South Beach, Miami Beach
Royal Polo Hotel, Miami Beach
Sagamore Hotel, Miami Beach
Sanctuary South Beach (Closed), Miami Beach
Shore Club, Miami Beach
SLS Hotel South Beach, Miami Beach
SoHo Beach House, Miami Beach
Sovereign Hotel, Miami Beach
The Betsy, Miami Beach
Tides South Beach, Miami Beach
Townhouse Hotel, Miami Beach
Traymore Hotel, Miami Beach
Upsun Hotel, Miami Beach
Urbanica The Meridian Hotel, Miami Beach
The Variety, Miami Beach
W South Beach & Residences, Miami Beach
Winterhaven Hotel, Miami Beach
Proposed Stadium Hotel, Miami Gardens
Proposed Hotel, Miami Lakes
Sonesta Select, Miami Lakes
B&B Hotels Miami Airport, Miami Springs
Clarion Inn & Suites Miami Airport, Miami Springs
Extended Stay America, Miami Springs
MainStay Suites, Miami Springs
Proposed Wyndham Garden, Miami Springs
Wyndham Garden Miami International Airport, Miami Springs
Proposed TownePlace Suites by Marriott Middleburg, Middleburg
Proposed Select-Service Hotel, Milton
Courtyard by Marriott, Miramar
Residence Inn by Marriott, Miramar
Wingate Inn, Miramar
Hilton Hotel, Naples
Naples Beach Hotel, Naples
Proposed ECHO Suites by Wyndham Naples East, Naples
Proposed Hotel, Naples
Proposed Gateway of Naples Hotel & Condominium, Naples
Best Western New Smyrna Beach Hotel & Suites, New Smyrna Beach
Hampton by Hilton, New Smyrna Beach

HVS

Proposed Wyndham-Affiliated Extended-Stay Hotel Venice, Nokomis
Proposed Hotel Inventory within Continuum East, North Bay Village
Proposed Paradise Isle Hotel, North Fort Myers
Commercial Condo Units within Proposed Ouanalau Residences and Resort, North Hutchinson Island
Proposed Hotel, North Miami
Proposed Hotel, North Palm Beach
Proposed Hotel, North Port
Proposed Limited-Service Hotel, North Port
Proposed Hilton Garden Inn, Ocala
Proposed Holiday Inn and Suites, Ocala
Proposed Tapestry by Hilton, Ocala
Proposed Wyndham-Affiliated Extended-Stay Hotel, Ocala
Proposed Sosei Okeechobee Resort, Okeechobee
57-Acre Parcel, Orlando
AC Hotel by Marriott Orlando Downtown, Orlando
Aloft Orlando Lake Buena Vista, Orlando
Avid Orlando International Airport, Orlando
Baymont Inn & Suites, Orlando
Blue Tree Resort, Orlando
Cambria Hotel Orlando Airport, Orlando
Comfort Inn International, Orlando
Country Inn & Suites Orlando Universal, Orlando
Crowne Plaza Universal Hotel, Orlando
Cypress Pointe Resort, Orlando
DoubleTree by Hilton Universal Orlando, Orlando
EVEN Hotel Orlando International Airport, Orlando
Hampton Inn & Suites Orlando International Drive North, Orlando
Embassy Vacation Resort, Orlando
Fairfield by Marriott Orlando Airport, Orlando
Fairfield by Marriott Orlando Lake Buena Vista, Orlando
Floridian Hotel, Orlando
Grand Hyatt Cypress, Orlando
Hampton Inn & Suites Orlando International Drive North, Orlando
Hilton Grand Vacations Club:
*SeaWorld Resort*
*Tuscany Village*
*Ruby Lake Resort*
HomeTowne Studios Orlando UCF Area, Orlando
International Plaza Resort, Orlando
La Quinta Inn & Suites by Wyndham Orlando IDrive Theme Parks, Orlando
Land Valuation-Western Beltway, Orlando
Marriott Hotel, Orlando
Nickelodeon Family Suites, Orlando
Peabody Hotel, Orlando
Proposed Aloft Hotel and Element Hotel, Orlando
Proposed Atwell Suites Orlando Airport, Orlando
Proposed Condo-Hotel, Orlando
Proposed Dual-Brand La Quinta and Hawthorn Suites by Wyndham East Park, Orlando
Proposed Extended Stay America Lake Nona, Orlando
Proposed Hotel at 500 South Magnolia, Orlando
Proposed Hotel at Hamlin Orlando West, Orlando
Proposed Hotel at ORMC, Orlando
Proposed Palazzo del Lago, Orlando
Proposed ph Premiere Hotel & Spa, Orlando
Proposed Red Collection Hotel, Orlando
Proposed Tru by Hilton, Orlando
Proposed Universal Hotel Complex, Orlando
Proposed WoodSpring Suites, Orlando
Travelodge Orlando Near Florida Mall, Orlando
TRYP by Wyndham Orlando, Orlando
Extended Stay America Premier Suites Daytona Beach/Ormond Beach, Ormond Beach
Proposed Hotel, Palm Bay
Proposed Tru and Extended-Stay Hotel, Palm Bay
Brazilian Court Hotel, Palm Beach
Colony Palm Beach Hotel, Palm Beach
Four Seasons Resort, Palm Beach
Proposed Palm House Hotel, Palm Beach
Ocean Club Beach Resort, Palm Beach
Hilton Garden Inn, Palm Beach Gardens
Proposed Hotel, Palm Beach Gardens
Proposed Home2 Suites by Hilton, Palm Beach Gardens
Marriott's Ocean Pointe, Palm Beach Shores
Proposed Sheraton at the Bradenton Area Convention Center, Palmetto
Proposed Hotel ECP, Panama City
Proposed Hotel Panama City St. Andrews Marina, Panama City
Proposed Marina Village Hotel, Panama City
Proposed Embassy Suites Resort, Panama City Beach
Proposed Hotel, Panama City Beach
Grand Palms Spa & Resort, Pembroke Pines
Proposed Hotel, Pembroke Pines
Pensacola Grand Hotel, Pensacola
Proposed 102-Room Hilton Hotel, Pensacola
Hampton Inn, Pensacola Beach
Hilton Garden Inn, Pensacola Beach
Proposed LivSmart Studios by Hilton, Pensacola
Proposed Bradford Homesuites, Pinellas Park
Proposed Select-Service Hotel, Plantation
Renaissance, Plantation

HVS

Residence Inn by Marriott, Plantation
Extended Stay America Fort Lauderdale Cypress Creek Park North, Pompano Beach
Fort Lauderdale Marriott Pompano Beach Resort & Spa, Pompano Beach
Proposed AC by Marriott, Pompano Beach
Proposed Liquid Hotel, Pompano Beach
Proposed Condominiums, Pompano Beach
Proposed Hotel, Pompano Beach
Country Inn & Suites, Port Charlotte
Proposed Port Charlotte Hotel, a Member of Radisson Individuals, Port Charlotte
Proposed Sonesta ES Suites, Port Charlotte
Holiday Inn Express, Port Richey
Club Med Sandpiper, Port St. Lucie
Holiday Inn Port St Lucie, Port Saint Lucie
Proposed Tru by Hilton Port St. Lucie, Port St. Lucie
Sandpiper Bay All-Inclusive, Trademark Collection by Wyndham, Port Saint Lucie
Tru by Hilton, Port Saint Lucie
Proposed Dual-Brand Mainstay Suites/Sleep Inn, Rockledge
Amrit Resort and Residences, Riviera Beach
Proposed Amrit Spa and Hotel, Riviera Beach
Proposed Hotel at the Madison Green Country Club, Royal Palm Beach
Marina View at Little Harbor, Ruskin
Hampton by Hilton Saint Augustine Vilano Beach, Saint Augustine
Home2 Suites by Hilton St. Augustine I-95, Saint Augustine
Holiday Inn Saint Petersburg West, Saint Petersburg
Hyatt Place St. Petersburg Downtown, Saint Petersburg
Proposed 34-Room Boutique Hotel, Saint Petersburg
Proposed Full-Service Boutique Hotel, Saint Petersburg
Proposed Hotel, St. Petersburg
Kimpton Hotel Zamora, St. Pete Beach
Loews Don Cesar Resort, St. Pete Beach
Proposed Hotel and Vacation Ownership Resort, St. Pete Beach
Sirata Beach Resort, St. Pete Beach
Proposed Pasco County Hotel, San Antonio
Seaside Inn, Sanibel
Baymont by Wyndham, Sarasota
Embassy Suites by Hilton, Sarasota
Holiday Inn Sarasota Airport, Sarasota
Proposed Embassy Suites, Sarasota
Proposed Hampton Inn & Suites, Sarasota
Proposed Home2 Suites by Hilton, Sarasota
Proposed Mainview Hotel, Sarasota
Proposed Residence Inn, Sarasota
Proposed Tapestry by Hilton, Sarasota
Westin Sarasota, Sarasota
Proposed 222-Room Full-Service Hotel, Satellite Beach
Proposed Element, Satellite Beach
Proposed Hotel, Satellite Beach
Proposed Sebastian Hotel, Sebastian
Proposed 170-room Hotel Siesta Key, Siesta Key
Marriott Singer Island Beach Resort & Spa, Singer Island
Palm Beach Marriott Singer Island Beach Resort & Spa, Singer Island
Proposed Island Spa Resort, Singer Island
Proposed Hotel, Stuart
Proposed Tru by Hilton, Stuart
Ritz-Carlton Resort, South Beach
Proposed Limited-Service Hotel, Stuart
Proposed Stuart Short-Term Rentals, Stuart
Acqualina Resort & Residences on the Beach, Sunny Isles Beach
DoubleTree Ocean Point Resort, Sunny Isles
Proposed Solis Hotel, Sunny Isles
Sole on the Ocean, Sunny Isles Beach
Land Valuation, Sunrise
Proposed Hotel, Sunrise
Proposed Hyatt Place and Hyatt House, Sunrise
Beach House Resort, Surfside
Four Seasons Hotel at The Surf Club Surfside, Surfside
Grand Beach Hotel Surfside Miami, Surfside
Residence Inn Miami Beach Surfside, Surfside
Extended Stay America Tallahassee Killearn, Tallahassee
Proposed Hotel Valencia, Tallahassee
Wyndham Garden Tallahassee Capitol, Tallahassee
Extended Stay America Fort Lauderdale Tamarac, Tamarac
Proposed Fairfield Inn & Suites, Tamarac
Proposed Home2 Suites Hotel, Tamarac
Proposed WoodSpring Suites, Tamarac
WoodSpring Suites Tamarac, Tamarac
Courtyard by Marriott, Tampa
DoubleTree by Hilton Guest Suites Tampa Bay, Tampa
Fairfield Inn by Marriott, Tampa
Hillsborough Avenue Land, Tampa
Holiday Inn Downtown, Tampa
Homewood Suites by Hilton, Tampa
Proposed 112-room Best Western Aiden, Tampa
Proposed Aloft Hotel, Tampa
Proposed Best Western Boutique, Tampa
Proposed Cambria, Tampa
Proposed Cigar Factory Hotel, Tampa
Proposed Hotel, Tampa
Proposed The James Hotel, a Sonesta Lifestyle Property, Tampa
Proposed Ora Hotel & Residences, Tampa

HVS

Proposed Reverb by Hard Rock Tampa, Tampa
Proposed Tampa Gas Worx Hotel, Tampa
Proposed Westin Hotel, Tampa
Quality Inn & Conference Center Tampa, Tampa
Residence Inn by Marriott Tampa Sabal Park Brandon, Tampa
Sheraton Tampa Riverwalk, Tampa
SpringHill Suites by Marriott Tampa Brandon, Tampa
Tampa Airport Hilton, Tampa
Tampa EDITION, Tampa
Westin Tampa Bay, Tampa
Westshore Grand A Tribute Portfolio Hotel Tampa, Tampa
Wyndham Harbour Island, Tampa
Homestead Village, Tampa Airport
DoubleTree by Hilton Guest Suites Tampa Bay, Tampa
Hampton Inn Tampa International Airport Westshore, Tampa
Proposed Home2 Suites by Hilton Tarpon Springs, Tarpon Springs
Proposed Hotel, Tarpon Springs
Extended Stay America Titusville Space Center, Titusville
Proposed Extended-Stay Hotel, Venice
Proposed Four Points by Sheraton, Venice
Proposed Wyndham-Affiliated Extended-Stay Hotel Venice, Venice
Costa D'Este Hotel, Vero Beach
Kimpton Vero Beach Hotel & Spa, Vero Beach
Proposed Hotel within Proposed Mandala Village, Vero Beach
Proposed Extended-Stay Hotel Downtown, Vero Beach
Proposed Homewood Suites, Viera
Proposed Hotel, Wellington
Fairfield by Marriott Tampa Wesley Chapel, Wesley Chapel
Proposed Hilton Garden Inn, Wesley Chapel
Proposed Hotel, Wesley Chapel
Extended Stay America Melbourne Palm Bay, West Melbourne
Extended Stay America Premier Suites Melbourne I-95, West Melbourne
Canopy by Hilton West Palm Beach Downtown, West Palm Beach
Holiday Inn Palm Beach Airport Conference Center, West Palm Beach
Home2 Suites West Palm Beach Airport, West Palm Beach
Hotel Biba, West Palm Beach
Hyatt Place West Palm Beach Downtown, West Palm Beach
Marriott West Palm Beach, West Palm Beach
Proposed Aloft Hotel, West Palm Beach
Proposed Autograph Hotel, West Palm Beach
Proposed Canopy by Hilton, West Palm Beach
Proposed Clematis Hotel, West Palm Beach
Proposed Hotel, West Palm Beach
Proposed Nora District Hotel, West Palm Beach
Proposed Renaissance Hotel, West Palm Beach
Proposed Hotel, West Palm Beach
Proposed Courtyard by Marriott, Weston
Banyan Cay Resort & Golf Club, West Palm Beach
Proposed Palm Harbor Marina Hotel, West Palm Beach
Residence Inn by Marriott, Weston
Proposed Hotel, Wilton Manors
Proposed Mixed-Use Development, Wynwood
Proposed Hotel Yulee, Yulee

**GEORGIA**

Downtown Atlanta Condominium Market, Atlanta
Proposed ATL Supper Club, Atlanta
Proposed Boutique Hotel, Atlanta
Proposed Hotel at the Morris Brown College, Atlanta
Proposed Hotel Near Truist Park, Atlanta
Proposed Markham Hotel, Atlanta
Wyndham Garden, Atlanta
Proposed Fairfield by Marriott Bethlehem, Bethlehem
Courtyard by Marriott, Brunswick
Proposed Element by Westin, Duluth
Comfort Inn, Kennesaw
Proposed Hotel Richmond Hill, Richmond Hill
King and Prince Beach & Golf Resort, Saint Simons Island
Sea Palms Resort & Conference Center, Saint Simons Island
Best Western, Savannah
Proposed Fractional Resort, Savannah
Proposed Hostel, Savannah
Proposed Savannah Harbor Hotel, Savannah
Staybridge Suites, Savannah
Proposed Hotel, Thomaston
Ocean Plaza Beach Resort, Tybee Island

**HAWAII**

Hilton Grand Vacations Club:
*Kalia Tower*
*Waikoloa Beach Resort*
*Hilton Hawaiian Village*
*Waikoloa King's Land*
*The Grand Waikikian*
Ritz-Carlton Kapalua

**ILLINOIS**

Radisson Blu Aqua Hotel Chicago, Chicago
Proposed Hotel and Spa, Glencoe
Holiday Inn, Gurnee
Proposed Orrington Hotel, Evanston

**KANSAS**

Proposed Margaritaville, Kansas City

HVS

**KENTUCKY**
Courtyard by Marriott, Louisville
Marriott, Louisville
Residence Inn by Marriott, Louisville
SpringHill Suites by Marriott, Louisville

**LOUISIANA**
Hotel Saint Vincent, New Orleans
ONE11 Hotel New Orleans, New Orleans
Residence Inn New Orleans Elmwood, New Orleans
Virgin Hotel, New Orleans

**MAINE**
Proposed Resort, Brownville

**MARYLAND**
Baltimore Hilton and Towers, Baltimore
Carousel Oceanfront Hotel, Ocean City

**MASSACHUSETTS**
Sandcastle Resort and Club, Provincetown

**MICHIGAN**
Inn at Bay Harbor an Autograph Collection, Bay Harbor
Boyne Mountain Resort/Lodge, Boyne Falls
Waterfront Inn, Traverse City

**MINNESOTA**
The DeCathlon Club, Minneapolis

**MISSISSIPPI**
Holiday Inn Express, Corinth
Subdivision and Commercial Land, Bay St. Louis
South Beach Hotel & Suites, Biloxi
Courtyard by Marriott Jackson Ridgeland, Jackson
Proposed Timeshare Resort, Tunica

**NEVADA**
Residence Inn by Marriott, Las Vegas
Ridge Pointe, Stateline
Hilton Grand Vacations Club:
*Las Vegas Flamingo*
*Las Vegas Blvd I & II*
*Lake Las Vegas*

**NEW JERSEY**
Proposed Radisson Hotel, Atlantic City
Proposed Condo-Hotel, Ocean City
Proposed Hotel, Wildwood

**NEW YORK**
Nevele Grande Resort & Country Club, Ellenville
Hilton Grand Vacations Club, New York
FiDi Hotel, New York
Manhattan at Times Square Hotel, New York

**NORTH CAROLINA**
Autumn Woods, Carrboro
Proposed Tribute Portfolio by Marriott, Cary
Proposed Resort, Cashiers
Hilton Executive Park, Charlotte
UNC Charlotte Marriott Hotel & Conference Center, Charlotte
Wyndham Garden, Charlotte
Major Estate, Clyde
Inn at Corolla Light, Corolla
The Grand Regal, Elizabethtown
Studio 6, Greensboro
Proposed New Bern Hotel, New Bern
DoubleTree by Hilton, Rocky Mount
Radisson, Research Triangle Park
Proposed Vacation Rental Resort Weaverville, Weaverville

**PENNSYLVANIA**
Serenité Private Residence Club at Camelback Mountain, Tannersville

**SOUTH CAROLINA**
Proposed Hotel, Aiken
Proposed Hotel, Bay Point Island
Two Proposed Hotels, Columbia
Proposed Condo-Hotel, Daniel Island
Proposed Kimpton Hotel and Residences Greenville, Greenville
Wyndham Garden Greenville Airport, Greenville
Holiday Inn Express Hardeeville Hilton Head, Hardeeville
InterContinental Hotel, Hilton Head
Hilton Oceanfront Resort, Hilton Head
Wild Dunes Resort, Isle of Palms
Embassy Suites Myrtle Beach, Myrtle Beach
Hilton Myrtle Beach Resort, Myrtle Beach
Proposed Margaritaville Hotel, Myrtle Beach
Sea Mist Oceanfront Myrtle Beach, Myrtle Beach
Holiday Inn Oceanfront Surfside Beach, Surfside Beach
Hotel Domestique, Travelers Rest

**TENNESSEE**
Proposed Brain Paul Hotel, Brentwood
Fairfield Inn & Suites by Marriott, Memphis
Days Inn, Nashville

**TEXAS**
Extended Stay America Select Suites Austin Northwest Lakeline Mall, Austin
Proposed Dual-Brand Embassy Suites & Tempo by Hilton, Austin
Flying L Guest Ranch, Bandera
Marriott Suites, Dallas
Sheraton North Houston, Houston
Residence Inn, McAllen
Courtyard by Marriott, Plano
MainStay Suites, Plano
Residence Inn by Marriott, Plano
Proposed Margaritaville Hotel Palmilla Beach, Port Aransas
Proposed Radisson, San Antonio
San Antonio Hilton, San Antonio

HVS

**UTAH**
Sorrel River Ranch Resort & Spa, Moab
Sheraton, Park City

**VIRGINIA**
Embassy Suites, Tysons Corner
Colonial Crossings, Williamsburg
Greensprings Plantation, Williamsburg
Powhatan Plantation, Williamsburg
Proposed Hotel, Woodbridge

**WASHINGTON**
Courtyard by Marriott, Seattle

**WYOMING**
Proposed Hotel, Jackson Hole

**INTERNATIONAL**

**Anguilla**
Cap Juluca Resort
Proposed Royale Caribbean Resort
Proposed Temenos Resort

**Antigua**
Proposed Hotels-Special Economic Zone
Proposed Hotel at Ballast Beach
Proposed One&Only Resort
Carlisle Bay Resort, St. Mary's
Halcyon Cove, Dickenson Bay
Proposed Ultra-Luxury Resort and Private Estate Home, Green Island
Proposed Resort and Branded Residences, Half Moon Bay
Proposed Rosewood Resort, Half Moon Bay
Proposed Resort, Long Bay
Proposed Mixed-Use Resort, Morris Bay
Proposed Le Méridien Resort, Willikies

**Aruba**
Proposed Boutique Hotel, Arashi Beach
Holiday Inn Resort Aruba
Hyatt Regency Aruba Resort Spa & Casino
Bucuti & Tara Beach Resort, Eagle Beach
Proposed Fractional Resort, Eagle Beach
Embassy Suites by Hilton Aruba Resort, Oranjestad
Proposed Courtyard by Marriott, Oranjestad
Proposed Embassy Suites Aruba, Oranjestad
Holiday Inn Aruba Beach Resort & Casino, Palm Beach
Wyndham Resort, Casino, and Spa

**Australia**
Timeshare Research

**Bahamas**
Green Turtle Cay, Abaco
Proposed Resort and Branded-Residences Schooner Bay, Abaco
Proposed Ultra-Luxury Resort and Residences Schooner Bay, Abaco
Bimini Cove Resort, Bimini
Breezes Resort, Cable Beach
Proposed Resort, Cat Island
Deep Water Cay Resort
Hope Town Inn & Marina, Elbow Cay
Cocodimama Charming Resort, Eleuthera
Proposed Cotton Bay Resort, Eleuthera
Proposed Hotel Site Windermere Island, Eleuthera
Sandals Emerald Bay, Great Exuma
Coral Sands, Harbour Island
Pink Sands, Harbour Island
Proposed Hotel and Fractional, Lee Stocking Island
Abaco Beach Resort & Boat Harbour, Marsh Harbour
British Colonial Hilton, Nassau
Proposed Hilton Garden Inn, Nassau
Proposed Hotel Nassau, Nassau
Proposed Select-Service Hotel, Nassau
Norman's Cay Exuma, Norman's Cay
Ocean Club, A Four Seasons Hotel, Paradise Island
One&Only Ocean Club, Paradise Island
Proposed Resort & Villas, Stocking Island
Little Pipe Cay

**Barbados**
Proposed Hyatt Ziva Barbados, Bridgetown
Hilton Barbados, St. Michael

**Belize**
Proposed Puerto Azul Resort, Lighthouse Reef
Proposed Resort, Plascencia
Ka'ana Boutique Resort, San Ignacio
Alaia Belize, San Pedro
Proposed Resort, San Pedro

**Bermuda**
Proposed 90-Room Hotel with 19 Condos and 10 Villas
Coral Beach & Tennis Club, Paget
The Reefs Hotel & Club, Southampton

**Bonaire**
Harbour Village Beach Club, Kralendijk

**British Virgin Islands**
Proposed Boutique Hotel Tortola, Tortola
Proposed Hotel, Tortola

**Canada**
Georgian Manor Resort, Collingwood

**Cayman Islands**
Grand Cayman Marriott Beach Resort, Grand Cayman
Marriott Grand Cayman, Grand Cayman
Proposed Condo/Fractional Development, North Point, Grand Cayman Island
Proposed Grand Hyatt Hotel and Residences, Grand Cayman

HVS

Proposed Luxury Hotel, Grand Cayman
Proposed Mandarin Oriental, Grand Cayman

**Colombia**
Conrad, Cartagena
Hyatt Regency, Cartagena
Proposed Dual-Brand Resort, Santa Marta

**Costa Rica**
Proposed All-Inclusive Resort
Proposed Hotel, La Sabana
Proposed Nicklaus-branded Residences, Monte del Barco
Proposed Hotel Nosara Costa Rica, Nosara
Andaz Resort, Peninsula Papagayo
Four Seasons Resort, Peninsula Papagayo
Proposed Eco-Lodge Puerto Jimenez Costa Rica, Puerto Jimenez
Proposed Branded Residences, Puntarenas
Proposed Hotel Santa Teresa, Puntarenas
Proposed Hotel, Escazu, San Jose
Proposed Hotel Barrio Escalante, San José
Proposed Mandarin Oriental Resort, Rancho Manzanillo, Guanacaste

**Curacao**
Breezes Hotel and Casino
Floris Suite Hotel
Hilton Hotel and Casino
Lions Dive and Beach Resort
Marriott Hotel and Casino
Sunscape Resort
Kunuku Aqua Resort, Kashutuin
Proposed Hotel, Willemstad

**Dominica**
Proposed Mixed-Use Resort, Hampstead Estate
Proposed Resort, Woodford Hill

**Dominican Republic**
Casa de Campo
Proposed Hotel-Santo Domingo
Timeshare Research Proposed Hampton by Hilton, Boca Chica
Proposed Resort Miches, Miches
Proposed Secrets and Dreams Playa Esmeralda, Miches
Proposed Hotel and Residences, Playa Diamante
Proposed Luxury Resort Playa Diamante, Playa Diamante
Proposed Playa Grande Land Valuation, Playa Grande
Proposed Tribute Hotel and Marriott Residences, Puerto Plata
Club Med, Punta Cana
LTI Beach Resort, Punta Cana
Proposed Hilton Garden Punta Cana, Punta Cana
Proposed Hotel Project, Punta Cana
Proposed Punta Cana Resort, Punta Cana
Proposed AC by Marriott Santiago, Santiago
Embassy Suites by Hilton Santo Domingo, Santo Domingo
Proposed Boutique Hotel, Santo Domingo

**Dubai**
Palm Crescent Vacation Club @ The Palm Sun Resort, Palm Island

**Grenada**
Grand Beach Hotel
Proposed Kimpton Resort Grand Anse Beach, Grand Anse Beach
Proposed Hotel Grenada, Levera
Proposed Resort, Prickly Bay
Proposed Hotel, St. George

**Guyana**
Proposed Branded Hotel Guyana
Proposed Courtyard by Marriott
Proposed Hampton Inn & Suites
Proposed Hotel, East Bank Demerara
Marriott Hotel and Entertainment Complex, Georgetown
Proposed 140-Room Hotel and Restaurant, Georgetown
Proposed Aiden by Best Western, Georgetown
Proposed Best Western Hotel Georgetown, Georgetown
Proposed Full-Service Hotel, Georgetown
Proposed Hilton Hotel, Georgetown
Proposed Holiday Inn Express Georgetown Guyana
Proposed Hotel, Georgetown
Proposed Hotel Near National Park, Georgetown
Proposed Residence Inn, Georgetown
Proposed Upper-Upscale to Luxury Positioned Hotel and Casino, Georgetown

**Honduras**
Blue Ocean Reef, Roatan
Proposed 250-room Curio Collection by Hilton Resort, Roatan
Proposed Hotel and Fractional Units, Roatan

**Haití**
Habitation Labadie Resort
Cormier Plage Resort, Cap-Haïtien
Habitation Jouissant, Cap-Haïtien
Proposed Bana Villas, Cap-Haïtien
Proposed Resort Magayos, Cap-Haïtien
Moulin Sur Mer SA, Montrouis

**Jamaica**
Proposed Mandeville Hotel
Proposed Oyster Bay
Proposed Hotel Eliese & Resort Farquhar Beach, Clarendon
Proposed Hyatt Place, Kingston
Proposed Hotel Montego Bay, Montego Bay
Proposed All-Inclusive Resort Mammee Bay, Ocho Rios

HVS

Proposed Luxury Hotel & Residences, Ocho Rios

**México**
Club Med, Cancun
Royal Caribbean, Cancun
Royal Islander, Cancun
Royal Mayan, Cancun
Proposed Puerto Cancun Project, Cancun
Secrets Aura, Cozumel
Sunscape, Cozumel
Dreams Resort, Huatulco
Secrets Resort, Huatulco
Club Med, Ixtapa
Proposed Gran Turismo Hotel, Merida
Dreams Villamagna, Nuevo Vallarta
Azul Fives, Playa del Carmen
Proposed Hotel, Playa del Carmen
Blue Tulum Resort, Riviera Maya
Propose Xpu-Ha Resort, Riviera Maya

**Panamá**
Proposed Days Inn, Albrook Mall
Proposed Ramada Inn, Albrook Mall
Proposed Viceroy Resort, Bocas del Toro
Proposed Resort, Boquete
Buenaventura Resort and PRC, Farallon
Proposed Sarani and Mantra Resort, Isla Pastor
Proposed Lazur Resort and Convention Hotel, Naos Harbour Island
Continental Hotel and Casino, Panama City
Hotel Central, Panama City
Proposed Albrook Hotel, Panama City
Proposed City Center MUD, Panama City
Proposed Hotel Central, Panama City
Proposed Panama Bay Hotel and Casino, Panama City
Proposed Riviera Hotel, Panama City
Proposed Luxury Resort, Pearl Island

**Peru**
Proposed Dazzler Hotel, Lima

**Puerto Rico**
Boqueron Beach Hotel, Boqueron
Proposed Resort, Cabo Rojo
Embassy Suites, Dorado
Proposed Candelero Point RedevelopmentHumacao
Mayaguez Resort & Casino, Mayaguez
Proposed Hampton by Hilton Ponce, Ponce
Hyatt Place Hotel, San Juan
Normandie Hotel San Juan, San Juan
Proposed Hotel Cangrejo, San Juan
Proposed Tru by Hilton Condado San Juan, San Juan
San Juan Beach Resort, San Juan

**St. Barts**
Le Barthelemy Resort
Le Sereno
Tropical Hotel, Baie de Saint Jean
Tropical Hotel, Gustavia
Villa Marie Saint-Barth, Gustavia
Proposed Ultra-Luxury Resort, Pointe Milou

**St. Kitts and Nevis**
Proposed Mandarin Oriental Resort, Majors Bay
Proposed Aman-Branded Resort, Nevis
Proposed One & Only Resort, Nevis
Proposed Park Hyatt St, Kitts

**St. Lucia**
Royalton Saint Lucia, Castries
Jade Mountain Resort, Soufrier
Ladera Resort, Soufriere
Proposed Mixed-Use Development, Vieux Fort

**St. Maarten**
Proposed Martin Quarter MUD

**St Vincent and the Grenadines**
Proposed Hotel, Saint Vincent
Proposed Hotel Union Island, Union Island

**Trinidad**
Proposed Four Points Hotel
Proposed Sheraton Hotel
Proposed Four Points by Sheraton Piarco, Piarco

**Turks and Caicos Islands**
Amanyara Resort
Proposed Hotel
Proposed Luxury Hotel and Villas
Proposed Hotel Grace Bay, The Bight Settlement
Proposed Mandarin Oriental, Dellis Cay
Parrot Cay Resort, Parrot Cay
Beaches Resort, Providenciales
Proposed Andaz Hotel & Residences, Providenciales
Proposed Grace Bay, Providenciales
Proposed Loren at Turtle Cove, Providenciales
Proposed Resort and 50 Villas, Providenciales
Proposed Turks Cay Resort & Marina, Providenciales
Third Turtle Club, Providenciales
Wymara Resort and Villas Turks + Caicos, Providenciales

**United States Virgin Islands**
Bluebeard’s Beach Club, Bluebeard’s
Sand Castle on the Beach, Saint Croix
Elysian Beach Resort, St. Thomas
Frenchman's Reef & Morning Star Marriott Beach Resort, Saint Thomas
Marriott’s Frenchman's Cove, Saint Thomas
Proposed Crowne Plaza, St. Thomas
Westin Beach Resort and The Seaborn at Frenchman's Reef, Saint Thomas

**Zanzibar**
Proposed Timeshare Resort

Business, Consumer Services & Housing Agency

# BUREAU OF REAL ESTATE APPRAISERS

# REAL ESTATE APPRAISER LICENSE

**Huimin Z. Smiley**

has successfully met the requirements for a license as a residential and commercial real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified General Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER: 3006177

Effective Date: February 20, 2025
Date Expires: February 19, 2027

Angela Jemmott, Bureau Chief, BREA

**3080802**

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "CHAIN LINK"

Business, Consumer Services & Housing Agency

# BUREAU OF REAL ESTATE APPRAISERS
# TEMPORARY PRACTICE PERMIT

BREA APPRAISER IDENTIFICATION NUMBER 3000227-005

**John P. Lancet**

having demonstrated good standing at the Certified General level in the State of Florida is authorized to perform the appraisal assignment(s) described below:

79179 Ahmanson Lane., LA Quinta, CA 92253

This permit is valid until the completion of the 1 appraisal(s) described, the expiration date indicated below or the expiration of the license issued by the State of Florida whichever occurs first.

Angela Jemmott, Bureau Chief, BREA

3088268

Date Issued: August 28, 2026
Date Expires: November 30, 2026

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "CHAIN LINK"