# EXHIBIT F

## Demontrative Showing How Poppy's Proposed Allocation Should Be Applied to Each of the Parcels

**Poppy Bank / SilverRock**
**Summary of Parcels**

| Parcel per Doc 913-3 | Phase | Acreage | HVS Appraisal Value @ 10/23/25 | Allocation of Sales Proceeds |
|---|---|---|---|---|
| Lot B of LLA 2020-0010 | Phase 1A | 1.660 | $ 1,397,921.06 | $ 1,124,304.76 |
| Lot C of LLA 2020-0010 | Phase 1A | 17.820 | 15,006,598.37 | 12,069,343.92 |
| Parcel A of LLA 2023-0003 | Phase 1A | 10.160 | 8,555,950.59 | 6,881,286.99 |
| Parcel B of LLA 2023-0003 | Phase 1A | 13.090 | 11,023,365.47 | 8,865,752.63 |
| Parcel C of LLA 2023-0003 | Phase 1A | 2.610 | 2,197,936.13 | 1,767,732.19 |
| Parcel D of LLA 2023-0003 | Phase 1A | 4.850 | 4,084,287.44 | 3,284,866.33 |
| Lot 1 of Tract Map 37730 | Phase 1A | 0.330 | 277,899.97 | 223,506.37 |
| Lot 2 of Tract Map 37730 | Phase 1A | 0.390 | 328,427.24 | 264,143.89 |
| Lot 3 of Tract Map 37730 | Phase 1A | 0.390 | 328,427.24 | 264,143.89 |
| Lot 4 of Tract Map 37730 | Phase 1A | 0.330 | 277,899.97 | 223,506.37 |
| Lot 5 of Tract Map 37730 | Phase 1A | 0.420 | 353,690.87 | 284,462.65 |
| Lot 6 of Tract Map 37730 | Phase 1A | 0.420 | 353,690.87 | 284,462.65 |
| Lot 7 of Tract Map 37730 | Phase 1A | 0.450 | 378,954.50 | 304,781.41 |
| Lot 8 of Tract Map 37730 | Phase 1A | 0.620 | 522,115.09 | 419,921.06 |
| Lot 9 of Tract Map 37730 | Phase 1A | 0.460 | 387,375.72 | 311,554.33 |
| Lot 10 of Tract Map 37730 | Phase 1A | 0.320 | 269,478.76 | 216,733.45 |
| Lot 11 of Tract Map 37730 | Phase 1A | 0.290 | 244,215.13 | 196,414.69 |
| Lot 12 of Tract Map 37730 | Phase 1A | 0.280 | 235,793.91 | 189,641.77 |
| Lot 13 of Tract Map 37730 | Phase 1A | 0.320 | 269,478.76 | 216,733.45 |
| Lot 14 of Tract Map 37730 | Phase 1A | 0.300 | 252,636.34 | 203,187.61 |
| Lot 15 of Tract Map 37730 | Phase 1A | 0.330 | 277,899.97 | 223,506.37 |
| Lot 16 of Tract Map 37730 | Phase 1A | 0.340 | 286,321.18 | 230,279.29 |
| Lot 17 of Tract Map 37730 | Phase 1A | 0.290 | 244,215.13 | 196,414.69 |
| Lot 18 of Tract Map 37730 | Phase 1A | 0.310 | 261,057.55 | 209,960.53 |
| Lot 19 of Tract Map 37730 | Phase 1A | 0.350 | 294,742.39 | 237,052.21 |
| Lot 20 of Tract Map 37730 | Phase 1A | 0.370 | 311,584.81 | 250,598.05 |
| Lot 21 of Tract Map 37730 | Phase 1A | 0.360 | 303,163.60 | 243,825.13 |
| Lot 22 of Tract Map 37730 | Phase 1A | 0.360 | 303,163.60 | 243,825.13 |
| Lot 23 of Tract Map 37730 | Phase 1A | 0.340 | 286,321.18 | 230,279.29 |
| Lot 24 of Tract Map 37730 | Phase 1A | 0.430 | 362,112.08 | 291,235.57 |
| Lot 25 of Tract Map 37730 | Phase 1A | 0.340 | 286,321.18 | 230,279.29 |
| Lot 26 of Tract Map 37730 | Phase 1A | 0.350 | 294,742.39 | 237,052.21 |

**Poppy Bank / SilverRock**
**Summary of Parcels**

| Parcel per Doc 913-3 | Phase | Acreage | HVS Appraisal Value @ 10/23/25 | Allocation of Sales Proceeds |
|---|---|---|---|---|
| Lot 27 of Tract Map 37730 | Phase 1A | 0.310 | 261,057.55 | 209,960.53 |
| Lot 28 of Tract Map 37730 | Phase 1A | 0.380 | 320,006.03 | 257,370.97 |
| Lot 29 of Tract Map 37730 | Phase 1A | 0.490 | 412,639.35 | 331,873.09 |
| Lot A of Tract Map 37730 | Phase 1A | 2.010 | 1,692,663.45 | 1,361,356.97 |
| Lot B of Tract Map 37730 | Phase 1A | 0.300 | 252,636.34 | 203,187.61 |
| Lot C of Tract Map 37730 | Phase 1A | 0.030 | 25,263.63 | 20,318.76 |
| Lot D of Tract Map 37730 | Phase 1A | 0.070 | 58,948.48 | 47,410.44 |
| Lot E of Tract Map 37730 | Phase 1A | 0.140 | 117,896.96 | 94,820.88 |
| Lot F of Tract Map 37730 | Phase 1A | 0.010 | 8,421.21 | 6,772.92 |
| Lot G of Tract Map 37730 | Phase 1A | 0.060 | 50,527.27 | 40,637.52 |
| Lot H of Tract Map 37730 | Phase 1A | 0.160 | 134,739.38 | 108,366.72 |
| Lot I of Tract Map 37730 | Phase 1A | 0.130 | 109,475.75 | 88,047.96 |
| Lot J of Tract Map 37730 | Phase 1A | 0.080 | 67,369.69 | 54,183.36 |
| Lot K of Tract Map 37730 | Phase 1A | 0.050 | 42,106.06 | 33,864.60 |
| Lot L of Tract Map 37730 | Phase 1A | 0.060 | 50,527.27 | 40,637.52 |
| Parcel E of Tract Map 37207 | Phase 1A | 1.550 | 1,305,287.74 | 1,049,802.64 |
| Parcel F of Tract Map 37207 | Phase 1A | 0.520 | 437,902.98 | 352,191.85 |
| Parcel G of Tract Map 37207 | Phase 1A | 0.350 | 294,742.39 | 237,052.21 |
| **Phase 1A Subtotal** | | **66.380** | **$ 55,900,000.00** | **$ 44,958,644.73** |
| Parcel A of LLA 2020-0007 | Phase 1B | 10.720 | $ 1,602,860.39 | $ 1,289,131.14 |
| Parcel B of LLA 2020-0007 | Phase 1B | 13.360 | 1,997,594.67 | 1,606,603.74 |
| Parcel C of LLA 2020-0007 | Phase 1B | 15.430 | 2,307,102.23 | 1,855,531.12 |
| Parcel 12 of Parcel Map 37207 | Phase 1B | 22.020 | 3,292,442.71 | 2,648,010.06 |
| **Phase 1B Subtotal** | | **61.530** | **$ 9,200,000.00** | **$ 7,399,276.06** |
| **Total** | | **127.910** | **$ 65,100,000.00** | **$ 52,357,920.79** |