# EXHIBIT H

## Excerpts of Expert Report of Mark S. Dunec on Pure Acreage

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SILVERROCK DEVELOPMENT COMPANY, LLC, et al., | Case No.: 24-11647 (MFW) |
| Debtors.[1] | (Jointly Administered) |

EXPERT REPORT OF MARK S. DUNEC

Dated as of May 7, 2026

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

contingent on the development of adjoining land owned by the City and available to Turnbridge as a purchase option for "Phase 2" development.[14, 15]

In fact, the Turnbridge Development Agreement master plan is hardly a blank slate to be "reimagined"[16] by the developer and is not dissimilar to the Debtor's Development Agreement master plan. Figure 1 compares the Debtor and Turnbridge Development Agreement master plans.

Figure 1: SilverRock - Phase 1 Debtor/Turnbridge Development Plans

| | Debtor | Turnbridge |
|---|---|---|
| Hotel | 340,000 SF (39 acres) | 280,000 SF (32 acres) |
| Single Family Homes | 35 | 116 |
| Residential Condos | 60 units (10-acres) | 70 units (18-acres*) |

* includes clubhouse

Sources: Robert Company Purchase & Sale & Development Agreement Between City & SilverRock Development Corp, March 7, 2024; Turnbridge Development Agreement

The Turnbridge Development Agreement master plan revises the Debtor's two (2) hotel plan to a single luxury hotel resort with a significantly expanded single-family for-sale residential program adding more homes on bigger lots. Turnbridge Development Agreement master plan delays development of commercial space as part of Phase 2. It is reasonable to conclude that Turnbridge gave considerable thought to modifying the Debtor's master plan with a clear understanding of land-use as needed to maximize the value of their Phase 1 development master plan.

In short, the Project is anything but raw land in the desert with unknown land-uses and parameters for its built environment. The Project is at an advanced stage of development planning including: 1) a mixed-use master plan, entitlements and approvals including defined planning areas and

---

[14] Reinstated and Amended Development Agreement by and Between the City of La Quinta and TBE RE Acquisition Co. II LLC an Affiliated of Turnbridge Equities, Exhibit B, Annotated Site Map (2025 SilverRock Master Plan), pg. 158

[15] Ibid, Exhibits C & D, Project Description (2025 SilverRock Master Plan), pgs. 164, 165-167.

[16] Debtor's Amended Motion for Determining the Value of the Secured Claims, Case 24-11647-MFW Doc 913, pg. 28

planned for 1,200 dwelling units and a 45,000 square foot hotel, and the Estates at Griffin Lake, a 30-acre site planned for 78 single-family residential lots.[19]

This ongoing development activity as well as past completed projects combined with detailed knowledge of the Project and a well-established local hotel and luxury residential markets enables the use of the "Sales Comparable Approach" as a basis for determining the comparable fair market value of SilverRock's individual and specific land parcels in comparison to each other and in relation to their allocated value in proportion to the bulk sale price paid for the Debtor's real property.

The Sales Comparable Approach is the process of understanding the value of property by comparing sales of similar properties based on appropriate units of comparison (i.e. buildable square footage versus price per subdivision lot versus price per unit for a residential condominium).[20] An appraiser with knowledge of the Highest & Best Use and land utility identifies search criteria needed to identify the most similar comparable "open market" sales, and the attributes of each sale are carefully verified and considered for comparison with the real property being appraised.

The appraiser may also utilize the "Land Residual Method" in support of the Comparable Sales Approach. This technique is suitable for development projects such as SilverRock when the timeline for completion is understood. The determination of land parcel value considers the development plan for each land parcel, the fair market value of planned improvements (using the Sales Comparable Approach), and the cost of improvements. The difference between the fair market value of the improvements and their cost to build equals land parcel value.

[19] City of La Quinta, www.laquintaca.gov/our-city/city-departments/design-and-development/planning-division/planning-projects
[20] Dictionary of Real Estate Appraisal, Eighth Edition, Appraisal Institute, pg. 152

As an example and demonstration that the Debtor's real property can be valued as the sum of its parts, the Riverside County Assessor-Clerk-Recorder Office ("Assessor") determined the assessed value of SilverRock's individual and specific land parcels, each of varying in land-use and acreage, for 2025, that correspond with the Debtor's Motion, Exhibit B lots.[21] These land parcels are included in aggregate as part of each Debtor "lot" and presented and detailed in Appendix B to this Expert Report.

On this basis the Assessor's determination of the value of each of the Debtor's lots is different based on the sum of each Debtor lot's specific and individual land parcels. This is a clear demonstration that the SilverRock master plan and its corresponding individual and specific land parcels as presented in the Turnbridge Development Agreement and demonstrated in its Exhibit B, Site Plan By Planning Areas (2025 SilverRock Master Plan), can be understood and valued as the sum of its parts.[22]

## VI. Conclusion

It is my professional opinion that the differentiated value of individual and specific land parcels and their allocated value in proportion to the bulk sale price paid for the Debtor's real property can be well determined by applying USPAP compliant appraisal methodologies.

The Debtor's Motion applies equal weight to the value of all individual and specific land parcels regardless of their designated land-use and planned built environment despite knowledge of the same. It is implausible at best to consider the value of land parcel designated for a hotel compared to a surplus land parcel to be the same.

[21] Riverside County Assessor
[22] Reinstated and Amended Development Agreement by and Between the City of La Quinta and TBE RE Acquisition Co. II LLC an Affiliated of Turnbridge Equities, Pg. 160.

The Project's development agreements, master plan, and related planning and zoning requirements, and in particular the Turnbridge Development Agreement, provide satisfactory information needed to understand the development attributes of each individual and specific land parcel's land-use, the amount of planned built environment for each and their subdivision attributes as needed to differentiate and value one land parcel compared to another.

The local market area is well-established and provides a wealth of sales comparable data and information regarding large-scale mixed use development projects underway and completed for an appraiser's use.

In summary, the Project is well documented and plans for each land parcel are well understood, and development of its 132-acres is expected to be largely completed in the next four years according to the Turnbridge Development Agreement. It is not simply a large, amorphous, single plot of land to be reimagined in the desert and without a clear development master plan.

Each individual and specific land parcel's Highest & Best Use and utility - land-use, amount of built environment and subdivision attributes is clearly understood and under the regulatory control of the City's Design & Development Department. In this regard, any master planned large-scale mixed-use development project is valued as the sum of its parts as needed to understand its economic opportunities and constraints.

The opinions contained in this Expert Report are based on the information available to me as of May 7, 2026. I reserve the right to modify or supplement this Expert Report if new or different information is made available to me.

Respectfully submitted,

Mark S. Dunec

May 7, 2026