# EXHIBIT I

## Excerpts of Cushman & Wakefield Appraisal Report

CUSHMAN & WAKEFIELD

# AN APPRAISAL REPORT

## Subject Property:

SilverRock Resort - Phase 1
The SilverRock Community
La Quinta, CA 92253

## Date of Report:

October 7, 2025

## Date of Value:

July 1, 2025

## Prepared For:

Whiteford Taylor Preston
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042

## Prepared By:

Cushman & Wakefield Western, Inc.
Valuation & Advisory
900 Wilshire Blvd., Suite 2400
Los Angeles, CA 90017
Cushman & Wakefield File ID: 25-38003-900604-001

CUSHMAN & WAKEFIELD

900 Wilshire Blvd., Suite 2400
Los Angeles, CA 90017
Tel +1 (213) 955-5100
cushmanwakefield.com

October 7, 2025

Bradford Englander
Partner
**Whiteford Taylor Preston**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042

Re: Appraisal Report

**SilverRock Resort - Phase 1**
The SilverRock Community
La Quinta, CA 92253

Cushman & Wakefield File ID: 25-38003-900604-001

Dear Mr. Englander:

In fulfillment of our engagement, we are pleased to transmit our appraisal of the referenced property in the attached appraisal report. The report, in its entirety, including all hypothetical conditions, extraordinary assumptions, limiting conditions and the Addenda is an integral part of, and inseparable from, this letter.

The subject property, SilverRock Resort - Phase 1, corresponds to a portion of the larger proposed SilverRock Resort master-planned community, which is centrally located within the City of La Quinta, CA. Specifically, the site is bounded by Avenue 52 to the north, Avenue 54 to the south, Jefferson Street to the east, and the Santa Rosa Mountain Range to the west. The subject property contains a combined total of 128.24 acres, or 5,586,134 square feet, according to public record and the Total Parcel Summary provided by the Client (refer to Addenda).

The subject property is located within the SilverRock Specific Plan (SP 2006-080), which is planned for the development of the SilverRock Resort, a premium mixed-use resort development spanning over 500 acres, with 12 planning areas. The subject of this appraisal corresponds to Planning Areas 2, 3, 4, 5, 6, 7, 8, and 9, which includes a proposed 134-room ultra-luxury/luxury hotel (previously Montage flagged), 200-room lifestyle hotel (previously Pendry flagged), 29 ultra-luxury branded residences (previously Montage), 55 lifestyle branded residences (previously Pendry), private spa facilities, a 70,000 square foot conference center, plus three additional, non-branded, residential neighborhoods. The resort property will be highly amenitized and include pools, fitness centers, and various services for residents and guests. Based on the provided documentation and discussions with the Client, it is our understanding that the ultra-luxury residences, private spa facilities, hotel buildings, common areas, and Golf Clubhouse commenced construction, however, construction stalled several years prior to the effective date. The existing improvements are in various stages of completion, from structures with rough framing to nearly complete homes with utilities and MEP partially installed.

The northwestern portion of the subject property contains the vast majority of the vertical construction performed as of the effective date. The remaining areas comprising the subject of this appraisal are vacant land, generally in a rough-grade condition. Based on our review of the Master Plan Land Use Summary and Development Agreement, this portion of the subject property is proposed for the development of three single-family residential neighborhoods, identified as Planning Areas 7, 8, and 9. In total, these three neighborhoods are planned for up to 390 homes across 50.8 acres of land.

For the purposes of our analysis and clarity, the proposed development has been divided into two sub-phases: Phase 1A and Phase 1B. Phase 1A of the subject property corresponds to both hotels (334 total rooms), their associated branded residences (84 total units), as well as the spa, conference center, and golf clubhouse. Phase 1B corresponds to the balance of the subject (Planning Areas 7, 8, and 9), which consists of vacant land proposed for a total of 390 homes located across three residential neighborhoods.

Based on information provided by the Client, the subject property comprises Phase 1 of the larger SilverRock Resort master plan. Phase 2 of the master plan (not part of the subject appraised) includes the SilverRock Golf Course, driving range, and maintenance facilities for the SilverRock Golf Course. Phase 2 also includes approximately 190 acres of vacant land proposed for 253 SFR homes and additional golf course (currently proposed for 9 holes).

**As mentioned, the proposed hotels and branded residences analyzed herein were previously flagged/associated with the Montage and Pendry brands, as the subject was originally being developed to be operated and managed by Montage Hotels & Resorts (Pendry is a Montage brand). It is our understanding, however, that the current marketing efforts are offering the subject property unencumbered by these agreements and potential buyers/investors may select the future hotel/brand affiliation (subject to the City of La Quinta's approval). The Montage hotel and residences are considered an "ultra-luxury/luxury brand" and the Pendry hotel and residences are considered a "lifestyle brand". As a result, these terms are used interchangeably (Montage – ultra luxury & Pendry – lifestyle) throughout the report. Any reference to these components as Montage and/or Pendry affiliated herein is for simplicity/clarity. We recognize that a future buyer/developer may change the brands and/or modify the development plan.**

The Commercial Real Estate (CRE) market is shaped by investor demand, liquidity, and broader macroeconomic forces. Recent instability—driven by the Federal Reserve's interest rate policies, inflation, and, more recently, the implementation or anticipation of tariffs—is creating uncertainty across financial and capital markets. These factors, especially in combination, may impact Commercial Real Estate (CRE) performance, capital markets, and investment decision-making. While the full effects of these trade measures have yet to materialize, elevated stock market volatility reflects broader economic concerns. As a result, many market participants are adopting a cautious "wait and see" stance, delaying some CRE transactions until there is greater clarity on the long-term implications of recent developments.

This Appraisal Report has been prepared in accordance with our interpretation of the Uniform Standards of Professional Appraisal Practice (USPAP).

Based on the agreed-to Scope of Work, and as outlined in the report, we developed the following opinion, inclusive of personal property:

**Value Conclusion**

| Appraisal Premise | Real Property Interest | Date of Value | Value Conclusion |
|---|---|---|---|
| Market Value As Is | Fee Simple | July 1, 2025 | $71,700,000 |

*Compiled by Cushman & Wakefield Western, Inc.*

## Extraordinary Assumptions

For a definition of Extraordinary Assumptions please see the Glossary of Terms & Definitions. The use of extraordinary assumptions, if any, might have affected the assignment results.

Based on discussions with the Client and information provided by representatives of the City of La Quinta, it is our understanding that Phases I and II of the SilverRock Resort master-planned community require the construction of a new bank addition / substation upgrade (collectively, substation) to generate sufficient power for the proposed development. Given the phased development of the larger SilverRock Resort project, the substation will be developed prior to completion of Phase 1A of the development (proposed hotel and branded residential components). The developer of the subject property will be obligated to construct the substation, as Phase I will require the extra power generated by the substation. Therefore, a large portion of the projected construction costs have been allocated to Phase 1. The information provided by the Client reflects an estimated total cost of approximately $27,000,000 to construct the power substation. We requested, but were not provided, a detailed cost breakdown allocating the substation costs between Phase 1, Phase 2, and potential 3rd party demand/users for excess power generated from the substation. Accordingly, we estimated the cost allocation between the three uses (Phase 1, Phase 2, 3rd party demand) based on information provided by the Client relating to the anticipated development timeline and power usage for each respective component (described in more detail later in this report). Should the actual costs and/or allocation differ significantly from the estimates presented in this report, it could have a material impact on the value conclusions rendered herein.

A portion of the subject property is currently under construction for part of Phase 1A. The vertical construction in-place as of the effective date includes a portion of the proposed Montage Residences, Montage Guestrooms, Montage Spa, supportive hotel buildings, common areas, and the new golf clubhouse. The existing construction is in various stages of completion. All of the in-progress construction has been exposed to the elements for several years and will require some level of replacement/upgrading prior to completion. It is our understanding that the costs-to-complete report (prepared by Cumming Group) adequately accounts for these additional expenses and contingencies in the cost estimates. For the purposes of our analysis, we assume the existing improvements are mostly usable from a physical perspective and that the estimated costs-to-complete (according to the Cumming Group) are reasonable and accurate for completion of the entirety of Phase 1A of the development (as it is analyzed herein). We have not considered any impacts related to the potential for increased liability relating to providing home warranties on the for-sale product (should that exist). If the actual usability of the existing construction and costs-to-complete differ significantly from the estimates provided herein, it could have a material impact on the value indications presented herein.

Per the scope of this assignment, we analyzed the SFR land components of the subject property. As presented herein, we relied on the Sales Comparison Approach as the primary approach to land value. Nonetheless, we performed a static land residual based on the general details for the contemplated development on the site. The subject is in the very preliminary stages of development planning, and limited information is available regarding the specific details and assumptions for the future development of the subject, as of the effective date. Accordingly, we made several assumptions regarding the proposed home sizes and mix, pre-development and construction timelines, development costs, absorption, etc. Should the actual development details and inputs differ significantly from our assumptions, it could have a material impact on the indicated values rendered in the Land Residual analysis. A summary of this analysis is included in the Addenda of this report.

We analyzed the Phase 1A component of the subject property assuming the project entitlements are vested and in-place as of the effective date. With that said, based on information provided by the Client, it is our understanding that the PSDA governing the subject approvals was terminated prior to the effective date. It is an extraordinary

assumption of this appraisal that the former entitlements would be renewed/re-instated for a new buyer/developer, upon consummation of a sales transaction.

It is assumed that the proposed improvements are constructed in a quality manner in accordance with the information provided. If the design, cost, or quality differs from that which has been considered herein, the value conclusions could be impacted accordingly. Any undue delay in the construction timeline could materially impact the value conclusion reported herein.

## Hypothetical Conditions

For a definition of Hypothetical Conditions please see the Glossary of Terms & Definitions. The use of hypothetical conditions, if any, might have affected the assignment results.

This appraisal does not employ any hypothetical conditions.

This letter is invalid as an opinion of value if detached from the report, which contains the text, exhibits, and Addenda.

Thank you for the opportunity to be of service. Please contact us with any questions relating to this assignment or if Cushman & Wakefield can be of further service.

Respectfully submitted,

**CUSHMAN & WAKEFIELD WESTERN, INC.**

Jacob Kovner
Senior Director
CA Certified General Appraiser
License No. 3004444
jacob.kovner@cushwake.com
213-955-5112 Office Direct

Buckner J Harris, MAI
Senior Director
CA Certified General Appraiser
License No. AG044899
buckner.harris@cushwake.com
213-955-5170 Office Direct

## Report Option Description

USPAP identifies two written report options: Appraisal Report and Restricted Appraisal Report. This document is prepared as an Appraisal Report in accordance with USPAP guidelines. The terms “describe,” “summarize,” and “state” connote different levels of detail, with “describe” as the most comprehensive approach and “state” as the least detailed. As such, the following provides specific descriptions about the level of detail and explanation included within the report:

- Describes the real estate and/or personal property that is the subject of the appraisal, including physical, economic, and other characteristics that are relevant
- States the type and definition of value and its source
- Describes the Scope of Work used to develop the appraisal
- Describes the information analyzed, the appraisal methods used, and the reasoning supporting the analyses and opinions; explains the exclusion of any valuation approaches
- States the use of the property as of the valuation date
- Describes the rationale for the Highest and Best Use opinion

## Identification of Property

| | |
|---|---|
| Common Property Name: | SilverRock Resort - Phase 1 |
| Address: | The SilverRock Community, La Quinta, CA 92253 |
| Location: | The subject parcels are located between Silver Rock Way to the west and Jefferson Street to the east, bounded by Avenue 52 to the north and Avenue 54 to the south. |
| Tax Parcel Identification: | Various APNs (refer to Property Breakdown in the Addenda) |
| Legal Description: | The legal description is included in the Preliminary Title Report, retained in our internal work file. |

## Property Ownership and Recent History

| | |
|---|---|
| Current Ownership: | SilverRock Development Company, LLC (and related affiliates) |
| Sale History: | To our knowledge, the property has not sold or transferred within three years of the effective date of the appraisal. |
| Current Disposition: | Based on information provided by the Client, the property is being marketed for sale by JLL, as of the effective date. It is our understanding that the subject will be auctioned off and the most likely buyer is an institutional or large private investor/developer active in Southern California, familiar with hotel and residential development. We requested, but were not provided, additional information related to the ongoing marketing/sales efforts. |

## Improvements Description – Proposed Residential Component

Based on our review of the provided documents, it is our understanding that the subject property will be improved several residential components. This includes 29 single-family homes within the branded Ultra-Luxury Residences (PA 3), 55 condominium units within the Lifestyle Residences (PA 6), and up to 390 residential units/homes within Planning Areas 7, 8, and 9. A summary of each component is presented below.

### Montage Residences (Ultra-Luxury)

The Montage Residences will be located within the northwest portion of the subject development, and it is our understanding that this portion of the project was formerly entitled, with a recorded subdivision map in place as of the effective date. Furthermore, vertical construction has begun on several of the homes, while the balance of the lots are in rough-grade condition. A unit mix of the proposed homes (based on the provided architectural plans) is provided below, followed by floor plans for each unit type.

**Proposed Montage Residences**

| Unit Type | # of Units | Avg Unit Size (SF) | Total SF | Avg Land Area (SF) |
|---|---|---|---|---|
| Plan 1 - 4BR/5.5BA | 7 | 3,938 | 27,566 | 13,753 |
| Plan 2 - 4BR/5.5BA | 11 | 4,221 | 46,431 | 16,081 |
| Plan 3 - 5BR/6.5BA | 8 | 5,153 | 41,224 | 16,967 |
| Plan 4 - 5BR/6.5BA | 3 | 4,896 | 14,688 | 16,078 |
| **Totals/Average** | **29** | **4,480** | **129,909** | **15,763** |

## Improvements Description – Proposed Hotel / Resort

A portion of the subject site is improved with a partially constructed 334-room luxury resort that was originally planned to be operated as a 134-room ultra-luxury class component and a 200-room luxury-lifestyle class component. The proposed resort will offer several food & beverage outlets, swimming pools, approximately ±21,840 square feet of meeting and event space, a fitness center, full-service spa with 15 treatment rooms, and a typical complement of back-of-the-house facilities for a luxury resort of this size and class.

The luxury resort component of the resort with 134 rooms will be comprised of a main lobby building and 33 single-story structures, the spa building, freestanding restaurant (Ahmanson Ranch House), and a three-story conference and shared-services building. The lifestyle resort component with 200 rooms will be comprised of a single-story lobby and two, three-story guestroom wings. The lifestyle component will features a lazy river, two outdoor swimming pools, outdoor event lawns, and tennis/pickleball courts. The lifestyle component of the hotel is located east of the luxury component, further away from the mountains. Both components will be adjacent to various holes of the existing golf course in addition to direct mountain views to the west.

Red Parcel Nos. 1, 3, 4, 5, 6, 7, and 9 are earmarked to be developed as the hospitality and branded residential component valued herein. Red Parcels 1 and 9 correspond the proposed branded residences and are valued separately.

**PROPERTY MAP**



## Lodging Operational Assumptions

For the purposes of this report, we assumed that the subject will be operated as a luxury or ultra-luxury resort. We further assumed that the subject will be operated by competent and experienced management familiar with the operation of such resorts in the United States, and more specifically, La Quinta, California. For the purpose of this appraisal, upon completion, we assumed the subject's hotel component will be brand-managed by a luxury hotel operator like Four Seasons, Rosewood Hotels & Resorts, Montage, Peninsula, Auberge Resorts, or Fairmont Hotels & Resorts, amongst other possible established luxury operators. Ritz-Carlton (Marriott) and Waldorf Astoria or LXR (Hilton), are likely excluded given the existence of the Ritz-Carlton Rancho Mirage, JW Marriott Desert Springs, and La Quinta Resort Curio Collection by Hilton located nearby. It is noted that while the prior developer intended to have the property managed by and operated as a Montage/Pendry, the property is being offered unencumbered by these agreements and the potential buyers are free to choose the future affiliation.

### Management Agreement

As noted, the subject was originally being developed to be operated and managed by Montage Hotels & Resorts (Pendry is a Montage brand). However, given the subject is being marketed for sale unencumbered by this agreement, the valuation of the lodging component is not beholden to the originally agreed upon terms of that management agreement.

Typical luxury resorts across the United States that are brand-managed, which is assumed herein, employ management agreements with a base management fee and an incentive management fee. Most agreements stipulate a maximum allowable total management fee of 5.0 to 7.0 percent of total revenues. The prior proposed management agreement had a maximum allowable management fee not to exceed 5.0 percent of total revenues per year.

The market standard for base management fees is 3.0 percent of total revenues per year. For purposes of this valuation, with support from comparable data, the forthcoming hospitality valuation assumes incentive management fees of 1.0 percent per year, which results in total management fees projected at 4.0 percent of total revenues per year throughout the holding period.

### Transient Occupancy Tax Rebate

The subject's proposed hotel component previously would have had the benefit (refer to Extraordinary Assumptions about entitlements) of future transient occupancy tax (TOT) rebates tied to the room revenues of all 334 rooms.

The agreement calls for a ten-year period, followed by a five-year period at different steps, with a maximum allowable TOT rebate that is equal to 11.0 percent of total development costs for the lodging component. The first period stipulates a 95 percent rebate to the developer and the second period stipulates a 75 percent rebate to the developer. The agreement terminates upon reaching the total allowable rebate if reached prior to the end of the maximum term of 15 years. We note that the 15-year period was subject to reduction by day-for-day late completion and opening according to a revised "Schedule of Performance".

To calculate the maximum allowable rebate, we have adjusted the original development budget as of April 2024 (the most recently provided to the appraisers) to current costs by way of utilizing Marshall Valuation Service (MVS) Building Cost Indexes, as follows:

- April 2024 MVS Building Cost Index: 4773.0
- July 2025 MVS Building Cost Index: 4940.3

Multiplier to current cost: 4940.3 / 4773.0 = 1.0350513

# Valuation

## Highest and Best Use

To determine the highest and best use we typically evaluate the subject site under two scenarios: as though vacant land and as presently improved. In both cases, the property's highest and best use must meet the four criteria described as follows.

### Highest and Best Use of Site as though Vacant

#### Legally Permissible

The zoning regulations in effect at the time of the appraisal determine the legal permissibility of a potential use of the subject site. As described in the Zoning section, the subject site is zoned SP 2006-080 by City of La Quinta. Permitted uses within the specific plan include hotel, golf course, single- and multi-family residential, commercial, and mixed-uses. We are not aware of any further legal restrictions that limit the potential uses of the subject. In addition, rezoning of the site is not likely due to the character of the area.

#### Physically Possible

The physical possibility of a use is dictated by the size, shape, topography, availability of utilities, and any other physical aspects of the site. The subject site contains 128.24 acres, or 5,586,134 square feet. The site is irregularly shaped and generally level at street grade. It has good frontage, good access, and good visibility. The overall utility of the site is considered to be good. Overall, the site is considered adequate to accommodate most permitted development possibilities.

#### Financially Feasible and Maximally Productive

In order to be seriously considered, a use must have the potential to provide a sufficient return to attract investment capital over alternative forms of investment. A positive net income or acceptable rate of return would indicate that a use is financially feasible. Financially feasible uses are those uses that can generate a profit over and above the cost of acquiring the site, and constructing the improvements. Of the uses that are permitted, possible, and financially feasible, the one that will result in the maximum value for the property is considered the highest and best use.

As previously discussed, a range of uses, including hospitality, golf course, single-family, multifamily, commercial, and mixed-uses, represent legally permissible and physically possible options for specifically designated parts of the specific plan area. Per the development agreement, the subject Planning Areas are designated for a golf course, public park, and single-family residential uses. The subject property is large enough to accommodate the proposed land uses. Given the subject's underlying zoning and land use designation, as well as the approved specific plan and development agreement, development of luxury hospitality with branded residences, and a single-family residential community represents the most feasible use.

Based on our review, the subject's proposed development generally corresponds to a market-oriented project. Under current national, regional, and local economic conditions, it is likely that financing would be available for the proposed uses, which are comprised primarily of for-sale, residential development on the subject site. We note, however, that due to recent interest rate hikes and the evolving landscape for capital markets, construction financing is notably more expensive than it was 30-42 months ago (by approximately 300-500 basis points) and likely more challenging to obtain.

## Conclusion

We considered the legal issues related to zoning and legal restrictions. We also analyzed the physical characteristics of the site to determine what legal uses would be possible, and considered the financial feasibility of these uses to determine the use that is maximally productive. Considering the subject site's physical characteristics and location, as well as the state of the local market, it is our opinion that the Highest and Best Use of the subject site as though vacant is for development with a hotel/resort, luxury residential product, and mid-market sfr community, generally in-line with the formerly approved plans, development agreement, and specific plan guidelines.

## Most Likely Buyer

The subject's location, size, and zoning render the site ideal for a hotel/resort, golf course and a residential community, consistent with the surrounding area. Given current residential demand levels in the local marketplace, for-sale SFR uses (like the proposed development project), would likely be maximally productive from a financial perspective.

An examination of recent land sales activity in the area suggests that there is demand for similar assets, and recent comparable sales indicate such properties are typically purchased by real estate developers and/or investors. Hotel developers are potential buyers of the individual planning areas corresponding to the proposed hospitality components of the subject. Residential home builders (SFR and condominium/townhome) are potential buyers of the individual planning areas corresponding to the residential components comprising the subject. As such, the most likely buyer of the property is a developer/investor who would seek to complete much of the site development/horizontal construction and then sell-off individual planning areas of the subject separately to hotel and/or residential builders. It is possible that potential investors would also seek to complete vertical construction of the hotels and/or homes on portions of the site themselves. Typical buyers would likely rely primarily on the Sales Comparison Approach to value the subject land. The Land Residual/Return-on-Cost method may be employed as a secondary approach to value.

# Valuation Process

## Methodology

There are three generally accepted approaches to developing an opinion of value: Cost, Sales Comparison and Income Capitalization. We considered each in this appraisal In appraisal practice, an approach to value is included or eliminated based on its applicability to the property type being valued and the quality of information available. The reliability of each approach depends on the availability and comparability of market data as well as the motivation and thinking of purchasers.

The valuation process is concluded by analyzing each approach to value used in the appraisal. When more than one approach is used, a final value opinion is concluded that either corresponds to one of the approaches or is a correlation of all the approaches used in the appraisal.

### Cost Approach

The Cost Approach is based on the proposition that an informed purchaser would pay no more for the subject than the cost to produce a substitute property with equivalent utility. This approach is particularly applicable when the property being appraised involves relatively new improvements which represent the Highest and Best Use of the land; or when relatively unique or specialized improvements are located on the site for which there are few improved sales or leases of comparable properties.

### Sales Comparison Approach

In the Sales Comparison Approach, sales of comparable properties are adjusted for differences to estimate a value for the subject property. A unit of comparison such as price per square foot of building area is typically used to value the property. Adjustments are applied to the unit of comparison from an analysis of comparable sales, and the adjusted unit of comparison is then used to derive an opinion of value for the subject property.

The Sales Comparison Approach may provide a useful value opinion in the case of simple forms of real estate such as vacant land and single-family homes, where the properties are homogeneous and the adjustments are few and relatively simple to compute. In the case of complex investments such as lodging facilities, where the adjustments are numerous and more difficult to quantify, the Sales Comparison Approach loses a large degree of reliability.

Hotel investors typically do not employ the Sales Comparison Approach in reaching their final purchase decisions. Factors such as the lack of recent comparable sales data and the numerous adjustments that are necessary often make the results of the Sales Comparison Approach questionable. Although the Sales Comparison Approach may provide a range of values that supports the final opinion of value, reliance on this approach beyond the establishment of broad parameters is rarely justified by the quality of the sales data.

As an appraiser, one attempts to mirror the actions of the marketplace. In that our experience indicates that sophisticated hotel investors depend largely on financial considerations when making final purchase decisions, we generally do not give the Sales Comparison Approach strong consideration in the hotel appraisal process beyond establishing a probable range of value.

### Income Capitalization Approach

In the Income Capitalization Approach the income-producing capacity of a property is estimated by using contract rents on existing leases and by estimating market rent from rental activity at competing properties for the vacant and/or owner occupied space. Deductions are then made for vacancy and collection loss and operating expenses. The resulting net operating income is divided by an overall capitalization rate to derive an opinion of value for the

subject property. The capitalization rate represents the relationship between net operating income and value. This method is referred to as Direct Capitalization.

Related to the Direct Capitalization Method is the Yield Capitalization Method. In this method periodic cash flows (which consist of net operating income less capital costs) and a reversionary value are developed and discounted to a present value using an internal rate of return that is determined by analyzing current investor yield requirements for similar investments.

Our experience with hotel investors indicates that the methodology used in estimating market value by the Income Capitalization Approach is comparable to that employed by typical hotel and resort investors. For this reason, the Income Capitalization Approach produces the most supportable market value opinion, and it generally is given the greatest weight in the hotel valuation process.

## Summary

This appraisal employs the Sales Comparison Approach and the Income Capitalization Approach. Based on our analysis and knowledge of the subject property type and relevant investor profiles, it is our opinion that these approaches should be considered applicable and/or necessary for market participants. Typical purchasers do not generally rely on the Cost Approach when purchasing a property such as the subject of this report. Therefore, we have not utilized the Cost Approach to develop an opinion of market value. The exclusion of this approach to value does not reduce the credibility of the assignment results

We note that elements of the Cost Approach are included in the As Is residual analysis for Phase 1A. Valuation of Phase 1B is based primarily on the Sales Comparison Approach.

## Market Value As Is – Land Residual Analysis

The subject property is a portion of the mixed-use SilverRock Resort development comprised of several different components, namely two hotels (totaling 334 rooms) with a spa,conference center, an 18-hole golf course, two branded residential neighborhoods (84 units), as well as three non-branded residential communities (390 units). As discussed, it is our understanding that the subject's proposed development has been partially constructed as of the effective date. In order to estimate the Market Value As Is (or Residual Value), we first develop the Upon Completion values for the proposed development (as presented previously), and subsequently deduct the construction costs to complete, as well as an entrepreneurial incentive/developer profit component. Given the subject's partially constructed status, estimated timeline, as well as the specific parameters and assumptions of our analysis, we estimate entrepreneurial incentive would range from approximately 15.0 to 20.0 percent of remaining costs.

We recognize that there are various methodologies to account for entrepreneurial incentive and profit in a ground-up development scenario. A static development model (utilized herein) incorporates a flat developer profit component (typically between 15 and 40 percent of cost) OR a "loaded capitalization rate", whereby a premium of approximately 100-200 bps is applied to the selected market-based capitalization rate for the subject development.

The second methodology, or Development Method, corresponds to a DCF analysis technique, which requires calculating estimates of net proceeds, construction costs, and carrying costs over the analysis period and applying an appropriate discount rate in order to obtain an indicated present value. The discount rate is essentially the yield rate (IRR) reflecting a typical investor's or developer's requirements for cost of capital, or the competitive rate of return for an investment of similar risk and cash flow. Under these assumptions, the sum of the net cash flows, discounted appropriately, results in the amount a developer could pay for the land, while realizing given profit, equity yield, and financial criteria.

### Hypothetical Market Value As If Complete – Entire Subject Property

As presented in the preceding analyses, we developed separate opinions for each of the individual components of the subject property. Per the scope of this assignment, and in order to develop an opinion of the Market Value As Is, we estimated the Hypothetical Market Value As If Complete for the subject property in its entirety, as a single economic unit.

While the subject is comprised of several distinct components (hotel, branded residences, and SFR subdivision), all correspond to prevalent land uses in this submarket and typical investors/developers of comparable properties have the capabilities to manage and operate all components. As a result, it is our opinion that a potential buyer **would not** discount the sum of the individual parts comprising the subject. One could posit that having control of all components actually has the potential to create synergies that enhance value.

Therefore, we estimate the Hypothetical Market Value As If Complete for the entire subject property as follows:

| PROPOSED SILVERROCK DEVELOPMENT - PHASE 1A - All Components | |
|---|---|
| **Hypothetical Market Value As Complete** | **Indicated Value** |
| Proposed Montage Residences (Ultra-Luxury) | $148,000,000 |
| Proposed Pendry Residences (Lifestyle) | $125,300,000 |
| Proposed Hotel Component | $300,500,000 |
| **Hypothetical Value As If Complete :** | **$573,800,000** |

As mentioned previously, the value for the Hotel Component represents the Real Property only, and excludes the Personal Property. Based on our review, the remaining costs-to-complete (largely based on the Cumming Report) utilized herein do not include costs for FF&E/personal property throughout the hotel component of the proposed development. Therefore, the corresponding value was excluded.